JUDGE KOELTL

12 CV 5453

RECEIVED
JUL 13 2012
U.S.D.C. S.D. N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NORMAN BLAGMAN, individually and on behalf
of all others similarly situated,

                         Plaintiff,

     -against-

APPLE INC., AMAZON.COM, INC., GOOGLE INC.,
MICROSOFT CORPORATION, EMUSIC.COM INC.,
THE ORCHARD ENTERPRISES, INC.,
ORCHARD ENTERPRISES NY, INC.,
and John Does 1-10, persons and entities whose identities
are unknown to Plaintiff but who have performed
and participated in the unlawful acts alleged herein,

                         Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Docket No.

**CLASS ACTION COMPLAINT
AND DEMAND FOR JURY TRIAL**

> If copyright dies, if patents die, if the protection of intellectual property is
> eroded, then people will stop investing. That hurts everyone. People need to have
> the incentive so that if they invest and succeed, they can make a fair profit. But
> on another level entirely, it's just wrong to steal. Or let's put it this way: It is
> corrosive to one's character to steal. We want to provide a legal alternative.

                     Steve Jobs, *Rolling Stone* interview, December, 2003

### Class Action Complaint

Plaintiff, individually and on behalf of all others similarly situated, hereby brings this
Class Action Complaint and states as follows:

### Introduction

1.     This case arises from the failure of Defendants Apple, Amazon, Google, EMusic
and Microsoft (collectively "the Retailer Defendants") which together sell almost all the
downloaded music in the United States, to ensure that the music they sell is properly licensed.
Instead the Retailer Defendants accept and sell unlicensed music from Defendant Orchard
Enterprises and other music aggregators in violation of United States copyright laws.

2.     Plaintiff, individually and on behalf of all similarly situated persons and entities, seeks relief from Defendants for the unlawful reproduction, distribution, and sale of copyrighted musical works by Defendants.

3.     Defendants' conduct constitutes willful in violation of the United States Copyright Act [17 U.S.C. §§ 101, et seq.] (the "Copyright Act"). Plaintiff seeks an order enjoining further infringement by Defendants together with statutory damages and attorneys' fees.

## Jurisdiction and Venue

4.     The Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1338(a) because this is an action arising under the Copyright Act of 1976, 17 U.S.C. § 101 et seq.

5.     This Court has personal jurisdiction over Defendants because Defendants do systematic and continuous business and/or have a place of business in this Judicial District.

6.     Venue is proper in this District pursuant to 28 U.S.C 1391(b), 1391(c) and 1400(a) because Defendants are subject to personal jurisdiction in this Judicial District and have committed unlawful acts of infringement in this Judicial District. In addition, at least one of the Defendants has its principal place of business in this Judicial District.

## Class Allegations

7.     Plaintiff brings this action on behalf of himself, and all other similarly situated, pursuant to FRCP Rules 23(a), 23(b)(2) and 23(b)(3) on behalf of the following class (the "Class"):

> All persons or entities who own a copyrighted musical composition or a portion thereof which has been reproduced or distributed by Defendants without license or authorization from the owner of the copyrighted musical composition and without a lawful mechanical, or "DPD", license.

8. The Class is so numerous that joinder of all members is impracticable. Due to the nature of the commerce involved, the members of the Class are geographically dispersed throughout the United States. While the exact number of Class members is in the sole possession, custody and control of the Defendants, Plaintiff believes that there are thousands or perhaps tens of thousands or more members of the Class.

9. Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among questions of law and fact common to the Class are:

     a.     whether the Defendants used, reproduced, and/or distributed digital recordings of songs embodying copyrighted musical compositions owned or controlled by members of the Class for the Defendants' own commercial purposes;

     b.     whether the Defendants' use, reproduction, and/or distribution of such musical compositions constitute copyright infringement;

     c.     whether such copyright infringement was willful;

     d.     whether the Class has suffered damages as a result of the Defendants' actions, and if so, the measure and amount of such damages; and

     e.     whether injunctive and/or declaratory relief is appropriate.

10. Plaintiff's claims are typical of the claims of the other members of the Class he seeks to represent. Defendants' illegal practices have targeted and affected all members of the Class in a similar manner, *i.e.*, they have all sustained damages arising out of Defendants' willful conduct in violation of the Copyright Act.

11. Plaintiff will fully and adequately protect the interests of all members of the Class. Plaintiff has retained counsel experienced in both complex class action and copyright

infringement litigation. Plaintiff has no interests which are adverse to or in conflict with other members of the Class.

12.     A class action is superior to other available methods for the fair and efficient adjudication of this controversy since joinder of all class members is impracticable. The prosecution of separate actions by individual members of the class would impose heavy burdens upon the courts, and would create a risk of inconsistent or varying adjudications of the questions of law and fact common to the Class. A class action, on the other hand, would achieve substantial economies of time, effort, and expense, and would assure uniformity of decision with respect to persons similarly situated without sacrificing procedural fairness or bringing about other undesirable results.

13.     The interest of members of the Class in individually controlling the prosecution of separate actions is theoretical rather than practical. The Class has a high degree of cohesion, and prosecution of the action through representatives would be unobjectionable. The damages suffered by the individual Class members may be relatively small; and therefore, the expense and burden of individual litigation make it virtually impossible for class members to redress the wrongs done to them. Plaintiff anticipates no difficulty in the management of this action as a class action.

### Norman Blagman

14.     Norman Blagman ("Blagman") is a resident of the State of New Jersey.

15.     Blagman has been a successful songwriter since the 1950's. Elvis Presley recorded two of his songs, *Put the Blame on Me* and *Give Me the Right.* Blagman also composed the song *Love Power*, which was used in the movie "The Producers". In addition, Blagman's songs have been performed by Los Lobos, the Belmonts, Baby Washington, and Tiny Tim.

16.     In 1962, Blagman co-wrote the music and co-produced two albums for Mad magazine: <u>Mad "Twists" Rock 'N' Roll</u> and <u>Fink Along with Mad</u>. The latter album featured a song by Blagman called *It's a Gas*, which punctuated an instrumental track with belches. Dr. Demento featured *It's a Gas* on his radio show in Los Angeles in the early 1970's. Mad included some of these tracks as plastic-laminated cardboard inserts and (later) flexi-discs with their reprinted "Mad Specials". Mad released a disco version of *It's a Gas* in 1980.

### Defendants

17.     Apple, Inc. ("Apple") is a California corporation with a principal place of business in Cupertino, California. Apple owns and operates The iTunes Store ("iTunes"), a software-based online digital media store that is the most popular music vendor in the world, currently offering over 28 million songs.

18.     Amazon.com, Inc. ("Amazon") is a Delaware corporation with its principal place of business in Seattle, Washington. Amazon owns and operates Amazon MP3, an online music store with a catalog of over 20 million songs.

19.     Google Inc. ("Google") is a Delaware corporation with its principal place of business in Mountain View, California. Google owns and operates Google Play, a digital-distribution multimedia-content service that includes an online store for music.

20.     Microsoft Corporation ("Microsoft") is a Washington corporation with its principal place of business at One Microsoft Way, Redmond, Washington. Microsoft has owned and operated several online digital music services, including Zune and X-box Music.

21.     EMusic.com Inc. ("EMusic") is a Delaware corporation with a principal place of business in New York, New York.

22. The Orchard Enterprises, Inc. is a Delaware corporation with principal offices located at 23 East 4th Street, 3rd Floor, New York, NY 10003.

23. Orchard Enterprises NY, Inc. is a New York corporation with principal offices located at 23 East 4th Street, 3rd Floor, New York, NY 10003.

24. Together, The Orchard Enterprises, Inc. and Orchard Enterprises NY, Inc. (collectively, "Orchard") engage in the world-wide distribution of digital music through internet based retailers such as iTunes, Amazon MP3, Google Play, Zune Marketplace and eMusic. One of the Orchard entities is the corporate parent of the other.

25. Upon information and belief, Plaintiff alleges that John Does 1-10, directly or indirectly, jointly or severally, willfully undertook, performed and participated in the unlawful acts alleged herein. Their identity is not known to Plaintiff at this time.

26. Defendants build, design, maintain, promote, distribute, sell and support software, hardware and related services in connection with their sale of digital music in their respective digital media stores.

### Plaintiff's Compositions

27. Plaintiff is a songwriter and music publisher who owns and controls the exclusive copyrights in his musical works. Plaintiff is the legal and/or beneficial owner of numerous original copyrighted musical compositions, including the composition *Jazz is His Old Lady and My Old Man* which has been copied, publicly distributed, and performed without Plaintiff's authorization, through the conduct described in this Complaint.

