UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
BLAGMAN,

                Plaintiff(s),

    -against-

APPLE,

                Defendant(s).
----------------------------------------------------------X

**NOTICE OF COURT CONFERENCE**

12 civ 5453 (JGK)

To All Parties,

    You are directed to appear for a pretrial conference, to be held on **Tuesday, September 25, 2012** in Courtroom 12B, at 4:30pm in front of the Honorable John G. Koeltl.

**All requests for adjournments must be made in writing to the Court.**

For any further information, please contact the Court at (212) 805-0107.

                                    Don Fletcher
                               Courtroom Case Manager

Dated: New York, New York
          August 1, 2012

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/2012
```