UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

NORMAN BLAGMAN, individually and on behalf of all others similarly situated,

      Plaintiff,

v.

APPLE INC., AMAZON.COM, INC., GOOGLE INC., MICROSOFT CORPORATION, EMUSIC.COM INC., THE ORCHARD ENTERPRISES, INC., ORCHARD ENTERPRISES NY, INC.,
And John Does 1-10, persons and entities whose identities are unknown to Plaintiff but who have performed and participated in the unlawful acts alleged herein,

      Defendants.

---------------------------------------------------------x

1:12-CV-5453(JGK)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiff Norman Blagman ("Plaintiff"), and counsel for Defendant Google Inc. ("Google"), that the time for Google to answer or otherwise respond to the complaint in the above-captioned case is extended to and including October 15, 2012.

Dated: New York, NY
   August 1, 2012

MAYER BROWN LLP

By: _____
A. John P. Mancini
Matthew D. Ingber
Allison Levine Stillman
**MAYER BROWN LLP**
1675 Broadway
New York, NY 10019
jmancini@mayerbrown.com
mingber@mayerbrown.com
astillman@mayerbrown.com
Tel: 212.506.2295
Fax: 212.849.5895
*Attorneys for Defendant Google Inc.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 8/3/12

GISKAN SOLOTAROFF
ANDERSON & STEWART LLP

_____
Oren S. Giskan
Jason L. Solotaroff
11 Broadway – Suite 2150
New York, New York 10004
Telephone: (212) 847-8315

SCHWARTZ & PONTERIO, PLLC
Matthew F. Schwartz
Brian S. Levenson
134 West 29th Street, Suite 10006
New York, NY 10001
Telephone: (212) 714 -1200

***Attorneys for Plaintiff and the Putative Class***

Dated: New York, NY
August 1, 2012

**SO ORDERED:**

_____
U.S.D.J.

-2-