UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

NORMAN BLAGMAN, individually and on
behalf of all others similarly situated,

            Plaintiff,

-against-

APPLE INC., AMAZON.COM, INC.,
GOOGLE INC., MICROSOFT
CORPORATION, EMUSIC.COM INC., THE
ORCHARD ENTERPRISES, INC.,
ORCHARD ENTERPRISES NY, INC., and
John Does 1-10, persons and entities whose
identities are unknown to Plaintiff but who
have performed and participated in the
unlawful acts alleged herein,

            Defendants.

-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 8/13/12

Civil Action No. 12 CV 5453 (JGK)

## STIPULATION FOR EXTENSION OF TIME
## TO ANSWER, PLEAD OR OTHERWISE MOVE

The parties hereto, by and through their respective counsel, hereby stipulate and agree that Defendant Apple Inc. is granted an extension from August 13, 2012 until October 15, 2012, within which to answer, plead or otherwise move in response to the Complaint in this action.

No such extensions have previously been sought or granted.

\\

\\

\\

Dated: August 7, 2012

/s/ Oren S. Giskan
Oren S. Giskan
Jason L. Solotaroff
GISKAN SOLOTAROFF ANDERSON & STEWART LLP
11 Broadway – Suite 2150
New York, New York, 10004
Telephone: (212) 847-8315
Email: ogiskan@gslawny.com

*Attorneys for Plaintiff*

Dated: August 7, 2012

/s/ Gabrielle Levin
Gabrielle Levin
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, New York, 10166
Telephone: (212) 351-4000
Email: glevin@gibsondunn.com

*Attorneys for Defendant Apple Inc.*

IT IS SO ORDERED.

Dated: Aug 13, 2012

By: /s/ John G. Koeltl
Hon. John G. Koeltl
United States District Judge

101344938.1

2