# GISKAN SOLOTAROFF ANDERSON & STEWART LLP
## Attorneys at Law

August 14, 2012

BY FAX (212) 805-7912.
Hon. John G. Koetl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York NY 10006



RECEIVED
AUG 16 2012
CHAMBERS OF
JOHN G. KOELTL
U.S.D.J.

Re: Blagman v. Apple Inc. 12 CV 5453 (JGK)

Your Honor:

I am one of the attorneys representing Plaintiff in this action. On behalf of Plaintiff and Defendant Amazon Inc. ("Amazon"), I write to request that the time for Amazon to answer or otherwise respond to the complaint be extended until October 15, 2012. The reason why I am making this request by letter and not submitting a stipulation is that Amazon has not yet retained counsel to appear in this matter. I have been contacted by an attorney representing Amazon who has, however, requested this extension, which is the same extension Plaintiff has consented to with the other defendants in this case.

Thank you for your attention to this matter.

Very truly yours,

Jason Solotaroff
Jason L. Solotaroff

cc: Kenneth Steinthal, Esq. (by email)
Matthew Schwartz, Esq,
Brian Levinson, Esq.

Application GRANTED.
So ORDERED.

[signature], PART I
8/16/12

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 8/16/12

11 Broadway, Suite 2150 | New York, NY 10004 | Tel (212) 847-8315 | www.gslawny.com