THE UNITED STATES DISTRICT COURT
~~EASTERN~~ DISTRICT OF NEW YORK
Southern

-------------------------------------x
NORMAN BLAGMAN, individually and on behalf of all others similarly situated,

        Plaintiff,

vs.

APPLE INC., AMAZON.COM, INC., GOOGLE INC., MICROSOFT CORPORATION, EMUSIC.COM INC., THE ORCHARD ENTERPRISES, INC., ORCHARD ENTERPRISES NY, INC.,
And John Does 1-10, persons and entities whose identities are unknown to Plaintiff but who have performed and participated in the unlawful acts alleged herein,

        Defendants.
-------------------------------------x

1:12-CV-5453(JGK)

**STIPULATION AND ORDER**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/2012

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiff Norman Blagman ("Plaintiff"), and counsel for eMusic that the time to answer or otherwise respond to the complaint in the above-captioned case is extended to and including October 15, 2012.

Dated: New York, NY
August 13, 2012

By: _____
Fran Mady
eMusic.com Inc
39 West 13th, 3rd Floor
New York, New York 10011
United States
*Attorneys for Defendants eMusic.com Inc.*

By: _____
Oren S. Giskan
Jason L. Solotaroff
11 Broadway - Suite 2150
New York, New York 10004
Telephone: (212) 847-8315
GISKAN SOLOTAROFF ANDERSON & STEWART LLP

-1-

SO ORDERED:

_____
U.S.D.J.
Part I   August 20, 2012