

Kenneth L. Steinthal
Tel 415.655.1320
Fax 415.358.4769
steinthal@gtlaw.com



RECEIVED
SEP 17 2012
CHAMBERS OF
JOHN G. KOELTL
U.S.D.J.

September 17, 2012

**BY FAX (212) 805-7912**

Hon. John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10006

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9-19-12

Re:  *Blagman v. Apple, Inc.*, Case No. 12 CV 5453 (JGK)

Your Honor:

My firm was engaged just last week to represent defendants Amazon.com, Inc., Apple, Inc., eMusic.com, Inc., Microsoft Corporation, Orchard Enterprises NY, Inc. and The Orchard Enterprises, Inc. We are filing our Notice of Appearance today.

We have consulted with counsel for the plaintiff and counsel for defendant Google, Inc. In order to be able to provide the Court with a more substantive Initial Report in advance of the initial Pre-Trial Conference, counsel for all the defendants believe it would be beneficial to adjourn the initial Pre-Trial Conference date of September 25, 2012 for one week until October 2, 2012. For that reason, defendants jointly request such an adjournment. Plaintiff's counsel does not object to this request. No prior application for such extension has been requested.

Respectfully submitted,

Kenneth L. Steinthal

ADJOURNED TO TUESDAY, OCTOBER 2, 2012 AT 4:30PM
SO ORDERED
9/18/12

cc: A. John P. Mancini, Esq. (Attorney for Google, Inc.)
    Jason L. Solotaroff, Esq. (Attorney for Plaintiff)

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
Four Embarcadero Center, Suite 3000 ■ San Francisco, CA 94111 ■ Tel 415.655.1300 ■ Fax 415.707.2010