UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NORMAN BLAGMAN,

                Plaintiff,

    - against -

APPLE, INC. ET AL.,

                Defendants.

12 Civ. 5453 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiff may file an amended complaint by **October 12, 2012**. The time for defendants to move or answer is **October 26, 2012**. The time for the plaintiff to file an amended complaint or respond to the defendants' motion to dismiss is **November 9, 2012**. The parties should submit a stipulation with the remaining dates for the schedule.

    The Clerk is directed to enter this case in the pilot project for complex litigation.

SO ORDERED.

Dated:    New York, New York
           October 2, 2012

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10/3/12