UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Norman Blagman,                                    <u>ORDER</u>

                                                    12-CV-5453 (ALC)(AJP)

                    Plaintiffs.

        -against-

Apple, Inc., et al

                    Defendants.
------------------------------------------------------------X
ANDREW L. CARTER, JR., United States District Judge:

   Due to a conflict on the court's calendar, the telephone conference scheduled for

March 7, 2013 is adjourned to **March 14, 2013 at 2:00 p.m.**


Dated: New York, New York
       February 28, 2013

SO ORDERED.

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2-28-13