# GISKAN SOLOTAROFF ANDERSON & STEWART LLP
## Attorneys at Law

**MEMO ENDORSED**

BY FAX
Hon. James C. Francis
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDS SDNY                July 10, 2013
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7 | 11 | 13
```

Re: *Blagman v. Apple Inc. et al.*; 12 Civ. 5453

Dear Judge Francis:

I represent Plaintiff in this matter and write to seek clarification of the scheduling order issued today by the Court.

At yesterday's hearing, the Court informed the parties that it would enter the scheduling order proposed by the parties but, given the parties' inability to agree on a discovery process, would have to rule on any discovery disputes as those disputes arise in the course of the proceedings.

It appears that the Court then signed the draft order proposed by the Defendants in this case. The only problem with that order is that it contains language referencing the limitations that the Defendants had unsuccessfully sought the Court to impose. The order's preamble language includes the following "provided that [the parties] can agree upon a limited universe of class discovery," and later in the order "Class Discovery" is defined as being "based on a limited universe of class discovery that is agreed upon by the parties."

While I remain hopeful that the parties will reach agreement on a class discovery process, I request the Court to clarify that class discovery is not dependent on such an agreement.

Thank you for your attention to this matter.

Very truly yours,

Jason L. Solotaroff

cc: All Counsel

*[Handwritten endorsement: 7/11/13 If counsel cannot agree on scope, I will determine it. SO ORDERED. James C. Francis IV USMJ]*

11 Broadway, Suite 2150 | New York, NY 10004 | Tel (212) 847-8315 | www.gslawny.com