UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| NORMAN BLAGMAN, individually and on behalf of all others similarly situated, | : : : |
| Plaintiff, | : Docket No. 12 CIV 5453 (ALC)(JCF) : |
| -against- | : : : |
| APPLE INC.,  AMAZON.COM, INC., GOOGLE INC., MICROSOFT CORPORATION, EMUSIC.COM INC., THE ORCHARD ENTERPRISES, INC., ORCHARD ENTERPRISES NY, INC., and John Does 1-10, persons and entities whose identities are unknown to Plaintiff but who have performed and participated in the unlawful acts alleged herein, | : : : : : : : : |
| Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF MOTION FOR LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON TAKING OF EVIDENCE ABROAD IN CIVIL OR CRIMINAL MATTERS

PLEASE TAKE NOTICE that, upon the Declarations of Matthew F. Schwartz and Norman Blagman in Support of Plaintiff's Motion for a Letter of Request for International Judicial Assistance Pursuant to the Hague Convention of 18 March 1970 on Taking of Evidence Abroad in Civil or Criminal Matters and the exhibits annexed thereto and the Memorandum in Support of Motion for a Letter of Request for International Judicial Pursuant to the Hague Convention of 18 March 1970 on Taking of Evidence Abroad in Civil or Criminal Matters, Plaintiff Norman Blagman will move this Court, before Hon. James C. Francis, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, as soon as practicable, for an order, pursuant to 28 U.S.C. §1781 and the Hague Convention, issuing Letters of Request directed to the French Ministry of Justice and the United

Kingdom Foreign and Commonwealth Office.  The Letters of Request seek testimony and the production of documents from designated persons located in France and the United Kingdom.

Dated: New York, New York
January 31, 2014

                                               SCHWARTZ & PONTERIO, PLLC

                         By:    /s
                                    _____
                                    Matthew F. Schwartz
                                    Brian S. Levenson
                                    134 West 29th Street, Suite 1006
                                    New York, NY 10001
                                    Telephone: (212) 714-1200

                                    GISKAN SOLOTAROFF
                                    ANDERSON & STEWART LLP
                                    Jason L. Solotaroff
                                    Oren S. Giskan
                                    11 Broadway - Suite 2150
                                    New York, New York 10004
                                    Telephone: (212) 847-8315

                                    *Attorneys for Plaintiff and the Proposed Class*