MEMO ENDORSED

**MAYER·BROWN**

Mayer Brown LLP
1675 Broadway
New York, New York 10019-5820

Main Tel +1 212 506 2500
Main Fax +1 212 262 1910
www.mayerbrown.com

March 7, 2014

**A. John P. Mancini**
Direct Tel +1 212 506 2295
Direct Fax +1 212 849 5895
jmancini@mayerbrown.com

BY FAX

Hon. James C. Francis
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 18D
New York, New York 10007
Fax: (212) 805-7930

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
3/7/14

Re: *Blagman v. Apple Inc. et al.*, 12 Civ. 5453

Your Honor:

My firm represents Defendant Google Inc. in the above-captioned matter. I write on behalf of all parties to confirm the stipulated briefing schedule on Plaintiff's Motion for Leave to File Proposed Second Amended Complaint (ECF Nos. 111-113). The parties agree that Defendants' Opposition is due March 28, and Plaintiff's Reply is due April 14.

3/7/14

Sincerely,

A. John P. Mancini

SO ORDERED.
James C. Francis IV
USMJ

cc:   All Counsel of Record

Mayer Brown LLP operates in combination with other Mayer Brown entities with offices in Europe and Asia
and is associated with Tauil & Chequer Advogados, a Brazilian law partnership.