# KING & SPALDING

King & Spalding LLP
101 Second Street
Suite 2300
San Francisco, CA 94105
Tel: +1 415 318 1200
Fax: +1 415 318 1300
www.kslaw.com

Kenneth Steinthal
Partner
Direct Dial: +1 415 318 1211
Direct Fax: +1 415 318 1300
ksteinthal@kslaw.com

October 24, 2014

<u>**VIA ECF**</u>

The Honorable James C. Francis
United States Magistrate Judge
United States District Court for the
Southern District of New York
The Daniel Patrick Moynihan Federal Courthouse
500 Pearl Street
New York, NY 10007

> Re:   *Blagman v. Apple Inc. et al., 12 Civ. 5453(ALC)(JCF)*

Dear Judge Francis:

My firm represents defendants Amazon.com, Inc., Microsoft Corporation, eMusic.com, Inc., The Orchard Enterprises, Inc. and Orchard Enterprises NY, Inc. in this matter. I write on behalf of counsel for all the parties in the case.

Last week, in connection with a discovery dispute, the parties indicated that they would be submitting further disputes to the Court by October 24th. The parties have agreed to continue to meet and confer in an effort to narrow or eliminate as many of these disputes as possible. We envision updating the Court regarding the status and schedule for briefing any remaining disputes within two weeks  (by November 7th). In addition, the parties will be submitting a proposed new case calendar on or before November 7th for the Court's consideration.

Respectfully submitted,

/s/ Kenneth L. Steinthal
Kenneth L. Steinthal

cc:   All Counsel