UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NORMAN BLAGMAN, individually and on behalf          :
of all others similarly situated,                   :
                                                    :
                                    Plaintiff,      :          Docket No. 12 CIV 5453 (ALC)
                                                    :
          -against-                                 :          **NOTICE OF MOTION**
                                                    :
APPLE INC.,  AMAZON.COM, INC., GOOGLE INC.,         :
MICROSOFT CORPORATION, EMUSIC.COM INC.,             :
THE ORCHARD ENTERPRISES, INC.,                      :
ORCHARD ENTERPRISES NY, INC.,                       :
and John Does 1-10, persons and entities whose identities :
are unknown to Plaintiff but who have performed     :
and participated in the unlawful acts alleged herein, :
                                                    :
                                    Defendants.     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

   PLEASE TAKE NOTICE, that upon the attached Memorandum of Law and

Declaration of Matthew F. Schwartz, dated February 9, 2015, Plaintiff will move this

Court at the United States Courthouse located at 500 Pearl Street, New York, New York,

on a time and date to be determined by the Court, for an order granting Plaintiff leave to

file a Third Amended Complaint.

Dated:  New York, New York
   February 9, 2015

       SCHWARTZ & PONTERIO, PLLC

       _____
       Matthew F. Schwartz
       Brian S. Levenson
       134 West 29th Street, Suite 1006
       New York, New York 10001
       Telephone: (212) 714-1200

GISKAN SOLOTAROFF
ANDERSON & STEWART LLP
Oren S. Giskan
Jason L. Solotaroff
11 Broadway - Suite 2150
New York, New York 10004
Telephone: (212) 847-8315

BONI & ZACK LLC
Michael J. Boni
Joshua D. Snyder
John E. Sindoni
15 St. Asaphs Road
Bala Cynwyd, Pennsylvania 19004
Telephone: (610) 822-0202

*Attorneys for Plaintiff and the Proposed Class*