# EXHIBIT A

Exhibit A
Aggregator/Label List

| No. | Aggregator | Record Label** |
|---|---|---|
| 1 | Rants | Vantage Point |
| 2 | Routenote | Zodiac 649 |
| 3 | Ingrooves | Digilouge Recordings |
| 4 | Second Wind | Playbak Records |
| 5 | Second Wind | Taskmaster |
| 6 | Ingrooves | Tripswitch Records |
| 7 | Routnote | Magnitude Records |
| 8 | Believe | Magnitude Records |
| 9 | Believe | Sixth Right Records |
| 10 | Believe | Seventh Right Records |
| 11 | Believe | Eighth Right Records |
| 12 | Believe | Ninth Right Records |
| 13 | Believe | Tenth Right Records |
| 14 | Believe | 13th Right Records |
| 15 | Adasam | Blue Orchid |
| 16 | Adasam | Six Week Smile |
| 17 | Adasam | Atlantic Motion |
| 18 | Believe | Sunfly Music Group |
| 19 | Believe | Sunfly Karaoke |
| 20 | Believe | Sunfly Abraxa |
| 21 | Believe | Abraxa Sunfly |
| 22 | Believe | Karaoke Planet |
| 23 | Believe | Sing Like Me! Karaoke |
| 24 | Believe | Karaoke Diamonds |
| 25 | Believe | Pro Choice Karaoke |
| 26 | Believe | Road Town Music Publishing Group |
| 27 | Believe | H.o.t.S. (Home of the Stars) |

*Excluding any musical composition embodied on a recording identified with "Re-Recorded" or "Remastered" or "Live" in its title.
** Including suffixes, e.g., Ltd., Ltd, Limited, LLC, Inc.
*** This label refers to the label operating http://acrobatmusic.net/ and not the independent record label of American songwriter Matt Nathanson formed in 1993.

Exhibit A
Aggregator/Label List

| No. | Aggregator | Record Label** |
|---|---|---|
| 28 | Believe | AP Music |
| 29 | Ingrooves | AP Music |
| 30 | Believe | Wnts |
| 31 | Believe | Rarity Music |
| 32 | Ingrooves | Cherished Records |
| 33 | Believe | Charttraxx Karaoke |
| 34 | Believe | Charttraxx |
| 35 | Believe | Karaoke Bar Records |
| 36 | Believe | Sound Dog Music** |
| 37 | Believe | Midifine Systems |
| 38 | Ingrooves | Midifine Systems |
| 39 | Believe | The Karaoke Universe |
| 40 | Ingrooves | P.E.R Records |
| 41 | Empire | Vortex Records |
| 42 | Orchard | Marmot Music |
| 43 | Orchard | The Digital Gramophone |
| 44 | Orchard | OVC Media |
| 45 | Orchard | Hallmark |
| 46 | Orchard | Pickwick Group |
| 47 | Orchard | AP Music |
| 48 | Orchard | Jasmine Records |
| 49 | Orchard | Sepia |
| 50 | Orchard | The Digital Gramophone |
| 51 | Orchard | Fantastic Voyage |
| 52 | Orchard | Future Noise Music |
| 53 | Orchard | Jazz Musts |
| 54 | Orchard | Hoodoo Music |

*Excluding any musical composition embodied on a recording identified with "Re-Recorded" or "Remastered" or "Live" in its title.
** Including suffixes, e.g., Ltd., Ltd, Limited, LLC, Inc.
*** This label refers to the label operating http://acrobatmusic.net/ and not the independent record label of American songwriter Matt Nathanson formed in 1993.

Exhibit A
Aggregator/Label List

| No. | Aggregator | Record Label** |
|---|---|---|
| 55 | Orchard | Definitive Records |
| 56 | Orchard | Jazz Factory |
| 57 | Orchard | The Swing Factory |
| 58 | Orchard | Moon Beams Records |
| 59 | Orchard | Acrobat Music Group*** |
| 60 | Orchard | Acrobat Music*** |
| 61 | Orchard | Acrobat*** |
| 62 | Orchard | Old Gold Media |
| 63 | Orchard | Bringins Music |
| 64 | Orchard | HHO Licensing |
| 65 | Orchard | HHO Multimedia Ltd (audio) |
| 66 | Orchard (IRIS) | Synergy Records |
| 67 | Orchard | Startek Records |
| 68 | Orchard | Maestro Entertainment, Corp. |
| 69 | Orchard | CGH Ventures, Inc. |
| 70 | eOne | Cleopatra Records, Inc. |
| 71 | eOne | Classic Music International |
| 72 | Orchard | Blue Paradise Records* |
| 73 | Orchard | Goldenlane* |
| 74 | Orchard | Goldenlane Records* |
| 75 | Orchard | Holiday Classic Records* |
| 76 | Orchard | Holiday Classics Records* |
| 77 | Orchard | Master Classics* |
| 78 | Orchard | Master Classics Records* |
| 79 | Orchard | Rock-A-Billy Records* |
| 80 | Orchard | Rockabilly Records* |
| 81 | Orchard | Rolled Gold Classics* |

*Excluding any musical composition embodied on a recording identified with "Re-Recorded" or "Remastered" or "Live" in its title.

** Including suffixes, e.g., Ltd., Ltd, Limited, LLC, Inc.

*** This label refers to the label operating http://acrobatmusic.net/ and not the independent record label of American songwriter Matt Nathanson formed in 1993.

Exhibit A

Aggregator/Label List

| No. | Aggregator | Record Label** |
|---|---|---|
| 82 | Orchard | Screenland Records* |
| 83 | Orchard | Soundtrack Classics* |
| 84 | Orchard | Stardust* |
| 85 | Orchard | Stardust Records* |
| 86 | Orchard | Vintage Masters Inc.* |
| 87 | Orchard | Magic Gold Records* |
| 88 | Orchard | Shakedown Records* |
| 89 | Orchard | Stereo Magic Records* |
| 90 | Orchard | Magic of Music Records* |
| 91 | Orchard | Get Gone |
| 92 | Orchard | Red Devil Records |
| 93 | Orchard | Dobre Records |
| 94 | Orchard | Serenia Media |
| 95 | Orchard | Dobre Classic Media |
| 96 | Orchard | Jazz All Stars |
| 97 | Orchard | Soul Classics |
| 98 | Orchard | Country Music Group |
| 99 | Orchard | Ling Music Group |
| 100 | Orchard | Classic Records |
| 101 | Orchard | Maximuze |
| 102 | Orchard | M9 Music |
| 103 | Orchard | Roqua International |
| 104 | Orchard | Antico Enterprises |

*Excluding any musical composition embodied on a recording identified with "Re-Recorded" or "Remastered" or "Live" in its title.
** Including suffixes, e.g., Ltd., Ltd, Limited, LLC, Inc.
*** This label refers to the label operating http://acrobatmusic.net/ and not the independent record label of American songwriter Matt Nathanson formed in 1993.