# EXHIBIT B

Page 3

# Certificate
## Registration of a Claim to Copyright

in a musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*
Register of Copyrights
United States of America



FORM E

CLASS **E**   REGISTRATION NO. **Eu 936529**

DO NOT WRITE HERE



NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name: SINDLOUGE MUSIC
Address: 2727 HOLLAND AVE. BRONX 67, N.Y.

Name: ____
Address: ____

**2. Title:** "THE PROWL"
(Title of the musical composition)

**3. Authors:**

Name: NORMAN BLAGMAN
(Legal name followed by pseudonym if latter appears on the copies)
Citizenship: U.S. (Name of country)
Domiciled in U. S. A. Yes ☐ No ☐  Address: 2727 HOLLAND AVE. N.YORK
Author of: MUSIC (State which: words, music, arrangement, etc.)

Name: ____
(Legal name followed by pseudonym if latter appears on the copies)
Citizenship: ____ (Name of country)
Domiciled in U. S. A. Yes ☐ No ☐  Address: ____
Author of: ____ (State which: words, music, arrangement, etc.)

Name: ____
(Legal name followed by pseudonym if latter appears on the copies)
Citizenship: ____ (Name of country)
Domiciled in U. S. A. Yes ☐ No ☐  Address: ____
Author of: ____ (State which: words, music, arrangement, etc.)

**4. (a) Date of Publication:**

**(b) Place of Publication:**

(Name of country)

**5. (a) Previous Registration or Publication:**

☐ Previous registration      ☐ Previous publication

**(b) New Matter in This Version:**

*Complete all applicable spaces on next page*

**6. Deposit account:**

**7. Send correspondence to:**
Name  NORMAN BLAGMAN      Address  2727 HOLLAND Ave bx 67, N.Y.

**8. Send certificate to:**

(Type or print name and address)

Name  NORMAN BLAGMAN
Address  2727 HOLLAND Ave
(Number and street)
City  BRONX       Zone  67       State  N.Y.

## Information concerning copyright in musical compositions

*When To Use Form E.* Form E is appropriate for unpublished and published musical compositions by authors who are U. S. citizens or domiciliaries, and for musical compositions first published in the United States.

*What Is a "Musical Composition"?* The term "musical composition" includes compositions consisting of music alone, or of words and music combined. It also includes arrangements and other versions of earlier compositions, if new copyrightable work of authorship has been added.

—*Song Lyrics Alone.* The term "musical composition" does not include song poems and other works consisting of words without music. Works of that type are not registrable for copyright in unpublished form.

—*Sound Recordings.* Phonograph records, tape recordings, and other sound recordings are not regarded as "copies" of the musical compositions recorded on them, and are not acceptable for copyright registration. For purposes of deposit, the musical composition should be written in some form of legible notation. If the composition contains words, they should be written above or beneath the notes to which they are sung.

*Duration of Copyright.* Statutory copyright begins on the date the work was first published, or, if the work was registered for copyright in unpublished form, copyright begins on the date of registration. In either case, copyright lasts for 28 years, and may be renewed for a second 28-year term.

### Unpublished musical compositions

*How To Register a Claim.* To obtain copyright registration, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., one complete copy of the musical composition, an application Form E, properly completed and signed, and a fee of $4. Manuscripts are not returned, so do not send your only copy.

*Procedure To Follow if Work Is Later Published.* If the work is later reproduced in copies and published, it is necessary to make a second registration, following the procedure outlined below. To maintain copyright protection, all copies of the published edition must contain a copyright notice in the required form and position.

### Published musical compositions

*What Is "Publication"?* Publication, generally, means the sale, placing on sale, or public distribution of copies. Limited distribution of so-called "professional" copies ordinarily would not constitute publication. However, since the dividing line between a preliminary distribution and actual publication may be difficult to determine, it is wise for the author to affix notice of copyright to copies that are to be circulated beyond his control.

*How To Secure Copyright in a Published Musical Composition:*
1. *Produce copies with copyright notice,* by printing or other means of reproduction.
2. *Publish the work.*
3. *Register the copyright claim,* following the instructions on page 1 of this form.

