# EXHIBIT C

Page 3

# Certificate
## Registration of a Claim to Copyright

in a musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United State of America

**This Is To Certify** that the statements set forth in this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Barbara Ringer*
Register of Copyrights
United States of America



FORM E
CLASS E
REGISTRATION NO. Eu 770965
DO NOT WRITE HERE



NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name: NORMAN BLAGMAN
Address: 70 KNAPP PLACE ENGLEWOOD N.J. 07631

Name: GIANNI C. BROSS
Address: 224 CENTRAL AVE WEST CALDWELL NEW JERSEY

**2. Title:** "JAZZ IS HIS OLD LADY AND MY OLD MAN"
(Title of the musical composition)

**3. Authors:**

Name: NORMAN BLAGMAN
(Legal name followed by pseudonym if latter appears on the copies)
Citizenship: U.S.A. ✓   Other _____ (Name of country)
Domiciled in U.S.A. Yes ✓  No ____  Address: 70 KNAPP PL. ENGLEWOOD NJ.   Author of: MUSIC
(State which: words, music, arrangement, etc.)

Name: GIANNI C. BROSS
(Legal name followed by pseudonym if latter appears on the copies)
Citizenship: U.S.A. ✓   Other _____ (Name of country)
Domiciled in U.S.A. Yes ✓  No ____  Address: 224 CENTRAL AVE WEST CALDWELL N.J.   Author of: WORDS
(State which: words, music, arrangement, etc.)

Name: _____
(Legal name followed by pseudonym if latter appears on the copies)
Citizenship: U.S.A. ____   Other _____ (Name of country)
Domiciled in U.S.A. Yes ____  No ____  Address: _____   Author of: _____
(State which: words, music, arrangement, etc.)

**4. (a) Date of Publication:**

_____
(Month)  (Day)  (Year)

**(b) Place of Publication:**

_____
(Name of country)

**5. Previous Registration or Publication:**

Was work previously registered? Yes ____ No ____ Date of registration _____ Registration number _____
Was work previously published? Yes ____ No ____ Date of publication _____ Registration number _____

Is there any substantial **NEW MATTER** in this version? Yes ____ No ____ If your answer is "Yes," give a brief general statement of the nature of the **NEW MATTER** in this version.

_____

EXAMINER: WA

*Complete all applicable spaces on next page*

6. **Deposit account:**

7. **Send correspondence to:**
   Name: NORMAN BLAGMAN    Address: 70 KNAPP PLACE ENGLEWOOD NEW JERSEY

8. **Send certificate to:**

   (Type or print name and address)
   Name: NORMAN BLAGMAN
   Address: 70 KNAPP PLACE (Number and street)
   ENGLEWOOD (City)   NEW JERSEY (State)   07631 (ZIP code)

## Information concerning copyright in musical compositions

*When to Use Form E.* Form E is appropriate for unpublished and published musical compositions by authors who are U.S. citizens or domiciliaries, and for musical compositions first published in the United States.

*What Is a "Musical Composition"?* The term "musical composition" includes compositions consisting of music alone, or of words and music combined. It also includes arrangements and other versions of earlier compositions, if new copyrightable work of authorship has been added.

—*Song Lyrics Alone.* The term "musical composition" does not include song poems and other works consisting of words without music. Works of that type are not registrable for copyright in unpublished form.

—*Sound Recordings.* Phonograph records, tape recordings, and other sound recordings are not regarded as "copies" of the musical compositions recorded on them, and are not acceptable for copyright registration. For purposes of deposit, the musical compositions should be written in some form of legible notation. If the composition contains words, they should be written above or beneath the notes to which they are sung.

*Duration of Copyright.* Statutory copyright begins on the date the work was first published, or, if the work was registered for copyright in unpublished form, copyright begins on the date of registration. In either case, copyright lasts for 28 years, and may be renewed for a second 28-year term.

### Unpublished musical compositions

*How to Register a Claim.* To obtain copyright registration, mail to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, one complete copy of the musical composition, an application Form E, properly completed and signed, and a fee of $6. Manuscripts are not returned so do not send your only copy.

*Procedure to Follow if Work Is Later Published.* If the work is later reproduced in copies and published, it is necessary to make a second registration, following the procedure outlined below. To maintain copyright protection, all copies of the published edition must contain a copyright notice in the required form and position.

