# EXHIBIT D

ame of account:

ent:
19, N.Y.

Page 1

# Application for Registration of a Claim to Copyright

In a musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America

**FORM E**

| CLASS | REGISTRATION NO. |
|---|---|
| E | Eu 810899 |

DO NOT WRITE HERE
EP         EU

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be SIGNED at line 9. For published works the application should not be submitted until after the date of publication given in line 4 (a), and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies.

Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington 25, D. C., together with

✓ (a) If unpublished, one complete copy of the work and the registration fee of $4.
(b) If published, two copies of the best edition of the work and the registration fee of $4.

Make your remittance payable to the Register of Copyrights.

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). In the case of published works the name(s) should ordinarily be the same as in the notice of copyright on the copies deposited.

Name: BOURNE CO.

Address: 136 West 52nd St., New York, N.Y.

Name:

Address:

**2. TITLE:** "IT'LL NEVER BE OVER FOR ME"
(Give the title of the musical composition as it appears on the copies)

works subject to
utside the United

**3. Authors:** Citizenship and domicile information must be given. Where a work is made for hire, the employer is the author. The citizenship of organizations formed under U. S. Federal or State law should be stated as U. S. A.

Authors include composers of music, authors of words, arrangers, compilers, etc. If the copyright claim is based on new matter (see line 5 (b)) give information about the author of the new matter.

America or which
United States of

Name: Sam Bobrick
(Give legal name followed by pseudonym if latter appears on the copies)
Citizenship: U.S.A.
(Name of country)

Domiciled in U. S. A. Yes ☒ No ☐   Address: 1152 N. Poinsettia Ave., Los Angeles, Calif.
Author of: Words
(State which: words, music, arrangement, etc.)

Name: Norman Blagman
(Give legal name followed by pseudonym if latter appears on the copies)
Citizenship: U.S.A.
(Name of country)

Domiciled in U. S. A. Yes ☒ No ☐   Address: 2727 Holland Ave., Bronx, N.Y.
Author of: Music
(State which: words, music, arrangement, etc.)

Name:
(Give legal name followed by pseudonym if latter appears on the copies)
Citizenship:
(Name of country)

Domiciled in U. S. A. Yes ☐ No ☐   Address:
Author of:
(State which: words, music, arrangement, etc.)

**(NOTE: Leave all spaces of line 4 blank unless your work has been published.)**

**4. (a) Date of Publication:** Give the date when copies of this particular version of the musical composition were first placed on sale, sold, or publicly distributed. The date when copies were made or printed should not be confused with the date of publication. (NOTE: the full date (month, day, and year) must be given.)

**(b) Place of Publication:** Give the name of the country in which this particular version of the musical composition was first published.

**(NOTE: Leave all spaces of line 5 blank unless the instructions apply to your work.)**

**5. (a) Previous Registration or Publication:** If a claim to copyright in any substantial part of this work was previously registered in unpublished form, or if a substantial part of the work was previously published, check one or both of the boxes.

☐ Previous registration   ☐ Previous publication

**(b) New Matter in This Version:** If you have checked either of the boxes in line 5 (a), give a brief, general statement of the nature of any substantial new matter in this version.

New matter may consist of musical arrangement, compilation, editorial revision, and the like, as well as additional words and music.

Page 2

*Complete all applicable spaces on next page*

6. If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account:
BOURNE CO.

7. Name and address of person or organization to whom correspondence or refund, if any, should be sent:
Name Mrs. Adele Z. Sandler    Address c/o BOURNE CO.

8. Send certificate to:
(Type or print name and address)
Name BOURNE CO.
Address 136 West 52nd St.
(Number and street)
New York, N.Y. 10019
(City)   (Zone)   (State)

9. **Certification:** (NOTE: Application not acceptable unless signed)
I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

Adele Z Sandler
(Signature of copyright claimant or duly authorized agent)

### Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

- Class A  Form A—Published book manufactured in the United States of America.
- Class A or B  Form A-B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law).
  Form A-B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America.
- Class B  Form B—Periodical manufactured in the United States of America.
  Form BB—Contribution to a periodical manufactured in the United States of America.
- Class C  Form C—Lecture or similar production prepared for oral delivery.
- Class D  Form D—Dramatic or dramatico-musical composition.
- Class E  Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America.
  Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.
- Class F  Form F—Map.
- Class G  Form G—Work of art or a model or design for a work of art.
- Class H  Form H—Reproduction of a work of art.
- Class I  Form I—Drawing or plastic work of a scientific or technical character.
- Class J  Form J—Photograph.
- Class K  Form K—Print or pictorial illustration.
  Form KK—Print or label used for an article of merchandise.
- Class L or M  Form L-M—Motion Picture.
  Form R—Renewal copyright.
  Form U—Notice of use of copyrighted music on mechanical instruments.

