# EXHIBIT E

Exhibit E
Blagman Tracks

| # | Owner | Track | Album | Label | Artist |
|---|---|---|---|---|---|
| 1 | Norman Blagman | Prowl | Popcorn 60's Cool Kids Songs | Master Classics Records | The Finger Cymbols |
| 2 | Norman Blagman | Prowl | Popping Popcorn | Vortex Records | The Finger Cymbals |
| 3 | Norman Blagman | Prowl | Rare Oldies R&B Soul | Goldenlane Records | The Finger Cymbals |
| 4 | Norman Blagman, Gianni C. Bross | Jazz Is His Old Lady & My Old Man | Him & Her | Bringins Music | Earl "Fatha" Hines and Marva Josie |
| 5 | Norman Blagman, Gianni C. Bross | Jazz is My Old Lady | All Time Classics | P.E.R. Records | Earl "Fatha" Hines and Marva Josie |
| 6 | Norman Blagman, Gianni C. Bross | Jazz is His Old Lady | Legends of Jazz, Vol. 1 | Synergy Records | Earl "Fatha" Hines and Marva Josie |
| 7 | Norman Blagman, Gianni C. Bross | Jazz Is His Old Lady & My Old Man | One Night Only! | Stardust Records | Earl "Fatha" Hines & Marva Josie |
| 8 | Norman Blagman | It'll Never Be Over For Me | Let Me Go Lover | Classic Records | Timi Yuro |
| 9 | Norman Blagman | It'll Never Be Over For Me | The Outstanding Timi Yuro | Sixth Right Records | Timi Yuro |
| 10 | Norman Blagman | It'll Never Be Over For Me | The Genius of Timi Yuro | Seventh Right Records | Timi Yuro |
| 11 | Norman Blagman | It'll Never Be Over For Me | Truly Timi Yuro | Eighth Right Records | Timi Yuro |
| 12 | Norman Blagman | It'll Never Be Over For Me | The Sensational Timi Yuro | Ninth Right Records | Timi Yuro |
| 13 | Norman Blagman | It'll Never Be Over For Me | The Remarkable Timi Yuro | Tenth Right Records | Timi Yuro |
| 14 | Norman Blagman | It'll Never Be Over For Me | Just Timi Yuro | 13th Right Records | Timi Yuro |
| 15 | Norman Blagman | It'll Never Be Over For Me | Timi Yuro Gold | Vantage Point | Timi Yuro |
| 16 | Norman Blagman | It'll Never Be Over For Me | The Classic Decades Present | Magnitude Records | Timi Yuro |
| 17 | Norman Blagman | It'll Never Be Over For Me | The Queen of R&B | Magnitude Records | Timi Yuro |
| 18 | Norman Blagman | It'll Never Be Over For Me | Forever Timi Yuro | Magnitude Records | Timi Yuro |