# EXHIBIT F
# (Part 2)

Earl Fatha Hines: Him & Her - Music on Google Play



+You  Search  Images  Maps  **Play**  YouTube  News  Gmail  More ▾                    Sign in  ⚙

Introducing **Google Play**  LEARN MORE

**Google** play  [                    ]  🔍

| SHOP ◢ | MY MUSIC | MY BOOKS | MY MAGAZINES | MY MOVIES & TV | MY ANDROID APPS |

### Him & Her
Earl Fatha Hines

**$9.49**

SHARE  +1  0  Tweet

| Artist | Earl Fatha Hines, Marva Josie |
| Released | January 28, 2011 |
| Label | © 2011 Bringins Music |
| Tracks | 10 |
| Total Length | 37:39 |
| Format | 320 kbps MP3 |

#### Genres
Jazz ›

#### Similar artists


**The Dorsey Brothers**


**Chick Webb**

**TRACK LIST**   LISTENER REVIEWS

▶ Play all

| 1 | Blue Skies | 3:49 | $0.99 |
| 2 | Candy | 3:22 | $0.99 |
| 3 | Deed I Do | 2:28 | $0.99 |
| 4 | Feelings | 4:47 | $0.99 |
| 5 | Hey Love | 3:24 | $0.99 |
| 6 | Jazz Is His Old Lady & My Old Man | 4:42 | $0.99 |
| 7 | Just Squeeze Me (But Tease Me) | 4:11 | $0.99 |
| 8 | Make It Easy On Yourself | 3:32 | $0.99 |
| 9 | They'll Be Some Changes Made | 3:04 | $0.99 |
| 10 | Yellow Days | 4:16 | $0.99 |

Purchase Full Album  **$9.49**

Sign In



**WELCOME TO ZUNE** - To complete your purchase, please sign in to Zune.

**Jazz Is His Old Lady & My Old Man - Earl 'Fatha' Hines**



Jazz
Bringins Music
1 song (4 min 43 s) - MP3

Total: **$0.99**

---

### Sign in to Zune                                    Help

**Email address:** [                    ]

**Password:** [                    ]
Forgot your password?

[ Sign in ]

○ Save my email address and password
○ Save my email address
○ Always ask for my email address and password

**Windows Live ID**
Works with Windows Live, MSN, and Microsoft Passport sites
Account Services | Privacy Statement | Terms of Use

## let's get your free account started

**please enter an existing email address**

[                                        ]

If you have a Windows Live ID, enter that e

If you want your Xbox LIVE gamertag to be
address for your Xbox account.

©2012 Microsoft Corporation. All Rights Reserved     Privacy Statement     Legal     Safety

Download Him & Her by Earl 'Fatha' Hines with Marva Josie | eMusic

emusic

SIGN IN | JOIN NOW

All Music ▾

FIND MUSIC   FEATURES + REVIEWS   RADIO   AUDIOBOOKS

BROWSE   NEW ARRIVALS   CHARTS   GENRES ▾

Explore. Listen. Collect. Discover sounds unheard amid our 13+ million tracks. LEARN MORE »

GET A $20 MUSIC CREDIT   JOIN NOW

## Him & Her
**EARL 'FATHA' HINES WITH MARVA JOSIE**

★★★★★  RATE IT!  (0 RATINGS)

▶  SAMPLE ALBUM

DOWNLOAD $4.40 ⬇ +

| 01 | Blue Skies<br>Artist: Earl 'Fatha' Hines with Ma... | 3:50 | $0.49 ⬇ + |
| 02 | Candy<br>Artist: Earl 'Fatha' Hines with Ma... | 3:22 | $0.49 ⬇ + |
| 03 | Deed I Do<br>Artist: Earl 'Fatha' Hines with Ma... | 2:29 | $0.49 ⬇ + |
| 04 | Feelings<br>Artist: Earl 'Fatha' Hines with Ma... | 4:47 | $0.49 ⬇ + |
| 05 | Hey Love<br>Artist: Earl 'Fatha' Hines with Ma... | 3:24 | $0.49 ⬇ + |
| 06 | Jazz Is His Old Lady & My Old Man<br>Artist: Earl 'Fatha' Hines with Ma... | 4:43 | $0.49 ⬇ + |
| 07 | Just Squeeze Me (But Tease Me)<br>Artist: Earl 'Fatha' Hines with Ma... | 4:11 | $0.49 ⬇ + |
| 08 | Make It Easy On Yourself<br>Artist: Earl 'Fatha' Hines with Ma... | 3:32 | $0.49 ⬇ + |
| 09 | They'll Be Some Changes Made<br>Artist: Earl 'Fatha' Hines with Ma... | 3:04 | $0.49 ⬇ + |
| 10 | Yellow Days<br>Artist: Earl 'Fatha' Hines with Ma... | 4:17 | $0.49 ⬇ + |

**ALBUM INFORMATION**

Total Tracks: 10  Total Length: 37:39

Artist: Earl 'Fatha' Hines with Marva Josie (See All Albums by Earl 'Fatha' Hines with Marva Josie)
Date Released: Jan 28, 2011
Genre: Jazz, Style: Swing, Big Band
Label: Bringins Music / The Orchard

◀◀ ▶ ▶▶  ◀)) ▬▬▬▬▬▬   Jazz Is His Old Lady & My Old Man   EARL 'FATHA' HINES WITH MA...   00:00 | 00:30 ◯   Buy ⬆

## Write a Review

0 MEMBER REVIEWS

Please register before you review a release.   REGISTER

## Recommended Albums

1  2

iTunes - Music - Legends of Jazz, Vol. 1 by Various Artists

# iTunes Preview

What's New      What is iTunes      What's on iTunes      iTunes Charts      How To

## Legends of Jazz, Vol. 1

### Various Artists

Open iTunes to preview, buy, and download music.





$9.99
Genres: Jazz, Music, Big Band,
Trad Jazz, Easy Listening,
Swing
Released: Jan 01, 1999
℗ 1999 Synergy Records

### Customer Ratings

We have not received enough
ratings to display an average
for this album.

|   | Name | Artist | Time | Price |  |
|---|------|--------|------|-------|---|
| 1 | April In Paris | Count Basie | 2:42 | $0.99 | View In iTunes ▶ |
| 2 | Don't Blame Me | Charlie Parker & Miles Davis | 3:15 | $0.99 | View In iTunes ▶ |
| 3 | Ain't Nobody's Business | Billie Holiday | 2:28 | $0.99 | View In iTunes ▶ |
| 4 | Jazz Is His Old Lady | Earl "Fatha" Hines | 4:48 | $0.99 | View In iTunes ▶ |
| 5 | Eubie's Boogie | Lionel Hampton | 2:41 | $0.99 | View In iTunes ▶ |
| 6 | Sensation Rag | Pete Fountain | 4:10 | $0.99 | View In iTunes ▶ |
| 7 | Birth of the Blues | Cab Calloway | 2:40 | $0.99 | View In iTunes ▶ |
| 8 | Tain't What You Do | Ella Fitzgerald | 2:53 | $0.99 | View In iTunes ▶ |
| 9 | Love Me or Leave Me | Dizzy Gillespie & Sarah Vau... | 2:53 | $0.99 | View In iTunes ▶ |
| 10 | Riff Raff | Charlie Parker | 3:07 | $0.99 | View In iTunes ▶ |
| 11 | Diga Diga Do | Lena Horne | 2:24 | $0.99 | View In iTunes ▶ |
| 12 | Accentuate the Positive | Louis Armstrong | 4:35 | $0.99 | View In iTunes ▶ |

12 Songs

### Listeners Also Bought

    

| The Best of Early ... | The Duke: The Co... | Straight Ahead | Best of Duke Ellin... | Count Basie's Fine... |
|---|---|---|---|---|
| Count Basie | Duke Ellington | Count Basie and... | Duke Ellington | Count Basie |
| View In iTunes ▶ | View In iTunes ▶ | View In iTunes ▶ | View In iTunes ▶ | View In iTunes ▶ |

iTunes on Facebook    👍 Like  23,575,004

App Store on Facebook    👍 Like  5,975,802

Become a fan of the iTunes and App Store pages on Facebook for exclusive offers,
the inside scoop on new apps and more.

iTunes

| iTunes | More iTunes | Partner Programs | iTunes Store |
|---|---|---|---|
| iTunes | iTunes | Partner Programs | iTunes Store |
| Download iTunes 10 | Digital Music Basics | Sell Your Content | Browse iTunes Store |
| What is iTunes? | iTunes Ping | Partner as a Company | Browse App Store |
| What's on iTunes | AirPlay | Partner as a Content Provider | Buy Music Now |



+You    Search    Images    Maps    **Play**    YouTube    News    Gmail    More ▾          Sign in    ⚙

# Google play

SHOP ▾ | MY MUSIC | MY BOOKS | MY MAGAZINES | MY MOVIES & TV | MY ANDROID APPS

## Legends Of Jazz, Vol.1
Various Artists



$9.49

SHARE   0   ▸ Tweet

| Artist | Various Artists |
|---|---|
| Released | September 12, 2000 |
| Label | © 1999 Synergy Records |
| Tracks | 12 |
| Total Length | 38:36 |
| Format | 320 kbps MP3 |

### Genres

Jazz ›
Vocal/Easy Listening ›
Big Band ›
Bop ›
Swing ›
Vocals ›



Learn More

**GET THE GOOGLE PLAY MUSIC APP**
Listen to your purchases instantly with the Google Play Music app... no need for wires or syncing.

Flag as Inappropriate

**TRACK LIST**  |   LISTENER REVIEWS

▸ Play all

| 1 | April In Paris | COUNT BASIE | 2:42 | $0.99 |
|---|---|---|---|---|
| 2 | Don't Blame Me | CHARLIE PARKER | 3:15 | $0.99 |
| 3 | Ain't Nobody's Business | BILLIE HOLIDAY | 2:28 | $0.99 |
| 4 | Jazz Is His Old Lady | EARL HINES | 4:48 | $0.99 |
| 5 | Eubie's Boogie | LIONEL HAMPTON | 2:41 | $0.99 |
| 6 | Sensation Rag | PETE FOUNTAIN | 4:10 | $0.99 |
| 7 | Birth Of The Blues | CAB CALLOWAY | 2:40 | $0.99 |
| 8 | Tain't What You Do | ELLA FITZGERALD | 2:53 | $0.99 |
| 9 | Love Me Or Leave Me | DIZZY GILLESPIE | 2:53 | $0.99 |
| 10 | Riff Raff | CHARLIE PARKER | 3:07 | $0.99 |
| 11 | Diga Diga Do | LENA HORNE | 2:24 | $0.99 |
| 12 | Accentuate The Positive | LOUIS ARMSTRONG | 4:35 | $0.99 |

Purchase Full Album    $9.49

## Listener Reviews    Write a Review ›

No fans or critics yet! Be the first!

Legends Of Jazz, Vol.1 - Various Artists | Zune.net - Music



Support | sign in

**ZUNE**

products   music   video   podcasts

Search

MUSIC > JAZZ

TM

▶

76,584 PLAYS
0 SHARES
0 FAVS
93 FANS

## LEGENDS OF JAZZ, VOL.1

19 PLAYS   0 FAVS   0 SHARES

VARIOUS ARTISTS
Released 1999

| | | | |
|---|---|---|---|
| ▶ ⊕ | Birth Of The Blues | 02:40 | 5 plays |
| ▶ ⊕ | Ain't Nobody's Business | 02:28 | 3 plays |
| ▶ ⊕ | Tain't What You Do | 02:53 | 28 plays |

**Buy**

| SONG ORDER | PLAY COUNT | | | SEE ALL |
|---|---|---|---|---|

▶ **PLAY ALL**

| # | | Title | Time | Plays | |
|---|---|---|---|---|---|
| 1 | ▶ ⊕ | April In Paris | 02:42 | 24 plays | BUY |
| 2 | ▶ ⊕ | Don't Blame Me | 03:15 | 1 plays | BUY |
| 3 | ▶ ⊕ | Ain't Nobody's Business | 02:28 | 3 plays | BUY |
| 4 | ▶ ⊕ | Jazz Is His Old Lady | 04:48 | 1 plays | BUY |
| 5 | ▶ ⊕ | Eubie's Boogie | 02:41 | 1 plays | BUY |
| 6 | ▶ ⊕ | Sensation Rag | 04:10 | 1 plays | BUY |
| 7 | ▶ ⊕ | Birth Of The Blues | 02:40 | 5 plays | BUY |
| 8 | ▶ ⊕ | Tain't What You Do | 02:53 | 28 plays | BUY |
| 9 | ▶ ⊕ | Love Me Or Leave Me | 02:53 | 1 plays | BUY |
| 10 | ▶ ⊕ | Riff Raff | 03:07 | 0 plays | BUY |
| 11 | ▶ ⊕ | Diga Diga Do | 02:24 | 1 plays | BUY |
| 12 | ▶ ⊕ | Accentuate The Positive | 04:35 | 2 plays | BUY |

**Hannah Montana: The Movie**
Various Artists
Released 2009

**8 Mile: Original Motion Picture Soundtrack (Parental Advisory)**
Various Artists
Released 2002

**O Brother, Where Art Thou?: Motion Picture Soundtrack**
Various Artists
Released 2000

**Fearless Records Presents: Punk Goes Crunk**
Various Artists
Released 2008

Safety
Code of Conduct
Report Abuse
Trademarks

Accessibility
Follow us on:

©2012 Microsoft Corporation. All Rights Reserved

http://social.zune.net/album/af3d9c00-0100-11db-89ca-0019b92a3933?cache=true[10/9/2012 3:20:24 PM]



+You  Search  Images  Maps  **Play**  YouTube  News  Gmail  More ▾          Sign in  ⚙



| SHOP ▾ | MY MUSIC | MY BOOKS | MY MAGAZINES | MY MOVIES & TV | MY ANDROID APPS |

## Legends Of Jazz, Vol.1
Various Artists



$9.49

SHARE   0  

| | |
|---|---|
| Artist | Various Artists |
| Released | September 12, 2000 |
| Label | © 1999 Synergy Records |
| Tracks | 12 |
| Total Length | 38:36 |
| Format | 320 kbps MP3 |

### Genres

Jazz ›
Vocal / Easy Listening ›
Big Band ›
Bop ›
Swing ›
Vocals ›

**TRACK LIST**  LISTENER REVIEWS

▶ Play all

| # | Title | Artist | Length | Price |
|---|---|---|---|---|
| 1 | April In Paris | COUNT BASIE | 2:42 | $0.99 |
| 2 | Don't Blame Me | CHARLIE PARKER | 3:15 | $0.99 |
| 3 | Ain't Nobody's Business | BILLIE HOLIDAY | 2:28 | $0.99 |
| 4 | Jazz Is His Old Lady | EARL HINES | 4:48 | $0.99 |
| 5 | Eubie's Boogie | LIONEL HAMPTON | 2:41 | $0.99 |
| 6 | Sensation Rag | PETE FOUNTAIN | 4:10 | $0.99 |
| 7 | Birth Of The Blues | CAB CALLOWAY | 2:40 | $0.99 |
| 8 | Tain't What You Do | ELLA FITZGERALD | 2:53 | $0.99 |
| 9 | Love Me Or Leave Me | DIZZY GILLESPIE | 2:53 | $0.99 |
| 10 | Riff Raff | CHARLIE PARKER | 3:07 | $0.99 |
| 11 | Diga Diga Do | LENA HORNE | 2:24 | $0.99 |
| 12 | Accentuate The Positive | LOUIS ARMSTRONG | 4:35 | $0.99 |

Purchase Full Album  $9.49

## Listener Reviews  Write a Review

No fans or critics yet! Be the first!



