# EXHIBIT G

# iTunes Preview

What's New | What is iTunes | What's on iTunes | iTunes Charts | How To

## Popcorn – 60's Cool Kids
### Various Artists
Open iTunes to preview, buy, and download music.



View In iTunes

$19.99
Genres: Pop, Music
Released: Feb 01, 2011
℗ 2011 Master Classics Records

**Copyright Owner** → ℗ 2011 Master Classics Records

### Customer Ratings

We have not received enough ratings to display an average for this album.

| | Name | Artist | Time | Price | |
|---|---|---|---|---|---|
| 1 | Someday Soon | Betty Everett | 2:06 | $0.99 | View In iTunes ▶ |
| 2 | The Feminine Touch | Dorsey Burnette | 2:20 | $0.99 | View In iTunes ▶ |
| 3 | Troubles, Troubles | Ray Rivera | 2:30 | $0.99 | View In iTunes ▶ |
| 4 | Pretty Blue Eyes | Steve Laurence | 1:54 | $0.99 | View In iTunes ▶ |
| 5 | Jalousie | Sonny Day | 2:29 | $0.99 | View In iTunes ▶ |
| 6 | Abracadabra | Erma Franklin | 2:11 | $0.99 | View In iTunes ▶ |
| 7 | Whatever Lola Wants | Della Reese | 3:16 | $0.99 | View In iTunes ▶ |
| 8 | Nobody But Me | Sam Chatmon | 2:56 | $0.99 | View In iTunes ▶ |
| 9 | Keep Your Mind On Me | The Jarmels | 2:13 | $0.99 | View In iTunes ▶ |
| 10 | You Move Me So | Paula Grimes | 2:14 | $0.99 | View In iTunes ▶ |
| 11 | There She Goes | The Cleftones | 2:19 | $0.99 | View In iTunes ▶ |
| 12 | But I Love Him | Doris Troy | 1:59 | $0.99 | View In iTunes ▶ |
| 13 | I'm Gonna Lock You Up | All The Marbies | 2:24 | $0.99 | View In iTunes ▶ |
| 14 | Hey Eula | Sil Austin | 2:43 | $0.99 | View In iTunes ▶ |
| 15 | Soup Bone | Chaz & Two | 2:22 | $0.99 | View In iTunes ▶ |
| 16 | I Really Really Love You | Jo Ann Campbell | 2:33 | $0.99 | View In iTunes ▶ |
| 17 | Any Other Way | Chuck Jackson | 2:27 | $0.99 | View In iTunes ▶ |
| 18 | Conscience | Beverly McKay | 2:46 | $0.99 | View In iTunes ▶ |
| 19 | Tabasco | Amru Sani | 3:05 | $0.99 | View In iTunes ▶ |
| 20 | I Want You Right Now | The Parakeets | 2:07 | $0.99 | View In iTunes ▶ |
| 21 | My Roberta | Pérez Prado | 2:23 | $0.99 | View In iTunes ▶ |
| 22 | Don't Treat Me This Way | Mel Anton & The Checkers | 2:25 | $0.99 | View In iTunes ▶ |
| 23 | One Grain Of Sand | Kitty Allen | 3:05 | $0.99 | View In iTunes ▶ |
| 24 | Let Me Come Back Home | Bruce Cloud | 2:23 | $0.99 | View In iTunes ▶ |
| 25 | If I Had Known | Freddie Houston | 2:13 | $0.99 | View In iTunes ▶ |
| 26 | Hey Little Woman | Sony Til | 2:24 | $0.99 | View In iTunes ▶ |
| 27 | Parade Of Broken Hearts | Myrna March | 2:11 | $0.99 | View In iTunes ▶ |
| 28 | Lovin' | Lula Reed | 2:38 | $0.99 | View In iTunes ▶ |
| 29 | Babalu | Ray Barretto | 2:12 | $0.99 | View In iTunes ▶ |
| 30 | Yeah My Baby Loves Me | Dav Kipp | 2:25 | $0.99 | View In iTunes ▶ |
| 31 | Peace Of Mind | Eddie Williams | 2:06 | $0.99 | View In iTunes ▶ |
| 32 | A Little Bit Of Magic | Rosco Gordon | 2:38 | $0.99 | View In iTunes ▶ |

