# EXHIBIT H

amazon.co.uk Your Amazon.co.uk | Today's Deals | Gift Cards | Sell | Help

amazonPrime Free One-Day Delivery › Try Prime Free for 30 Days

Shop by Department | Search MP3 Music | Hello. Sign in Your Account | Try Prime | 0 Basket | Wish List

MP3 Downloads | Getting Started | Advanced Search | Top Downloads | New & Future Releases | Special Deals | Amazon Cloud Player | Amazon MP3 Support | Music CDs

ONE NIGHT ONLY!
Earl
"Fatha"
Hines
WITH
Marva
Josie

ZOOM
See larger image (with zoom)

# One Night Only!

Earl "Fatha" Hines & Marva Josie | Format: MP3 Download
Be the first to review this item

Price: £5.49 (VAT included if applicable)

**Original Release Date:** 1 Jun 2013

Buy MP3 album with 1-Click®
Redeem a gift card or promotion code & view balance
Add to Wish List

Get our free
music app

GET IT ON
Google play

Available on the
App Store

Available at
amazon

› See more product promotions

## MP3 Songs

Play all samples

| Song Title | Artist | Time | Popularity | Price | |
|---|---|---|---|---|---|
| 1. Jazz Is His Old Lady and My Old Man | Earl "Fatha" Hines, Marva Josie | 4:42 | | £0.69 | Buy MP3 |
| 2. Blue Skies | Earl "Fatha" Hines, Marva Josie | 3:49 | | £0.69 | Buy MP3 |
| 3. Yellow Days | Earl "Fatha" Hines, Marva Josie | 4:16 | | £0.69 | Buy MP3 |
| 4. Just Squeeze Me (But Tease Me) | Earl "Fatha" Hines, Marva Josie | 4:11 | | £0.69 | Buy MP3 |
| 5. Deed I Do | Earl "Fatha" Hines, Marva Josie | 2:28 | | £0.69 | Buy MP3 |
| 6. They'll Be Some Changes Made | Earl "Fatha" Hines, Marva Josie | 3:04 | | £0.69 | Buy MP3 |
| 7. Candy | Earl "Fatha" Hines, Marva Josie | 3:22 | | £0.69 | Buy MP3 |
| 8. Hey Love | Earl "Fatha" Hines, Marva Josie | 3:24 | | £0.69 | Buy MP3 |
| 9. Make It Easy on Yourself | Earl "Fatha" Hines, Marva Josie | 3:32 | | £0.69 | Buy MP3 |
| 10. Feelings | Earl "Fatha" Hines, Marva Josie | 4:47 | | £0.69 | Buy MP3 |

Sold by Amazon Media EU S.à r.l. By placing your order, you agree to our Terms of Use.

## Special Offers and Product Promotions

- Subscribe to our weekly newsletter today and get 25% off your next Amazon MP3 purchase and find out about free downloads, special deals, and new releases.

## Product details

**Original Release Date:** 1 Jun 2013
**Label:** Stardust Records
**Copyright:** (c) 2013 Stardust Records
**Total Length:** 37:35
**Genres:**
Jazz
**ASIN:** B00D8S1WBW
**Average Customer Review:** Be the first to review this item

## Customer Reviews

**There are no customer reviews yet.**

One Night Only!: Earl "Fatha" Hines & Marva Josie: Amazon.co.uk: MP3 Downloads

5 star
4 star
3 star
2 star
1 star

Write a customer review

## Your Recently Viewed Items

Jazz Is His Old Lady And My Old Man
Earl Hines with Marva Josie | Format: MP3 Download

At Last! (Digitally Re-mastered)
Etta James | Format: MP3 Download

100 Piano Jazz Classics
Earl Hines | Format: MP3 Download

Things That Go Pop In The Knight, Vol. 1
Various Artists | Format: MP3 Download

›**See more in the Page You Made**

## Look for similar items by category

Jazz > Vocal Jazz

## Your Recent History (What's this?)

Loading

**Get to Know Us**
Careers
Investor Relations
Press Releases
Amazon and Our Planet
Amazon in the Community

**Make Money with Us**
Sell on Amazon
Associates Programme
Fulfilment by Amazon
Advertise Your Products
Independently Publish with Us
› See all