28. The copyright in this musical composition is registered in the United States Copyright Office. 17 U.S.C. §§ 409-412. A copy of the relevant registration certificate for the composition *Jazz is His Old Lady and My Old Man* is annexed as Exhibit A.

29.     In addition to the composition *Jazz is His Old Lady and My Old Man,* the Defendants are unlawfully reproducing and distributing millions of songs comprising tens of thousands of other compositions without license or authority through the conduct described in this Complaint.

### Mechanical Licenses

30.     There are two separate and distinct copyrights in every recorded musical performance – the song, comprised of the underlying musical arrangement and accompanying lyrics (the "song" or the "musical composition") and the sound recording of the performance of that song (the "recording"). The most popular songs in the world are recorded by innumerable artists all over the world. Although each recording of any given song is as unique as the recording artists' voice, instrumentation, accompaniment, equipment and performance, the song (or composition) remains the same. The owner of the copyright in the sound recording is typically referred to as a "record label" while the owner of the copyright in the song is referred to as the "songwriter" or "music publisher."

31.     Under the Copyright Act, Plaintiff and all owners of the copyright in a non-dramatic musical composition have the exclusive right to reproduce and distribute their copyrighted songs, including by means of digital transmission, and to authorize others to engage in such activity. 17 U.S.C. § 106.

32.     Once a song is distributed publicly, anyone can obtain a license to record the song, provided they meet the requirements of the Copyright Act. To secure the right to physically reproduce copies of a song in sound recordings (the "mechanical right"), the party who seeks to record a song must obtain a "mechanical license" from the copyright owner of the musical composition.

33.    The right to reproduce the song in a recording can be licensed from the copyright owner of the musical work in a number of ways.  The most common of these are "controlled composition" licenses, negotiated licenses, and compulsory licenses.

### *Controlled Composition Licenses*

34.    Where the songwriter is also the recording artist performing the song on the recording, a provision of the recording artist's agreement with his record label typically grants the record label a mechanical license for all songs authored by the recording artist; this is known as the "controlled composition" provision of a recording agreement.

35.    Controlled composition clauses generally provide for reduced royalty rates payable on the subject compositions.  The royalty rates in these provisions are usually based on a percentage reduction of the statutory rate.

36.    Under the Copyright Act, if the owner of a recording also has a license from the publisher for the composition, no further licensing is required.  17 U.S.C. § 115(c)[3](G).

### *Negotiated Mechanical Licenses*

37.    Traditionally, the major record labels typically had staff (or full departments) dedicated to securing mechanical licenses by negotiating directly with copyright owner of the song (or, failing that, by utilizing the compulsory licensing provisions of Section 115).  In addition, record labels frequently outsourced the job of securing mechanical licenses to third parties who charge a fee for this service.  There are a number of third party services that license, or secure mechanical licenses, in exchange for a fee.

38.    One third-party service is the Harry Fox Agency ("HFA") (owned by the National Music Publishers Association).  HFA is an agent of participating music publishers that is authorized to issue mechanical licenses on their behalf to requesting record labels or other

licensees. Another third party service is Rights Flow (owned by Google). Rights Flow is hired by record labels and other licensees, to secure mechanical licenses from music publishers in exchange for a fee.

### *Compulsory Mechanical Licenses*

39.     Section 115 of the Copyright Act governs compulsory mechanical licenses of musical compositions, such that an owner of a musical composition is required to grant a non-exclusive license to anyone who wants to reproduce and distribute recordings of a song.

40.     Although the mechanical license is compulsory, specific rules must be followed to obtain the license under the law. The person or entity seeking a compulsory license must provide notice, account, and pay royalties to the copyright owner.

41.     As for notice, "[a]ny person who wishes to obtain a compulsory license under [Section 115] shall, before or within thirty days after making, and before distributing any phonorecords of the work, serve notice of intention to do so on the copyright owner." Section 115(b)[1]. The content and method of service of the notice are prescribed by statute and regulation. 17 U.S.C. § 115(b); 37 CFR 201.18.

42.     With respect to accounting and royalties, the person or entity who obtains a compulsory license must make royalty payments, accompanied by a monthly statement of account, to the copyright owner or authorized agent of the owner on or before the 20th day of each month for every phonorecord made and distributed in accordance with the license. The royalty rates are set by the Copyright Royalty Board and the current rates are 9.10 Cents per copy for songs 5 minutes or less or 1.75 Cents per minute or fraction thereof, per copy for songs over 5 minutes. Licenses issued after March 1, 2009 are subject to interest for late payments of 1.5% a month, or 18% a year.

## Failure to Obtain a Mechanical License

43.     When mechanical licenses are not obtained, the copyright owners of the songs and the songwriters do not get paid for the reproduction and distribution of their music. For songwriters whose songs are not played on the radio or TV, the royalties earned from mechanical licenses is often the only income they ever earn from their songs.

44.     Moreover, reproducing a song without a mechanical license is copyright infringement which may not be cured after the fact by attempting to obtain a compulsory license. Section 115 further provides that "[f]ailure to serve or file the notice required by clause [1] forecloses the possibility of a compulsory license and, in the absence of a negotiated license, renders the making and distribution of phonorecords actionable as acts of infringement..." In other words, failure to obtain the compulsory license **before** recording, reproducing, or distributing the song in sound recordings is copyright infringement.

45.     Under the Digital Performance Recording Act of 1995 ("DRPA"), the songwriter's exclusive right to reproduce his song, and the compulsory licensing provisions that previously applied to physical reproductions, were extended to downloadable copies of recordings embodying his song.

46.     The legislative history of the DPRA makes it clear that Congress intended to protect writers and publishers from copyright infringement and to insure that they received their rightful share of revenues earned from their songs:

> The intention in extending the mechanical compulsory license to digital phonorecord deliveries is to maintain and reaffirm the mechanical right of songwriters and music publishers as new technologies permit phonorecords to be delivered by wire or over the airwaves rather than by the traditional making and distribution of records, cassettes and CD's.

Senate Report No. 104-128, S. Rep. 104-128 (1995) at 26.

It confirms the existing "mechanical rights" of writers and publishers (i.e. the right to be paid when compact discs and cassettes embodying their music are distributed) apply to certain distributions [downloads] of phonorecords by digital transmission (referred to in the bill as "digital phonorecord deliveries").

House Report No.104-274, H.R. Rep, 104-274 (1995) at 21.

47.     The legislative history of DRPA also makes it clear that Congress allowed the music industry to negotiate how to allocate responsibility among record labels and digital music sellers (such as iTunes) for obtaining the mechanical licenses but recognized that, ultimately, it was the responsibility of the digital music sellers (such as iTunes) to obtain mechanical licenses for music sold online because a failure to do so would subject them to liability for copyright infringement:

Thus, the changes to section 115 are designed to minimize the burden on transmission services [such as iTunes] by placing record companies in a position to license not only their own [sound recording] rights, but also, **if they choose to do so**, the rights of writers and music publishers to authorize digital phonorecord deliveries; and by recognizing that transmission services themselves may obtain a compulsory license to make digital phonorecord deliveries.

As between a digital transmission service and a record company, allocation of the responsibility for paying mechanical royalties could be a subject of negotiation, but copyright owners of musical works would only be entitled to receive one mechanical payment for each digital phonorecord royalty, not multiple payments. *Of course, a digital transmission service would be liable for any infringing digital phonorecord delivery it made in the absence of a compulsory license or the authorization of the musical work copyright owner*.

Senate Report No. 104-128, S. Rep. 104-128 (1995) at 27 (emphasis added).

If a record company grants a license under its rights in the sound recording only, and does not grant a mechanical license under the copyright in the musical work embodied in the sound recording, *it is the transmission service's [such as iTunes] responsibility to obtain a license under the musical work copyright*.

Senate Report No. 104-128, S. Rep. 104-128 (1995) at 31.

48.     As discussed below, despite the provisions of the Copyright Act that provide for "compulsory" licensing and the wide availability of third parties who will secure licenses for a fee, the Defendants herein frequently failed to obtain mechanical licenses for the music sold in their digital retail stores.

## Defendants' Massive and Systematic Infringement

49.     Defendants Apple, Amazon, Google, Microsoft, and EMusic (the "Retailer Defendants"), who own and operate the largest digital music retail stores in the world – iTunes, Amazon MP3, Google Play, Zune Marketplace, and EMusic – are required, whether under Section 115 of the Copyright Act or by the other means outlined above, to obtain a mechanical license before reproducing and distributing copyrighted musical compositions.