*The Copyright Notice.* In order to secure and maintain copyright protection for a published work, it is essential that all copies published in the United States contain the statutory copyright notice. This notice shall appear on the title page or first page of music and must consist of three elements:
1. *The word "Copyright," the abbreviation "Copr.," or the symbol* ©. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.
2. *The year date of publication.* This is ordinarily the date when copies were first placed on sale, sold, or publicly distributed. However, if the work has been registered for copyright in unpublished form, the notice should contain the year of registration; or, if there is new copyrightable matter in the published version, it should include both dates.
3. *The name of the copyright owner (or owners).* Example: © John Doe 1958.

NOTE: If copies are published without the required notice the right to secure copyright is lost and cannot be restored.

---

**FOR COPYRIGHT OFFICE USE ONLY**

Application received
MAR 24 1966

One copy received
MAR 24 1966

Two copies received

Fee received
$4.00
80404 MAR 24 '66
$2.00 88281—Apr 18-66

U.S. GOVERNMENT PRINTING OFFICE : 1960 O—540108        (Feb. 1960—150,000)        Page 4

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

ACTING REGISTER OF COPYRIGHTS
United States of America

**FORM RE**
UNITED STATES COPYRIGHT OFFICE

REC **RE 652-378**

EFFECTIVE DATE OF RENEWAL REGISTRATION
JAN. 0 3 1994
(Month) (Day) (Year)

---

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

**1 Renewal Claimant(s)**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

1. Name: NORMAN BLAGMAN
   Address: 244 BROAD AVE LEONIA NJ 07605-
   Claiming as: THE AUTHOR OF THE MUSIC
   (Use appropriate statement from instructions)

2. Name:
   Address:
   Claiming as:

3. Name:
   Address:
   Claiming as:

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

THE PROWL

**RENEWABLE MATTER:**

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work:
If a periodical or other serial, give: Vol. ......... No. ......... Issue Date .........

**3 Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

M NORMAN BLAGMAN

**4 Facts of Original Registration**

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
|---|---|
| EU936529 | SINOLOUGE MUSIC |

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give:
DATE OF PUBLICATION: ......... (Month) (Day) (Year)

OR

• If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION: APRIL 18 1966 (Month) (Day) (Year)

EXAMINED BY: BC
CHECKED BY:
CORRESPONDENCE ☐ Yes
DEPOSIT ACCOUNT FUNDS USED ☐

RENEWAL APPLICATION RECEIVED:
JAN 03 1994
REMITTANCE NUMBER AND DATE:

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON)

**5** Renewal for Group of Works

1. Title of Contribution:
   Title of Periodical: ........ Vol. .... No. .... Issue Date ....
   Date of Publication: (Month) (Day) (Year)    Registration Number:

2. Title of Contribution:
   Title of Periodical: ........ Vol. .... No. .... Issue Date ....
   Date of Publication: (Month) (Day) (Year)    Registration Number:

3. Title of Contribution:
   Title of Periodical: ........ Vol. .... No. .... Issue Date ....
   Date of Publication: (Month) (Day) (Year)    Registration Number:

4. Title of Contribution:
   Title of Periodical: ........ Vol. .... No. .... Issue Date ....
   Date of Publication: (Month) (Day) (Year)    Registration Number:

5. Title of Contribution:
   Title of Periodical: ........ Vol. .... No. .... Issue Date ....
   Date of Publication: (Month) (Day) (Year)    Registration Number:

6. Title of Contribution:
   Title of Periodical: ........ Vol. .... No. .... Issue Date ....
   Date of Publication: (Month) (Day) (Year)    Registration Number:

7. Title of Contribution:
   Title of Periodical: ........ Vol. .... No. .... Issue Date ....
   Date of Publication: (Month) (Day) (Year)    Registration Number:

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: THE SONGWRITERS GUILD OF AMERICA
Account Number: 057851

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name:
Address:                                    (Apt.)
      (City)         (State)        (ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant   ☒ duly authorized agent of: NORMAN BLAGMAN
                                              (Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.
Handwritten signature (X): /s/ Letty Marzano
Typed or printed name: LETTY MARZANO
Date: JANUARY, 1994

**7** Certification (Application must be signed)

MAIL CERTIFICATE TO
SONGWRITERS GUILD OF AMERICA
1500 HARBOR BLVD
WEEHAWKEN NJ 07087-6732
(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

● October 1989—50,000                                  U.S GOVERNMENT PRINTING OFFICE 1989—262-308 8