### Published musical compositions

*What Is "Publication"?* Publication, generally, means the sale, placing on sale, or public distribution of copies. Limited distribution of so-called "professional" copies ordinarily would not constitute publication. However, since the dividing line between a preliminary distribution and actual publication may be difficult to determine, it is wise for the author to affix notice of copyright to copies that are to be circulated beyond his control.

*How to Secure Copyright in a Published Musical Composition:*
1. *Produce copies with copyright notice,* by printing or other means of reproduction.
2. *Publish the work.*
3. *Register the copyright claim,* following the instructions on page 1 of this form.

*The Copyright Notice.* In order to secure and maintain copyright protection for a published work, it is essential that all copies published in the United States contain the statutory copyright notice. This notice shall appear on the title page or first page of music and must consist of three elements:
1. *The word "Copyright," the abbreviation "Copr.," or the symbol ©.* Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.
2. *The year date of publication.* This is ordinarily the date when copies were first placed on sale, sold, or publicly distributed. However, if the work has been registered for copyright in unpublished form, the notice should contain the year of registration; or, if there is new copyrightable matter in the published version, it should include both dates.
3. *The name of the copyright owner (or owners).* Example: © John Doe 1970.

NOTE: If copies are published without the required notice the right to secure copyright is lost and cannot be restored.

---

**FOR COPYRIGHT OFFICE USE ONLY**

Application received: APR 01 1977

One copy received: APR 01 1977

Two copies received:

Fee received: 130360 APR 1 77

U.S. GOVERNMENT PRINTING OFFICE:1970—O-403-836    Nov. 1970—500,000    Page 4

# Certificate of Registration

**FORM RE**
UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



RE 913-089

EFFECTIVE DATE OF RENEWAL REGISTRATION
JAN 04 2005
(Month) (Day) (Year)

**① Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See instructions)

1. Name: NORMAN BLAGMAN
   Address: 144 BROAD AVENUE   LEONIA, NJ 07605
   Claiming as: AUTHOR

2. Name:
   Address:
   Claiming as:

3. Name:
   Address:
   Claiming as:

**② Work Renewed**

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

JAZZ IS HIS OLD LADY AND MY OLD MAN

**RENEWABLE MATTER:**

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work:
If a periodical or other serial, give Vol ___ No ___ Issue Date ___

**③ Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

M NORMAN BLANGMAN
W GIANNI CARIE BROSS

**④ Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:** EU770965

**ORIGINAL COPYRIGHT CLAIMANT:** NORMAN BLAGMAN & GIANNI CARIE BROSS

**ORIGINAL DATE OF COPYRIGHT:**
• If the original registration for this work was made in published form, give
DATE OF PUBLICATION ___ (Month) (Day) (Year)
OR
• If the original registration for this work was made in unpublished form, give
DATE OF REGISTRATION   APRIL 1, 1977
(Month) (Day) (Year)

| | EXAMINED BY | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | CHECKED BY | JAN 0 4 2005 | |
| | CORRESPONDENCE ☐ Yes | REMITTANCE NUMBER AND DATE | |
| | DEPOSIT ACCOUNT FUNDS USED ☐ | | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR.** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions) give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**⑤ Renewal for Group of Works**

| # | Title of Contribution / Title of Periodical / Date of Publication (Month)(Day)(Year) | Vol / No / Issue Date / Registration Number |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

**DEPOSIT ACCOUNT** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account.)

Name  THE SONGWRITERS GUILD OF AMERICA
Account Number  057851

**CORRESPONDENCE** (Give name and address to which correspondence about this application should be sent.)
Name
Address
(Apt)
(City)  (State)  (ZIP)

**⑥ Fee and Correspondence**

**CERTIFICATION** I the undersigned hereby certify that I am the (Check one)
☐ renewal claimant   ☒ duly authorized agent of

NORMAN BLAGMAN
(Name of renewal claimant)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X)  *Maria Espinal*
Typed or printed name  MARIA ESPINAL
Date  JANUARY 1, 2005

**⑦ Certification** (Application must be signed)

**MAIL CERTIFICATE TO**

SONGWRITERS GUILD OF AMERICA
1500 HARBOR BLVD
WEEHAWKEN NJ 07087-6732

(Certificate will be mailed in window envelope)

**⑧ Address for Return of Certificate**

October 1987—50,000   U S GOVERNMENT PRINTING OFFICE 1989—262 308 8