FOR COPYRIGHT OFFICE USE ONLY

Application received
FEB 12 1964

One copy received
FEB 12 1964

Two copies received

Fee received

Renewal
R 571-993

U.S. GOVERNMENT PRINTING OFFICE : 1962 O—636050

# FORM RE
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

RE 571 993

**EFFECTIVE DATE OF RENEWAL REGISTRATION**

JAN 17 1992
(Month) (Day) (Year)

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

## 1 — Renewal Claimant(s)

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See instructions)

1. Name: Norman Blagman
   Address: c/o Bourne Co., 5 West 37th St., New York, NY 10018
   Claiming as: Composer of Music
   (Use appropriate statement from instructions)

2. Name:
   Address:
   Claiming as:

3. Name:
   Address:
   Claiming as:

## 2 — 

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

IT'LL NEVER BE OVER FOR ME

**RENEWABLE MATTER:**

Music & Words

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work:
If a periodical or other serial, give: Vol. ........ No. ........ Issue Date ........

## 3 — Author(s)

**AUTHOR(S) OF RENEWABLE MATTER:**

Sam Bobrick - Words
Norman Blagman - Music

## 4 — Facts of Original Registration

**ORIGINAL REGISTRATION NUMBER:** EU 810899

**ORIGINAL COPYRIGHT CLAIMANT:** Bourne Co.

**ORIGINAL DATE OF COPYRIGHT:**
- If the original registration for this work was made in published form, give:
  DATE OF PUBLICATION: (Month) (Day) (Year)

OR

- If the original registration for this work was made in unpublished form, give:
  DATE OF REGISTRATION: Feb. 12, 1964
  (Month) (Day) (Year)

| | |
|---|---|
| RE 571 993 | EXAMINED BY: [initials]    RENEWAL APPLICATION RECEIVED: <br> CHECKED BY: .......... <br> CORRESPONDENCE    JAN. 17. 1992 <br> ☐ Yes    REMITTANCE NUMBER AND DATE: <br> DEPOSIT ACCOUNT FUNDS USED: ☐ | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**5 Renewal for Group of Works**

1. Title of Contribution: .........
   Title of Periodical: ......... Vol. .... No. .... Issue Date .....
   Date of Publication: (Month) (Day) (Year) Registration Number: .........

2. Title of Contribution: .........
   Title of Periodical: ......... Vol. .... No. .... Issue Date .....
   Date of Publication: (Month) (Day) (Year) Registration Number: .........

3. Title of Contribution: .........
   Title of Periodical: ......... Vol. .... No. .... Issue Date .....
   Date of Publication: (Month) (Day) (Year) Registration Number: .........

4. Title of Contribution: .........
   Title of Periodical: ......... Vol. .... No. .... Issue Date .....
   Date of Publication: (Month) (Day) (Year) Registration Number: .........

5. Title of Contribution: .........
   Title of Periodical: ......... Vol. .... No. .... Issue Date .....
   Date of Publication: (Month) (Day) (Year) Registration Number: .........

6. Title of Contribution: .........
   Title of Periodical: ......... Vol. .... No. .... Issue Date .....
   Date of Publication: (Month) (Day) (Year) Registration Number: .........

7. Title of Contribution: .........
   Title of Periodical: ......... Vol. .... No. .... Issue Date .....
   Date of Publication: (Month) (Day) (Year) Registration Number: .........

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Bourne Co.
Account Number: DA 013-005

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Bourne Co.
Address: 5 West 37th St. (Apt.)
New York, NY 10018
(City) (State) (ZIP)

**6 Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☒ duly authorized agent of: Norman Blagman
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Eugene Moon
Typed or printed name: Eugene Moon
Date: January 3, 1992

**7 Certification** (Application must be signed)

**MAIL CERTIFICATE TO**

Bourne Co.
(Name)
5 West 37th St.
(Number, Street and Apartment Number)
New York, NY 10018
(City) (State) (ZIP code)

(Certificate will be mailed in window envelope)

**8 Address for Return of Certificate**

■ October 1989—50,000      ☆U.S. GOVERNMENT PRINTING OFFICE: 1989—262-308/8