Learn More

**GET THE GOOGLE PLAY MUSIC APP**
Listen to your purchases instantly with the Google Play Music app... no need for wires or syncing.

Flag as Inappropriate

+You  Search  Images  Maps  **Play**  YouTube  News  Gmail  More ▾

Sign in | ⚙

Google play

jazz is old lady

**SHOP** ⊿

MY MUSIC | MY BOOKS | MY MAGAZINES | MY MOVIES & TV | MY ANDROID APPS

Music

All music

## Tracks

More track results ›

**Jazz Is My Old Lady**
Earl Hines
ALL TIME CLASSICS
4:42
$0.99

**Jazz Is His Old Lady**
Earl Hines
LEGENDS OF JAZZ, VOL.1
4:48
$0.99

My Orders & Settings | Redeem | Buy Gift Card | Buy Google Play Credit

English (United States)

| Help

©2012 Google    Site Terms of Service    Devices Terms of Sale    Privacy Policy    Developers    Artists

**iTunes** Preview

What's New    What is iTunes    iTunes Charts

# One Night Only!

View More By This Artist

## Earl "Fatha" Hines & Marva Josie

Open iTunes to preview, buy, and download music.



[ View In iTunes ]

**$9.90**

Genres: Jazz, Music
Released: Jun 01, 2013
℗ 2013 Stardust Records

## Customer Ratings

We have not received enough ratings to display an average for this album.

## Influencers

Louis Armstrong

## Followers

Erroll Garner
Teddy Wilson
Dave McKenna
Jay McShann
Milt Buckner
Bud Powell
Stan Kenton
Hazel Scott
Ross Tompkins
Nat "King" Cole

## Contemporaries

Ellis Larkins
Ralph Sutton
Art Hodes
Duke Ellington
Dick Hyman
Doc Cheatham
Willie "The Lion" Smith
Art Tatum
Jimmy Rowles
Dick Wellstood

|   | Name | Artist | Time | Price |  |
|---|------|--------|------|-------|--|
| 1 | Jazz Is His Old Lady and M… | Earl "Fatha" Hines & Marva J… | 4:42 | $0.99 | View In iTunes ▶ |
| 2 | Blue Skies | Earl "Fatha" Hines & Marva J… | 3:49 | $0.99 | View In iTunes ▶ |
| 3 | Yellow Days | Earl "Fatha" Hines & Marva J… | 4:16 | $0.99 | View In iTunes ▶ |
| 4 | Just Squeeze Me (But Tease… | Earl "Fatha" Hines & Marva J… | 4:11 | $0.99 | View In iTunes ▶ |
| 5 | Deed I Do | Earl "Fatha" Hines & Marva J… | 2:28 | $0.99 | View In iTunes ▶ |
| 6 | They'll Be Some Changes M… | Earl "Fatha" Hines & Marva J… | 3:04 | $0.99 | View In iTunes ▶ |
| 7 | Candy | Earl "Fatha" Hines & Marva J… | 3:22 | $0.99 | View In iTunes ▶ |
| 8 | Hey Love | Earl "Fatha" Hines & Marva J… | 3:24 | $0.99 | View In iTunes ▶ |
| 9 | Make It Easy on Yourself | Earl "Fatha" Hines & Marva J… | 3:32 | $0.99 | View In iTunes ▶ |
| 10 | Feelings | Earl "Fatha" Hines & Marva J… | 4:47 | $0.99 | View In iTunes ▶ |

10 Songs

## Biography

Born: December 28, 1905 in Duquesne, PA
Genre: Jazz
Years Active: '20s, '30s, '40s, '50s, '60s, '70s, '80s

Once called "the first modern jazz pianist," Earl Hines differed from the stride pianists of the 1920s by breaking up the stride rhythms with unusual accents from his left hand. While his right hand often played octaves so as to ring clearly over ensembles, Hines had the trickiest left hand in the business, often suspending time recklessly but without ever losing the beat. One of the all-time great pianists, Hines was a major influence on Teddy Wilson, Jess Stacy, Joe Sullivan, Nat King...

Full Bio

## Top Albums and Songs By Earl "Fatha" Hines

    

1. Stride Right
   View In iTunes ▶
2. Louis Armstrong…
   View In iTunes ▶
3. Jazz in Paris: Par…
   View In iTunes ▶
4. Piano Man – 88 …
   View In iTunes ▶
5. Jazz In Paris, Vol…
   View In iTunes ▶

|   | Name | Album | Time | Price |  |
|---|------|-------|------|-------|--|
| 1 | C Jam Blues | Stride Right | 5:06 | $0.99 | View In iTunes ▶ |
| 2 | I'm Beginning to See the Li… | Stride Right | 2:59 | $0.99 | View In iTunes ▶ |
| 3 | Caution Blues (Blues In 3rds) | Stride Right | 3:56 | $0.99 | View In iTunes ▶ |
| 4 | Stride Right | Stride Right | 2:52 | $0.99 | View In iTunes ▶ |



$9.49

SHARE +1 0 Tweet

# One Night Only!

Earl “Fatha” Hines

TRACK LIST LISTENER REVIEWS

▶ Play all

| | | | |
|---|---|---|---|
| 1 | Jazz Is His Old Lady and My Old Man | 4:42 | LISTEN |
| 2 | Blue Skies | 3:49 | $0.99 |
| 3 | Yellow Days | 4:16 | $0.99 |
| 4 | Just Squeeze Me (But Tease Me) | 4:11 | $0.99 |
| 5 | Deed I Do | 2:28 | $0.99 |
| 6 | They'll Be Some Changes Made | 3:04 | $0.99 |
| 7 | Candy | 3:22 | $0.99 |
| 8 | Hey Love | 3:24 | $0.99 |
| 9 | Make It Easy on Yourself | 3:32 | $0.99 |
| 10 | Feelings | 4:47 | $0.99 |

Purchase Full Album $9.49

| | |
|---|---|
| **Artist** | Earl “Fatha” Hines, Marva Josie |
| **Released** | June 1, 2013 |
| **Label** | © 2013 Stardust Records |
| **Tracks** | 10 |
| **Total Length** | 37:35 |
| **Format** | 320 kbps MP3 |

## Genres

Jazz ›

## Listener Reviews

Write a Review

No fans or critics yet? Be the first!

## Similar artists

**Andy Kirk**

**The Dorsey Brothers**

Amazon.com: One Night Only!: Earl "Fatha" Hines & Marva Josie: MP3 Downloads



amazon | Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

Shop by Department ▾ | Search | MP3 Music ▾ | | | Hello. **Sign in** Your Account ▾ | Join Prime ▾ | 0 Cart ▾ | Wish List ▾

| Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs | MP3 Help |



ZOOM
See larger image (with zoom)
Share your own customer images
🔊 **Listen to Samples and Buy MP3s**

## One Night Only!

Earl "Fatha" Hines & Marva Josie | Format: MP3 Music
Be the first to review this item

Price: **$5.99**

Album Savings: **$3.91** compared to buying all songs

Original Release Date: June 1, 2013
Format - Music: MP3
Compatible with MP3 Players (including with iPod®), iTunes, Windows Media Player




Buy MP3 album with 1-Click®
Give album OR song as gift
Redeem a gift card or promotion code & view balance
Add to Wish List


amazon cloud player
▶ Launch Player


Share ✉ 📘 🐦 📌

### MP3 Songs       ▶ Play all samples

| | Song Title | Artist | Time | Price | |
|---|---|---|---|---|---|
| ▶ | 1. Jazz Is His Old Lady and My Old Man | Various artists | 4:42 | $0.99 | Buy MP3 |
| ▶ | 2. Blue Skies | Various artists | 3:49 | $0.99 | Buy MP3 |
| ▶ | 3. Yellow Days | Various artists | 4:16 | $0.99 | Buy MP3 |
| ▶ | 4. Just Squeeze Me (But Tease Me) | Various artists | 4:11 | $0.99 | Buy MP3 |
| ▶ | 5. Deed I Do | Various artists | 2:28 | $0.99 | Buy MP3 |
| ▶ | 6. They'll Be Some Changes Made | Various artists | 3:04 | $0.99 | Buy MP3 |
| ▶ | 7. Candy | Various artists | 3:22 | $0.99 | Buy MP3 |
| ▶ | 8. Hey Love | Various artists | 3:24 | $0.99 | Buy MP3 |
| ▶ | 9. Make It Easy on Yourself | Various artists | 3:32 | $0.99 | Buy MP3 |
| ▶ | 10. Feelings | Various artists | 4:47 | $0.99 | Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Product Details

**Original Release Date:** June 1, 2013
**Label:** Stardust Records
**Copyright:** (c) 2013 Stardust Records
**Total Length:** 37:35
**Genres:**
Jazz > Vocal Jazz
**ASIN:** B00D8QDPPU
**Average Customer Review:** Be the first to review this item

## Customer Reviews

There are no customer reviews yet.

5 star          Share your thoughts with other customers


amazon Join Prime
Your Amazon.com | To
Shop by     Search | MP3 Music

http://www.amazon.com/gp/product/B00D8QDPPU/ref=dm_sp_alb?ie=UTF8&qid=1371244422&sr=1-1[6/14/2013 5:14:17 PM]

P 40929

Amazon.com: One Night Only!: Earl "Fatha" Hines & Marva Josie: MP3 Downloads

**Department**

| | 4 star | |
| | 3 star | |
| | 2 star | |
| | 1 star | |

Write a customer review

Amazon MP3 Store   Amazon Cloud Player   New



## Forums

**There are no discussions about this product yet.**

Be the first to discuss this product with the community.

Start a Discussion

## Look for Similar Items by Category

Jazz  >  Vocal Jazz

## Feedback

▸ If you need help or have a question for Customer Service, **contact us.**

▸ Would you like to **give feedback on images** or **tell us about a lower price**?

▸ If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

## Your Recent History (What's this?)



Loading

**Get to Know Us**

Careers

Investor Relations

Press Releases

Amazon and Our Planet

Amazon in the Community

**Make Money with Us**

Sell on Amazon

Become an Affiliate

Advertise Your Products

Independently Publish with Us

› See all

**Let Us Help You**

Your Account

Shipping Rates & Policies

Amazon Prime

Returns Are Easy

Manage Your Kindle

Help

**amazon**.com

Brazil   Canada   China   France   Germany   India   Italy   Japan   Spain   United Kingdom

What's New    What is iTunes    What's on iTunes    iTunes Charts    How To

# Let Me Go Lover

## Timi Yuro

Open iTunes to preview, buy, and download music.

View More By This Artist



View In iTunes

$9.99
Genres: Pop, Music
Released: Dec 20, 2010
℗ 2008 Classic Records

## Customer Ratings

We have not received enough ratings to display an average for this album.

## Essentials



1961



Blue-Eyed Soul



Burt Bacharach

## Contemporaries

Patsy Cline

| | Name | Artist | Time | Price | |
|---|---|---|---|---|---|
| 1 | Just Say I Love HimUSESK0605234 | Timi Yuro | 3:01 | $0.99 | View In iTunes ▶ |
| 2 | Leavin' On Your Mind | Timi Yuro | 2:40 | $0.99 | View In iTunes ▶ |
| 3 | Let Me Call You Sweetheart | Timi Yuro | 2:37 | $0.99 | View In iTunes ▶ |
| 4 | Let Me Go Lover | Timi Yuro | 2:14 | $0.99 | View In iTunes ▶ |
| 5 | The Love Of A Boy | Timi Yuro | 2:25 | $0.99 | View In iTunes ▶ |
| 6 | All Alone Am I | Timi Yuro | 2:36 | $0.99 | View In iTunes ▶ |
| 7 | Apologize | Timi Yuro | 2:56 | $0.99 | View In iTunes ▶ |
| 8 | Are You Sure | Timi Yuro | 2:38 | $0.99 | View In iTunes ▶ |
| 9 | Crying In The Chapel | Timi Yuro | 2:26 | $0.99 | View In iTunes ▶ |
| 10 | Down In The Valley | Timi Yuro | 3:11 | $0.99 | View In iTunes ▶ |
| 11 | I Ain't Gonna Cry Anymore | Timi Yuro | 2:28 | $0.99 | View In iTunes ▶ |
| 12 | I Can't Stop Loving You | Timi Yuro | 4:20 | $0.99 | View In iTunes ▶ |
| 13 | I Cry Myself To Sleep | Timi Yuro | 2:33 | $0.99 | View In iTunes ▶ |
| 14 | I Love You For Sentimental Reasons | Timi Yuro | 3:11 | $0.99 | View In iTunes ▶ |
| 15 | If You Got To Make A Fool Out Of... | Timi Yuro | 1:54 | $0.99 | View In iTunes ▶ |
| 16 | I'll Never Get You To Love Me | Timi Yuro | 2:32 | $0.99 | View In iTunes ▶ |
| 17 | I'm Confession' | Timi Yuro | 2:55 | $0.99 | View In iTunes ▶ |
| 18 | I'm Sorry | Timi Yuro | 2:54 | $0.99 | View In iTunes ▶ |
| 19 | Insult To Injury | Timi Yuro | 2:18 | $0.99 | View In iTunes ▶ |
| 20 | It Must Be Him | Timi Yuro | 2:46 | $0.99 | View In iTunes ▶ |
| 21 | It'll Never Be Over For Me | Timi Yuro | 2:52 | $0.99 | View In iTunes ▶ |
| 22 | It's To Soon To Know | Timi Yuro | 2:59 | $0.99 | View In iTunes ▶ |
| | | | | Total: 22 Songs | |

## Biography

Born: August 4, 1941 in Chicago, IL
Genre: Pop
Years Active: '60s, '70s, '80s

"The little girl with the big voice," Timi Yuro was America's finest white soul singer of the 1960s. Her million-selling debut single, "Hurt," introduced a performer of such profound poignancy and depth that many listeners assumed she was a man, an African-American, or both, and while Yuro never again achieved the same commercial heights, her finest records deserve mention in the same breath as Aretha Franklin, Irma Thomas, and the other soul queens of the era. Born Rosemarie Timotea Aurro in Chicago...

Full Bio

Amazon.com: Let Me Go Lover: Timi Yuro: MP3 Downloads



**amazon**

Your Amazon.com | Today's Deals | Gift Cards | Help

The All-New **kindle fire HD**

Shop by Department ▾ | Search [MP3 Music ▾] [            ] [🔍] | Hello. **Sign in** Your Account ▾ | Join Prime ▾ | 🛒 **0** Cart ▾ | Wish List ▾

**Amazon MP3 Store** | Music CDs | New Releases | Recommendations | Advanced Search | Browse Genres | Best Sellers | Amazon Cloud Player | Getting Started | Get Help

**Play Your Music from the Cloud** on the Web, Android, iPhone, or Kindle Fire › Learn more   **amazon** cloud player



ZOOM
See larger image (with zoom)
Share your own customer images

🔊 **Listen to Samples and Buy MP3s**

### Let Me Go Lover

Timi Yuro | Format: MP3 Music

Be the first to review this item | 👍 Like (0)

Price: **$8.99**

**Album Savings:** $12.79 compared to buying all songs

**Original Release Date:** December 20, 2010
**Format** - Music: MP3
**Compatible with** MP3 Players (including with iPod®), iTunes, Windows Media Player



**Your Music. Everywhere.**
Play your music everywhere with Amazon Cloud Player on your PC or Mac, Android phone, iPhone or iPod touch, or your other favorite devices. Learn more.