| # | Title | Artist | Time | Price | |
|---|---|---|---|---|---|
| 33 | It's So Wonderful | Jo Ellyn | 2:48 | $0.99 | View In iTunes ▶ |
| 34 | Love Me Tenderly | Scott Brothers | 1:54 | $0.99 | View In iTunes ▶ |
| 35 | Why Don't You Do Right | Della Reese | 2:48 | $0.99 | View In iTunes ▶ |
| 36 | Your Heart Wasn't In It | Chuck Collins | 2:26 | $0.99 | View In iTunes ▶ |
| 37 | Emancipation, Proclamation | Tyler Todd | 2:03 | $0.99 | View In iTunes ▶ |
| 38 | That's Why I'm So Sad | Abe & Marion & Ester & Th… | 2:47 | $0.99 | View In iTunes ▶ |
| 39 | My Heart Is On Fire | Billy Bland | 2:21 | $0.99 | View In iTunes ▶ |
| 40 | The Recipe | Barbara George | 2:46 | $0.99 | View In iTunes ▶ |
| 41 | Johnny With The Gentle Ha… | Eartha Kitt | 3:24 | $0.99 | View In iTunes ▶ |
| 42 | I Couldn't Care Less | The Modern Redcabs | 2:06 | $0.99 | View In iTunes ▶ |
| 43 | You Can't Never Stop Me L… | Lynch Kenny | 2:46 | $0.99 | View In iTunes ▶ |
| 44 | Bringing Up What I've Done… | Billy Quarles | 2:30 | $0.99 | View In iTunes ▶ |
| 45 | Boston Monkeys | The Hustlers | 3:17 | $0.99 | View In iTunes ▶ |
| 46 | Try Me | January Jones | 2:16 | $0.99 | View In iTunes ▶ |
| 47 | Traveling Stranger | Luther Dixon | 2:44 | $0.99 | View In iTunes ▶ |
| 48 | Aladdin | Bobby Curtola | 2:22 | $0.99 | View In iTunes ▶ |
| 49 | Prowl | The Finger Cymbols | 2:27 | $0.99 | View In iTunes ▶ |
| 50 | Genie | Carl Dobkins | 2:19 | $0.99 | View In iTunes ▶ |
| 1 | You'll Come Back | Ronny Douglas | 2:38 | $0.99 | View In iTunes ▶ |
| 2 | My Heart Belongs To Daddy | Zola Taylor | 2:07 | $0.99 | View In iTunes ▶ |
| 3 | Lipstick | The Playthings | 2:26 | $0.99 | View In iTunes ▶ |
| 4 | Persian King | Nino Rienzi | 2:32 | $0.99 | View In iTunes ▶ |
| 5 | Fever | Barbara English | 2:20 | $0.99 | View In iTunes ▶ |
| 6 | Beecher Bossa Nova | Johnny Beecher | 3:42 | $0.99 | View In iTunes ▶ |
| 7 | Casanova | Robert Portee | 2:37 | $0.99 | View In iTunes ▶ |
| 8 | Cleopatra Kick | Jack Laforge | 2:26 | $0.99 | View In iTunes ▶ |
| 9 | What Did He Do | Roy Handy | 1:40 | $0.99 | View In iTunes ▶ |
| 10 | I've Got The Blues | Marvin Jenkins | 2:05 | $0.99 | View In iTunes ▶ |
| 11 | Rebel Heart | Larry Hall | 2:18 | $0.99 | View In iTunes ▶ |
| 12 | Nobody's Gonna Hurt You | Annie Laurie | 2:24 | $0.99 | View In iTunes ▶ |
| 13 | Freedom Sounds | Don Drummond | 3:47 | $0.99 | View In iTunes ▶ |
| 14 | Let's Go Baby Where The A… | Robert Parker | 2:35 | $0.99 | View In iTunes ▶ |
| 15 | You Gotta Share | Pat Clayton | 2:11 | $0.99 | View In iTunes ▶ |
| 16 | Our Man In Havana | The McCoy Boys | 2:42 | $0.99 | View In iTunes ▶ |
| 17 | A Million Miles From Nowh… | Brook Benton | 2:45 | $0.99 | View In iTunes ▶ |
| 18 | Bring Back My Heart | Dee Clark | 2:49 | $0.99 | View In iTunes ▶ |
| 19 | Witchcraft (For Your Love) | The Temptations | 2:28 | $0.99 | View In iTunes ▶ |
| 20 | Penny For Your Thoughts | Mark Valentino | 2:26 | $0.99 | View In iTunes ▶ |
| 21 | Take It From A Guy Who K… | Tim Considine | 2:02 | $0.99 | View In iTunes ▶ |
| 22 | Living Dream | Lenny Miles | 2:09 | $0.99 | View In iTunes ▶ |
| 23 | Forever | Pierre Lalonde | 2:11 | $0.99 | View In iTunes ▶ |
| 24 | Taboo | Red Garrisson | 3:06 | $0.99 | View In iTunes ▶ |
| 25 | Silver Dollar | Tommy McCook & The Skat… | 3:11 | $0.99 | View In iTunes ▶ |