**Let Us Help You**
Track Packages or View Orders
Delivery Rates & Policies
Amazon Prime
Returns Are Easy
Manage Your Kindle
Help

amazon.co.uk

Brazil Canada China France Germany India Italy Japan Mexico Spain United States

AbeBooks Rare & Collectible Books
Audible Download Audio Books
AmazonLocal Great Local Deals In Your City
Book Depository Books With Free Delivery Worldwide
CreateSpace Indie Print Publishing Made Easy
DPReview Digital Photography
IMDb Movies, TV & Celebrities
Javari UK Shoes & Handbags
Javari France Shoes & Handbags
Javari Japan Shoes & Handbags
Javari Germany Shoes & Handbags
Junglee.com Shop Online in India
Kindle Direct Publishing Indie Digital Publishing Made Easy
MYHABIT Designer & Fashion Private Sale Site
Shopbop Designer Fashion Brands

Conditions of Use & Sale Privacy Notice Cookies & Internet Advertising
© 1996-2013, Amazon.com, Inc. or its affiliates

http://www.amazon.co.uk/gp/product/B00D8S1WBW/ref=sr_1_1_rd?ie=UTF8&child=B00D8S1WYO&qid=1383227583&sr=1-1[10/31/2013 9:57:57 AM]

amazon.co.uk Your Amazon.co.uk | Today's Deals | Gift Cards | Sell | Help

Amazon Mobile Apps for your Device
› Free Download

Shop by Department | Search MP3 Music | Hello. Sign in Your Account | Try Prime | 0 Basket | Wish List

MP3 Downloads | Getting Started | Advanced Search | Top Downloads | New & Future Releases | Special Deals | Amazon Cloud Player | Amazon MP3 Support | Music CDs

ZOOM
See larger image (with zoom)

# Popcorn - '60s Cool Kids

Various artists | Format: MP3 Download

Be the first to review this item

Price: £6.49 (VAT included if applicable)

**Original Release Date:** 1 Feb 2011

Buy MP3 album with 1-Click®

Redeem a gift card or promotion code & view balance

Add to Wish List

Get our free music app | GET IT ON Google play | Available on the App Store | amazon apps Available at amazon

› See more product promotions

**MP3 Songs** Play all samples

**Disc 1:**

| Song Title | Artist | Time | Price | |
|---|---|---|---|---|
| 1. Someday Soon | Betty Everett | 2:06 | £0.89 | Buy MP3 |
| 2. The Feminine Touch | Dorsey Burnette | 2:20 | £0.89 | Buy MP3 |
| 3. Troubles, Troubles | Ray Rivera | 2:30 | £0.89 | Buy MP3 |
| 4. Jalousie | Sonny Day | 2:28 | £0.89 | Buy MP3 |
| 5. Abracadabra | Erma Franklin | 2:11 | £0.89 | Buy MP3 |
| 6. Whatever Lola Wants | Della Reese | 3:16 | £0.89 | Buy MP3 |
| 7. Nobody But Me | Sam Chatmon | 2:56 | £0.89 | Buy MP3 |
| 8. Keep Your Mind On Me | The Jarmels | 2:13 | £0.89 | Buy MP3 |
| 9. You Move Me So | Paula Grimes | 2:14 | £0.89 | Buy MP3 |
| 10. There She Goes | The Cleftones | 2:19 | £0.89 | Buy MP3 |
| 11. But I Love Him | Doris Troy | 1:59 | £0.89 | Buy MP3 |
| 12. I'm Gonna Lock You Up | All The Marbles | 2:24 | £0.89 | Buy MP3 |
| 13. Hey Eula | Sil Austin | 2:43 | £0.89 | Buy MP3 |
| 14. Soup Bone | Chaz & Two | 2:22 | £0.89 | Buy MP3 |
| 15. I Really Really Love You | Jo Ann Campbell | 2:33 | £0.89 | Buy MP3 |
| 16. Any Other Way | Chuck Jackson | 2:26 | £0.89 | Buy MP3 |
| 17. Conscience | Beverly McKay | 2:46 | £0.89 | Buy MP3 |
| 18. Tabasco | Amru Sani | 3:05 | £0.89 | Buy MP3 |
| 19. I Want You Right Now | Parakeets | 2:07 | £0.89 | Buy MP3 |
| 20. My Roberta | Perez Prado | 2:23 | £0.89 | Buy MP3 |