50.     Defendant Orchard and other digital music aggregators, who act as the middlemen between the Retailer Defendants and the content providers, are required, whether under Section 115 of the Copyright Act or by the other means outlined above, to obtain a mechanical license before reproducing and distributing copyrighted musical compositions.

51.     None of the Defendants, however, are meeting their statutory obligation to obtain mechanical licenses for all of the digital musical compositions they reproduce, distribute, and sell online. Nor have they confirmed that all persons or entities who upload digital recordings have obtained the required mechanical licenses for the musical compositions embodied in those recordings.

52.     Instead, all the Defendants are unlawfully copying and distributing Plaintiff's copyrighted musical works (and the musical works of thousands of others) and profiting greatly from their illegal activities, all without Plaintiff's authorization or permission.

53. Defendants willfully ignore their statutory obligations to obtain a license before reproducing and distributing copyrighted musical compositions. As a result, Defendants have engaged in a massive and systematic course of infringing conduct which, although quite lucrative for the Defendants, infringes on Plaintiff's copyrights and deprives Plaintiff, and thousands of other songwriters and publishers, of their rightful share of the proceeds from the sale of their music.

## The Digital Music Business

54. Broadly described, the digital music business consists of four groups: (a) the artists (singers and songwriters); (b) record labels who record the artists' musical compositions; (c) aggregators who acquire digital distribution rights to recordings from the labels and market the music, primarily by uploading the digital recordings to online digital stores; and (d) digital music retailers who market and sell the music online.

55. Traditionally, record labels were complex businesses that included fully-staffed divisions such Artists and Repertoire (A&R), Business & Legal Affairs, Licensing, and Production. One of the responsibilities traditionally discharged by the record labels was securing mechanical licenses for the compositions they intended to record and sell.

56. With the advent of online digital music stores, the responsibility to perform the administrative and licensing functions traditionally performed by the major labels has fallen to the digital music retailers and aggregators such as the Defendants. The Defendants, however, have failed to perform their licensing obligations to the full extent required by law.

57. Today, advances in technology have made it possible for any person to record a song on their laptop or cell phone, pay $9.95 to a distributor, and have that recording be made available for sale on iTunes and other digital stores. Within days, anyone with a credit card and

internet connection can record themselves singing their favorite song and, through an aggregator, upload their version of the song for sale in the iTunes store, where it will join thousands of other unlicensed songs. In many instances, however, no mechanical licenses are obtained from the owner of the copyright in the composition.

58. The Retailer Defendants include four of the most powerful technology companies in the world - Apple, Amazon, Google, and Microsoft. These companies operate digital stores (iTunes, Amazon MP3, Google Play, Zune Marketplace), operating systems (Android), software and hardware (iPods, iPads, Macs, Kindles, Zunes, PCs) with which to purchase and consume music.

59. The Retailer Defendants accept virtually every recording delivered to them, without qualification, by digital music aggregators (including Orchard) who acquire digital distribution rights from record labels and individual music artists.

60. There are now over one million record "labels" (including individuals operating as personal record labels) submitting their recordings to aggregators for sale by the Retailer Defendants in hope of making a profit. These record labels upload music to aggregators such as Orchard who, for a fee, post the music to the online stores of the Retailer Defendants who then make the recordings infinitely downloadable to the purchasing public.

61. This model has, in less than a decade, upended more than a century of established business practices in the selling of recorded music. Today, for the first time digital music sales represent more than half of all music purchased in the United States.

62. The retail digital music revolution did not happen overnight. Over the last ten years, digital music sales increased at a steady doubling pace that masked the growing mass

copyright infringement by the Retailer Defendants. The development of the digital music business is best illustrated by the growth of iTunes.

## The iTunes Store

63.     The iTunes Store is a software-based online digital media store owned by Apple that opened in April 2003. In that year, downloads represented less than 0.1% of all music sold – less than CDs (95%), cassettes (0.9%) and even vinyl singles (0.2%). Starting from almost zero in 2003, the size of the digital music industry nearly doubled each year, so that 0.1% in 2003 turned into a majority of all music sales by 2011.

64.     When the iTunes Store launched in 2003, Apple did deals with the then five major labels (Sony, BMG, Warner, Universal and EMI) and launched with 200,000 recordings available for sale in its store. Many of these recordings were "controlled compositions" described above, wherein the record label that posted the recording to iTunes owned the copyright in the recording and had a controlled composition clause in its agreement with the recording artist by which it (arguably) obtained the mechanical license for digital distribution.

65.     By 2010, less than 7 years after its launch, Apple announced that the iTunes Store "features the world's largest music catalog with over 12 million songs". Two years later, Apple had added another 16 million songs, according to its chief financial officer, Peter Oppenheimer, who stated during the company's quarterly earnings call in April, 2012 that iTunes now had over 28 million songs available for sale.

66.     Apple achieved this dramatic increase in the size of its iTunes catalog by greatly expanding its stable of digital music providers. No longer limited to a few major record labels (with fully-staffed and functioning licensing departments), Apple entered agreements with numerous independent "labels" and digital aggregators (such as Orchard). As discussed below,

15

many of these content providers did not have any staff devoted to licensing. They did not spend the time and resources necessary for ensuring that all the songs they posted to online stores such as iTunes were properly licensed.

67.    Today the iTunes Store contains over 28 million tracks originating from thousands of "labels". Apple does not have sufficient staff or procedures in place to ensure that the mechanical rights for the music it offers for sale are properly licensed.

68.    Apple's policy of selling everything delivered to it, combined with its refusal to secure mechanical licenses, and electing willful blindness to the infringing status of compositions in its iTunes Store, helped enable Apple to create the largest and most dominant music store in the history of the world within a few years of its opening.

69.    As of October, 2011, Apple claimed to have sold over 16 billion songs through iTunes. Currently, iTunes has over a 70% share of the digital music market in the United States and it is estimated that 28% of all music bought in the United States today is purchased from the iTunes Store.

**Amazon MP3, Google Play, Zune, EMusic**

70.    In an effort to keep pace with Apple's dominance in the digital music business, the leading technology companies, with no history in the music business, jumped into the digital music business and copied the iTunes business model of accepting everything delivered to it, securing no mechanical licenses, and willfully ignoring whether musical compositions sold in its store had been properly licensed from the copyright owner.

16

### *Amazon MP3*

71.    Amazon MP3 is a digital music store owned and operated by Amazon that launched in beta in or around September 2007. According to its website, Amazon MP3's catalog now contains over 20 million songs. Amazon MP3 allows its customers to purchase music from its catalog by digital download, burning a CD, or by storage in the Amazon Cloud. Currently, Amazon MP3 has over 10% of the digital music market.

### *Google Play*

72.    Google Play is a digital music store owned and operated by Google that was originally launched as the "Google music store" within the Android Market in November 2011. There are over 13 million songs available on Google Play and Google allows its customers to purchase music from its catalog by digital download or by storage online.

### *Zune*

73.    Zune is a digital music store owned and operated by Microsoft. There are over 14 million songs available on Zune and Microsoft allows its customers to purchase music from its catalog by digital download or by storage online. Microsoft also offers the Zune Music Pass, a music subscription service, which allows subscribers to download an unlimited number of songs for as long as their subscription is active.

### *eMusic*

74.    eMusic.com is a digital music store owned and operated by EMusic that was originally launched in 1998. There are over 13 million songs available on eMusic which customers may purchase by digital download or through a monthly subscription service that allows its users to download a fixed amount of tracks to their MP3 players per month.

## The Aggregators

75.     There are a number of digital music aggregators, or distributors, including Orchard, that work with other aggregators and small to large record labels across all genres of music.

76.     Apple, Amazon, Google, Microsoft, and EMusic have accepted and continue to accept and make available for sale all recordings that record labels and the aggregators, including Orchard, deliver to them. The aggregators, including Orchard, have not obtained mechanical licenses for all of the music they sell in online music stores.

77.     The aggregators, including Orchard, have direct accounts with Digital Retailers to supply unlimited amounts of digital recordings for sale in the respective digital stores.

78.     The aggregators, including Orchard, compete with each other for digital distribution rights to record labels' recordings based on pricing, payouts, and service.

79.     Digital music retailers do not require aggregators to provide proof of mechanical licenses for all the music they post for sale in their digital music stores.