› See more product promotions



▶ Buy MP3 album with 1-Click®
Give album OR song as gift ▶
Redeem a gift card or promotion code & view balance
Add to Wish List



**amazon** cloud player
▶ Launch Player

Share ✉ 📘 🐦 📌



**MP3 Songs**     ▶ Play all samples     🔊

| | Song Title | Time | Price | |
|---|---|---|---|---|
| ▶ | 1. Just Say I Love Himusesk0605234 | 3:01 | $0.99 | ▶ Buy MP3 |
| ▶ | 2. Leavin' On Your Mind | 2:40 | $0.99 | ▶ Buy MP3 |
| ▶ | 3. Let Me Call You Sweetheart | 2:37 | $0.99 | ▶ Buy MP3 |
| ▶ | 4. Let Me Go Lover | 2:14 | $0.99 | ▶ Buy MP3 |
| ▶ | 5. The Love Of A Boy | 2:25 | $0.99 | ▶ Buy MP3 |
| ▶ | 6. All Alone Am I | 2:36 | $0.99 | ▶ Buy MP3 |
| ▶ | 7. Apologize | 2:56 | $0.99 | ▶ Buy MP3 |
| ▶ | 8. Are You Sure | 2:38 | $0.99 | ▶ Buy MP3 |
| ▶ | 9. Crying In The Chapel | 2:26 | $0.99 | ▶ Buy MP3 |
| ▶ | 10. Down In The Valley | 3:11 | $0.99 | ▶ Buy MP3 |
| ▶ | 11. I Ain't Gonna Cry Anymore | 2:28 | $0.99 | ▶ Buy MP3 |
| ▶ | 12. I Can't Stop Loving You | 4:20 | $0.99 | ▶ Buy MP3 |
| ▶ | 13. I Cry Myself To Sleep | 2:33 | $0.99 | ▶ Buy MP3 |
| ▶ | 14. I Love You For Sentimental Reasons | 3:11 | $0.99 | ▶ Buy MP3 |

| | | | | |
|---|---|---|---|---|
| ▶ | 15. If You Got To Make A Fool Out Of Somebody | 1:54 | $0.99 | Buy MP3 |
| ▶ | 16. I'll Never Get You To Love Me | 2:32 | $0.99 | Buy MP3 |
| ▶ | 17. I'm Confessen' | 2:55 | $0.99 | Buy MP3 |
| ▶ | 18. I'm Sorry | 2:54 | $0.99 | Buy MP3 |
| ▶ | 19. Insult To Injury | 2:18 | $0.99 | Buy MP3 |
| ▶ | 20. It Must Be Him | 2:46 | $0.99 | Buy MP3 |
| ▶ | 21. It'll Never Be Over For Me | 2:52 | $0.99 | Buy MP3 |
| ▶ | 22. It's To Soon To Know | 2:59 | $0.99 | Buy MP3 |

Sold by Amazon Digital Services, Inc... Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Special Offers and Product Promotions

- Subscribe to our weekly newsletter to learn about free downloads, special deals, and new releases.

## Customers Who Viewed This Item Also Viewed









**The Best of Timi Yuro**
› Timi Yuro
★★★★½ (27)
MP3 Download
$9.99

**Timi Yuro: Legendary Sister Of Soul**
› Timi Yuro
MP3 Download
$6.99

**Only Love Can Break A Heart**
› Timi Yuro
MP3 Download
$8.99

**The Great Timi Yuro**
› Timi Yuro
★★★☆☆ (1)
MP3 Download
$6.99

## Product Details

**Original Release Date:** December 20, 2010
**Label:** Classic Records
**Copyright:** (c) 2008 Classic Records
**Total Length:** 1:00:26
**Genres:**
   Pop
**ASIN:** B004HCH7GW
**Average Customer Review:** Be the first to review this item
**Amazon Best Sellers Rank:** #314,967 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)

## Customer Reviews

There are no customer reviews yet.

| | |
|---|---|
| 5 star | |
| 4 star | |
| 3 star | |
| 2 star | |
| 1 star | |

Share your thoughts with other customers

Write a customer review



Advertisement

## Forums



+You   Search   Images   Maps   **Play**   YouTube   News   Gmail   More ▾          Sign in   ⚙

Introducing **Google Play**   LEARN MORE

**Google play**    [                    ] 🔍

SHOP ▾         MY MUSIC    MY BOOKS    MY MOVIES    MY ANDROID APPS

## Let Me Go Lover
Timi Yuro



$9.49

SHARE   +1  0   🐦 Tweet

### Album details

| | |
|---|---|
| Artist | Timi Yuro |
| Released | December 20, 2010 |
| Label | © 2010 Classic Records |
| Tracks | 22 |
| Total Length | 1:00:37 |
| Format | 320 kbps MP3 |

### Genres

Pop ›

### Similar artists



**The Platters**



**Marvin Gaye**

**TRACK LIST**   LISTENER REVIEWS

▶ Play all

| 1 | Just Say I Love Him Usesk0605234 | 3:01 | $0.99 |
| 2 | Leavin' On Your Mind | 2:40 | $0.99 |
| 3 | Let Me Call You Sweetheart | 2:37 | $0.99 |
| 4 | Let Me Go Lover | 2:14 | $0.99 |
| 5 | The Love Of A Boy | 2:25 | $0.99 |
| 6 | All Alone Am I | 2:36 | $0.99 |
| 7 | Apologize | 2:56 | $0.99 |
| 8 | Are You Sure | 2:38 | $0.99 |
| 9 | Crying In The Chapel | 2:26 | $0.99 |
| 10 | Down In The Valley | 3:11 | $0.99 |
| 11 | I Ain't Gonna Cry Anymore | 2:28 | $0.99 |
| 12 | I Can't Stop Loving You | 4:20 | $0.99 |
| 13 | I Cry Myself To Sleep | 2:33 | $0.99 |
| 14 | I Love You For Sentimental Reasons | 3:11 | $0.99 |
| 15 | If You Got To Make A Fool Out Of Somebody | 1:54 | $0.99 |
| ▶ | I'll Never Get You To Love Me   SHARE | 2:32 | $0.99 |
| 17 | I'm Confession' | 2:55 | $0.99 |
| 18 | I'm Sorry | 2:54 | $0.99 |
| 19 | Insult To Injury | 2:18 | $0.99 |
| 20 | It Must Be Him | 2:46 | $0.99 |
| 21 | It'll Never Be Over For Me | 2:52 | $0.99 |
| 22 | It's To Soon To Know | 2:59 | $0.99 |

Purchase Full Album   $9.49

Let Me Go Lover - Timi Yuro | Zune.net - Music



Support | sign in

 **zune**

products   **music**   video   podcasts

Search

MUSIC > POP

TM



**Let Me Go Lover, Timi Yuro**

68,670 PLAYS
0 SHARES
0 FAVS
0 FANS

### LET ME GO LOVER

TIMI YURO
Released 2010

2 PLAYS   0 FAVS   0 SHARES

| | | |
|---|---|---|
| It'll Never Be Over For Me | 02:52 | 2 plays |
| All Alone Am I | 02:37 | 2 plays |
| It Must Be Him | 02:46 | 1 plays |

**Buy**

| SONG ORDER | PLAY COUNT | | | | SEE ALL |
|---|---|---|---|---|---|

**PLAY ALL**

| 1 | Just Say I Love Him Usesk0605234 | 03:01 | 0 plays | BUY |
|---|---|---|---|---|
| 2 | Leavin' On Your Mind | 02:40 | 0 plays | BUY |
| 3 | Let Me Call You Sweetheart | 02:38 | 0 plays | BUY |
| 4 | Let Me Go Lover | 02:15 | 0 plays | BUY |
| 5 | The Love Of A Boy | 02:26 | 0 plays | BUY |
| 6 | All Alone Am I | 02:37 | 2 plays | BUY |
| 7 | Apologize | 02:56 | 0 plays | BUY |
| 8 | Are You Sure | 02:39 | 0 plays | BUY |
| 9 | Crying In The Chapel | 02:27 | 0 plays | BUY |
| 10 | Down In The Valley | 03:11 | 0 plays | BUY |
| 11 | I Ain't Gonna Cry Anymore | 02:28 | 0 plays | BUY |
| 12 | I Can't Stop Loving You | 04:21 | 0 plays | BUY |
| 13 | I Cry Myself To Sleep | 02:34 | 0 plays | BUY |
| 14 | I Love You For Sentimental Reasons | 03:11 | 0 plays | BUY |
| 15 | If You Got To Make A Fool Out Of Somebody | 01:55 | 0 plays | BUY |
| 18 | I'm Sorry | 02:54 | 0 plays | BUY |
| 19 | Insult To Injury | 02:19 | 0 plays | BUY |
| 20 | It Must Be Him | 02:46 | 1 plays | BUY |
| 21 | It'll Never Be Over For Me | 02:52 | 2 plays | BUY |
| 22 | It's To Soon To Know | 03:00 | 0 plays | BUY |

**The Best Of Timi Yuro: Hurt**
Timi Yuro
Released 1992

**Timi Yuro: Legendary Sister Of Soul**
Timi Yuro
Released 2009

**The Great Timi Yuro**
Timi Yuro
Released 2009

**Timi Yuro**
Timi Yuro
Released 2010

Download Just Timi Yuro, Vol. 1 by Timi Yuro | eMusic

SIGN IN    HOW EMUSIC WORKS    MEMBER PLANS    BECOME A MEMBER

**emusic**

BROWSE    FEATURES + REVIEWS    RADIO    AUDIOBOOKS

All Music ▾    Add A Search Term

ALBUMS    NEW ARRIVALS    CHARTS    GENRES ▾    INFINITE EXPLORATIONS ▾

Save up to 50% off regular prices and get a $25 music credit when you join.    JOIN NOW

## Just Timi Yuro, Vol. 1

**TIMI YURO**

★★★★★  RATE IT!
(0 RATINGS)

▶ SAMPLE ALBUM

|  | MEMBER | RETAIL |
|---|---|---|
|  | FREE i | $9.99 |

| | | | |
|---|---|---|---|
| 01 | It Hurts to Be in L… | 2:33 | $0.99 |
| 02 | Are You Lonesom… | 3:10 | $0.99 |
| 03 | If You Gotta Make… | 1:54 | $0.99 |
| 04 | I Can't Stop Lovin… | 4:20 | $0.99 |
| 05 | I'm Sorry | 2:54 | $0.99 |
| 06 | If I Never Get to L… | 2:32 | $0.99 |
| 07 | I Cry Myself to Sleep | 2:33 | $0.99 |
| 08 | It Must Be Him | 2:46 | $0.99 |
| 09 | I'm Confessin' | 2:55 | $0.99 |
| 10 | Crying in the Chapel | 2:26 | $0.99 |
| 11 | If | 2:50 | $0.99 |
| 12 | Are You Sure | 2:38 | $0.99 |
| 13 | It'll Never Be Over… | 2:52 | $0.99 |

**ALBUM INFORMATION**
NEW

Total Tracks: 20    Total Length: 56:26

**Artist:** Timi Yuro    (See All Albums by Timi Yuro)
**Date Released:** Nov 27, 2013
**Genre:** Rock/Pop, **Style:** Pop
**Label:** 13th Right Records / Believe Digital

## Write a Review

0 MEMBER REVIEWS

Please register before you review a release.    REGISTER

## Recommended Albums

1  2

P 131180

http://www.emusic.com/album/timi-yuro/just-timi-yuro-vol-1/14555859/[12/26/2013 11:18:16 AM]

Download Just Timi Yuro, Vol. 1 by Timi Yuro | eMusic



**Join eMusic**

**Dig Deep**
17+ Million Songs From Both Indie and Major Labels

**Expand Your Collection**
Most Tracks Just $0.49 Each

**Find the Unexpected**
Discover New Music With Editor's Picks, Infinite Explorations, and eMusic Radio

GET A $25 MUSIC CREDIT    JOIN NOW

LEARN MORE >



N/A  i   N/A      +

The Shirelles
**THE SHIRELLES**
1972 | RKO RECORDS / ...
★★★★☆



$5.99  i   $9.99      +

The Shoop Shoop Song
**BETTY EVERETT**
2000 | VEE-JAY LTD. PA...
★★★★☆



N/A  i   N/A      +

Mashed Potato Time
**DEE DEE SHARP**
2012 | JB PRODUCTION ...
☆☆☆☆☆



$0.98  i   $1.98      +

Duke Of Earl / Groov...
**GENE CHANDLER**
1990 | EP/SINGLE
★★★★☆



N/A  i   N/A      +

The Ultimate Jackie ...
**JACKIE WILSON**
2006 | BRUNSWICK REC...
★★★★☆



$5.99  i   $9.99      +

30 Golden Greats
**THE PLATTERS**
-0001 | IDEAL MUSIC
★★★★★



$6.49  i   $9.99      +

Tonight's the Night + ...
**THE SHIRELLES**
2013 | HOODOO RECOR...
★★★★☆

N/A  i   N/A      +

All the Golden Hits
**DEE DEE SHARP**
1963 | ITS ABOUT MUSI...
★★★★☆

**About Us**
About eMusic
Terms of Use (updated 2/7/13)
Privacy Policy (updated 4/20/12)

**Tools & Resources**
Download Manager
Android App

**Forums**
Message Boards
eMusic on Facebook
17 Dots
eMusic on Twitter

**Goodies**
Buy/Redeem Gift Subscriptions
Join our Affiliate Network
Support Music

**Help**
Contact Us

© 1998 - 2013 eMusic.com Inc. eMusic and the eMusic logo are either registered trademarks or trademarks in the USA or other countries. All rights reserved.

rovi   Portions of Content provided by Rovi Corporation. © 2013 Rovi Corporation.
For personal non-commercial use only. All rights reserved.

Terms and conditions of this offer: Get an additional $25.00 music credit free with your first month of paid eMusic membership. Offer available to first-time eMusic music customers in the US, 18 years of age or older. Internet access, registration, and credit or debit card required. To cancel visit www.emusic.com/cancel. Music plans start at $11.99/month. Limited Time Offer. Offer and eMusic's prices are subject to change without notice and are subject to eMusic's terms of use. eMusic and the eMusic logo are trademarks of eMusic.com Inc. in the US or other countries. All other trademarks are the property of their respective owners, none of whom is a partner or sponsor of eMusic.