| | | | | | |
|---|---|---|---|---|---|
| 26 | I Was A Fool | Paul Sindab | 2:55 | $0.99 | View In iTunes ▸ |
| 27 | Cool Cool Cool | The Clare Sisters | 2:23 | $0.99 | View In iTunes ▸ |
| 28 | Do Me Good Baby | Joye Sherill | 2:33 | $0.99 | View In iTunes ▸ |
| 29 | Blond Caboose | John Plonsky | 2:35 | $0.99 | View In iTunes ▸ |
| 30 | Heavenly Love | Toni Harper | 2:28 | $0.99 | View In iTunes ▸ |
| 31 | I'll Cry Alone | Garnett Gale | 2:17 | $0.99 | View In iTunes ▸ |
| 32 | You've Been Talkin' 'Bout M… | Latin Louis | 3:04 | $0.99 | View In iTunes ▸ |
| 33 | Don't Bury Me | The Skatalites | 3:01 | $0.99 | View In iTunes ▸ |
| 34 | Take Me In Your Arms | Sam Fletcher | 1:46 | $0.99 | View In iTunes ▸ |
| 35 | Gotta Think It Over | Oberia Martinez | 2:58 | $0.99 | View In iTunes ▸ |
| 36 | Love | Justin Jones | 2:05 | $0.99 | View In iTunes ▸ |
| 37 | Anna | Arthur Alexander | 2:51 | $0.99 | View In iTunes ▸ |
| 38 | Nothing But Love | Johnny McBee | 2:24 | $0.99 | View In iTunes ▸ |
| 39 | My Love, My Love | The Bongas | 1:57 | $0.99 | View In iTunes ▸ |
| 40 | Tears Of Misery | Pat Hervey | 2:04 | $0.99 | View In iTunes ▸ |
| 41 | I'm Gonna Make It, Baby | Pete Terrace | 2:52 | $0.99 | View In iTunes ▸ |
| 42 | Your Little Sister | The Marvelows | 2:21 | $0.99 | View In iTunes ▸ |
| 43 | Question | P.J. Proby | 2:38 | $0.99 | View In iTunes ▸ |
| 44 | Tonight Is Our Last Night | Frank Cari | 2:14 | $0.99 | View In iTunes ▸ |
| 45 | I'm Glad It Was You | Nat Wright | 2:00 | $0.99 | View In iTunes ▸ |
| 46 | The Right Girl | Nick Charles | 2:33 | $0.99 | View In iTunes ▸ |
| 47 | I'd Think It Over | Sam Fletcher | 2:31 | $0.99 | View In iTunes ▸ |
| 48 | I've Got My Eyes On You | The Marvellows | 2:22 | $0.99 | View In iTunes ▸ |
| 49 | Sit Right Here | Rosco Gordon | 2:32 | $0.99 | View In iTunes ▸ |

99 Songs

## Listeners Also Bought


Popcorn Classics …
Various Artists
View In iTunes ▸


Popcorn Classics …
Various Artists
View In iTunes ▸


The Suburbs
Arcade Fire
View In iTunes ▸


El Camino
The Black Keys
View In iTunes ▸


The Complete Ok…
Big Maybelle
View In iTunes ▸

 **iTunes** on Facebook  👍 Like  23,599,201

 **App Store** on Facebook  👍 Like  5,991,454

Become a fan of the iTunes and App Store pages on Facebook for exclusive offers, the inside scoop on new apps and more.

iTunes

| iTunes | More iTunes | Partner Programs | iTunes Store |
|---|---|---|---|
| Download iTunes 10 | Digital Music Basics | Sell Your Content | Browse iTunes Store |
| What is iTunes? | AirPlay | Partner as a Company | Browse App Store |

Your Amazon.com | Today's Deals | Gift Cards | Help

The All-New kindle fire HD

Shop by Department | Search | MP3 Music | Hello. Sign in Your Account | Join Prime | 0 Cart | Wish List

Amazon MP3 Store | Music CDs | New Releases | Recommendations | Advanced Search | Browse Genres | Best Sellers | Amazon Cloud Player | Getting Started | Get Help

Play Your Music from the Cloud on the Web, Android, iPhone, or Kindle Fire ›Learn more amazon cloud player

ZOOM
See larger image (with zoom)
Share your own customer images
Listen to Samples and Buy MP3s

# Popcorn - 60's Cool Kids

Various artists | Format: MP3 Music
Be the first to review this item | Like (0)

Price: $17.98

**Album Savings:** $80.03 compared to buying all songs

**Original Release Date:** February 1, 2011
**Format -** Music: MP3
**Compatible with** MP3 Players (including with iPod®), iTunes, Windows Media Player

**Your Music. Everywhere.** Play your music everywhere with Amazon Cloud Player on your PC or Mac, Android phone, iPhone or iPod touch, or your other favorite devices. Learn more.
› See more product promotions

Buy MP3 album with 1-Click®
Give album OR song as gift
Redeem a gift card or promotion code & view balance
Add to Wish List

amazon cloud player
Launch Player

Share

## MP3 Songs

Play all samples

**Disc 1:**

| Song Title | Artist | Time | Price | |
|---|---|---|---|---|
| 1. Someday Soon | Betty Everett | 2:06 | $0.99 | Buy MP3 |
| 2. The Feminine Touch | Dorsey Burnette | 2:20 | $0.99 | Buy MP3 |
| 3. Troubles, Troubles | Ray Rivera | 2:30 | $0.99 | Buy MP3 |
| 4. Pretty Blue Eyes | Steve Laurence | 1:54 | $0.99 | Buy MP3 |
| 5. Jalousie | Sonny Day | 2:28 | $0.99 | Buy MP3 |
| 6. Abracadabra | Erma Franklin | 2:11 | $0.99 | Buy MP3 |
| 7. Whatever Lola Wants | Della Reese | 3:16 | $0.99 | Buy MP3 |
| 8. Nobody But Me | Sam Chatmon | 2:56 | $0.99 | Buy MP3 |
| 9. Keep Your Mind On Me | The Jarmels | 2:13 | $0.99 | Buy MP3 |
| 10. You Move Me So | Paula Grimes | 2:14 | $0.99 | Buy MP3 |
| 11. There She Goes | The Cleftones | 2:19 | $0.99 | Buy MP3 |
| 12. But I Love Him | Doris Troy | 1:59 | $0.99 | Buy MP3 |
| 13. I'm Gonna Lock You Up | All The Marbies | 2:24 | $0.99 | Buy MP3 |