| Song Title | Artist | Time | Price | |
|---|---|---|---|---|
| 21. Don't Treat Me This Way | Mel Anton & The Checkers | 2:25 | £0.89 | Buy MP3 |
| 22. One Grain Of Sand | Kitty Allen | 3:05 | £0.89 | Buy MP3 |
| 23. Let Me Come Back Home | Bruce Cloud | 2:23 | £0.89 | Buy MP3 |
| 24. If I Had Known | Freddie Houston | 2:13 | £0.89 | Buy MP3 |
| 25. Hey Little Woman | Sony Til | 2:24 | £0.89 | Buy MP3 |
| 26. Parade Of Broken Hearts | Myrna March | 2:11 | £0.89 | Buy MP3 |
| 27. Lovin' | Lula Reed | 2:38 | £0.89 | Buy MP3 |
| 28. Babalu | Ray Barretto | 2:12 | £0.89 | Buy MP3 |
| 29. Yeah My Baby Loves Me | Dav Kipp | 2:24 | £0.89 | Buy MP3 |
| 30. Peace Of Mind | Eddie Williams | 2:06 | £0.89 | Buy MP3 |
| 31. A Little Bit Of Magic | Rosco Gordon | 2:38 | £0.89 | Buy MP3 |
| 32. It's So Wonderful | Jo Ellyn | 2:48 | £0.89 | Buy MP3 |
| 33. Love Me Tenderly | Scott Brothers | 1:54 | £0.89 | Buy MP3 |
| 34. Why Don't You Do Right | Della Reese | 2:48 | £0.89 | Buy MP3 |
| 35. Your Heart Wasn't In It | Chuck Collins | 2:26 | £0.89 | Buy MP3 |
| 36. Emancipation, Proclamation | Tyler Todd | 2:03 | £0.89 | Buy MP3 |
| 37. That's Why I'm So Sad | Abe & Marion, Ester & The Casanovas | 2:47 | £0.89 | Buy MP3 |
| 38. My Heart Is On Fire | Billy Bland | 2:21 | £0.89 | Buy MP3 |
| 39. The Recipe | Barbara George | 2:46 | £0.89 | Buy MP3 |
| 40. Johnny With The Gentle Hands | Eartha Kitt | 3:24 | £0.89 | Buy MP3 |
| 41. I Couldn't Care Less | The Modern Redcabs | 2:06 | £0.89 | Buy MP3 |
| 42. Nobody Cares | Baby Washington | 2:13 | £0.89 | Buy MP3 |
| 43. You Can't Never Stop Me Loving You | Lynch Kenny | 2:46 | £0.89 | Buy MP3 |
| 44. Bringing Up What I've Done Wrong | Billy Quarles | 2:30 | £0.89 | Buy MP3 |
| 45. Boston Monkeys | Hustlers | 3:17 | £0.89 | Buy MP3 |
| 46. Try Me | January Jones | 2:16 | £0.89 | Buy MP3 |
| 47. Traveling Stranger | Luther Dixon | 2:44 | £0.89 | Buy MP3 |
| 48. Aladdin | Bobby Curtola | 2:23 | £0.89 | Buy MP3 |
| 49. Prowl | The Finger Cymbols | 2:27 | £0.89 | Buy MP3 |
| 50. Genie | Carl Dobkins | 2:19 | £0.89 | Buy MP3 |

**Disc 2:**

| Song Title | Artist | Time | Price | |
|---|---|---|---|---|
| 1. You'll Come Back | Ronny Douglas | 2:38 | £0.89 | Buy MP3 |
| 2. My Heart Belongs To Daddy | Zola Taylor | 2:07 | £0.89 | Buy MP3 |
| 3. Lipstick | Playthings | 2:26 | £0.89 | Buy MP3 |
| 4. Persian King | Nino Rienzi | 2:32 | £0.89 | Buy MP3 |