80.     Distributors such as Orchard do not obtain mechanical licenses, or confirm that such licenses have been obtained, for all the music they distribute via online music stores.

### *Orchard*

81.     Orchard is an independent music and video distribution, marketing, and sales company that works with independent artists, labels, and other content providers to distribute musical content to online digital music stores such as iTunes, Amazon MP3, Google Play, Zune, and EMusic.

82.     According to a 2003 press release, Orchard was then the largest supplier of independent music (not owned by the major record labels) to the iTunes Store.

83.     Upon information and belief, Orchard has agreements with the Retailer Defendants, whereby they permit Orchard, at no cost, to upload every digital recording it aggregates from its labels to the Retailer Defendants' online stores to be made available for sale. Orchard and the Retailer Defendants each take a commission on the online sales and Orchard pays the balance to the record label or other content provider.

84.     Upon information and belief, Orchard has agreements with hundreds, possibly thousands of record labels, whereby Orchard has the contractual right to distribute the respective record label's digital sound recordings for sale in the Retailer Defendants' online stores.

85.     Orchard admittedly does not obtain the required mechanical licenses for all the music it distributes.  For example, in its 2008-2009 SEC filings, Orchard admitted that it has not obtained mechanical licenses (or independently confirmed that its clients have done so) for much of the music it distributes online.  Rather, Orchard claimed that it administered mechanical royalties only to certain artists and labels:

> ***We could be liable for unpaid mechanical royalty obligations and bear liability for copyright infringement if our label clients fail to license and/or pay mechanical copyright royalties owed or if, where contractually obligated to do so, we fail to properly license and/or pay mechanical copyright royalties, which could have a negative effect on our business.***
>
> Mechanical royalties are the statutory or other payment due to the publisher of the underlying musical composition embodied in the master recording.  We administer mechanical royalties for certain artists and record labels.  All other artists and labels that we distribute represent and warrant to us that they will secure the appropriate licenses and pay any royalties due, and agree to indemnify us if they do not.  We believe this is common practice among digital distributors.  As a result, in certain instances and under certain circumstances, if the required payments are not made, we could be liable for unpaid mechanical royalty obligations and bear liability for copyright infringement…

The Orchard Enterpises, Inc., 10-K for 2009 (emphasis in original).

86.     Upon information and belief, Orchard's practices have not changed significantly or sufficiently since its last SEC filing in 2010 and it continues in its failure to properly license all of the music it uploads to online digital stores.

### Infringement of Plaintiff's Copyrights

87.     As a result of the conduct alleged above, Defendants have infringed Plaintiff's musical composition copyrights, as well as those of thousands of other songwriters and publishers.

88.     Defendants have reproduced and distributed Plaintiff's copyrighted compositions without Plaintiff's permission or authority and without Defendants obtaining a mechanical license and without providing proper notice under Section 115 of the Copyright Act.

89.     Plaintiff Norman Blagman owns a copyright interest in the musical composition *Jazz is His Old Lady and My Old Man*.

90.     The copyright in this musical composition is registered in the United States Copyright Office. 17 U.S.C. §§ 409-412. A copy of the relevant registration certificate is annexed as Exhibit A to this Complaint.

91.     Apple, Amazon, Google, EMusic, and Microsoft have all reproduced, distributed, and sold (and/or are presently reproducing, distributing, and selling) digital recordings of Blagman's composition described above in their online music stores as individual downloads or as part of various albums as described on the chart annexed as Exhibit B.

92.     Upon information and belief, the digital recordings of Blagman's composition were duplicated and transmitted to Apple, Amazon, Google, Microsoft and EMusic by Orchard and/or other aggregators. Exhibit C annexed to this Complaint includes pdf copies obtained from the websites of Apple, Amazon, Google, Microsoft and EMusic showing each online music

store's catalog entry for each of the digital recordings of Blagman's compositions described above. These catalog entries also list the names of the aggregator that uploaded the composition to the online stores.

93. Plaintiff Norman Blagman has not licensed the Defendants to reproduce, distribute, or sell his musical composition *Jazz is His Old Lady and My Old Man* in the manner described above.

94. Apple, Amazon, Google, Microsoft, EMusic, and Orchard are infringing Plaintiff Norman Blagman's copyright in his musical composition *Jazz is His Old Lady and My Old Man* under 17 U.S.C. § 106 and the infringement is willful.

## COUNT I

### (Copyright Infringement – 17 U.S.C. § 101 et seq.)

95. Plaintiff re-alleges and incorporates by reference all of the allegations of this Complaint with the same force and affect as if fully restated herein.

96. Defendants have directly reproduced, distributed and sold sound recordings embodying unlicensed musical compositions.

97. Defendants have failed, and continue to fail, to directly license the musical compositions from their owners, or employ a third party to do the same, or to introduce any design, screen or basic proof of license prior to reproducing and distributing the musical compositions in sound recordings.

98. By reason of the conduct described above, Defendants are directly liable for copyright infringement. Each violation of each of Plaintiff's and the Class's rights in and to each musical composition constitutes a separate and distinct act of copyright infringement.

99.     By their conduct described above, Defendants have infringed and are continuing to infringe Plaintiff's copyrights on a daily basis by creating unauthorized reproductions of sound recordings embodying Plaintiff's copyrighted musical compositions and distributing such recordings to the public in violation of 17 U.S.C. §§ 106, et seq.

100.    Defendants' copyright infringement has caused substantial damage to Plaintiff and to the Class. As a direct and proximate result of Defendants' infringement, Plaintiff and the Class are entitled to statutory damages under 17 U.S.C. § 504(c) for each act of infringement.

101.    Defendants' infringement is and has been willful, intentional, purposeful and willful disregard of the rights of Plaintiff and the Class. As an alternative to statutory damages (and for works that do not qualify for statutory damages, if any), Plaintiff and the Class at their election and prior to judgment are entitled to collect their actual damages and any additional profits of the Defendants attributable to the infringement. 17 U.S.C. § 504(a)-(b).

102.    Plaintiff and the Class are entitled to their costs, including reasonable attorneys' fees, pursuant to 17 U.S.C. § 505.

103.    Unless enjoined by this Court, Defendants will continue to cause Plaintiff and the Class irreparable injury that cannot be fully compensated or measured in money. Plaintiff and the Class have no adequate remedy at law. Pursuant to 17 U.S.C. § 502, Plaintiff is entitled to a permanent injunction prohibiting Defendants from reproducing, distributing, and selling copyrighted works without a license in violation of the Copyright Act.

## **Demand for Jury Trial**

104.    Pursuant to Federal Rule of Civil Procedure 38(b), and otherwise, Plaintiff respectfully demands a trial by jury.

## Prayer for Relief

WHEREFORE, Plaintiff respectfully requests that judgment be entered against

Defendants as follows:

1. An order certifying this case as a class action and appointing Plaintiff and his counsel to represent the Class;

2. A declaration that Defendants have infringed Plaintiff's and the Class's copyrighted works in violation of the Copyright Act;

3. A declaration that Defendants' infringement was willful;

4. An award of statutory damages, Plaintiff's and the Class's actual damages, and/or Defendants' profits;

5. A permanent injunction barring the Defendants from continued infringement of the copyrights of the Class members pursuant to 17 U.S.C. § 502;

6. Reasonable attorney's fees and costs of this action, statutory pre-judgment interest, and such other relief as this Court may deem just and proper.

Dated: New York, New York
July 13, 2012

GISKAN SOLOTAROFF
ANDERSON & STEWART LLP

Oren S. Giskan
Jason L. Solotaroff
11 Broadway - Suite 2150
New York, New York 10004
Telephone: (212) 847-8315

SCHWARTZ & PONTERIO, PLLC
Matthew F. Schwartz
Brian S. Levenson
134 West 29th Street, Suite 1006
New York, NY 10001
Telephone: (212) 714-1200

*Attorneys for Plaintiff and the Proposed Class*

# EXHIBIT A

account:

C. UN. 10456

FORM E

# Application for Registration of a Claim to Copyright

### in a musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America

| CLASS | REGISTRATION NO. |
|---|---|
| E | Eu 770965 |
| | DO NOT WRITE HERE |
| | EP    EU |

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be SIGNED at line 9. For published works the application should not be submitted until after the date of publication given in line 4(a), and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies.

Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, together with:

(a) If unpublished, one complete copy of the work and the registration fee of $6.

(b) If published, two copies of the best edition of the work and the registration fee of $6.

Make your remittance payable to the Register of Copyrights.