P 131181

P 131183

Timi Yuro: Just Timi Yuro, Vol. 1 - Music on Google Play

schwarz.matthew@gmail.com ▾

Search

△ Google play

::: ☞ Music

My music

Shop

**Just Timi Yuro, Vol. 1**
Timi Yuro · November 22, 2013
Pop © 2013 13th Right Records

$3.99    [+] Add to Wishlist

☐ Recommend this on Google

**SONGS**

| # | | ⏱ | |
|---|---|---|---|
| 1 | It Hurts to Be in Love | 2:32 | $0.69 |
| 2 | Are You Lonesome Tonight | 3:10 | $0.69 |
| 3 | If You Gotta Make a Fool of Somebody | 1:53 | $0.69 |
| 4 | I Can't Stop Loving You | 4:20 | $0.69 |
| 5 | I'm Sorry | 2:53 | $0.69 |
| 6 | If I Never Get to Love You | 2:31 | $0.69 |
| 7 | I Cry Myself to Sleep | 2:32 | $0.69 |
| 8 | It Must Be Him | 2:45 | $0.69 |
| 9 | I'm Confessin' | 2:54 | $0.69 |
| 10 | Crying in the Chapel | 2:25 | $0.69 |
| 11 | If | 2:49 | $0.69 |
| 12 | Are You Sure | 2:37 | $0.69 |
| 13 | It'll Never Be Over for Me | 2:51 | $0.69 |
| 14 | I Love You for Sentimental Reasons | 3:10 | $0.69 |
| 15 | Insult to Injury | 2:17 | $0.69 |
| 16 | All Alone Am I | 2:35 | $0.69 |
| 17 | Down in the Valley | 3:10 | $0.69 |
| 18 | I Apologize | 2:55 | $0.69 |
| 19 | I Ain't Gonna Cry No More | 2:27 | $0.69 |

Timi Yuro: Just Timi Yuro, Vol. 1 - Music on Google Play

20   I Should Care

3:24

$0.69

## Reviews

0.0

★ 5    0
★ 4    0
★ 3    0
★ 2    0
★ 1    0

👤 0 total

🖉 Write a Review

## Additional information

| Genres | Total length | Tracks | Released | Label | Format |
|--------|-------------|--------|----------|-------|--------|
| Pop | 56:24 | 20 | November 22, 2013 | ℗ 2013 13th Right Records | 320 kbps MP3 |

©2013 Google   Site Terms of Service   Devices   Terms of Sale   Privacy   Policy   Developers   Artists

https://play.google.com/store/music/album/Timi_Yuro_Just_Timi_Yuro_Vol_1?id=Bf8kbScr3p2bdxdrurqgxj3qnqrqkhl=en[12/26/2013 10:59/12 AM]

P 131184



## iTunes Preview

What's New    What is iTunes    iTunes Charts

**iTunes is the world's easiest way to organize and add to your digital media collection.**

We are unable to find iTunes on your computer. To buy and download music from *Just Timi Yuro, Vol. 1* by Timi Yuro, get iTunes now.

Already have iTunes? Click I Have iTunes to open it now.    I Have iTunes





---

# Just Timi Yuro, Vol. 1

View More By This Artist

## Timi Yuro

To preview a song, mouse over the title and click Play. Open iTunes to buy and download music.



View In iTunes

$5.99
Genres: Pop, Music, Pop/Rock
Released: Nov 22, 2013
℗ 2013 13th Right Records

### Customer Ratings

We have not received enough ratings to display an average for this album.

### Contemporaries

Dinah Washington
Gene Pitney
Patsy Cline
Evie Sands
The Walker Brothers
Nancy Wilson
Scott Walker
Small Faces
Damita Jo

| | Name | Artist | Time | Price | |
|---|------|--------|------|-------|---|
| 1 | It Hurts to Be in Love | Timi Yuro | 2:32 | $0.69 | View In iTunes ▸ |
| 2 | Are You Lonesome Tonight | Timi Yuro | 3:10 | $0.69 | View In iTunes ▸ |
| 3 | If You Gotta Make a Fool of Someb… | Timi Yuro | 1:53 | $0.69 | View In iTunes ▸ |
| 4 | I Can't Stop Loving You | Timi Yuro | 4:20 | $0.69 | View In iTunes ▸ |
| 5 | I'm Sorry | Timi Yuro | 2:53 | $0.69 | View In iTunes ▸ |
| 6 | If I Never Get to Love You | Timi Yuro | 2:31 | $0.69 | View In iTunes ▸ |
| 7 | I Cry Myself to Sleep | Timi Yuro | 2:32 | $0.69 | View In iTunes ▸ |
| 8 | It Must Be Him | Timi Yuro | 2:45 | $0.69 | View In iTunes ▸ |
| 9 | I'm Confessin' | Timi Yuro | 2:54 | $0.69 | View In iTunes ▸ |
| 10 | Crying in the Chapel | Timi Yuro | 2:25 | $0.69 | View In iTunes ▸ |
| 11 | If | Timi Yuro | 2:49 | $0.69 | View In iTunes ▸ |
| 12 | Are You Sure | Timi Yuro | 2:37 | $0.69 | View In iTunes ▸ |
| 13 | It'll Never Be Over for Me | Timi Yuro | 2:51 | $0.69 | View In iTunes ▸ |
| 14 | I Love You for Sentimental Reasons | Timi Yuro | 3:10 | $0.69 | View In iTunes ▸ |
| 15 | Insult to Injury | Timi Yuro | 2:17 | $0.69 | View In iTunes ▸ |
| 16 | All Alone Am I | Timi Yuro | 2:35 | $0.69 | View In iTunes ▸ |
| 17 | Down in the Valley | Timi Yuro | 3:10 | $0.69 | View In iTunes ▸ |
| 18 | I Apologize | Timi Yuro | 2:55 | $0.69 | View In iTunes ▸ |
| 19 | I Ain't Gonna Cry No More | Timi Yuro | 2:27 | $0.69 | View In iTunes ▸ |
| 20 | I Should Care | Timi Yuro | 3:24 | $0.69 | View In iTunes ▸ |

20 Songs

### Album Review

Soulful Timi Yuro was a chitlin' circuit favorite in the early '60s. Liberty Records released the Californian's self-titled LP after her biggest hit, "Hurt" (redone in the '70s by the Manhattans), exploded. It did ok with a respectable #51

showing on Billboard's album chart. All these songs are anguished lamenters like "Hurt." Yuro's innate heart-tugging delivery emotes the brightest on "I'm Confessin' (That I Love You)," "Trying," and "I Won't Cry Anymore." A simpler setting would have worked better than the dated string arrangements, but you really had to hear Yuro's earthy voice live to fully appreciate her.

## Biography

Born: August 4, 1941 in Chicago, IL
Genre: Pop
Years Active: '60s, '70s, '80s

"The little girl with the big voice," Timi Yuro was America's finest white soul singer of the 1960s. Her million-selling debut single, "Hurt," introduced a performer of such profound poignancy and depth that many listeners assumed she was a man, an African-American, or both, and while Yuro never again achieved the same commercial heights, her finest records deserve mention in the same breath as Aretha Franklin, Irma Thomas, and the other soul queens of the era. Born Rosemarie Timotea Aurro in Chicago...

Full Bio

## Top Albums and Songs By Timi Yuro


1. 
Timi Yuro: Legen...
View In iTunes ▶


2. The Great Timi Y...
View In iTunes ▶


3. Only Love Can Br...
View In iTunes ▶


4. I'm so Hurt
View In iTunes ▶


5. Hurt!
View In iTunes ▶

| | Name | Album | Time | Price | |
|---|---|---|---|---|---|
| 1 | Hurt (Re-Recorded) | Women of the 60's – 17 Gre... | 2:20 | $0.99 | View In iTunes ▶ |
| 2 | It Must Be Him | The Great Timi Yuro | 2:49 | $0.99 | View In iTunes ▶ |
| 3 | Make the World Go Away (R... | Women of the 60's – 17 Gre... | 2:40 | $0.99 | View In iTunes ▶ |
| 4 | What's a Matter Baby (Is It H... | The Best of Timi Yuro: Hurt | 2:45 | $1.29 | View In iTunes ▶ |
| 5 | Hurt | The Best of Timi Yuro: Hurt | 2:28 | $1.29 | View In iTunes ▶ |
| 6 | Hurt | Timi Yuro: Legendary Sister... | 2:20 | $0.99 | View In iTunes ▶ |
| 7 | All Alone Am I | The Great Timi Yuro | 2:35 | $0.99 | View In iTunes ▶ |
| 8 | Little Things Mean a Lot (Re... | For the One I Love (Re-Reco... | 3:15 | $0.99 | View In iTunes ▶ |
| 9 | What's the Matter Baby (Is It... | Timi Yuro: Legendary Sister... | 2:14 | $0.99 | View In iTunes ▶ |
| 10 | What's a Matter Baby (Is It H... | Heartbreakers (Re-Recorde... | 2:14 | $0.99 | View In iTunes ▶ |

## Listeners Also Bought


The Best of Jay & ...
Jay & The Americ...
View In iTunes ▶


1,661 Seconds Wit...
Del Shannon
View In iTunes ▶


Very Dionne
Dionne Warwick
View In iTunes ▶


It Keeps Right On ...
Johnny Tillotson
View In iTunes ▶


34 Super Oldies
Sandy Posey
View In iTunes ▶

iTunes    App Store    Become a fan of the iTunes and App Store pages on Facebook for exclusive offers, the

P 131186

Amazon.com: Just Timi Yuro, Vol. 1: Timi Yuro: MP3 Downloads



amazon  Try Prime

Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

| Shop by Department ▾ | | Search | | | | | timi yuro | | Hello. Sign in Your Account ▾ | Try Prime ▾ | 0 Cart ▾ | Wish List ▾ |

| Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs | MP3 Help |



See larger image (with zoom)

## Just Timi Yuro, Vol. 1
**Timi Yuro**

Be the first to review this item

Price: **$5.99**

| Buy MP3 Album | **$5.99** |

⌄ Wish List and Gifting

Redeem a gift card or promotion code & view balance

Get our free Amazon music app

GET IT ON Google play | Available on the App Store | Available at amazon

| | Song Title | Artist | Time | Popularity | |
|---|---|---|---|---|---|
| 1 | **It Hurts to Be in Love** | Timi Yuro | 2:32 | | Buy: $0.89 |
| 2 | **Are You Lonesome Tonight** | Timi Yuro | 3:10 | | Buy: $0.89 |
| 3 | **If You Gotta Make a Fool of Somebody** | Timi Yuro | 1:53 | | Buy: $0.89 |
| 4 | **I Can't Stop Loving You** | Timi Yuro | 4:20 | | Buy: $0.89 |
| 5 | **I'm Sorry** | Timi Yuro | 2:53 | | Buy: $0.89 |
| 6 | **If I Never Get to Love You** | Timi Yuro | 2:31 | | Buy: $0.89 |
| 7 | **I Cry Myself to Sleep** | Timi Yuro | 2:32 | | Buy: $0.89 |
| 8 | **It Must Be Him** | Timi Yuro | 2:45 | | Buy: $0.89 |
| 9 | **I'm Confessin'** | Timi Yuro | 2:54 | | Buy: $0.89 |
| 10 | **Crying in the Chapel** | Timi Yuro | 2:25 | | Buy: $0.89 |
| 11 | **If** | Timi Yuro | 2:49 | | Buy: $0.89 |
| 12 | **Are You Sure** | Timi Yuro | 2:37 | | Buy: $0.89 |
| 13 | **It'll Never Be Over for Me** | Timi Yuro | 2:51 | | Buy: $0.89 |
| 14 | **I Love You for Sentimental Reasons** | Timi Yuro | 3:10 | | Buy: $0.89 |

P 131188

| | 15 | Insult to Injury | Timi Yuro | 2:17 | | Buy: $0.89 |
| | 16 | All Alone Am I | Timi Yuro | 2:35 | | Buy: $0.89 |
| | 17 | Down in the Valley | Timi Yuro | 3:10 | | Buy: $0.89 |
| | 18 | I Apologize | Timi Yuro | 2:55 | | Buy: $0.89 |
| | 19 | I Ain't Gonna Cry No More | Timi Yuro | 2:27 | | Buy: $0.89 |
| | 20 | I Should Care | Timi Yuro | 3:24 | | Buy: $0.89 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our **Terms of Use.**

## Product Details

**Label:** 13th Right Records
**Copyright:** (p) 13th Right Records
**Total Length:** 56:10
**Genres:**

Pop

**ASIN:** B00GWSWM2S
**Average Customer Review:** Be the first to review this item

## Customer Reviews

**There are no customer reviews yet.**

5 star
4 star
3 star
2 star
1 star

Share your thoughts with other customers

Write a customer review



Your Amazon.com    Today's Deals

Shop by **Department**    Search    MP3 Music

**Amazon MP3 Store**    Amazon Cloud Player    New Releases



## Feedback

▸ If you have a question or problem, visit our **Help pages.**
▸ Would you like to **give feedback on images** or **tell us about a lower price**?
▸ If you are a seller for this product and want to change product data, click **here** (you may have to sign in with yo...

## Your Recently Viewed Items and Featured Recommendations

You viewed        

▸ View or edit your browsing history

See personalized recommendations

**Sign in**

New customer? Start here.

**Continue Shopping:** Best Sellers

Amazon.com: The Genius of Timi Yuro Vol 01: Timi Yuro: MP3 Downloads



amazon
**Try Prime**

Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

From K-12 Through College
Back-to-School Savings › Shop now

Shop by Department ▾    Search  [MP3 Music ▾]  [                    ]  Hello. **Sign in** Your Account ▾   Try Prime ▾   **0** Cart ▾   Wish List ▾

Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs | MP3 Help



ZOOM
See larger image (with zoom)

Share your own customer images

🔊 **Listen to Samples and Buy MP3s**

## The Genius of Timi Yuro Vol 01

Timi Yuro | Format: MP3 Music

Be the first to review this item

Price: **$5.99**

**Album Savings:** $11.81 compared to buying all songs

**Format** - Music: MP3

**Compatible with** MP3 Players (including with iPod®), iTunes, Windows Media Player





Buy MP3 album with 1-Click®

Give album OR song as gift

Redeem a gift card or promotion code & view balance

Add to Wish List





Launch Player

Share ✉ f ✈ 📌

## MP3 Songs

▶ Play all samples 🔊

| | Song Title | Time | Price | |
|---|---|---|---|---|
| ▶ | 1. I Can't Stop Loving You | 4:20 | $0.89 | Buy MP3 |
| ▶ | 2. I'm Sorry | 2:53 | $0.89 | Buy MP3 |
| ▶ | 3. It Must Be Him | 2:45 | $0.89 | Buy MP3 |
| ▶ | 4. Are You Sure | 2:37 | $0.89 | Buy MP3 |
| ▶ | 5. Insult to Injury | 2:17 | $0.89 | Buy MP3 |
| ▶ | 6. I'm Confessin' | 2:54 | $0.89 | Buy MP3 |
| ▶ | 7. It Hurts to Be in Love | 2:32 | $0.89 | Buy MP3 |
| ▶ | 8. All Alone Am I | 2:35 | $0.89 | Buy MP3 |
| ▶ | 9. Are You Lonesome Tonight | 3:10 | $0.89 | Buy MP3 |
| ▶ | 10. Crying in the Chapel | 2:25 | $0.89 | Buy MP3 |
| ▶ | 11. I Apologize | 2:55 | $0.89 | Buy MP3 |
| ▶ | 12. I Cry Myself to Sleep | 2:32 | $0.89 | Buy MP3 |
| ▶ | 13. If I Never Get to Love You | 2:31 | $0.89 | Buy MP3 |
| ▶ | 14. Down in the Valley | 3:10 | $0.89 | Buy MP3 |
| ▶ | 15. I Love You for Sentimental Reasons | 3:10 | $0.89 | Buy MP3 |
| ▶ | 16. It'll Never Be Over for Me | 2:51 | $0.89 | Buy MP3 |
| ▶ | 17. If You Gotta Make a Fool of Somebody | 1:53 | $0.89 | Buy MP3 |
| ▶ | 18. If | 2:49 | $0.89 | Buy MP3 |
| ▶ | 19. I Should Care | 3:24 | $0.89 | Buy MP3 |

**P 131215**

Amazon.com: The Genius of Timi Yuro Vol 01: Timi Yuro: MP3 Downloads

▶  **20. I Ain't Gonna Cry No More**                      2:27      $0.89       Buy MP3

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our <u>Terms of Use</u>.