| | # | Title | Artist | Time | Price | |
|---|---|---|---|---|---|---|
| ▶ | 14. | Hey Eula | Sil Austin | 2:43 | $0.99 | Buy MP3 |
| ▶ | 15. | Soup Bone | Chaz & Two | 2:22 | $0.99 | Buy MP3 |
| ▶ | 16. | I Really Really Love You | Jo Ann Campbell | 2:33 | $0.99 | Buy MP3 |
| ▶ | 17. | Any Other Way | Chuck Jackson | 2:26 | $0.99 | Buy MP3 |
| ▶ | 18. | Conscience | Beverly McKay | 2:46 | $0.99 | Buy MP3 |
| ▶ | 19. | Tabasco | Amru Sani | 3:05 | $0.99 | Buy MP3 |
| ▶ | 20. | I Want You Right Now | Parakeets | 2:07 | $0.99 | Buy MP3 |
| ▶ | 21. | My Roberta | Perez Prado | 2:23 | $0.99 | Buy MP3 |
| ▶ | 22. | Don't Treat Me This Way | Mel Anton & The Checkers | 2:25 | $0.99 | Buy MP3 |
| ▶ | 23. | One Grain Of Sand | Kitty Allen | 3:05 | $0.99 | Buy MP3 |
| ▶ | 24. | Let Me Come Back Home | Bruce Cloud | 2:23 | $0.99 | Buy MP3 |
| ▶ | 25. | If I Had Known | Freddie Houston | 2:13 | $0.99 | Buy MP3 |
| ▶ | 26. | Hey Little Woman | Sony Til | 2:24 | $0.99 | Buy MP3 |
| ▶ | 27. | Parade Of Broken Hearts | Myrna March | 2:11 | $0.99 | Buy MP3 |
| ▶ | 28. | Lovin' | Lula Reed | 2:38 | $0.99 | Buy MP3 |
| ▶ | 29. | Babalu | Ray Barretto | 2:12 | $0.99 | Buy MP3 |
| ▶ | 30. | Yeah My Baby Loves Me | Dav Kipp | 2:25 | $0.99 | Buy MP3 |
| ▶ | 31. | Peace Of Mind | Eddie Williams | 2:06 | $0.99 | Buy MP3 |
| ▶ | 32. | A Little Bit Of Magic | Rosco Gordon | 2:38 | $0.99 | Buy MP3 |
| ▶ | 33. | It's So Wonderful | Jo Ellyn | 2:48 | $0.99 | Buy MP3 |
| ▶ | 34. | Love Me Tenderly | Scott Brothers | 1:54 | $0.99 | Buy MP3 |
| ▶ | 35. | Why Don't You Do Right | Della Reese | 2:48 | $0.99 | Buy MP3 |
| ▶ | 36. | Your Heart Wasn't In It | Chuck Collins | 2:26 | $0.99 | Buy MP3 |
| ▶ | 37. | Emancipation, Proclamation | Tyler Todd | 2:03 | $0.99 | Buy MP3 |
| ▶ | 38. | That's Why I'm So Sad | Abe & Marion | 2:47 | $0.99 | Buy MP3 |
| ▶ | 39. | My Heart Is On Fire | Billy Bland | 2:21 | $0.99 | Buy MP3 |
| ▶ | 40. | The Recipe | Barbara George | 2:46 | $0.99 | Buy MP3 |
| ▶ | 41. | Johnny With The Gentle Hands | Eartha Kitt | 3:24 | $0.99 | Buy MP3 |
| ▶ | 42. | I Couldn't Care Less | The Modern Redcabs | 2:06 | $0.99 | Buy MP3 |
| ▶ | 43. | You Can't Never Stop Me Loving You | Lynch Kenny | 2:46 | $0.99 | Buy MP3 |
| ▶ | 44. | Bringing Up What I've Done Wrong | Billy Quarles | 2:30 | $0.99 | Buy MP3 |
| ▶ | 45. | Boston Monkeys | Hustlers | 3:17 | $0.99 | Buy MP3 |
| ▶ | 46. | Try Me | January Jones | 2:16 | $0.99 | Buy MP3 |
| ▶ | 47. | Traveling Stranger | Luther Dixon | 2:44 | $0.99 | Buy MP3 |
| ▶ | 48. | Aladdin | Bobby Curtola | 2:23 | $0.99 | Buy MP3 |
| ▶ | 49. | Prowl | The Finger Cymbols | 2:27 | $0.99 | Buy MP3 |

| | Song Title | Artist | Time | Price | |
|---|---|---|---|---|---|
| | 50. Genie | Carl Dobkins | 2:19 | $0.99 | Buy MP3 |