| | Title | Artist | Time | Price | |
|---|---|---|---|---|---|
| ▶ | 5. Fever | Barbara English | 2:20 | £0.89 | Buy MP3 |
| ▶ | 6. Beecher Bossa Nova | Johnny Beecher | 3:42 | £0.89 | Buy MP3 |
| ▶ | 7. Casanova | Robert Portee | 2:37 | £0.89 | Buy MP3 |
| ▶ | 8. Cleopatra Kick | Jack Laforge | 2:26 | £0.89 | Buy MP3 |
| ▶ | 9. What Did He Do | Roy Handy | 1:40 | £0.89 | Buy MP3 |
| ▶ | 10. I've Got The Blues | Marvin Jenkins | 2:05 | £0.89 | Buy MP3 |
| ▶ | 11. Rebel Heart | Larry Hall | 2:18 | £0.89 | Buy MP3 |
| ▶ | 12. Nobody's Gonna Hurt You | Annie Laurie | 2:24 | £0.89 | Buy MP3 |
| ▶ | 13. Freedom Sounds | Don Drummond | 3:47 | £0.89 | Buy MP3 |
| ▶ | 14. Let's Go Baby Where The Action Is | Robert Parker | 2:35 | £0.89 | Buy MP3 |
| ▶ | 15. You Gotta Share | Pat Clayton | 2:11 | £0.89 | Buy MP3 |
| ▶ | 16. Our Man In Havana | The McCoy Boys | 2:42 | £0.89 | Buy MP3 |
| ▶ | 17. A Million Miles From Nowhere | Brook Benton | 2:45 | £0.89 | Buy MP3 |
| ▶ | 18. Bring Back My Heart | Dee Clark | 2:49 | £0.89 | Buy MP3 |
| ▶ | 19. Witchcraft (For Your Love) | The Temptations | 2:28 | £0.89 | Buy MP3 |
| ▶ | 20. Penny For Your Thoughts | Mark Valentino | 2:26 | £0.89 | Buy MP3 |
| ▶ | 21. Take It From A Guy Who Knows | Tim Considine | 2:02 | £0.89 | Buy MP3 |
| ▶ | 22. Living Dream | Lenny Miles | 2:09 | £0.89 | Buy MP3 |
| ▶ | 23. Forever | Pierre Lalonde | 2:11 | £0.89 | Buy MP3 |
| ▶ | 24. Taboo | Red Garrisson | 3:06 | £0.89 | Buy MP3 |
| ▶ | 25. Silver Dollar | Tommy McCook and The Skatalites | 3:10 | £0.89 | Buy MP3 |
| ▶ | 26. I Was A Fool | Paul Sindab | 2:55 | £0.89 | Buy MP3 |
| ▶ | 27. Cool Cool Cool | The Clare Sisters | 2:23 | £0.89 | Buy MP3 |
| ▶ | 28. Do Me Good Baby | Joye Sherill | 2:33 | £0.89 | Buy MP3 |
| ▶ | 29. Blond Caboose | John Plonsky | 2:35 | £0.89 | Buy MP3 |
| ▶ | 30. Heavenly Love | Toni Harper | 2:29 | £0.89 | Buy MP3 |
| ▶ | 31. I'll Cry Alone | Garnett Gale | 2:17 | £0.89 | Buy MP3 |
| ▶ | 32. You've Been Talkin' 'Bout Me Baby | Latin Louis | 3:04 | £0.89 | Buy MP3 |
| ▶ | 33. Don't Bury Me | The Skatalites | 3:01 | £0.89 | Buy MP3 |
| ▶ | 34. Take Me In Your Arms | Sam Fletcher | 1:46 | £0.89 | Buy MP3 |
| ▶ | 35. Gotta Think It Over | Oberia Martinez | 2:58 | £0.89 | Buy MP3 |
| ▶ | 36. Love | Justin Jones | 2:04 | £0.89 | Buy MP3 |
| ▶ | 37. Anna | Arthur Alexander | 2:51 | £0.89 | Buy MP3 |
| ▶ | 38. Nothing But Love | Johnny McBee | 2:24 | £0.89 | Buy MP3 |
| ▶ | 39. My Love, My Love | The Bongas | 1:57 | £0.89 | Buy MP3 |

| Track | Artist | Time | Price | |
|---|---|---|---|---|
| 40. Tears Of Misery | Pat Hervey | 2:05 | £0.89 | Buy MP3 |
| 41. I'm Gonna Make It, Baby | Pete Terrace | 2:52 | £0.89 | Buy MP3 |
| 42. Your Little Sister | The Marvelows | 2:21 | £0.89 | Buy MP3 |
| 43. Question | P.J. Proby | 2:38 | £0.89 | Buy MP3 |
| 44. Tonight Is Our Last Night | Frank Cari | 2:14 | £0.89 | Buy MP3 |
| 45. I'm Glad It Was You | Nat Wright | 2:00 | £0.89 | Buy MP3 |
| 46. The Right Girl | Nick Charles | 2:33 | £0.89 | Buy MP3 |
| 47. I'd Think It Over | Sam Fletcher | 2:31 | £0.89 | Buy MP3 |
| 48. I've Got My Eyes On You | The Marvellows | 2:22 | £0.89 | Buy MP3 |
| 49. Sit Right Here | Rosco Gordon | 2:32 | £0.89 | Buy MP3 |
| 50. Caught You In A Lie | Robert Parker | 2:37 | £0.89 | Buy MP3 |

Sold by Amazon Media EU S.à r.l. By placing your order, you agree to our Terms of Use.