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). In the case of published works the name(s) should ordinarily be the same as in the notice of copyright on the copies deposited.

Name _NORMAN  BLAGMAN_

Address _70 KNAPP  PLACE  ENGLEWOOD New JERSEY 07631_

Name _GIANNI  CARIC  BROSS_

Address _224 Central Ave  WEST CALDWELL, New JERSEY_

**2. Title:** _JAZZ IS HIS OLD LADY AND MY OLD MAN_
(Give the title of the musical composition as it appears on the copies)

subject to

side the

erica or

States of

**3. Authors:** Citizenship and domicile information must be given. Where a work is made for hire, the employer is the author. Organizations formed under U.S. Federal or State law are U.S. citizens.

Authors include composers of music, authors of words, arrangers, compilers, etc. If the copyright claim is based on new matter (see line 5) give information about the author of the new matter.

Name _NORMAN  BLAGMAN_
(Give legal name followed by pseudonym if latter appears on the copies)
Citizenship: U.S.A. ___ (Check if U.S. citizen)  Other _____ (Name of country)

Domiciled in U.S.A. Yes _✓_ No ___ Address _70 KNAPP PL. Englewood N.J._ Author of _MUSIC_
(State which: words, music, arrangement, etc.)

Name _GIANNI C. BROSS_
(Give legal name followed by pseudonym if latter appears on the copies)
Citizenship: U.S.A. ___ (Check if U.S. citizen)  Other _____ (Name of country)

Domiciled in U.S.A. Yes _✓_ No ___ Address _224 Central Ave West Caldwell N.J._ Author of _WORDS_
(State which: words, music, arrangement, etc.)

Name _____
(Give legal name followed by pseudonym if latter appears on the copies)
Citizenship: U.S.A. ___ (Check if U.S. citizen)  Other _____ (Name of country)

Domiciled in U.S.A. Yes ___ No ___ Address _____ Author of _____
(State which: words, music, arrangement, etc.)

➤➤ **NOTE:** Leave all spaces of line 4 blank unless your work has been PUBLISHED. ◄◄◄

**4. (a) Date of Publication:** Give the date when copies of this particular version of the work were first placed on sale, sold, or publicly distributed. The date when copies were made or printed, or the date when the work was performed should not be confused with the date of publication. NOTE: The full date (month, day, and year) must be given.

_____ _____ _____
(Month)   (Day)   (Year)

**(b) Place of Publication:** Give the name of the country in which this particular version of the work was first published.

➤➤ **NOTE:** Leave all spaces of line 5 blank unless the instructions below apply to your work. ◄◄◄

**5. Previous Registration or Publication:** If a claim to copyright in any substantial part of this work was previously registered in the U.S. Copyright Office in unpublished form,

or if any substantial part of the work was previously published anywhere, give requested information.

Was work previously registered? Yes ___ No ___ Date of registration _____ Registration number _____

Was work previously published? Yes ___ No ___ Date of publication _____ Registration number _____

Is there any substantial NEW MATTER in this version? Yes ___ No ___ If your answer is "Yes," give a brief general statement of the nature of the NEW MATTER in this version. (New matter may consist of compilation, arrangement, adaptation, editorial revision, and the like, as well as additional words and music.)

| EXAMINER |
|---|
| WH |

*Complete all applicable spaces on next page*

6. If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account:

7. **Name and address of person or organization to whom correspondence or refund, if any, should be sent:**

Name _NORMAN BLAGMAN_    Address _70 KNAPP PLACE ENglewood N.J._

8. **Send certificate to:**

(Type or print name and address)  Name _NORMAN BLAGMAN_

Address _70 KNAPP PLACE_
(Number and street)

_ENglewood_    _New Jersey_    _07631_
(City)       (State)        (ZIP code)

for

in a n
of the
in the
Instru
comple
be si
should
in line
date.
Page
ink.
as pag
1. Cop
publis

9. **Certification:**

(Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

_Norman Blagman_
(Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

Class A  Form A—Published book manufactured in the United States of America.

Class A or B  Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law).
Form A–B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America.

Class B  Form B—Periodical manufactured in the United States of America.
Form BB—Contribution to a periodical manufactured in the United States of America.

Class C  Form C—Lecture or similar production prepared for oral delivery.

Class D  Form D—Dramatic or dramatico-musical composition.

Class E  Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America.
Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.

Class F  Form F—Map.

Class G  Form G—Work of art or a model or design for a work of art.

Class H  Form H—Reproduction of a work of art.

Class I  Form I—Drawing or plastic work of a scientific or technical character.

Class J  Form J—Photograph.

Class K  Form K—Print or pictorial illustration.
Form KK—Print or label used for an article of merchandise.

Class L or M  Form L-M—Motion picture.

Form R—Renewal copyright.
Form U—Notice of use of copyrighted music on mechanical instruments. ← Please send some from U

Name -

Domicil

Name -

Domicil

4. (a)
this pa
sold, o:

--------

(b)

--------

FOR COPYRIGHT OFFICE USE ONLY

Application received
APR 0 1 1977

One copy received
APR 0 1 1977

Two copies received

Fee received
130360APR 1 77

Renewal
E 913 - 089

5. Prev
right i
register
Was wo
Was wo
Is there
stateme
tion, ec
--------

U.S. GOVERNMENT PRINTING OFFICE:1970—O-403-638



# FORM RE

UNITED STATES COPYRIGHT OFFICE



RE 913—089

RRE00009133859m

EFFECTIVE DATE OF RENEWAL REGISTRATION

JAN 0 4 2005
(Month)        (Day)        (Year)

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

| ① Renewal Claimant(s) | **RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)** | |
|---|---|---|
| | 1 | Name **NORMAN BLAGMAN** <br> Address **144 BROAD AVENUE    LEONIA, NJ 07605** <br> Claiming as **AUTHOR** <br> *(Use appropriate statement from Instructions)* |
| | 2 | Name <br> Address <br> Claiming as <br> *(Use appropriate statement from Instructions)* |
| | 3 | Name <br> Address <br> Claiming as <br> *(Use appropriate statement from Instructions)* |

| ② Work Renewed | **TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:** |
|---|---|
| | **JAZZ IS HIS OLD LADY AND MY OLD MAN** |
| | **RENEWABLE MATTER:** |
| | **CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:** <br> Title of periodical or composite work <br> If a periodical or other serial, give Vol.          No.          Issue Date |

| ③ Author(s) | **AUTHOR(S) OF RENEWABLE MATTER:** |
|---|---|
| | M NORMAN BLANGMAN <br> W GIANNI CARIE BROSS |

| ④ Facts of Original Registration | **ORIGINAL REGISTRATION NUMBER:** <br> EU770965 | **ORIGINAL COPYRIGHT CLAIMANT:** <br> NORMAN BLAGMAN & GIANNI CARIE BROSS |
|---|---|---|
| | **ORIGINAL DATE OF COPYRIGHT.** | |
| | • If the original registration for this work was made in published form, give <br> DATE OF PUBLICATION ___ (Month) (Day) (Year) | OR • If the original registration for this work was made in unpublished form, give <br> DATE OF REGISTRATION **APRIL 1, 1977** (Month) (Day) (Year) |

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR.** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions) give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON)

**5** Renewal for Group of Works

| | | | | | |
|---|---|---|---|---|---|
| 1 | Title of Contribution<br>Title of Periodical<br>Date of Publication (Month) (Day) (Year) | | Vol No<br>Registration Number | Issue Date | |
| 2 | Title of Contribution<br>Title of Periodical<br>Date of Publication (Month) (Day) (Year) | | Vol No<br>Registration Number | Issue Date | |
| 3 | Title of Contribution<br>Title of Periodical<br>Date of Publication (Month) (Day) (Year) | | Vol No<br>Registration Number | Issue Date | |
| 4 | Title of Contribution<br>Title of Periodical<br>Date of Publication (Month) (Day) (Year) | | Vol No<br>Registration Number | Issue Date | |
| 5 | Title of Contribution<br>Title of Periodical<br>Date of Publication (Month) (Day) (Year) | | Vol No<br>Registration Number | Issue Date | |
| 6 | Title of Contribution<br>Title of Periodical<br>Date of Publication (Month) (Day) (Year) | | Vol No<br>Registration Number | Issue Date | |
| 7 | Title of Contribution<br>Title of Periodical<br>Date of Publication (Month) (Day) (Year) | | Vol No<br>Registration Number | Issue Date | |