## Product Details

**Label:** Seventh Right Records

**Copyright:** (p) Seventh Right Records

**Total Length:** 56:10

**Genres:**
<u>Pop</u>

**ASIN:** B00E0PSTZY

**Average Customer Review:** <u>Be the first to review this item</u>

## Customer Reviews

There are no customer reviews yet.

| | |
|---|---|
| 5 star | |
| 4 star | |
| 3 star | |
| 2 star | |
| 1 star | |

Share your thoughts with other customers

[ Write a customer review ]



Your Amazon.com    Today's D

Shop by **Department**      Search    MP3 Music

**Amazon MP3 Store**    Amazon Cloud Player    New



## Forums

There are no discussions about this product yet.

Be the first to discuss this product with the community.

[ Start a Discussion ]

## Feedback

▸ If you need help or have a question for Customer Service, **contact us**.
▸ Would you like to **give feedback on images** or **tell us about a lower price**?
▸ If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

## Your Recent History  (What's this?)

**Recently Viewed Items**

 **Rockabilly Wild Cat!**
Jackie Lee Cochran
MP3 Download

 **'50s Rockabilly Pioneers Vol. 3**
Various Artists
MP3 Download

 **The Very Best Of Sun...**
Various Artists
MP3 Download

 **Rockabilly**
Varios Artistas
MP3 Download

**Continue Shopping:** Customers Who Bought Items in Your Recent History Also Bought      Page 1 of 10

◀


**Beware of Mr. Baker**
★★★★☆ (70)
Amazon Instant Video
$3.99 to rent
$9.99 to buy
Fix this recommendation


**Rock'n'roll & Jukebox Hits - ...**
Various artists
★★★★☆ (85)
MP3 Download
$5.99
Fix this recommendation


**Merrily We Roll Along: 2012 New...**
Various artists
★★★★☆ (25)
MP3 Download
$11.99
Fix this recommendation

 ▶

P 131216

http://www.amazon.com/gp/product/B00E0PSTZY/ref=sr_1_album_4_rd?ie=UTF8&child=B00E0PT5J8&qid=1374525549&sr=1-4[7/22/2013 5:05:25 PM]

Download The Genius of Timi Yuro Vol 01 by Timi Yuro | eMusic

**emusic**

SIGN IN    BECOME A MEMBER

All Music ▾    Add A Search Term    🔍

BROWSE    FEATURES + REVIEWS    RADIO    AUDIOBOOKS

ALBUMS    NEW ARRIVALS    CHARTS    GENRES ▾    INFINITE EXPLORATIONS ▾

## The Genius of Timi Yuro Vol 01
**TIMI YURO**

★★★★★    RATE IT!
(0 RATINGS)

▶ SAMPLE ALBUM    DOWNLOAD $9.99 ▾    +

| | | |
|---|---|---|
| 01 | I Can't Stop Loving You | 4:20 | $0.99 |
| 02 | I'm Sorry | 2:54 | $0.99 |
| 03 | It Must Be Him | 2:46 | $0.99 |
| 04 | Are You Sure | 2:38 | $0.99 |
| 05 | Insult to Injury | 2:18 | $0.99 |
| 06 | I'm Confessin' | 2:55 | $0.99 |
| 07 | It Hurts to Be in Love | 2:33 | $0.99 |
| 08 | All Alone Am I | 2:36 | $0.99 |
| 09 | Are You Lonesome Tonight | 3:10 | $0.99 |
| 10 | Crying in the Chapel | 2:26 | $0.99 |
| 11 | I Apologize | 2:56 | $0.99 |
| 12 | I Cry Myself to Sleep | 2:33 | $0.99 |
| 13 | If I Never Get to Love You | 2:32 | $0.99 |

**ALBUM INFORMATION**

Total Tracks: 20   Total Length: 56:26

**Artist:** Timi Yuro   (See All Albums by Timi Yuro)
**Date Released:** Jul 18, 2013
**Genre:** Rock/Pop, **Style:** Pop
**Label:** Seventh Right Records / Believe Digital

⏪ ▶ ⏩    🔊 ▬▬▬▬    Loading...    00:00 | 00:00 ◉    Buy    ⏏

Please log in before you review a release.    LOG IN

## Recommended Albums    1   2

http://www.emusic.com/album/timi-yuro/the-genius-of-timi-yuro-vol-01/14284935/[9/25/2013 9:54:12 AM]





DOWNLOAD $1.98

Stand By Me
**BEN E. KING**
SOUND AND VISION
★★★★★



DOWNLOAD $9.90

Its In His Kiss
**BETTY EVERETT**
2009 | CHACRA MUSIC ...
★★★★☆



DOWNLOAD $9.99

Her Greatest Hits
**CONNIE FRANCIS**
ROSLIN RECORDS
★★★★★



DOWNLOAD $9.99

Smoke Gets In Your ...
**THE PLATTERS**
2003 | RKO RECORDS / ...
★★★☆☆



DOWNLOAD $1.98

The Shoop Shoop So...
**BETTY EVERETT**
K-TEL / INGROOVES
★★★☆☆

DOWNLOAD $1.98

Will You Still Love M...
**THE SHIRELLES**
SOUND AND VISION
★★★★★



DOWNLOAD $1.98

Everybody's Somebo...
**CONNIE FRANCIS**
2009 | FANTASTIC VOY...
★★★★☆



DOWNLOAD $9.90

Original Brunswick Hi...
**JACKIE WILSON**
BRUNSWICK RECORDS
★★★★☆

**About Us**
About eMusic
Press Room
Terms of Use (updated 2/7/13)
Privacy Policy (updated 4/20/12)

**Tools & Resources**
Download Manager
Android App

**Forums**
Message Boards
eMusic on Facebook
17 Dots
eMusic on Twitter

**Goodies**
Buy/Redeem Gift Subscriptions
Join our Affiliate Network
Support Music

**Help**
Contact Us

© 1998 - 2013 eMusic.com Inc. eMusic and the eMusic logo are either registered trademarks or trademarks in the USA or other countries. All rights reserved.

Portions of Content provided by Rovi Corporation. © 2013 Rovi Corporation.
For personal non-commercial use only. All rights reserved.

Terms and conditions of this offer: Get an additional $25.00 music credit free with your first month of paid eMusic membership. Offer available to first-time eMusic music customers in the US, 18 years of age or older. Internet access, registration, and credit or debit card required. To cancel visit www.emusic.com/cancel. Music plans start at $11.99/month. Limited Time Offer. Offer and eMusic's prices are subject to change without notice and are subject to eMusic's terms of use. eMusic and the eMusic logo are trademarks of eMusic.com Inc. in the US or other countries. All other trademarks are the property of their respective owners, none of whom is a partner or sponsor of eMusic.

P 131219

Timi Yuro: The Genius of Timi Yuro Vol 01 - Music on Google Play

+You  Search  Images  Maps  Play  YouTube  News  Gmail  Drive  Calendar  More ▾

SIGN IN

Google play

Music

My music

Shop

The Genius Of
Timi Yuro Vol. 01

**The Genius of Timi Yuro Vol 01**
Timi Yuro · July 19, 2013
**Pop** © 2013 Seventh Right Records

$2.99    [+] Add to Wishlist

+1  Recommend this on Google

SONGS                                                      🕐

| # | | Title | | Length | Price |
|---|---|---|---|---|---|
| 1 | | I Can't Stop Loving You | | 4:20 | $0.69 |
| 2 | | I'm Sorry | | 2:53 | $0.69 |
| 3 | | It Must Be Him | | 2:45 | $0.69 |
| 4 | | Are You Sure | | 2:37 | $0.69 |
| 5 | | Insult to Injury | | 2:17 | $0.69 |
| 6 | | I'm Confessin' | | 2:54 | $0.69 |
| 7 | | It Hurts to Be in Love | | 2:32 | $0.69 |
| 8 | | All Alone Am I | | 2:35 | $0.69 |
| 9 | | Are You Lonesome Tonight | | 3:10 | $0.69 |
| 10 | | Crying in the Chapel | | 2:25 | $0.69 |
| 11 | | I Apologize | | 2:55 | $0.69 |
| 12 | | I Cry Myself to Sleep | | 2:32 | $0.69 |
| 13 | | If I Never Get to Love You | | 2:31 | $0.69 |
| 14 | | Down in the Valley | | 3:10 | $0.69 |
| 15 | | I Love You for Sentimental Reasons | | 3:10 | $0.69 |
| 16 | | It'll Never Be Over for Me | | 2:51 | $0.69 |
| 17 | | If You Gotta Make a Fool of Somebody | | 1:53 | $0.69 |
| 18 | | If | | 2:49 | $0.69 |

https://play.google.com/store/music/album/?id=Bt4zx5pabvax8p5yoe2hcwmmn&tid=song-T5syxewfgmxpwej5pef4b4a5unyx&hl=en[9/25/2013 9:55:41 AM]

| 19 | I Should Care | 3:24 | $0.69 |
| 20 | I Ain't Gonna Cry No More | 2:27 | $0.69 |

✎ Write a Review

## Reviews

0.0

★ 5   0
★ 4   0
★ 3   0
★ 2   0
★ 1   0

👤 0 total

## Additional information

| Genres | Total length | Tracks | Released | Label | Format |
|--------|--------------|--------|----------|-------|--------|
| Pop | 56:24 | 20 | July 19, 2013 | © 2013 Seventh Right Records | 320 kbps MP3 |

©2013 Google   Site Terms of Service   Devices Terms of Sale   Privacy Policy   Developers   Artists

# iTunes Preview

What's New    What is iTunes    iTunes Charts



iTunes is the world's easiest way to organize and add to your digital media collection.

We are unable to find iTunes on your computer. To buy and download music from *The Outstanding Timi Yuro, Vol. 1* by Timi Yuro, get iTunes now.

Already have iTunes? Click I Have iTunes to open it now.    I Have iTunes


iTunes 11
For Mac + PC

Free Download

## The Outstanding Timi Yuro, Vol. 1

View More By This Artist

### Timi Yuro

To preview a song, mouse over the title and click Play. Open iTunes to buy and download music.



View In iTunes

**$5.99**

Genres: Pop, Music, Country, R&B/Soul, Soul, Pop/Rock

Released: 1996

℗ 2013 Sixth Right Records

### Customer Ratings

We have not received enough ratings to display an average for this album.

### Contemporaries

Dinah Washington
Gene Pitney
Patsy Cline
Evie Sands
The Walker Brothers
Nancy Wilson
Scott Walker
Small Faces
Damita Jo

| | Name | Artist | Time | Price | |
|---|---|---|---|---|---|
| 1 | If | Timi Yuro | 2:49 | $0.69 | View In iTunes ▸ |
| 2 | I'm Sorry | Timi Yuro | 2:53 | $0.69 | View In iTunes ▸ |
| 3 | I Apologize | Timi Yuro | 2:55 | $0.69 | View In iTunes ▸ |
| 4 | Are You Sure | Timi Yuro | 2:37 | $0.69 | View In iTunes ▸ |
| 5 | I Should Care | Timi Yuro | 3:24 | $0.69 | View In iTunes ▸ |
| 6 | I'm Confessin' | Timi Yuro | 2:54 | $0.69 | View In iTunes ▸ |
| 7 | All Alone Am I | Timi Yuro | 2:35 | $0.69 | View In iTunes ▸ |
| 8 | It Must Be Him | Timi Yuro | 2:45 | $0.69 | View In iTunes ▸ |
| 9 | Insult to Injury | Timi Yuro | 2:17 | $0.69 | View In iTunes ▸ |
| 10 | Down in the Valley | Timi Yuro | 3:10 | $0.69 | View In iTunes ▸ |
| 11 | Crying in the Chapel | Timi Yuro | 2:25 | $0.69 | View In iTunes ▸ |
| 12 | I Cry Myself to Sleep | Timi Yuro | 2:32 | $0.69 | View In iTunes ▸ |
| 13 | It Hurts to Be in Love | Timi Yuro | 2:32 | $0.69 | View In iTunes ▸ |
| 14 | I Can't Stop Loving You | Timi Yuro | 4:20 | $0.69 | View In iTunes ▸ |
| 15 | Are You Lonesome Tonight | Timi Yuro | 3:10 | $0.69 | View In iTunes ▸ |
| 16 | I Ain't Gonna Cry No More | Timi Yuro | 2:27 | $0.69 | View In iTunes ▸ |
| 17 | If I Never Get to Love You | Timi Yuro | 2:31 | $0.69 | View In iTunes ▸ |
| 18 | It'll Never Be Over for Me | Timi Yuro | 2:51 | $0.69 | View In iTunes ▸ |
| 19 | I Love You for Sentimental Reasons | Timi Yuro | 3:10 | $0.69 | View In iTunes ▸ |
| 20 | If You Gotta Make a Fool of Someb... | Timi Yuro | 1:53 | $0.69 | View In iTunes ▸ |

20 Songs

### Album Review

If you want more Yuro than what you can find on the greatest-hits collections, this 26-track compilation is the next stop. Drawn primarily from her Liberty material (from both the early and late '60s), it also has a few obscure '70s sides that hold up much better than expected. B-sides, non-hit singles, and album tracks abound, and the songs are of nearly equal quality to her more celebrated performances. It also showcases her remarkable versatility, which may have been both an asset and a hindrance, as listeners found it difficult to match a solid musical identity with that magnificent voice. She does blue-eyed soul, orchestral pop ballads, pop/rock, and country with assurance, but rarely latches onto a classic bit of material.

## Biography

Born: August 4, 1941 in Chicago, IL
Genre: Pop
Years Active: '60s, '70s, '80s

"The little girl with the big voice," Timi Yuro was America's finest white soul singer of the 1960s. Her million-selling debut single, "Hurt," introduced a performer of such profound poignancy and depth that many listeners assumed she was a man, an African-American, or both, and while Yuro never again achieved the same commercial heights, her finest records deserve mention in the same breath as Aretha Franklin, Irma Thomas, and the other soul queens of the era. Born Rosemarie Timotea Aurro in Chicago...