### Disc 2:

| | Song Title | Artist | Time | Price | |
|---|---|---|---|---|---|
| | 1. You'll Come Back | Ronny Douglas | 2:38 | $0.99 | Buy MP3 |
| | 2. My Heart Belongs To Daddy | Zola Taylor | 2:07 | $0.99 | Buy MP3 |
| | 3. Lipstick | Playthings | 2:26 | $0.99 | Buy MP3 |
| | 4. Persian King | Nino Rienzi | 2:32 | $0.99 | Buy MP3 |
| | 5. Fever | Barbara English | 2:20 | $0.99 | Buy MP3 |
| | 6. Beecher Bossa Nova | Johnny Beecher | 3:42 | $0.99 | Buy MP3 |
| | 7. Casanova | Robert Portee | 2:37 | $0.99 | Buy MP3 |
| | 8. Cleopatra Kick | Jack Laforge | 2:26 | $0.99 | Buy MP3 |
| | 9. What Did He Do | Roy Handy | 1:40 | $0.99 | Buy MP3 |
| | 10. I've Got The Blues | Marvin Jenkins | 2:05 | $0.99 | Buy MP3 |
| | 11. Rebel Heart | Larry Hall | 2:18 | $0.99 | Buy MP3 |
| | 12. Nobody's Gonna Hurt You | Annie Laurie | 2:24 | $0.99 | Buy MP3 |
| | 13. Freedom Sounds | Don Drummond | 3:47 | $0.99 | Buy MP3 |
| | 14. Let's Go Baby Where The Action Is | Robert Parker | 2:35 | $0.99 | Buy MP3 |
| | 15. You Gotta Share | Pat Clayton | 2:11 | $0.99 | Buy MP3 |
| | 16. Our Man In Havana | The McCoy Boys | 2:42 | $0.99 | Buy MP3 |
| | 17. A Million Miles From Nowhere | Brook Benton | 2:45 | $0.99 | Buy MP3 |
| | 18. Bring Back My Heart | Dee Clark | 2:49 | $0.99 | Buy MP3 |
| | 19. Witchcraft (For Your Love) | The Temptations | 2:28 | $0.99 | Buy MP3 |
| | 20. Penny For Your Thoughts | Mark Valentino | 2:26 | $0.99 | Buy MP3 |
| | 21. Take It From A Guy Who Knows | Tim Considine | 2:02 | $0.99 | Buy MP3 |
| | 22. Living Dream | Lenny Miles | 2:09 | $0.99 | Buy MP3 |
| | 23. Forever | Pierre Lalonde | 2:11 | $0.99 | Buy MP3 |
| | 24. Taboo | Red Garrisson | 3:05 | $0.99 | Buy MP3 |
| | 25. Silver Dollar | Tommy McCook and The Skatalites | 3:10 | $0.99 | Buy MP3 |
| | 26. I Was A Fool | Paul Sindab | 2:55 | $0.99 | Buy MP3 |
| | 27. Cool Cool Cool | The Clare Sisters | 2:23 | $0.99 | Buy MP3 |
| | 28. Do Me Good Baby | Joye Sherill | 2:33 | $0.99 | Buy MP3 |
| | 29. Blond Caboose | John Plonsky | 2:35 | $0.99 | Buy MP3 |
| | 30. Heavenly Love | Toni Harper | 2:29 | $0.99 | Buy MP3 |
| | 31. I'll Cry Alone | Garnett Gale | 2:17 | $0.99 | Buy MP3 |
| | 32. You've Been Talkin' 'Bout Me Baby | Latin Louis | 3:04 | $0.99 | Buy MP3 |

| | | | | | |
|---|---|---|---|---|---|
| ▶ | 33. Don't Bury Me | The Skatalites | 3:01 | $0.99 | Buy MP3 |
| ▶ | 34. Take Me In Your Arms | Sam Fletcher | 1:46 | $0.99 | Buy MP3 |
| ▶ | 35. Gotta Think It Over | Oberia Martinez | 2:58 | $0.99 | Buy MP3 |
| ▶ | 36. Love | Justin Jones | 2:05 | $0.99 | Buy MP3 |
| ▶ | 37. Anna | Arthur Alexander | 2:51 | $0.99 | Buy MP3 |
| ▶ | 38. Nothing But Love | Johnny McBee | 2:24 | $0.99 | Buy MP3 |
| ▶ | 39. My Love, My Love | The Bongas | 1:57 | $0.99 | Buy MP3 |
| ▶ | 40. Tears Of Misery | Pat Hervey | 2:05 | $0.99 | Buy MP3 |
| ▶ | 41. I'm Gonna Make It, Baby | Pete Terrace | 2:52 | $0.99 | Buy MP3 |
| ▶ | 42. Your Little Sister | The Marvelows | 2:21 | $0.99 | Buy MP3 |
| ▶ | 43. Question | P.J. Proby | 2:38 | $0.99 | Buy MP3 |
| ▶ | 44. Tonight Is Our Last Night | Frank Cari | 2:14 | $0.99 | Buy MP3 |
| ▶ | 45. I'm Glad It Was You | Nat Wright | 2:00 | $0.99 | Buy MP3 |
| ▶ | 46. The Right Girl | Nick Charles | 2:33 | $0.99 | Buy MP3 |
| ▶ | 47. I'd Think It Over | Sam Fletcher | 2:30 | $0.99 | Buy MP3 |
| ▶ | 48. I've Got My Eyes On You | The Marvellows | 2:22 | $0.99 | Buy MP3 |
| ▶ | 49. Sit Right Here | Rosco Gordon | 2:32 | $0.99 | Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Special Offers and Product Promotions

- Subscribe to our weekly newsletter to learn about free downloads, special deals, and new releases.