## Special Offers and Product Promotions

- Subscribe to our weekly newsletter today and get 25% off your next Amazon MP3 purchase and find out about free downloads, special deals, and new releases.

## Customers Who Viewed This Item Also Viewed

Prowl
› The Finger Cymbols
MP3 Download
£0.89

Prowl
› The Finger Cymbols
MP3 Download
£0.89

## Product details

**Original Release Date:** 1 Feb 2011
**Number of Discs:** 2
**Label:** Master Classics Records
**Copyright:** (c) 2011 Master Classics Records
**Total Length:** 4:09:56
**Genres:**
Pop
**ASIN:** B0051VUCL0
**Average Customer Review:** Be the first to review this item
**Amazon Bestsellers Rank:** 145,246 in MP3 Albums (See Top 100 in MP3 Albums)

## Customer Reviews

**There are no customer reviews yet.**



Popcorn - '60s Cool Kids: Various artists: Amazon.co.uk: MP3 Downloads

## What Other Items Do Customers Buy After Viewing This Item?

Witchcraft (For Your Love) The Temptations | Format: MP3 Download MP3 Download
£0.89

Anna Arthur Alexander | Format: MP3 Download MP3 Download
£0.89

› Explore similar items

## Your Recently Viewed Items

One Night Only!
Earl "Fatha" Hines & Marva Josie | Format: MP3 Download

Invisible Roots
The London Experimental Jazz Quartet | Format: MP3 Download

Earl Hines
Earl Hines | Format: MP3 Download

Jazz Piano Masters, Vol. 2
Earl Hines | Format: MP3 Download

›See more in the Page You Made

## Look for similar items by category

Pop Music
Pop > Pop Rock

## Your Recent History (What's this?)

Loading

**Get to Know Us**
Careers
Investor Relations
Press Releases
Amazon and Our Planet
Amazon in the Community

**Make Money with Us**
Sell on Amazon
Associates Programme
Fulfilment by Amazon
Advertise Your Products
Independently Publish with Us
› See all

**Let Us Help You**
Track Packages or View Orders
Delivery Rates & Policies
Amazon Prime
Returns Are Easy
Manage Your Kindle
Help

amazon.co.uk

Brazil Canada China France Germany India Italy Japan Spain United States

AbeBooks Rare & Collectible Books
Audible Download Audio Books
AmazonLocal Great Local Deals In Your City
Book Depository Books With Free Delivery Worldwide
CreateSpace Indie Print Publishing Made Easy
DPReview Digital Photography
IMDb Movies, TV & Celebrities
Javari UK Shoes & Handbags

Javari France Javari Japan Javari Germany Junglee.com Kindle Direct Publishing LOVEFiLM MYHABIT Shopbop

http://www.amazon.co.uk/gp/product/B0051VUCL0/ref=sr_1_album_2_rd?ie=UTF8&child=B0051VUPZ8&qid=1376928828&sr=1-2[8/19/2013 12:23:53 PM]

Shoes & Handbags | Shoes & Handbags | Shoes & Handbags | Shop Online in India | Indie Digital Publishing Made Easy | Watch Movies Online | Designer & Fashion Private Sale Site | Designer Fashion Brands

Conditions of Use & Sale Privacy Notice Cookies & Internet Advertising © 1996-2013, Amazon.com, Inc. or its affiliates

# One Night Only!

View More By This Artist

## Earl "Fatha" Hines & Marva Josie

Open iTunes to preview, buy and download music.

View In iTunes

£2.49
Genres: Jazz, Music
Released: 01 June 2013
℗ 2013 Stardust Records

| | Name | Artist | Time | Price | |
|---|---|---|---|---|---|
| 1 | Jazz Is His Old Lady and M... | Earl "Fatha" Hines & Marva J... | 4:42 | £0.79 | View In iTunes |
| 2 | Blue Skies | Earl "Fatha" Hines & Marva J... | 3:49 | £0.79 | View In iTunes |
| 3 | Yellow Days | Earl "Fatha" Hines & Marva J... | 4:16 | £0.79 | View In iTunes |
| 4 | Just Squeeze Me (But Tease... | Earl "Fatha" Hines & Marva J... | 4:11 | £0.79 | View In iTunes |
| 5 | Deed I Do | Earl "Fatha" Hines & Marva J... | 2:28 | £0.79 | View In iTunes |
| 6 | They'll Be Some Changes M... | Earl "Fatha" Hines & Marva J... | 3:04 | £0.79 | View In iTunes |
| 7 | Candy | Earl "Fatha" Hines & Marva J... | 3:22 | £0.79 | View In iTunes |
| 8 | Hey Love | Earl "Fatha" Hines & Marva J... | 3:24 | £0.79 | View In iTunes |
| 9 | Make It Easy on Yourself | Earl "Fatha" Hines & Marva J... | 3:32 | £0.79 | View In iTunes |
| 10 | Feelings | Earl "Fatha" Hines & Marva J... | 4:47 | £0.79 | View In iTunes |

10 Songs

## Customer Ratings

We have not received enough ratings to display an average for this album.