**DEPOSIT ACCOUNT** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account )

Name **THE SONGWRITERS GUILD OF AMERICA**

Account Number **057851**

**CORRESPONDENCE** (Give name and address to which correspondence about this application should be sent )

Name

Address

(Apt )

(City) (State) (ZIP)

**6** Fee and Correspondence

**CERTIFICATION** I the undersigned hereby certify that I am the (Check one)
☐ renewal claimant  ☒ duly authorized agent of

NORMAN BLAGMAN
(Name of renewal claimant)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X)  *Maria Espinal*

Typed or printed name  MARIA ESPINAL

Date  JANUARY 1, 2005

**7** Certification (Application must be signed)

**MAIL CERTIFICATE TO**

SONGWRITERS GUILD OF AMERICA
1500 HARBOR BLVD
WEEHAWKEN NJ 07087-6732

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

# EXHIBIT B

Exhibit B

List of Infringed Works

| Composition | Coyright Owner | Copyright Registration | Aggregator | Digital Music Retailer(s) | Album |
|---|---|---|---|---|---|
| Jazz Is His Old Lady & My Old Man | Norman Blagman, Gianni C. Bross | Eu770-965 / RE 913-089 | Orchard | iTunes, Amazon, Google, Zune, eMusic | Him & Her |
| Jazz Is His Old Lady & My Old Man | Norman Blagman, Gianni C. Bross | Eu770-965 / RE 913-089 | P.E.R. Records | iTunes, Amazon, Google, Zune, eMusic | All Time Classics |

# EXHIBIT C

# iTunes Preview

What's New   What is iTunes   What's on iTunes   iTunes Charts   How To

## Him & Her

### Earl 'Fatha' Hines with Marva Josie

Open iTunes to preview, buy, and download music.

View More By This Artist

| | Name | Artist | Time | Price | |
|---|---|---|---|---|---|
| 1 | Him & Her | Earl 'Fatha' Hines with Ma... | 3:49 | $0.99 | View In iTunes ➤ |
| 2 | Nearly | Earl 'Fatha' Hines with Ma... | 3:22 | $0.99 | View In iTunes ➤ |
| 3 | Quietly | Earl 'Fatha' Hines with Ma... | 2:26 | $0.99 | View In iTunes ➤ |
| 4 | Nothing | Earl 'Fatha' Hines with Ma... | 4:42 | $0.99 | View In iTunes ➤ |
| 5 | Maybe | Earl 'Fatha' Hines with Ma... | 3:04 | $0.99 | View In iTunes ➤ |
| 6 | | Earl 'Fatha' Hines with Ma... | 4:42 | $0.99 | View In iTunes ➤ |
| 7 | | Earl 'Fatha' Hines with Ma... | 4:11 | $0.99 | View In iTunes ➤ |
| 8 | | Earl 'Fatha' Hines with Ma... | 3:32 | $0.99 | View In iTunes ➤ |
| 9 | | Earl 'Fatha' Hines with Ma... | 3:04 | $0.99 | View In iTunes ➤ |
| 10 | | Earl 'Fatha' Hines with Ma... | | | View In iTunes ➤ |

$6.99

Genres: Jazz, Music
Released Jan 26, 2011
℗ 2011 Swann Music

## Customer Ratings

We have not received enough
ratings to display an average
for this album.

Top Albums and Songs By Earl 'Fatha' Hines with Marva Josie



Him & Her
View In iTunes ➤

iTunes on Facebook
Like   22,576,071

App Store on Facebook
Like   5,584,696

Become a fan of the iTunes and App Store pages on Facebook for exclusive offers,
the inside scoop on new apps and more.



Browse Amazon.com   Today's Deals   Gift Cards   Help

Shop by
Department    **Search**   Music CDs   New Releases   Recommendations   Advanced Search   Browse Genres   Best Sellers

Go

Hello, Brian
Your Account   Amazon Cloud Player   Getting Started   Get Help

FREE Two-Day Shipping  See details

0  Cart   Wish List

Amazon MP3 Store

See larger image

Share your own customer images

### Jazz Is His Old Lady & My Old Man

Earl 'Fatha' Hines with Ma... | Format: MP3 Download
From the Album Jazz Is Jazz

Be the first to review this item | (0)

Price: $0.99

**Format** • MP3
**Compatible with** MP3 Players (including with iPods), iTunes, Windows Media Player

**Original Release Date:** January 28, 2011

---

## Special Offers and Product Promotions

• Subscribe to our weekly newsletter to learn about free downloads, special deals, and new releases.

---

## Product Details

**Original Release Date:** January 28, 2011
**Label:** Bringins Music
**Copyright:** (c) 2011 HHO Multimedia Ltd (audio)
**Duration:** 4:42 minutes
**Genres:**
   Jazz
**ASIN:** B004UDG8YU
**Average Customer Review:** Be the first to review this item

---

## Customer Reviews

There are no customer reviews yet.

| | |
|---|---|
| 5 star | Share your thoughts with other customers |
| 4 star | Write a customer review |
| 3 star | |
| 2 star | |
| 1 star | |

---

## Customer Discussions

This product's forum

No discussions yet.

Ask questions, Share opinions, Gain insight

| Discussion | Replies | Latest Post |
|---|---|---|

Related forums

   Jazz forum (1023 discussions)

---

### MP3 Song

| Song Title | Artist | Time | Price |
|---|---|---|---|
| Jazz Is His Lady & My Old Man | Earl 'Fatha' Hines with Ma... | 4:42 | $0.99  ▶ Buy MP3 |

Play all samples

Sold by Amazon Digital Services, Inc. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

▶ Buy MP3 using with 1-Click

Give song as a gift

▶ Buy MP3

**amazon**

Share

**sally** is a happy girl.

...thanks to generous pet lovers like you who click our ads.

Download Him & Her by Earl 'Fatha' Hines with Marva Josie | eMusic



# emusic

Explore. Listen. Collect. Discover. GET A 550 MUSIC CREDIT

## Him & Her
EARL 'FATHA' HINES WITH MARVA JOSIE
★★★★★

◉ SAMPLE ALBUM    DOWNLOADS $4.40

| # | Title | Length | Price |
|---|---|---|---|
| 01 | Blue Skies — Artist: Earl 'Fatha' Hines with Ma... | 3:50 | $0.49 |
| 02 | Candy — Artist: Earl 'Fatha' Hines with Ma... | 3:22 | $0.49 |
| 03 | Deed I Do — Artist: Earl 'Fatha' Hines with Ma... | 2:20 | $0.49 |
| 04 | Feelings — Artist: Earl 'Fatha' Hines with Ma... | 4:47 | $0.49 |
| 05 | Hey Love — Artist: Earl 'Fatha' Hines with Ma... | 3:20 | $0.49 |
| 06 | Jazz Is His Old Lady & My Old Man — Artist: Earl 'Fatha' Hines with Ma... | 3:43 | $0.49 |
| 07 | Just Squeeze Me (But Tease Me) — Artist: Earl 'Fatha' Hines with Ma... | 4:11 | $0.49 |
| 08 | Make It Easy On Yourself — Artist: Earl 'Fatha' Hines with Ma... | 3:32 | $0.49 |
| 09 | They'll Be Some Changes Made — Artist: Earl 'Fatha' Hines with Ma... | 3:54 | $0.49 |
| 10 | Yellow Days — Artist: Earl 'Fatha' Hines with Ma... | 4:17 | $0.49 |

Total Tracks: 10   Total Length: 37:39

**ALBUM INFORMATION**
Artist: Earl 'Fatha' Hines with Marva Josie
Date Released: Jan 28, 2011
Genre: Jazz, Style: Swing, Big Band
Labels: ...