Full Bio

## Top Albums and Songs By Timi Yuro


1. Timi Yuro: Legen...
View In iTunes ▶


2. The Great Timi Y...
View In iTunes ▶


3. Only Love Can Br...
View In iTunes ▶


4. I'm so Hurt
View In iTunes ▶


5. Hurt!
View In iTunes ▶

| | Name | Album | Time | Price | |
|---|---|---|---|---|---|
| 1 | Hurt (Re-Recorded) | Women of the 60's – 17 Gre... | 2:20 | $0.99 | View In iTunes ▶ |
| 2 | It Must Be Him | The Great Timi Yuro | 2:49 | $0.99 | View In iTunes ▶ |
| 3 | Make the World Go Away (R... | Women of the 60's – 17 Gre... | 2:40 | $0.99 | View In iTunes ▶ |
| 4 | What's a Matter Baby (Is It H... | The Best of Timi Yuro: Hurt | 2:45 | $1.29 | View In iTunes ▶ |
| 5 | Hurt | The Best of Timi Yuro: Hurt | 2:28 | $1.29 | View In iTunes ▶ |
| 6 | Hurt | Timi Yuro: Legendary Sister... | 2:20 | $0.99 | View In iTunes ▶ |
| 7 | All Alone Am I | The Great Timi Yuro | 2:35 | $0.99 | View In iTunes ▶ |
| 8 | Little Things Mean a Lot (Re... | For the One I Love (Re-Reco... | 3:15 | $0.99 | View In iTunes ▶ |
| 9 | What's the Matter Baby (Is It... | Timi Yuro: Legendary Sister... | 2:14 | $0.99 | View In iTunes ▶ |
| 10 | What's a Matter Baby (Is It H... | Heartbreakers (Re-Recorde... | 2:14 | $0.99 | View In iTunes ▶ |

## Listeners Also Bought


Reloaded – Greate...
Tom Jones
View In iTunes ▶


20th Century Mast...
Engelbert Hump...
View In iTunes ▶


For the One I Love....
Various Artists
View In iTunes ▶


Could This Be Magic
The Dubs
View In iTunes ▶


Amore
Andrea Bocelli
View In iTunes ▶

**amazon**
Try Prime

Your Amazon.com    Today's Deals    Gift Cards    Sell    Help

**Year-End Deals**
Sponsored by SanDisk

Shop by **Department**    Search    [timi yuro]    Hello. Sign in **Your Account**    Try **Prime**    0 **Cart**    Wish **List**

Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs



ZOOM
See larger image (with zoom)

### The Outstanding Timi Yuro, Vol. 1
Timi Yuro

Be the first to review this item

Price: **$5.99**

| Buy MP3 Album | $5.99 |
|---|---|

⌄ Wish List and Gifting

Redeem a gift card or promotion code & view balance



Get our free Amazon music app

| | Song Title | Artist | Time | Popularity | |
|---|---|---|---|---|---|
| 1 | If | Timi Yuro | 2:49 | | Buy: $0.89 |
| 2 | I'm Sorry | Timi Yuro | 2:53 | | Buy: $0.89 |
| 3 | I Apologize | Timi Yuro | 2:55 | | Buy: $0.89 |
| 4 | Are You Sure | Timi Yuro | 2:37 | | Buy: $0.89 |
| 5 | I Should Care | Timi Yuro | 3:24 | | Buy: $0.89 |
| 6 | I'm Confessin' | Timi Yuro | 2:54 | | Buy: $0.89 |
| 7 | All Alone Am I | Timi Yuro | 2:35 | | Buy: $0.89 |
| 8 | It Must Be Him | Timi Yuro | 2:45 | | Buy: $0.89 |
| 9 | Insult to Injury | Timi Yuro | 2:17 | | Buy: $0.89 |
| 10 | Down in the Valley | Timi Yuro | 3:10 | | Buy: $0.89 |
| 11 | Crying in the Chapel | Timi Yuro | 2:25 | | Buy: $0.89 |
| 12 | I Cry Myself to Sleep | Timi Yuro | 2:32 | | Buy: $0.89 |

P 131233

| | 13 | It Hurts to Be in Love | Timi Yuro | 2:32 | | Buy: $0.89 |
| | 14 | I Can't Stop Loving You | Timi Yuro | 4:20 | | Buy: $0.89 |
| | 15 | Are You Lonesome Tonight | Timi Yuro | 3:10 | | Buy: $0.89 |
| | 16 | I Ain't Gonna Cry No More | Timi Yuro | 2:27 | | Buy: $0.89 |
| | 17 | If I Never Get to Love You | Timi Yuro | 2:31 | | Buy: $0.89 |
| | 18 | It'll Never Be Over for Me | Timi Yuro | 2:51 | | Buy: $0.89 |
| | 19 | I Love You for Sentimental Reasons | Timi Yuro | 3:10 | | Buy: $0.89 |
| | 20 | If You Gotta Make a Fool of Somebody | Timi Yuro | 1:53 | | Buy: $0.89 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Product Details

**Label:** Sixth Right Records
**Copyright:** (p) Sixth Right Records
**Total Length:** 56:10
**Genres:**
  Pop
**ASIN:** B00GH5QLWS
**Average Customer Review:** Be the first to review this item

## Customer Reviews

There are no customer reviews yet.

| | |
|---|---|
| 5 star | |
| 4 star | |
| 3 star | |
| 2 star | |
| 1 star | |

Share your thoughts with other customers

Write a customer review



amazon
Try Prime

Your Amazon.com     Today's Deal:

Shop by
**Department**

Search    MP3 Music

Amazon MP3 Store     Amazon Cloud Player     New Releases



## Feedback

▸ If you have a question or problem, visit our **Help pages**.
▸ Would you like to **give feedback on images** or **tell us about a lower price**?
▸ If you are a seller for this product and want to change product data, click **here** (you may have to s

P 131234

P 131236

Timi Yuro: The Outstanding Timi Yuro, Vol. 1 - Music on Google Play



☰☰☰   ▲ Google play        Search

🎵 Music     schwartz.matthew@gmail.com ▼

My music

Shop

The Outstanding Timi Yuro, Vol. 1

Timi Yuro · October 31, 2013
Pop © 2013 Sixth Right Records

$3.99   ⊞ Add to Wishlist

☐ Recommend this on Google

| SONGS | | 🕐 | |
|---|---|---|---|
| 1 | If | 2:49 | $0.69 |
| 2 | I'm Sorry | 2:53 | $0.69 |
| 3 | I Apologize | 2:55 | $0.69 |
| 4 | Are You Sure | 2:37 | $0.69 |
| 5 | I Should Care | 3:24 | $0.69 |
| 6 | I'm Confessin' | 2:54 | $0.69 |
| 7 | All Alone Am I | 2:35 | $0.69 |
| 8 | It Must Be Him | 2:45 | $0.69 |
| 9 | Insult to Injury | 2:17 | $0.69 |
| 10 | Down in the Valley | 3:10 | $0.69 |
| 11 | Crying in the Chapel | 2:25 | $0.69 |
| 12 | I Cry Myself to Sleep | 2:32 | $0.69 |
| 13 | It Hurts to Be in Love | 2:32 | $0.69 |
| 14 | I Can't Stop Loving You | 4:20 | $0.69 |
| 15 | Are You Lonesome Tonight | 3:10 | $0.69 |
| 16 | I Ain't Gonna Cry No More | 2:27 | $0.69 |
| 17 | If I Never Get to Love You | 2:31 | $0.69 |
| 18 | It'll Never Be Over for Me | 2:51 | $0.69 |
| 19 | I Love You for Sentimental Reasons | 3:10 | $0.69 |

P 131237

Timi Yuro: The Outstanding Timi Yuro, Vol. 1 - Music on Google Play

20  If You Gotta Make a Fool of Somebody        1:53        $0.69

✏ Write a Review

## Reviews

0.0

★ 5   0
★ 4   0
★ 3   0
★ 2   0
★ 1   0

👤 0 total

## Additional information

| Genres | Total length | Tracks | Released | Label | Format |
|---|---|---|---|---|---|
| Pop | 56:24 | 20 | October 31, 2013 | ℗ 2013 Sixth Right Records | 320 kbps MP3 |

©2013 Google    Site Terms of Service   Devices Terms of Sale   Privacy Policy   Developers   Artists

SIGN IN    HOW EMUSIC WORKS    MEMBER PLANS    BECOME A MEMBER

**emusic**

BROWSE    FEATURES + REVIEWS    RADIO    AUDIOBOOKS

All Music ▾    | Add A Search Term |    🔍

ALBUMS    NEW ARRIVALS    CHARTS    GENRES ▾    INFINITE EXPLORATIONS ▾

Save up to 50% off regular prices and get a $25 music credit when you join.    JOIN NOW ▶

## The Queen Of R&B Timi Yuro Vol. 01

**TIMI YURO**

★★★★★  RATE IT!
(0 RATINGS)

▶ SAMPLE ALBUM

|  |  |  | MEMBER | RETAIL |
|---|---|---|---|---|
|  |  |  | $5.99 ⓘ | $9.99 + |
| 06 | All Alone Am I | 2:36 | $0.49 ⓘ | $0.99 + |
| 07 | It Must Be Him | 2:45 | $0.49 ⓘ | $0.99 + |
| 08 | I Should Care | 3:24 | $0.49 ⓘ | $0.99 + |
| 09 | I'm Sorry | 2:53 | $0.49 ⓘ | $0.99 + |
| 10 | I Can't Stop Lovin... | 4:20 | $0.49 ⓘ | $0.99 + |
| 11 | Down In The Valley | 3:10 | $0.49 ⓘ | $0.99 + |
| 12 | I Love You For Se... | 3:10 | $0.49 ⓘ | $0.99 + |
| 13 | Are You Sure | 2:37 | $0.49 ⓘ | $0.99 + |
| 14 | I Apologize | 2:55 | $0.49 ⓘ | $0.99 + |
| 15 | I'm Confessin' | 2:54 | $0.49 ⓘ | $0.99 + |
| 16 | I Ain't Gonna Cry ... | 2:27 | $0.49 ⓘ | $0.99 + |
| 17 | If You Gotta Make... | 1:53 | $0.49 ⓘ | $0.99 + |
| 18 | It'll Never Be Over... | 2:51 | $0.49 ⓘ | $0.99 + |

### ALBUM INFORMATION

Total Tracks: 18  Total Length: 51:11

**Artist:** Timi Yuro  (See All Albums by Timi Yuro)
**Genre:** Rock/Pop
**Label:** Magnitude Records / Routenote

## Write a Review

0 MEMBER REVIEWS

Please register before you review a release.    REGISTER

## Recommended Albums    1  2

P 131240



**Join eMusic**

**Dig Deep**
17+ Million Songs From Both Indie and Major Labels

**Expand Your Collection**
Most Tracks Just $0.49 Each

**Find the Unexpected**
Discover New Music With Editor's Picks, Infinite Explorations, and eMusic Radio

GET A $25 MUSIC CREDIT    JOIN NOW

LEARN MORE >



$3.92  |  $7.92  +

The Shirelles
THE SHIRELLES
1972 | RKO RECORDS / ...
★★★★☆



$5.99  |  $9.99  +

The Shoop Shoop Song
BETTY EVERETT
2000 | VEE-JAY LTD. PA...
★★★★½



$0.49  |  $0.99  +

Mashed Potato Time
DEE DEE SHARP
2012 | JB PRODUCTION ...
☆☆☆☆☆



$0.98  |  $1.98  +

Duke Of Earl / Groov...
GENE CHANDLER
1990 | EP/SINGLE
★★★★☆

The Ultimate Jackie ...
JACKIE WILSON
2006 | BRUNSWICK REC...
★★★★☆

$11.98  |  $19.98  +



$5.99  |  $9.99  +

30 Golden Greats
THE PLATTERS
-0001 | IDEAL MUSIC
★★★★★



$6.49  |  $9.99  +

Tonight's the Night + ...
THE SHIRELLES
2013 | HOODOO RECOR...
★★★★½



$5.99  |  $9.99  +

All the Golden Hits
DEE DEE SHARP
1963 | ITS ABOUT MUSI...
★★★★☆

**About Us**
About eMusic
Terms of Use (updated 2/7/13)
Privacy Policy (updated 4/20/12)

**Tools & Resources**
Download Manager
Android App

**Forums**
Message Boards
eMusic on Facebook
17 Dots
eMusic on Twitter

**Goodies**
Buy/Redeem Gift Subscriptions
Join our Affiliate Network
Support Music

**Help**
Contact Us

© 1998 - 2013 eMusic.com Inc. eMusic and the eMusic logo are either registered trademarks of eMusic.com Inc. in the USA or other countries. All rights reserved.

rovi    Portions of Content provided by Rovi Corporation. © 2013 Rovi Corporation.
For personal non-commercial use only. All rights reserved.

Terms and conditions of this offer: Get an additional $25.00 music credit free with your first month of paid eMusic membership. Offer available to first-time eMusic music customers in the US, 18 years of age or older. Internet access, registration, and credit or debit card required. To cancel visit www.emusic.com/cancel. Music plans start at $11.99/month. Limited Time Offer. Offer and eMusic's prices are subject to change without notice and are subject to eMusic's terms of use. eMusic and the eMusic logo are trademarks of eMusic.com Inc. in the US or other countries. All other trademarks are the property of their respective owners, none of whom is a partner or sponsor of eMusic.

P 131241



iTunes Preview

What's New    What is iTunes    iTunes Charts



iTunes is the world's easiest way to organize and add to your digital media collection.

We are unable to find iTunes on your computer. To buy and download music from *The Queen of R&B Timi Yuro, Vol. 2* by Timi Yuro, get iTunes now.

Already have iTunes? Click I Have iTunes to open it now.    I Have iTunes

iTunes 11
For Mac + PC


Free Download

# The Queen of R&B Timi Yuro, Vol. 2

View More By This Artist

## Timi Yuro

To preview a song, mouse over the title and click Play. Open iTunes to buy and download music.



View In iTunes

**$9.99**
Genres: Pop, Music, Pop/Rock,
R&B/Soul, Soul, Country
Released: 1996
℗ 2013 Magnitude Records

| | Name | Artist | Time | Price | |
|---|---|---|---|---|---|
| 1 | Somewhere Over the Rainbow | Timi Yuro | 3:42 | $0.99 | View In iTunes ▶ |
| 2 | Stardust | Timi Yuro | 3:24 | $0.99 | View In iTunes ▶ |
| 3 | Tears On My Pillow | Timi Yuro | 2:02 | $0.99 | View In iTunes ▶ |
| 4 | Pretend | Timi Yuro | 2:45 | $0.99 | View In iTunes ▶ |
| 5 | Let Me Call You Sweetheart | Timi Yuro | 2:36 | $0.99 | View In iTunes ▶ |
| 6 | My Prayer | Timi Yuro | 2:50 | $0.99 | View In iTunes ▶ |
| 7 | Leavin' On Your Mind | Timi Yuro | 2:38 | $0.99 | View In iTunes ▶ |
| 8 | Just Say I Love Him | Timi Yuro | 3:00 | $0.99 | View In iTunes ▶ |
| 9 | Once In a While | Timi Yuro | 2:34 | $0.99 | View In iTunes ▶ |
| 10 | Sentimental Jouney | Timi Yuro | 3:44 | $0.99 | View In iTunes ▶ |
| 11 | Only Love Me | Timi Yuro | 3:31 | $0.99 | View In iTunes ▶ |
| 12 | The Love of a Boy | Timi Yuro | 2:24 | $0.99 | View In iTunes ▶ |
| 13 | Little Things Mean Alot | Timi Yuro | 3:17 | $0.99 | View In iTunes ▶ |
| 14 | It's To Soon To Know | Timi Yuro | 3:00 | $0.99 | View In iTunes ▶ |
| 15 | Only You | Timi Yuro | 3:10 | $0.99 | View In iTunes ▶ |
| 16 | My Dearest Darlin | Timi Yuro | 2:59 | $0.99 | View In iTunes ▶ |
| 17 | Thank You For Calling | Timi Yuro | 2:28 | $0.99 | View In iTunes ▶ |
| 18 | Smoke Gets In Your Eyes | Timi Yuro | 2:19 | $0.99 | View In iTunes ▶ |

18 Songs

## Customer Ratings

We have not received enough ratings to display an average for this album.