## Customers Who Viewed This Item Also Viewed



**Anna**
› Arthur Alexander
MP3 Download
**$0.99**



**Adios Amigo: A Tribute to Arthur Alexander**
› Various
★★★★☆ (1)
MP3 Download
**$9.99**



**Bill Haney's Atlanta Soul Brotherhood**
› Various Artists
MP3 Download
**$8.99**



**Lost Hits Of The 60's (All Original Artists …**
› Various Artists
★★★☆☆ (3)
MP3 Download
**$9.99**

## Product Details

**Original Release Date:** February 1, 2011
**Number of Discs:** 2
**Label:** Master Classics Records     ← Record Label
**Copyright:** (c) 2011 Master Classics Records     ← Copyright Owner
**Total Length:** 4:07:00
**Genres:**
Pop
**ASIN:** B004XUOZFO
**Average Customer Review:** Be the first to review this item
**Amazon Best Sellers Rank:** #95,384 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)

## Customer Reviews

Various Artists: Popcorn - 60's Cool Kids - Music on Google Play

+You   Search   Images   Maps   Play   YouTube   News   Gmail   More   Sign in 



**SHOP**  |  MY MUSIC  |  MY BOOKS  |  MY MAGAZINES  |  MY MOVIES & TV  |  MY ANDROID APPS

# Popcorn - 60's Cool Kids
Various Artists



$9.49

SHARE    Tweet

| Artist | Various Artists |
|---|---|
| Released | February 1, 2011 |
| Label | © 2011 Master Classics Records |
| Tracks | 99 |
| Total Length | 4:07:59 |
| Format | 320 kbps MP3 |

**Genres**

Pop ›



Learn More

**GET THE GOOGLE PLAY MUSIC APP**

Listen to your purchases instantly with the Google Play Music app... no need for wires or syncing.

Flag as Inappropriate

**TRACK LIST** | LISTENER REVIEWS

▶ Play all

Record Label →

| # | Track | Artist | Time | Price |
|---|---|---|---|---|
| 1 | Someday Soon | BETTY EVERETT | 2:06 | $0.99 |
| 2 | The Feminine Touch | DORSEY BURNETTE | 2:20 | $0.99 |
| 3 | Troubles, Troubles | RAY RIVERA | 2:30 | $0.99 |
| 4 | Pretty Blue Eyes | STEVE LAURENCE | 1:54 | $0.99 |
| 5 | Jalousie | SONNY DAY | 2:29 | $0.99 |
| 6 | Abracadabra | ERMA FRANKLIN | 2:10 | $0.99 |
| 7 | Whatever Lola Wants | DELLA REESE | 3:16 | $0.99 |
| 8 | Nobody But Me | SAM CHATMON | 2:56 | $0.99 |
| 9 | Keep Your Mind On Me | THE JARMELS | 2:13 | $0.99 |
| 10 | You Move Me So | PAULA GRIMES | 2:14 | $0.99 |
| 11 | There She Goes | THE CLEFTONES | 2:19 | $0.99 |
| 12 | But I Love Him | DORIS TROY | 1:59 | $0.99 |
| 13 | I'm Gonna Lock You Up | ALL THE MARBIES | 2:24 | $0.99 |
| 14 | Hey Eula | SIL AUSTIN | 2:43 | $0.99 |
| 15 | Soup Bone | CHAZ & TWO | 2:22 | $0.99 |
| 16 | I Really Really Love You | JO ANN CAMPBELL | 2:33 | $0.99 |
| 17 | Any Other Way | CHUCK JACKSON | 2:27 | $0.99 |
| 18 | Conscience | BEVERLY MCKAY | 2:45 | $0.99 |
| 19 | Tabasco | AMRU SANI | 3:05 | $0.99 |
| 20 | I Want You Right Now | PARAKEETS | 2:07 | $0.99 |
| 21 | My Roberta | PEREZ PRADO ORCHE… | 2:23 | $0.99 |
| 22 | Don't Treat Me This Way | MEL ANTON & THE CH… | 2:25 | $0.99 |
| 23 | One Grain Of Sand | KITTY ALLEN | 3:05 | $0.99 |
| 24 | Let Me Come Back Home | BRUCE CLOUD | 2:23 | $0.99 |
| 25 | If I Had Known | FREDDIE HOUSTON | 2:13 | $0.99 |