## Influencers

Louis Armstrong

## Followers

Erroll Garner
Teddy Wilson
Dave McKenna
Jay McShann
Milt Buckner
Bud Powell
Stan Kenton
Hazel Scott
Ross Tompkins
Nat "King" Cole

## Contemporaries

Ellis Larkins
Ralph Sutton
Art Hodes
Duke Ellington
Dick Hyman
Doc Cheatham
Willie "The Lion" Smith
Art Tatum
Jimmy Rowles
Dick Wellstood

## Biography

Born: 28 December 1905 in Duquesne, PA
Genre: Jazz
Years Active: '20s, '30s, '40s, '50s, '60s, '70s, '80s

Once called "the first modern jazz pianist," Earl Hines differed from the stride pianists of the 1920s by breaking up the stride rhythms with unusual accents from his left hand. While his right hand often played octaves so as to ring clearly over ensembles, Hines had the trickiest left hand in the business, often suspending time recklessly but without ever losing the beat. One of the all-time great pianists, Hines was a major influence on Teddy Wilson, Jess Stacy, Joe Sullivan, Nat King...

Full bio

## Top Albums and Songs by Earl "Fatha" Hines

1. 

Jazz Piano – Ver...
View In iTunes

2. 

100 Piano Jazz ...
View In iTunes

3. 

Blues In Thirds
View In iTunes

4. 

Americans In Paris
View In iTunes

5. 

Tour de Force
View In iTunes

| | Name | Album | Time | Price | |
|---|---|---|---|---|---|
| 1 | Blue Skies | Earl Hines In New Orleans (... | 5:29 | £0.79 | View In iTunes |
| 2 | Blues After Midnight | Blues In Thirds | 6:29 | £0.79 | View In iTunes |
| 3 | Autumn Leaves | Blues 'N' Jazz | 2:36 | £0.79 | View In iTunes |
| 4 | Mack the Knife | Tour de Force | 7:36 | £0.79 | View In iTunes |

| | | | | | |
|---|---|---|---|---|---|
| 5 | Sophisticated Lady | The Ultimate Jazz Piano | 4:12 | £0.79 | View In iTunes ▸ |
| 6 | Second Balcony Jump | Pure Gold – Greatest Swing... | 3:03 | £0.79 | View In iTunes ▸ |
| 7 | Ridin' and Jivin' | Rosetta | 2:39 | £0.79 | View In iTunes ▸ |
| 8 | Baby Won't You Please Co... | Jazz Piano | 5:41 | £0.79 | View In iTunes ▸ |
| 9 | Lonesome Road | Tour de Force | 7:13 | £0.79 | View In iTunes ▸ |
| 10 | Good Old Wagon | Barbara Dane "On My Way" ... | 3:25 | £0.79 | View In iTunes ▸ |

iTunes
Like 31,295,614

App Store
Like 8,900,587

Become a fan of the iTunes and App Store pages on Facebook for exclusive offers, the inside scoop on new apps and more.

iTunes

**iTunes**
- Download iTunes
- What's New?
- What is iTunes?

**More iTunes**
- Digital Music Basics
- iTunes Gifts
- iTunes U
- iPod + iTunes Support
- AirPlay
- Accessibility

**Working with iTunes**
- Sell Your Content
- Content Providers
- Market with iTunes
- Join the Affiliate Programme
- Link to iTunes

**iTunes Store**
- Browse iTunes Store
- Browse App Store
- Buy Music Now
- Buy iTunes Gift Cards
- Redeem iTunes Gift Cards
- iTunes Corporate Sales
- Free Single of the Week

Shop at the Apple Online Store, call 0800 048 0408, visit an Apple Retail Store or find a retailer.

Apple Info | Site Map | Hot News | RSS Feeds | Contact Us |

Copyright © 2013 Apple Inc. All rights reserved. Terms of Use | Privacy Policy | Use of Cookies