◀ ▶ ◀) ——— Jazz Is His Old Lady & My Old Man   EARL 'FATHA' HINES WITH MA...   00:00 | 00:30    Buy ⌄

## Write a Review
Please register before you review a release.

A MEMBER REVIEWS

REGISTER

## Recommended Albums

+You Search Images Maps YouTube News Gmail More ▾

Sign in ⚙

Google play

SHOP

MY MUSIC    MY BOOKS    MY MAGAZINES    MY MOVIES & TV    MY ANDROID APPS

## Him & Her
Earl Fatha Hines

TRACK LIST

▶ Play all

| | | |
|---|---|---|
| 1 | Blue Skies | 3:49 |
| 2 | Candy | 3:22 |
| 3 | Dead I On | 2:28 |
| 4 | Feelings | 4:47 |
| 5 | Hey Love | 3:24 |
| 6 | | |
| 7 | Real Squeeze Me (But Treat Me) | 4:11 |
| 8 | Make It Easy On Yourself | 3:32 |
| 9 | They'll Be Some Changes Made | 3:04 |
| 10 | Yellow Days | 4:16 |

Purchase Full Album

SHARE

| Artist | Earl Fatha Hines, Marva Josie |
|---|---|
| Released | January 28, 2011 |
| Label | © 2011 Chicago Music |
| Tracks | 10 |
| Total Length | 37:39 |
| Format | 320 kbps MP3 |

Genres

Jazz

Similar artists

The Dorsey Brothers

Chick Webb



# zune

WELCOME TO ZUNE - To complete your purchase, please sign in to Zune

Jazz Is His Old Lady & My Old Man - Earl 'Fatha' Hines

Jazz
Bridgers Music
1 song (4 min 43 s) - MP3

Total $0.99

## Sign in to Zune

**Email address:**

**Password:**

Forgot your password?

Sign in

○ Save my email address and password
⦿ Save my email address
○ Always ask for my email address and password

🔒 Windows Live ID

©2013 Microsoft Corporation. All Rights Reserved.   Privacy Statement   Legal   Safety

## let's get your free account started

please enter an existing email address

If you have a Windows Live ID, enter that e

If you want your Xbox LIVE gamertag to b
address for your Xbox account.

bing    | Earl Hines Him & Her                | 🔍 |

WEB   IMAGES   VIDEOS   MAPS   **MUSIC**   MORE

OVERVIEW   BIOGRAPHY   SONGS   ALBUMS   LYRICS

# Earl Hines / Him & Her



**Genre:** Jazz
**Buy album:** Zune · iTunes · Amazon MP3

## Songs

| # | | Title | Duration | | |
|---|---|---|---|---|---|
| 1. | ⊙ | Blue Skies | 3:50 | | Buy ▾ |
| 2. | ⊙ | Candy | 3:22 | | Buy ▾ |
| 3. | ⊙ | Deed I Do | 2:29 | Lyrics | Buy ▾ |
| 4. | ⊙ | Feelings | 4:47 | | Buy ▾ |
| 5. | ⊙ | Hey Love | 3:24 | | Buy ▾ |
| 6. | ⊙ | Jazz Is His Old Lady & My Old Man | 4:43 | | Buy ▾ |
| 7. | ⊙ | Just Squeeze Me (But Tease Me) | 4:11 | | Buy ▾ |
| 8. | ⊙ | Make It Easy On Yourself | 3:32 | | Buy ▾ |
| 9. | ⊙ | They'll Be Some Changes Made | 3:04 | | Buy ▾ |
| 10. | ⊙ | Yellow Days | 4:17 | | Buy ▾ |

Bing music experience is powered by Zune.

✦ zune
Get a Zune Pass
Unlimited access to music

**Related** | Influenced by | Influenced

Dick Hyman

Art Tatum

Duke Ellington

D... Mellham

# iTunes Preview

## All Time Classics

Earl "Fatha" Hines

Open iTunes to preview, buy, and download music.

View More By This Artist

**$7.99**

Genre: Pop, Music
Released: Nov 14, 2011
© 2011 P.E.R Records

### Customer Ratings

We have not received enough ratings to display an average for this album.

### Essentials

Piano Jazz

Louis Armstrong

### Influencers

Louis Armstrong

### Followers

Erroll Garner
Teddy Wilson
Dave McKenna
Jay McShann
Milt Buckner

| | Name | Artist | Time | Price | |
|---|---|---|---|---|---|
| 1 | Cavalcade, Sweet Dreams, G... | Earl "Fatha" Hines | 2:00 | $0.99 | View In iTunes ▸ |
| 2 | My Love | Earl "Fatha" Hines | 3:23 | $0.99 | View In iTunes ▸ |
| 3 | Rhthm Sundown | Earl "Fatha" Hines | 2:39 | $0.99 | View In iTunes ▸ |
| 4 | Indiana | Earl "Fatha" Hines | 3:10 | $0.99 | View In iTunes ▸ |
| 5 | Tie Just Me | Earl "Fatha" Hines | 3:52 | $0.99 | View In iTunes ▸ |
| 6 | Fatha, Dear to | Earl "Fatha" Hines | 3:06 | $0.99 | View In iTunes ▸ |
| 7 | Broadcasting With Hines | Earl "Fatha" Hines | 4:17 | $0.99 | View In iTunes ▸ |
| 8 | Cavalcade opens Chopin | Earl "Fatha" Hines | 2:40 | $0.99 | View In iTunes ▸ |
| 9 | Rosetta | Earl "Fatha" Hines | 3:22 | $0.99 | View In iTunes ▸ |
| 10 | Save It, Pretty Mama | Earl "Fatha" Hines | 4:42 | $0.99 | View In iTunes ▸ |
| 11 | Playin' The Machine | Earl "Fatha" Hines | 2:18 | $0.99 | View In iTunes ▸ |
| 12 | Just Playing A Standard | Earl "Fatha" Hines | 2:05 | $0.99 | View In iTunes ▸ |
| 13 | Davel Pine | Earl "Fatha" Hines | 2:28 | $0.99 | View In iTunes ▸ |
| 14 | Make It Soft On Yourself | Earl "Fatha" Hines | 3:31 | $0.99 | View In iTunes ▸ |
| 15 | Indiana | Earl "Fatha" Hines | 4:40 | $0.99 | View In iTunes ▸ |
| 16 | Chocolate Things | Earl "Fatha" Hines | 2:25 | $0.99 | View In iTunes ▸ |
| 17 | Fatha Swings | Earl "Fatha" Hines | 2:51 | $0.99 | View In iTunes ▸ |
| 18 | Yellow Dogs | Earl "Fatha" Hines | 4:15 | $0.99 | View In iTunes ▸ |
| 19 | Blue Moon | Earl "Fatha" Hines | 3:59 | $0.99 | View In iTunes ▸ |
| 20 | Me And A Jockie | Earl "Fatha" Hines | 2:39 | $0.99 | View In iTunes ▸ |
| 21 | Xyz | Earl "Fatha" Hines | 2:24 | $0.99 | View In iTunes ▸ |
| 22 | Cheek by Jowl | Earl "Fatha" Hines | 2:51 | $0.99 | View In iTunes ▸ |
| 23 | It's All I Been To You | Earl "Fatha" Hines | 2:55 | $0.99 | View In iTunes ▸ |
| 24 | Mr Henry | Earl "Fatha" Hines | 2:47 | $0.99 | View In iTunes ▸ |

Total: 24 Songs

## Biography

Born: December 28, 1905 in Duquesne, PA
Genre: Jazz
Years Active: '20s, '30s, '40s, '50s, '60s, '70s, '80s

Once called "the first modern jazz pianist," Earl Hines differed from the stride pianists of the 1920s by breaking up the stride rhythm with unusual accents from his left hand. While his right hand often played octaves so as to ring clearly over any ensemble, Hines had the trickiest left hand in the business, often suspending time recklessly but

Your Amazon.com    Today's Deals    Gift Cards    Help

Shop by
Department    Search    MP3 Downloads    earl hines jazz old lady    Go

Amazon MP3 Store    Music CDs    New Releases    Recommendations    Advanced Search    Browse Genres    Best Sellers

Hello. Sign in
Your Account    Amazon Cloud Player    Getting Started    Get Help

FREE Two-Day Shipping for college
0    Cart    Wish List

amazon

Play Your Music from the Cloud

**All Time Classics**
EARL HINES

See larger image

Share your customer images

**Jazz Is My Old Lady**
Earl Hines | Format: MP3 Download
From the Album: All Time Classics
        (0)
Be the first to review this item |

Price: $0.89

**Original Release Date:** November 14, 2011
**Format:** Music, MP3
**Compatible with** MP3 Players (including with iPods), iTunes, Windows Media Player

[ Buy MP3 song with 1-Click ]
[ Give song as a gift ]

MP3 Song    Play all samples

| Song Title | Artist | Time | Price |
| --- | --- | --- | --- |
| Jazz Is My Old Lady | Earl Hines | 4:42 | $0.89 [ Buy MP3 ] |

Sold by Amazon Digital Services, Inc. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

**Special Offers and Product Promotions**

• Subscribe to our weekly newsletter to learn about free downloads, special deals, and new releases.