## Contemporaries

Dinah Washington
Gene Pitney
Patsy Cline
Evie Sands
The Walker Brothers
Nancy Wilson
Scott Walker
Small Faces
Damita Jo

## Album Review

If you want more Yuro than what you can find on the greatest-hits collections, this 26-track compilation is the next stop. Drawn primarily from her Liberty material (from both the early and late '60s), it also has a few obscure '70s sides that hold up much better than expected. B-sides, non-hit singles, and album tracks abound, and the songs

are of nearly equal quality to her more celebrated performances. It also showcases her remarkable versatility, which may have been both an asset and a hindrance, as listeners found it difficult to match a solid musical identity with that magnificent voice. She does blue-eyed soul, orchestral pop ballads, pop/rock, and country with assurance, but rarely latches onto a classic bit of material.

## Biography

Born: August 4, 1941 in Chicago, IL
Genre: Pop
Years Active: '60s, '70s, '80s

"The little girl with the big voice," Timi Yuro was America's finest white soul singer of the 1960s. Her million-selling debut single, "Hurt," introduced a performer of such profound poignancy and depth that many listeners assumed she was a man, an African-American, or both, and while Yuro never again achieved the same commercial heights, her finest records deserve mention in the same breath as Aretha Franklin, Irma Thomas, and the other soul queens of the era. Born Rosemarie Timotea Aurro in Chicago...

Full Bio

### Top Albums and Songs By Timi Yuro



1. Timi Yuro: Legen...
View In iTunes ▶


2. The Great Timi Y...
View In iTunes ▶


3. Only Love Can Br...
View In iTunes ▶


4. I'm so Hurt
View In iTunes ▶


5. Hurt!
View In iTunes ▶

| | Name | Album | Time | Price | |
|---|---|---|---|---|---|
| 1 | Hurt (Re-Recorded) | Women of the 60's – 17 Gre... | 2:20 | $0.99 | View In iTunes ▶ |
| 2 | It Must Be Him | The Great Timi Yuro | 2:49 | $0.99 | View In iTunes ▶ |
| 3 | Make the World Go Away (R... | Women of the 60's – 17 Gre... | 2:40 | $0.99 | View In iTunes ▶ |
| 4 | What's a Matter Baby (Is It H... | The Best of Timi Yuro: Hurt | 2:45 | $1.29 | View In iTunes ▶ |
| 5 | Hurt | The Best of Timi Yuro: Hurt | 2:28 | $1.29 | View In iTunes ▶ |
| 6 | Hurt | Timi Yuro: Legendary Sister... | 2:20 | $0.99 | View In iTunes ▶ |
| 7 | All Alone Am I | The Great Timi Yuro | 2:35 | $0.99 | View In iTunes ▶ |
| 8 | Little Things Mean a Lot (Re... | For the One I Love (Re-Reco... | 3:15 | $0.99 | View In iTunes ▶ |
| 9 | What's the Matter Baby (Is It... | Timi Yuro: Legendary Sister... | 2:14 | $0.99 | View In iTunes ▶ |
| 10 | What's a Matter Baby (Is It H... | Heartbreakers (Re-Recorde... | 2:14 | $0.99 | View In iTunes ▶ |

### Listeners Also Bought


Songs I Love to Sing
Brook Benton
View In iTunes ▶


The Country Side ...
Esther Phillips
View In iTunes ▶


The Ultimate Jacki...
Jackie Wilson
View In iTunes ▶


Dedicated to You
The "5" Royales
View In iTunes ▶


Little Anthony & T...
Little Anthony & ...
View In iTunes ▶

| iTunes | App Store | Become a fan of the iTunes and App Store pages on Facebook for exclusive offers, the |

P 131251

**amazon**
Try Prime

Year-End **Deals**
Sponsored by SanDisk

Your Amazon.com    Today's Deals    Gift Cards    Sell    Help

Shop by
Department

Search    [ timi yuro ]

Hello. Sign in
Your Account

Try
Prime

0
Cart

Wish
List

Amazon MP3 Store    Amazon Cloud Player    New Releases    Browse Genres    Recommendations    Best Sellers    Advanced Search    Getting Started    CDs

## The Remarkable Timi Yuro Vol 01
**Timi Yuro**

Be the first to review this item

Price: **$5.99**

Buy MP3 Album                    **$5.99**

⌄ Wish List and Gifting

Redeem a gift card or promotion code & view balance

ZOOM
See larger image (with zoom)



Get the free
Amazon
music app

▸Mac        ▸PC

| | Song Title | Artist | Time | Popularity | |
|---|---|---|---|---|---|
| 1 | Are You Lonesome Tonight | Timi Yuro | 3:10 | | Buy: $0.89 |
| 2 | Crying in the Chapel | Timi Yuro | 2:25 | | Buy: $0.89 |
| 3 | All Alone Am I | Timi Yuro | 2:35 | | Buy: $0.89 |
| 4 | I Can't Stop Loving You | Timi Yuro | 4:20 | | Buy: $0.89 |
| 5 | I Cry Myself to Sleep | Timi Yuro | 2:32 | | Buy: $0.89 |
| 6 | I'm Confessin' | Timi Yuro | 2:54 | | Buy: $0.89 |
| 7 | Insult to Injury | Timi Yuro | 2:17 | | Buy: $0.89 |
| 8 | I Apologize | Timi Yuro | 2:55 | | Buy: $0.89 |
| 9 | If You Gotta Make a Fool of Somebody | Timi Yuro | 1:53 | | Buy: $0.89 |
| 10 | I Love You for Sentimental Reasons | Timi Yuro | 3:10 | | Buy: $0.89 |
| 11 | Down in the Valley | Timi Yuro | 3:10 | | Buy: $0.89 |
| 12 | It Hurts to Be in Love | Timi Yuro | 2:32 | | Buy: $0.89 |

P 131253

| | 13 | If | Timi Yuro | 2:49 | | Buy: $0.89 |
|---|---|---|---|---|---|---|
| | 14 | I Ain't Gonna Cry No More | Timi Yuro | 2:27 | | Buy: $0.89 |
| | 15 | Are You Sure | Timi Yuro | 2:37 | | Buy: $0.89 |
| | 16 | It Must Be Him | Timi Yuro | 2:45 | | Buy: $0.89 |
| | 17 | If I Never Get to Love You | Timi Yuro | 2:31 | | Buy: $0.89 |
| | 18 | I Should Care | Timi Yuro | 3:24 | | Buy: $0.89 |
| | 19 | It'll Never Be Over for Me | Timi Yuro | 2:51 | | Buy: $0.89 |
| | 20 | I'm Sorry | Timi Yuro | 2:53 | | Buy: $0.89 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Customers Who Viewed This Item Also Viewed



Truly Timi Yuro, Vol. 2
› Timi Yuro
MP3 Download
$5.99

## Product Details

**Label:** Tenth Right Records

**Copyright:** (p) Tenth Right Records

**Total Length:** 56:10

**Genres:**

Pop

**ASIN:** B00FX51ZNS

**Average Customer Review:** Be the first to review this item

**Amazon Best Sellers Rank:** #462,178 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)

## Customer Reviews

There are no customer reviews yet.

| 5 star | |
|---|---|
| 4 star | |
| 3 star | |

Share your thoughts with other customers

Write a customer review




Your Amazon.com    Today's Deals

Shop by **Department**    Search [MP3 Music]

Amazon MP3 Store    Amazon Cloud Player    New Releases

P 131254

Amazon.com: The Remarkable Timi Yuro Vol 01: Timi Yuro: MP3 Downloads

2 star

1 star



## Feedback

▸ If you have a question or problem, visit our **Help pages**.
▸ Would you like to **give feedback on images** or **tell us about a lower price**?
▸ If you are a seller for this product and want to change product data, click **here** (you may have to s

### Your Recently Viewed Items and Featured Recommendations



Loading

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| Investor Relations | Become an Affiliate | Amazon.com Store Card | Shipping Rates & Policies |
| Press Releases | Advertise Your Products | Shop with Points | Amazon Prime |
| Amazon and Our Planet | Independently Publish with Us | Credit Card Marketplace | Returns & Replacements |
| Amazon in the Community | › See all | Amazon Currency Converter | Manage Your Kindle |
| | | | Help |

## amazon.com

Australia  Brazil  Canada  China  France  Germany  India  Italy  Japan  Mexico  Spain  United Kingdom

| | | | | | | |
|---|---|---|---|---|---|---|
| **6pm** Score deals on fashion brands | **AbeBooks** Rare Books & Textbooks | **AfterSchool.com** Kids' Sports, Outdoor & Dance Gear | **Alexa** Actionable Analytics for the Web | **AmazonFresh** Groceries & More Right To Your Door | **Amazon Local** Great Local Deals in Your City | **AmazonSupply** Business, Industrial & Scientific Supplies |
| **Amazon Web Services** Scalable Cloud Computing Services | **Askville** Community Answers | **Audible** Download Audio Books | **BeautyBar.com** Prestige Beauty Delivered | **Book Depository** Books With Free Delivery Worldwide | **Bookworm.com** Books For Children Of All Ages | **Casa.com** Kitchen, Storage & Everything Home |
| **CreateSpace** Indie Print Publishing Made Easy | **Diapers.com** Everything But The Baby | **DPReview** Digital Photography | **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting | **IMDb** Movies, TV & Celebrities | **Junglee.com** Shop Online in India |
| **Kindle Direct Publishing** Indie Digital Publishing Made Easy | **Look.com** Kids' Clothing & Shoes | **MYHABIT** Private Fashion Designer Sales | **Shopbop** Designer Fashion Brands | **Soap.com** Health, Beauty & Home Essentials | **TenMarks.com** Math Activities for Kids & Schools | **Vine.com** Everything to Live Life Green |
| | **Wag.com** Everything For Your Pet | **Warehouse Deals** Open-Box Discounts | **Woot!** Discounts and Shenanigans | **Yoyo.com** A Happy Place To Shop For Toys | **Zappos** Shoes & Clothing | |

P 131255

P 131257

Google play

schwartz.matthew@gmail.com ▾

Search

Music

My music

Shop

**The Remarkable Timi Yuro Vol 01**

Timi Yuro · October 13, 2013
Pop  © 2013 Tenth Right Records

$2.99    ⊞ Add to Wishlist

☐ Recommend this on Google

SONGS | | ⏱
--- | --- | ---
1 | Are You Lonesome Tonight | 3:10 | $0.99
2 | Crying in the Chapel | 2:25 | $0.99
3 | All Alone Am I | 2:35 | $0.99
4 | I Can't Stop Loving You | 4:20 | $0.99
5 | I Cry Myself to Sleep | 2:32 | $0.99
6 | I'm Confessin' | 2:54 | $0.99
7 | Insult to Injury | 2:17 | $0.99
8 | I Apologize | 2:55 | $0.99
9 | If You Gotta Make a Fool of Somebody | 1:53 | $0.99
10 | I Love You for Sentimental Reasons | 3:10 | $0.99
11 | Down in the Valley | 3:10 | $0.99
12 | It Hurts to Be in Love | 2:32 | $0.99
13 | If | 2:49 | $0.99
14 | I Ain't Gonna Cry No More | 2:27 | $0.99
15 | Are You Sure | 2:37 | $0.99
16 | It Must Be Him | 2:45 | $0.99
17 | If I Never Get to Love You | 2:31 | $0.99
18 | I Should Care | 3:24 | $0.99
19 | It'll Never Be Over for Me | 2:51 | $0.99

P 131258

Timi Yuro: The Remarkable Timi Yuro Vol 01 - Music on Google Play

20   I'm Sorry                                              2:53                                            $0.99

✎ Write a Review

## Reviews

0.0

★ 5  0
★ 4  0
★ 3  0
★ 2  0
★ 1  0

👤 0 total

## Additional information

| Genres | Tracks | Released | Label | Format |
|--------|--------|----------|-------|--------|
| Pop | 20 | October 13, 2013 | © 2013 Tenth Right Records | 320 kbps MP3 |

| | Total length |
|--|--------------|
| | 56:24 |

©2013 Google   Site Terms of Service   Devices Terms of Sale   Privacy Policy   Developers   Artists



Introducing **kindle fire HDX**
From **$229** › Pre-order now

**amazon** Try Prime

Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

Shop by Department ▾    Search  MP3 Music ▾ [          ]    Hello. Sign in Your Account ▾    Try Prime ▾    0 Cart ▾    Wish List ▾

Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs | MP3 Help



ZOOM
See larger image (with zoom)

## Timi Yuro Gold - Original Vintage Recordings

Timi Yuro | Format: MP3 Music

Be the first to review this item

Price: **$7.99**

Original Release Date: May 13, 2013

Get our free Amazon music app  GET IT ON Google play  Available on the App Store   Available at amazon

Buy MP3 album with 1-Click®
Give album OR song as gift
Redeem a gift card or promotion code & view balance

Add to Wish List



| MP3 Songs | ▶ Play all samples | | |
|---|---|---|---|
| **Song Title** | | **Time** | **Price** |
| ▶ 1. I Can't Stop Loving You | | 4:20 | $0.89 | Buy MP3 |
| ▶ 2. I'm Sorry | | 2:53 | $0.89 | Buy MP3 |
| ▶ 3. Are You Sure | | 2:37 | $0.89 | Buy MP3 |
| ▶ 4. If | | 2:49 | $0.89 | Buy MP3 |
| ▶ 5. I Ain't Gonna Cry No More | | 2:27 | $0.89 | Buy MP3 |
| ▶ 6. Crying In The Chapel | | 2:25 | $0.89 | Buy MP3 |
| ▶ 7. I Love You For Sentimental Reasons | | 3:10 | $0.89 | Buy MP3 |
| ▶ 8. If You Gotta Make A Fool Of Somebody | | 1:53 | $0.89 | Buy MP3 |
| ▶ 9. Are You Lonesome Tonight | | 3:10 | $0.89 | Buy MP3 |
| ▶ 10. All Alone Am I | | 2:35 | $0.89 | Buy MP3 |
| ▶ 11. Down In The Valley | | 3:10 | $0.89 | Buy MP3 |
| ▶ 12. I Apologize | | 2:55 | $0.89 | Buy MP3 |
| ▶ 13. It'll Never Be Over For Me | | 2:51 | $0.89 | Buy MP3 |
| ▶ 14. Insult To Injury | | 2:17 | $0.89 | Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use

## Customers Who Viewed This Item Also Viewed

Page 1 of 2


The Genius of Timi Yuro Vol 01
› Timi Yuro


The Great Timi Yuro
› Timi Yuro
★★★★☆ (2)