Various Artists: Popcorn - 60's Cool Kids - Music on Google Play

| # | Title | Artist | Time | Price |
|---|---|---|---|---|
| 26 | Hey Little Woman | SONY TIL | 2:24 | $0.99 |
| 27 | Parade Of Broken Hearts | MYRNA MARCH | 2:11 | $0.99 |
| 28 | Lovin' | LULA REED | 2:38 | $0.99 |
| 29 | Babalu | RAY BARRETTO | 2:12 | $0.99 |
| 30 | Yeah My Baby Loves Me | DAV KIPP | 2:25 | $0.99 |
| 31 | Peace Of Mind | EDDIE WILLIAMS | 2:06 | $0.99 |
| 32 | A Little Bit Of Magic | ROSCO GORDON | 2:38 | $0.99 |
| 33 | It's So Wonderful | JO ELLYN | 2:48 | $0.99 |
| 34 | Love Me Tenderly | SCOTT BROTHERS | 1:54 | $0.99 |
| 35 | Why Don't You Do Right | DELLA REESE | 2:48 | $0.99 |
| 36 | Your Heart Wasn't In It | CHUCK COLLINS | 2:26 | $0.99 |
| 37 | Emancipation, Proclamation | TYLER TODD | 2:03 | $0.99 |
| 38 | That's Why I'm So Sad | ABE & MARION | 2:47 | $0.99 |
| 39 | My Heart Is On Fire | BILLY BLAND | 2:21 | $0.99 |
| 40 | The Recipe | BARBARA GEORGE | 2:46 | $0.99 |
| 41 | Johnny With The Gentle Hands | EARTHA KITT | 3:24 | $0.99 |
| 42 | I Couldn't Care Less | THE MODERN REDCABS | 2:06 | $0.99 |
| 43 | You Can't Never Stop Me Lov… | LYNCH KENNY | 2:46 | $0.99 |
| 44 | Bringing Up What I've Done … | BILLY QUARLES | 2:30 | $0.99 |
| 45 | Boston Monkeys | THE HUSTLERS | 3:17 | $0.99 |
| 46 | Try Me | JANUARY JONES | 2:16 | $0.99 |
| 47 | Traveling Stranger | LUTHER DIXON | 2:44 | $0.99 |
| 48 | Aladdin | BOBBY CURTOLA | 2:22 | $0.99 |
| 49 | Prowl | THE FINGER CYMBOLS | 2:27 | $0.99 |
| 50 | Genie | CARL DOBKINS JR. | 2:19 | $0.99 |
| 1 | You'll Come Back | RONNY DOUGLAS | 2:38 | $0.99 |
| 2 | My Heart Belongs To Daddy | ZOLA TAYLOR | 2:07 | $0.99 |
| 3 | Lipstick | PLAYTHINGS | 2:26 | $0.99 |
| 4 | Persian King | NINO RIENZI | 2:32 | $0.99 |
| 5 | Fever | BARBARA ENGLISH | 2:20 | $0.99 |
| 6 | Beecher Bossa Nova | JOHNNY BEECHER | 3:42 | $0.99 |
| 7 | Casanova | ROBERT PORTEE | 2:36 | $0.99 |
| 8 | Cleopatra Kick | JACK LAFORGE | 2:26 | $0.99 |

| # | Title | Artist | Time | Price |
|---|---|---|---|---|
| 9 | What DID He Do | ROY HANDY | 1:40 | $0.99 |
| 10 | I've Got The Blues | MARVIN JENKINS | 2:05 | $0.99 |
| 11 | Rebel Heart | LARRY HALL | 2:18 | $0.99 |
| 12 | Nobody's Gonna Hurt You | ANNIE LAURIE | 2:24 | $0.99 |
| 13 | Freedom Sounds | DON DRUMMOND | 3:47 | $0.99 |
| 14 | Let's Go Baby Where The Act… | ROBERT PARKER | 2:35 | $0.99 |
| 15 | You Gotta Share | PAT CLAYTON | 2:11 | $0.99 |
| 16 | Our Man In Havana | THE MCCOY BOYS | 2:42 | $0.99 |
| 17 | A Million Miles From Nowhere | BROOK BENTON | 2:45 | $0.99 |
| 18 | Bring Back My Heart | DEE CLARK | 2:49 | $0.99 |
| 19 | Witchcraft (For Your Love) | THE TEMPTATIONS | 2:28 | $0.99 |
| 20 | Penny For Your Thoughts | MARK VALENTINO | 2:26 | $0.99 |
| 21 | Take It From A Guy Who Kno… | TIM CONSIDINE | 2:02 | $0.99 |
| 22 | Living Dream | LENNY MILES | 2:09 | $0.99 |
| 23 | Forever | PIERRE LALONDE | 2:11 | $0.99 |
| 24 | Taboo | RED GARRISSON | 3:06 | $0.99 |
| 25 | Silver Dollar | TOMMY MCCOOK & TH… | 3:11 | $0.99 |
| 26 | I Was A Fool | PAUL SINDAB | 2:55 | $0.99 |
| 27 | Cool Cool Cool | THE CLARE SISTERS | 2:23 | $0.99 |
| 28 | Do Me Good Baby | JOYE SHERILL | 2:33 | $0.99 |
| 29 | Blond Caboose | JOHN PLONSKY | 2:35 | $0.99 |
| 30 | Heavenly Love | TONI HARPER | 2:28 | $0.99 |
| 31 | I'll Cry Alone | GARNETT GALE | 2:17 | $0.99 |
| 32 | You've Been Talkin' 'bout Me… | LATIN LOUIS | 3:04 | $0.99 |
| 33 | Don't Bury Me | THE SKATALITES | 3:01 | $0.99 |
| 34 | Take Me In Your Arms | SAM FLETCHER | 1:46 | $0.99 |
| 35 | Gotta Think It Over | OBERIA MARTINEZ | 2:58 | $0.99 |
| 36 | Love | JUSTIN JONES | 2:05 | $0.99 |
| 37 | Anna | ARTHUR ALEXANDER | 2:51 | $0.99 |
| 38 | Nothing But Love | JOHNNY MCBEE | 2:24 | $0.99 |
| 39 | My Love, My Love | THE BONGAS | 1:57 | $0.99 |
| 40 | Tears Of Misery | PAT HERVEY | 2:04 | $0.99 |
| 41 | I'm Gonna Make It, Baby | PETE TERRACE | 2:52 | $0.99 |