**Product Details**

**Original Release Date:** November 14, 2011
**Label:** P.E.R Records
**Copyright:** 2011 P.E.R Records
**Duration:** 4:42 minutes
**Genres:**
  Pop
**ASIN:** B006CA8F0O
**Average Customer Review:** Be the first to review this item

**Customer Reviews**

There are no customer reviews yet.

5 star
4 star    Share your thoughts with other customers
3 star    [ Write a customer review ]
2 star
1 star

**Customer Discussions**

This product's forum

| Discussion | Replies | Latest Post |
| --- | --- | --- |
| No discussions yet | | |

Related forums
Pop forum (1023 discussions)

amazon

Share

Help someone today!

Network for Good

Download All Time Classics by Earl Hines | eMusic

# emusic

FIND MUSIC   FEATURES + REVIEWS   RADIO   AUDIOBOOKS

BROWSE    NEW ARRIVALS    CHARTS    GENRES ▾

All Music ▾

Explore. Listen. Collect. Discover sounds unheard and our 13+ million tracks. LEARN MORE.

GET A $20 MUSIC CREDIT

## All Time Classics
EARL HINES
★ ★ ★ ★ ★ review
0 Reviews

PRESTIGE ELITE RECORDS LIMITED

ALL TIME CLASSICS

EARL HINES

| | TRACK | DOWNLOAD $0.99 ✦ ★ |
|----|----------------------------|------|-------|
| ★ | SAMPLE ALBUM | | |
| 01 | Goodnight, Sweet Dreams, Goodnight | 2:10 | $0.99 ✦ ★ |
| 02 | Hey Love | 3:24 | $0.99 ✦ ★ |
| 03 | Rollin' And Jivin' | 2:40 | $0.99 ✦ ★ |
| 04 | Indiana | 2:02 | $0.99 ✦ ★ |
| 05 | Squeeze Me | 4:11 | $0.99 ✦ ★ |
| 06 | Father Steps In | 3:08 | $0.99 ✦ ★ |
| 07 | Reminiscing At Blue Note | 4:18 | $0.99 ✦ ★ |
| 08 | Grand Terrace Shuffle | 2:40 | $0.99 ✦ ★ |
| 09 | Jezebel | 3:08 | $0.99 ✦ ★ |
| 10 | Jazz Is My Old Lady | 4:43 | $0.99 ✦ ★ |
| 11 | Tippin' At The Terrace | 2:19 | $0.99 ✦ ★ |
| 12 | Jack Climbed A Beanstalk | 2:06 | $0.99 ✦ ★ |
| 13 | Deed I Do | 2:29 | $0.99 ✦ ★ |

Total Tracks: 24   Total Length: 74:34

### ALBUM INFORMATION

Artist: Earl Hines   Soul of Atom by Earl Hines
Genre: Rock/Pop, Style: Singer-Songwriter
Label: 0 of 0 records

⏮ ⏸ ⏭   ◀) ▬▬▬   Jazz Is My Old Lady   EARL HINES        00:21 | 00:30 ⊙        Buy ⌄

## Write a Review

Please register before you review a release.

| MEMBER REVIEWS | |
| --- | --- |
| 0 MEMBER REVIEWS | REGISTER |

## Recommended Albums

+You Search Images Maps Play YouTube News Gmail More ▾

Sign in ⚙

Google play

SHOP

MY MUSIC | MY BOOKS | MY MAGAZINES | MY MOVIES & TV | MY ANDROID APPS

ALL TIME
CLASSICS
EARL
HINES

SHARE ⊞ ▾ | ☑ Tweet

Artist          Earl Hines
Released        November 14, 2011
Label           ℗ 2011 P.E.R Records
Tracks          24
Total Length    1:14:20
Format          320 kbps MP3

Genres
Pop ▸

Similar artists

Duke Ellington

Miles Davis

## All Time Classics

TRACK LIST

▶ Play all

| # | Title | Length |
|---|-------|--------|
| 1 | Goodnight, Sweet Dreams, Goodnight | 2:00 |
| 2 | Hey Love | 3:33 |
| 3 | Ridin' And Jivin' | 2:38 |
| 4 | Indiana | 2:02 |
| 5 | Squeeze Me | 4:10 |
| 6 | Father Steps In | 3:05 |
| 7 | Reminiscing At Blue Note | 4:17 |
| 8 | Grand Terrace Shuffle | 2:40 |
| 9 | Jeebol | 3:08 |
| 10 | Jazz Is My Old Lady | 4:42 |
| 11 | 'Tippin' At The Terrace | 2:18 |
| 12 | Jack Climbed A Beanstalk | 2:05 |
| 13 | Deed I Do | 2:28 |
| 14 | Make It Easy On Yourself | 3:31 |
| 15 | Feelings | 4:44 |
| 16 | Chocolate Swing | 2:25 |
| 17 | Gator Swing | 2:51 |
| 18 | Yellow Days | 4:16 |
| 19 | Blue Skies | 3:50 |
| 20 | Me And Columbus | 2:39 |
| 21 | Xyz | 2:21 |
| 22 | Photo Biz Hint | 2:54 |
| 23 | After All I've Been To You | 2:55 |
| 24 | Riff Medley | 2:47 |

## ⟐ zune

WELCOME TO ZUNE - To complete your purchase, please sign in to Zune.

Jazz Is My Old Lady - Earl 'Fatha' Hines

Pop
P.E.R Records
1 song (4 min 42 s) · MP3

Total: $0.99

### Sign in to Zune

**Email address:**

**Password:**

Forgot your password?

[ Sign In ]

○ Save my email address and password
○ Save my email address
○ Always ask for my email address and password

Windows Live ID

## let's get your free account started

please enter an existing email address

If you have a Windows Live ID, enter that e

If you want your Xbox LIVE gamertag to b
address for your Xbox account

©2017 Microsoft Corporation. All Rights Reserved    Privacy Statement    Legal    Help

bing | Earl Hines All Time Classics | 🔍

WEB  IMAGES  VIDEOS  MAPS  **MUSIC**  MORE

OVERVIEW  BIOGRAPHY  SONGS  ALBUMS

# Earl Hines / All Time Classics



**Genre:** Pop
**Buy album:** Zune · iTunes · Amazon MP3

## Songs

| | | | | |
|---|---|---|---|---|
| 1. | ⊙ | Goodnight, Sweet Dreams, Goodnight | 2:09 | Buy ▾ |
| 2. | ⊙ | Hey Love | 3:23 | Buy ▾ |
| 3. | ⊙ | Ridin' And Jivin' | 2:39 | Buy ▾ |
| 4. | ⊙ | Indiana | 2:02 | Buy ▾ |
| 5. | ⊙ | Squeeze Me | 4:10 | Buy ▾ |
| 6. | ⊙ | Father Steps In | 3:06 | Buy ▾ |
| 7. | ⊙ | Reminiscing At Blue Note | 4:17 | Buy ▾ |
| 8. | ⊙ | Grand Terrace Shuffle | 2:40 | Buy ▾ |
| 9. | ⊙ | Jezebel | 3:08 | Buy ▾ |
| 10. | ⊙ | Jazz Is My Old Lady | 4:42 | Buy ▾ |
| 11. | ⊙ | Tippin' At The Terrace | 2:18 | Buy ▾ |
| 12. | ⊙ | Jack Climbed A Beanstalk | 2:05 | Buy ▾ |
| 13. | ⊙ | Deed I Do | 2:28 | Buy ▾ |

▧ zune
Get a Zune Pass
Unlimited access to music

**Related** | Influenced by | Influenced

Duke Ellington

Dick Hyman

Joe Cal..tum

Art Tatum

| | | | | |
|---|---|---|---|---|
| 14. | Make It Easy On Yourself | 3:31 | Buy ▼ |
| 15. | Feelings | 4:44 | Buy ▼ |
| 16. | Dominick Swing | 2:25 | Buy ▼ |
| 17. | Gator Swing | 2:51 | Buy ▼ |
| 18. | Yellow Days | 4:16 | Buy ▼ |
| 19. | Blue Skies | 3:50 | Buy ▼ |
| 20. | Me And Columbus | 2:39 | Buy ▼ |
| 21. | XYZ | 2:21 | Buy ▼ |
| 22. | Please Be Kind | 2:54 | Buy ▼ |
| 23. | After All I've Been To You | 2:55 | Buy ▼ |
| 24. | Riff Medley | 2:47 | Buy ▼ |

Bing music experience is powered by Zune

Bing Entertainment: Music Movies TV Celebrities Games Events Video Games

© 2012 Microsoft | Privacy and Cookies | Legal | Advertise | About our ads | Help | Feedback