The Genius of Timi Yuro Vol 02
› Timi Yuro


Hurt!
› Timi Yuro
MP3 Download

‹    ›

P 131269

Amazon.com: Timi Yuro Gold - Original Vintage Recordings: Timi Yuro: MP3 Downloads

MP3 Download
$5.99

MP3 Download
$6.99

MP3 Download
$5.99

$6.99

## Product Details

**Original Release Date:** May 13, 2013
**Label:** Vantage Point
**Total Length:** 39:32
**Genres:**
Pop
**ASIN:** B00DVV1TTG
**Average Customer Review:** Be the first to review this item

## Customer Reviews

There are no customer reviews yet.

| 5 star | |
| 4 star | |
| 3 star | |
| 2 star | |
| 1 star | |

Share your thoughts with other customers

Write a customer review



amazon   Your Amazon.com   Today's De
Try Prime

Shop by **Department**   **Search**   MP3 Music

**Amazon MP3 Store**   Amazon Cloud Player   Ne



## Feedback

➤ If you have a question or problem, visit our **Help pages**.
➤ Would you like to **give feedback on images** or **tell us about a lower price**?
➤ If you are a seller for this product and want to change product data, click **here** (you may hav

## Your Recently Viewed Items and Featured Recommendations



Loading

**Get to Know Us**
Careers
Investor Relations
Press Releases

**Make Money with Us**
Sell on Amazon
Become an Affiliate
Advertise Your Products

**Amazon Payment Products**
Amazon.com Rewards Visa Card
Amazon.com Store Card
Shop with Points

**Let Us Help You**
Your Account
Shipping Rates & Policies
Amazon Prime

P 131270

Timi Yuro: Timi Yuro Gold - Original Vintage Recordings - Music on Google Play

+You   Search   Images   Maps   Play   YouTube   News   Gmail   Drive   Calendar   More ˅

Google play

SIGN IN

Music

Shop

My music

## Timi Yuro Gold - Original Vintage Recordings

Timi Yuro · May 13, 2013
Pop @ 2013 Vantage Point

$9.49    + Add to Wishlist

8 +1   Recommend this on Google

| | SONGS | | ⊙ | |
|---|---|---|---|---|
| 1 | I Can't Stop Loving You | | 4:20 | $0.99 |
| 2 | I'm Sorry | | 2:53 | $0.99 |
| 3 | Are You Sure | | 2:37 | $0.99 |
| 4 | If | | 2:49 | $0.99 |
| 5 | I Ain't Gonna Cry No More | | 2:27 | $0.99 |
| 6 | Crying In The Chapel | | 2:25 | $0.99 |
| 7 | I Love You For Sentimental Reasons | | 3:10 | $0.99 |
| 8 | If You Gotta Make A Fool Of Somebody | | 1:53 | $0.99 |
| 9 | Are You Lonesome Tonight | | 3:10 | $0.99 |
| 10 | All Alone Am I | | 2:35 | $0.99 |
| 11 | Down In The Valley | | 3:10 | $0.99 |
| 12 | I Apologize | | 2:55 | $0.99 |
| 13 | It'll Never Be Over For Me | | 2:51 | $0.99 |
| 14 | Insult To Injury | | 2:17 | $0.99 |

## Reviews

★ 5    0
★ 4    0

✎ Write a Review

https://play.google.com/store/music/album?id=Bx0tjbvsvtcmohenpm766fn62&cdid=song-Tdv5az4fqenlfsyswkohackpvsc&hl=en[9/25/2013 9:55:21 AM]

Timi Yuro: Timi Yuro Gold - Original Vintage Recordings - Music on Google Play

P 131273

0.0

★ 3  0
★ 2  0
★ 1  0

👤 0 total

## Additional information

Genres
Pop

Tracks
14

Released
May 13, 2013

Label
© 2013 Vantage Point

Format
320 kbps MP3

©2013 Google   Site   Terms of Service   Devices   Terms of Sale   Privacy Policy   Developers   Artists

https://play.google.com/store/music/album?id=Bvbjbsvwtcmohenpm76t6bt24c&tid=song-Td-5iaz4fqonfjyxwkohackpvec&hl=en[9/25/2013 9:55:21 AM]

iTunes Preview

What's New        What is iTunes        iTunes Charts

# Timi Yuro Gold – Original Vintage Recordings

View More By This Artist

## Timi Yuro

Open iTunes to preview, buy, and download music.



**View In iTunes**

$9.99
Genres: Pop, Music
Released: May 13, 2013

## Customer Ratings

We have not received enough ratings to display an average for this album.

## Contemporaries

Patsy Cline
Dinah Washington
Gene Pitney
Scott Walker
Small Faces
The Walker Brothers
Nancy Wilson
Evie Sands
Damita Jo

| | Name | Artist | Time | Price | |
|---|------|--------|------|-------|---|
| 1 | I Can't Stop Loving You | Timi Yuro | 4:20 | $0.99 | View In iTunes ▶ |
| 2 | I'm Sorry | Timi Yuro | 2:53 | $0.99 | View In iTunes ▶ |
| 3 | Are You Sure | Timi Yuro | 2:37 | $0.99 | View In iTunes ▶ |
| 4 | If | Timi Yuro | 2:49 | $0.99 | View In iTunes ▶ |
| 5 | I Ain't Gonna Cry No More | Timi Yuro | 2:27 | $0.99 | View In iTunes ▶ |
| 6 | Crying In the Chapel | Timi Yuro | 2:25 | $0.99 | View In iTunes ▶ |
| 7 | I Love You For Sentimental Reasons | Timi Yuro | 3:10 | $0.99 | View In iTunes ▶ |
| 8 | If You Gotta Make a Fool of Some... | Timi Yuro | 1:53 | $0.99 | View In iTunes ▶ |
| 9 | Are You Lonesome Tonight | Timi Yuro | 3:10 | $0.99 | View In iTunes ▶ |
| 10 | All Alone Am I | Timi Yuro | 2:35 | $0.99 | View In iTunes ▶ |
| 11 | Down In the Valley | Timi Yuro | 3:10 | $0.99 | View In iTunes ▶ |
| 12 | I Apologize | Timi Yuro | 2:55 | $0.99 | View In iTunes ▶ |
| 13 | It'll Never Be Over For Me | Timi Yuro | 2:51 | $0.99 | View In iTunes ▶ |
| 14 | Insult To Injury | Timi Yuro | 2:17 | $0.99 | View In iTunes ▶ |

14 Songs

## Biography

Born: August 4, 1941 in Chicago, IL
Genre: Pop
Years Active: '60s, '70s, '80s

"The little girl with the big voice," Timi Yuro was America's finest white soul singer of the 1960s. Her million-selling debut single, "Hurt," introduced a performer of such profound poignancy and depth that many listeners assumed she was a man, an African-American, or both, and while Yuro never again achieved the same commercial heights, her finest records deserve mention in the same breath as Aretha Franklin, Irma Thomas, and the other soul queens of the era. Born Rosemarie Timotea Aurro in Chicago...

Full Bio

## Top Albums and Songs By Timi Yuro


1.
Timi Yuro Gold ...
View In iTunes ▶


2.
The Best of Timi...
View In iTunes ▶


3.
Timi Yuro: Lege...
View In iTunes ▶


4.
The Great Timi Y...
View In iTunes ▶


5.
Only Love Can B...
View In iTunes ▶

P 131274

| | Name | Album | Time | Price | |
|---|---|---|---|---|---|
| 1 | Hurt | The Best of Timi Yuro: Hurt | 2:28 | $1.29 | View In iTunes ▶ |
| 2 | Hurt (Re-Recorded) | Women of the 60's – 17 Gr… | 2:20 | $0.99 | View In iTunes ▶ |
| 3 | What's a Matter Baby (Is It … | The Best of Timi Yuro: Hurt | 2:45 | $1.29 | View In iTunes ▶ |
| 4 | It Must Be Him | The Great Timi Yuro | 2:49 | $0.99 | View In iTunes ▶ |
| 5 | Make the World Go Away (… | Women of the 60's – 17 Gr… | 2:40 | $0.99 | View In iTunes ▶ |
| 6 | Hurt | Timi Yuro: Legendary Siste… | 2:20 | $0.99 | View In iTunes ▶ |
| 7 | I Apologize | The Best of Timi Yuro: Hurt | 2:55 | $1.29 | View In iTunes ▶ |
| 8 | Little Things Mean a Lot (R… | For the One I Love (Re-Rec… | 3:15 | $0.99 | View In iTunes ▶ |
| 9 | I'm Sorry | The Great Timi Yuro | 2:54 | $0.99 | View In iTunes ▶ |
| 10 | What's the Matter Baby (Is I… | Timi Yuro: Legendary Siste… | 2:14 | $0.99 | View In iTunes ▶ |

## Listeners Also Bought

    

34 Super Oldies
Sandy Posey
View In iTunes ▶

Devoted to You
Sandy Posey
View In iTunes ▶

Men of the Sixties…
Various Artists
View In iTunes ▶

60's Jukebox Hits …
Various Artists
View In iTunes ▶

Brenda Lee: Antho…
Brenda Lee
View In iTunes ▶

 **iTunes**  Like 28,002,914

**App Store** Like 7,746,937

Become a fan of the iTunes and App Store pages on Facebook for exclusive offers, the inside scoop on new apps and more.

### iTunes

| iTunes | More iTunes | Working with iTunes | iTunes Store |
|---|---|---|---|
| iTunes | Digital Music Basics | Sell Your Content | Browse iTunes Store |
| Download iTunes | iTunes Gifts | Content Providers | Browse App Store |
| What's New? | iTunes U | Market with iTunes | Buy Music Now |
| What is iTunes? | iPod + iTunes Support | Join the Affiliate Program | Buy iTunes Gift Cards |
| iTunes Charts | AirPlay | Link to iTunes | Redeem iTunes Gift Cards |
| | Accessibility | | iTunes Corporate Sales |
| | | | Free Single of the Week |
| | | | Inside iTunes |

Shop the Apple Online Store (1–800–MY–APPLE), visit an Apple Retail Store, or find a reseller.

Apple Info   |   Site Map   |   Hot News   |   RSS Feeds   |   Contact Us

Copyright © 2013 Apple Inc. All rights reserved.   Terms of Use   |   Privacy Policy

P 131275

Download Truly Timi Yuro, Vol. 1 by Timi Yuro | eMusic

SIGN IN | HOW EMUSIC WORKS | MEMBER PLANS | BECOME A MEMBER

**emusic**

BROWSE   FEATURES + REVIEWS   RADIO   AUDIOBOOKS

All Music ▼    Add A Search Term

ALBUMS    NEW ARRIVALS    CHARTS    GENRES ▼    INFINITE EXPLORATIONS ▼

Save up to 50% off regular prices and get a $25 music credit when you join.    JOIN NOW ▶

## Truly Timi Yuro, Vol. 1

**TIMI YURO**

★★★★★ RATE IT!
(0 RATINGS)

▶ SAMPLE ALBUM

| | | | MEMBER | RETAIL |
|---|---|---|---|---|
| | | | $5.99 ⓘ | $9.99 + |
| 07 | Are You Sure | 2:38 | $0.49 ⓘ | $0.99 + |
| 08 | If You Gotta Make… | 1:54 | $0.49 ⓘ | $0.99 + |
| 09 | I Should Care | 3:25 | $0.49 ⓘ | $0.99 + |
| 10 | Are You Lonesom… | 3:10 | $0.49 ⓘ | $0.99 + |
| 11 | Crying in the Chapel | 2:26 | $0.49 ⓘ | $0.99 + |
| 12 | Insult to Injury | 2:18 | $0.49 ⓘ | $0.99 + |
| 13 | It Hurts to Be in L… | 2:33 | $0.49 ⓘ | $0.99 + |
| 14 | I'm Sorry | 2:54 | $0.49 ⓘ | $0.99 + |
| 15 | I Can't Stop Lovin… | 4:20 | $0.49 ⓘ | $0.99 + |
| 16 | I Ain't Gonna Cry … | 2:27 | $0.49 ⓘ | $0.99 + |
| 17 | It'll Never Be Over… | 2:52 | $0.49 ⓘ | $0.99 + |
| 18 | I'm Confessin' | 2:55 | $0.49 ⓘ | $0.99 + |
| 19 | I Love You for Se… | 3:11 | $0.49 ⓘ | $0.99 + |

**ALBUM INFORMATION**

Total Tracks: **20**   Total Length: **56:26**

Artist: Timi Yuro (See All Albums by Timi Yuro)
Date Released: Sep 10, 2013
Genre: Rock/Pop, Style: Pop
Label: Eighth Right Records / Believe Digital

## Write a Review

0 MEMBER REVIEWS

Please register before you review a release.    REGISTER

## Recommended Albums

1  2

P 131276

Download Truly Timi Yuro, Vol. 1 by Timi Yuro | eMusic





N/A | N/A | + |

The Shirelles
**THE SHIRELLES**
1972 | RKO RECORDS / ...
★★★★☆



$5.99 | $9.99 | + |

The Shoop Shoop Song
**BETTY EVERETT**
2000 | VEE-JAY LTD. PA...
★★★★☆



N/A | N/A | + |

Mashed Potato Time
**DEE DEE SHARP**
2012 | JB PRODUCTION ...
☆☆☆☆☆



$0.98 | $1.98 | + |

Duke Of Earl / Groov...
**GENE CHANDLER**
1990 | EP/SINGLE
★★★★☆

The Ultimate Jackie ...
**JACKIE WILSON**
2006 | BRUNSWICK REC...
★★★★☆



$5.99 | $9.99 | + |

30 Golden Greats
**THE PLATTERS**
-0001 | IDEAL MUSIC
★★★★★



$6.49 | $9.99 | + |

Tonight's the Night + ...
**THE SHIRELLES**
2013 | HOODOO RECOR...
★★★★☆



N/A | N/A | + |

All the Golden Hits
**DEE DEE SHARP**
1963 | ITS ABOUT MUSI...
★★★★☆

**About Us**
About eMusic
Terms of Use (updated 2/7/13)
Privacy Policy (updated 4/20/12)

**Tools & Resources**
Download Manager
Android App

**Forums**
Message Boards
eMusic on Facebook
17 Dots
eMusic on Twitter

**Goodies**
Buy/Redeem Gift Subscriptions
Join our Affiliate Network
Support Music

**Help**
Contact Us

© 1998 - 2013 eMusic.com Inc. eMusic and the eMusic logo are either registered trademarks or trademarks of eMusic.com Inc in the USA or other countries. All rights reserved.

Portions of Content provided by Rovi Corporation. © 2013 Rovi Corporation.
For personal non-commercial use only. All rights reserved.

Terms and conditions of this offer: Get an additional $25.00 music credit free with your first month of paid eMusic membership. Offer available to first-time eMusic music customers in the US, 18 years of age or older. Internet access, registration, and credit or debit card required. To cancel visit www.emusic.com/cancel. Music plans start at $11.99/month. Limited Time Offer. Offer and eMusic's prices are subject to change without notice and are subject to eMusic's terms of use. eMusic and the eMusic logo are trademarks of eMusic.com Inc. in the US or other countries. All other trademarks are the property of their respective owners, none of whom is a partner or sponsor of eMusic.

P 131277