| | | | | |
|---|---|---|---|---|
| 42 | Your Little Sister | THE MARVELOWS | 2:21 | $0.99 |
| 43 | Question | P.J. PROBY | 2:38 | $0.99 |
| 44 | Tonight Is Our Last Night | FRANK CARI | 2:14 | $0.99 |
| 45 | I'm Glad It Was You | NAT WRIGHT | 2:00 | $0.99 |
| 46 | The Right Girl | NICK CHARLES | 2:33 | $0.99 |
| 47 | I'd Think It Over | SAM FLETCHER | 2:31 | $0.99 |
| 48 | I've Got My Eyes On You | THE MARVELLOWS | 2:22 | $0.99 |
| 49 | Sit Right Here | ROSCO GORDON | 2:32 | $0.99 |

Purchase Full Album    $9.49

## Listener Reviews    Write a Review >

No fans or critics yet? Be the first!

Download Popcorn - 60's Cool Kids by Various Artists | eMusic

SIGN IN   HOW EMUSIC WORKS   PLANS & PRICING   JOIN NOW

# emusic

All Music

FIND MUSIC   FEATURES + REVIEWS   RADIO   AUDIOBOOKS

BROWSE   NEW ARRIVALS   CHARTS   GENRES   INFINITE EXPLORATIONS

## Popcorn - 60's Cool Kids
**VARIOUS ARTISTS**

RATE IT!
AVG: 3.5 (5 RATINGS)

SAMPLE ALBUM                    DOWNLOAD $4.40

Artist: Eartha Kitt

| 42 | I Couldn't Care Less<br>Artist: The Modern Redcabs | 2:07 | $0.49 |
| 43 | You Can't Never Stop Me Loving You<br>Artist: Lynch Kenny | 2:47 | $0.49 |
| 44 | Bringing Up What I've Done Wrong<br>Artist: Billy Quarles | 2:30 | $0.49 |
| 45 | Boston Monkeys<br>Artist: Hustlers | 3:18 | $0.49 |
| 46 | Try Me<br>Artist: January Jones | 2:16 | $0.49 |
| 47 | Traveling Stranger<br>Artist: Luther Dixon | 2:45 | $0.49 |
| 48 | Aladdin<br>Artist: Bobby Curtola | 2:23 | $0.49 |
| 49 | Prowl<br>Artist: The Finger Cymbols | 2:27 | $0.49 |
| 50 | Genie<br>Artist: Carl Dobkins | 2:19 | $0.49 |

DISC 2 OF 2

| 01 | You'll Come Back<br>Artist: Ronny Douglas | 2:39 | $0.49 |

Total Tracks: 100   Total Length: 250:23

**ALBUM INFORMATION**

**Artist:** Various Artists   (See All Albums by Various Artists)
**Date Released:** Feb 1, 2011
**Genre:** Rock/Pop, **Style:** Pop
**Label:** Master Classics Records / The Orchard

Record Label

Blue On Blue   **BLUE ON BLUE**                00:29 | 00:30           Buy

Please log in before you review a release.          LOG IN

1-1 OF 1

**Really**
RANDY_DAFOE
how much more inappropriate can you get for this cover-some good tunes that appear to be originals but the cover has got to go!



**WELCOME TO ZUNE** - To complete your purchase, please sign in to Zune.

**Jazz Is My Old Lady - Earl 'Fatha' Hines**

Pop
P.E.R Records  ← Record Label
1 song (4 min 42 s) - MP3

Total: **$0.99**

**Sign in to Zune**                                    Help

Email address: [                    ]

Password: [                    ]

Forgot your password?

[ Sign in ]

○ Save my email address and password
● Save my email address
○ Always ask for my email address and password

**Windows Live ID**
Works with Windows Live, MSN, and Microsoft Passport sites
Account Services | Privacy Statement | Terms of Use

**let's get your free account started**

please enter an existing email address

[                    ]

If you have a Windows Live ID, enter that e

If you want your Xbox LIVE gamertag to be address for your Xbox account.

©2012 Microsoft Corporation. All Rights Reserved    Privacy Statement    Legal    Safety