# EXHIBIT J



## MP3 Downloads › "dave pike manhattan latin"

### MP3 Albums

See all 2 MP3 album results

1. Manhattan Latin by Dave Pike
$9.49

2. Manhattan Latin by Dave Pike & His Orchestra
$8.99

**Category**
MP3 Albums (2)
MP3 Songs (24)

**Department**
‹ Any Department
MP3 Downloads
Jazz (26)

Shop for "dave pike manhattan latin" in our Amazon CD Store (1)

**Listmania!**
create your list HERE learn how
Create a Listmania! list

### MP3 Songs and Extras    (Showing 24 Results)

Sort by Relevance

| | Song Title | Artist | Album | Time | Price | Download |
|---|---|---|---|---|---|---|
| 1. | Dream Garden | Dave Pike & His Orchestra | Manhattan Latin | 3:25 | $0.99 | Buy MP3 |
| 2. | Montuno Orita | Dave Pike & His Orchestra | Manhattan Latin | 3:23 | $0.99 | Buy MP3 |
| 3. | Not A Tear | Dave Pike & His Orchestra | Manhattan Latin | 4:01 | $0.99 | Buy MP3 |
| 4. | South Seas | Dave Pike | Manhattan Latin | 2:36 | $0.99 | Buy MP3 |
| 5. | Aphrodite | Dave Pike | Manhattan Latin | 3:13 | $0.99 | Buy MP3 |
| 6. | Latin Blues | Dave Pike & His Orchestra | Manhattan Latin | 2:56 | $0.99 | Buy MP3 |
| 7. | Latin Blues | Dave Pike | Manhattan Latin | 2:53 | $0.99 | Buy MP3 |
| 8. | La Playa | Dave Pike | Manhattan Latin | 3:03 | $0.99 | Buy MP3 |
| 9. | Baby | Dave Pike & His Orchestra | Manhattan Latin | 2:49 | $0.99 | Buy MP3 |
| 10. | Baby | Dave Pike | Manhattan Latin | 2:46 | $0.99 | Buy MP3 |
| 11. | Vikki | Dave Pike | Manhattan Latin | 5:26 | $0.99 | Buy MP3 |
| 12. | La Playa | Dave Pike & His Orchestra | Manhattan Latin | 3:06 | $0.99 | Buy MP3 |
| 13. | Mambo Dinero | Dave Pike & His Orchestra | Manhattan Latin | 2:39 | $0.99 | Buy MP3 |
| 14. | Not A Tear | Dave Pike | Manhattan Latin | 3:58 | $0.99 | Buy MP3 |
| 15. | Montuno Orita | Dave Pike | Manhattan Latin | 3:23 | $0.99 | Buy MP3 |
| 16. | Mambo Dinero | Dave Pike | Manhattan Latin | 2:36 | $0.99 | Buy MP3 |
| 17. | Que Mal Es Querer | Dave Pike | Manhattan Latin | 3:15 | $0.99 | Buy MP3 |
| 18. | Sandunga | Dave Pike | Manhattan Latin | 2:38 | $0.99 | Buy MP3 |
| 19. | South Seas | Dave Pike & His Orchestra | Manhattan Latin | 2:38 | $0.99 | Buy MP3 |
| 20. | Vikki | Dave Pike & His Orchestra | Manhattan Latin | 5:26 | $0.99 | Buy MP3 |
| 21. | Que Mal Es Querer | Dave Pike & His Orchestra | Manhattan Latin | 3:17 | $0.99 | Buy MP3 |
| 22. | Sandunga | Dave Pike & His Orchestra | Manhattan Latin | 2:41 | $0.99 | Buy MP3 |
| 23. | Dream Garden | Dave Pike | Manhattan Latin | 3:22 | $0.99 | Buy MP3 |
| 24. | Aphrodite | Dave Pike & His Orchestra | Manhattan Latin | 3:16 | $0.99 | Buy MP3 |

Shop for "dave pike manhattan latin" in our Amazon CD Store (1)

Cleopatra
Exhibit 30
2/11/14

 **Close window**

**Manhattan Latin**



Click anywhere on the image to zoom. Click and drag the image to pan.

Zoom +   Zoom —   Reset

Close Window

P 40842



Close window

**Manhattan Latin**



Click anywhere on the image to zoom. Click and drag the image to pan.

Zoom + | Zoom − | Reset

Close Window

**P 40843**

Amazon.com: Manhattan Latin: Dave Pike: MP3 Downloads

**amazon**
Try Prime

Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

All-New kindle paperwhite
From $119 › Pre-order now

Shop by Department ▾    Search    MP3 Music ▾    Hello. Sign in  Your Account ▾    Try Prime ▾    0 Cart ▾    Wish List ▾

Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs | MP3 Help

### Manhattan Latin
Dave Pike | Format: MP3 Music

★★★★★ ☑ (1 customer review)

Price: **$9.49**

**Original Release Date:** June 8, 2004
Also available in  CD Format

Buy MP3 album with 1-Click®
Give album OR song as gift ▸
Redeem a gift card or promotion code & view balance
Add to Wish List



Get our free Amazon music app
GET IT ON Google play
Available on the App Store
Available at amazon

ZOOM
See larger image (with zoom)

**MP3 Songs**    ▶ Play all samples    🔊

| | Song Title | Time | Price | |
|---|---|---|---|---|
| ▶ | 1. Baby | 2:46 | $0.99 | Buy MP3 |
| ▶ | 2. Que Mal Es Querer | 3:15 | $0.99 | Buy MP3 |
| ▶ | 3. Not A Tear | 3:58 | $0.99 | Buy MP3 |
| ▶ | 4. Mambo Dinero | 2:36 | $0.99 | Buy MP3 |
| ▶ | 5. Montuno Orita | 3:21 | $0.99 | Buy MP3 |
| ▶ | 6. Aphrodite | 3:13 | $0.99 | Buy MP3 |
| ▶ | 7. La Playa | 3:03 | $0.99 | Buy MP3 |
| ▶ | 8. Latin Blues | 2:53 | $0.99 | Buy MP3 |
| ▶ | 9. South Seas | 2:36 | $0.99 | Buy MP3 |
| ▶ | 10. Sandunga | 2:38 | $0.99 | Buy MP3 |
| ▶ | 11. Dream Garden | 3:22 | $0.99 | Buy MP3 |
| ▶ | 12. Vikki | 5:26 | $0.99 | Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our  Terms of Use.

**Customers Who Bought This Item Also Bought**



Jazz For The Jet Set
› Dave Pike
★★★★☆ (4)
MP3 Download
$5.99

Bophead
› Dave Pike
★★★★½ (2)
MP3 Download
$9.49

Carnavals
› Dave Pike
★★★★★ (2)
MP3 Download
$8.99

Cal Tjader's Latin Concert
› Cal Tjader
★★★★★ (7)
MP3 Download
$8.99

## Product Details

**Original Release Date:** June 8, 2004
**Release Date:** June 8, 2004
**Label:** Verve
**Copyright:** (C) 2004 The Verve Music Group, a Division of UMG Recordings, Inc.
**Record Company Required Metadata:** Music file metadata contains unique purchase identifier. Learn more.
**Total Length:** 39:07
**Genres:**
    Jazz
**ASIN:** B000VWN44Q
**Average Customer Review:** ★★★★★ ☑ (1 customer review)
**Amazon Best Sellers Rank:** #207,491 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)

## Customer Reviews

★★★★★ (1)
5.0 out of 5 stars

| | |
|---|---|
| 5 star | 1 |
| 4 star | 0 |
| 3 star | 0 |
| 2 star | 0 |
| 1 star | 0 |

See the customer review

Share your thoughts with other customers

[ Write a customer review ]



### Most Helpful Customer Reviews

1 of 1 people found the following review helpful

★★★★★ **Mambo everybody!** November 25, 2011
By Bruce London
Format: Audio CD | **Amazon Verified Purchase**

Latin afro cuban mambo salsa, call it what you wish. It was the groovy,roaring time of Tito Puente, Machito and Tito Rodriguez and dancing in Spanish Harlem at venues like the Cheetah. Pike apprenticedder Herbie Mann and then like Cal Tjader and for a while George Shearing he formed his own groups and orchesatras with great musicians like Cachao, Patata Valdes and Willie Bobo. Any of his Latin jazz recordings are musts for any Mambo maniacs that are out here!

Comment | Was this review helpful to you? [ Yes ] [ No ]

› **See the customer review**

[ Write a customer review ]

## Feedback

› If you have a question or problem, visit our **Help pages**.
› Would you like to **give feedback on images** or **tell us about a lower price**?
› If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

## Your Recently Viewed Items and Featured Recommendations

amazon
Try Prime

All-New kindle paperwhite
From $119 › Pre-order now

Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

Shop by Department ▾    Search    MP3 Music ▾ [         ]    Hello. Sign in  Your Account ▾    Try Prime ▾    🛒 0 Cart ▾    Wish List ▾

**Amazon MP3 Store** | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs | MP3 Help



## Manhattan Latin

Dave Pike & His Orchestra | Format: MP3 Music

★★★★★ ( 1 customer review )

Price: **$8.99**

Original Release Date: April 1, 2011

Also available in  CD Format

Get our free Amazon music app
[Google play] [App Store] [amazon]

Buy MP3 album with 1-Click®

Give album OR song as gift ▸

Redeem a gift card or promotion code & view balance

Add to Wish List

**ZOOM**
See larger image (with zoom)

| MP3 Songs | ▶ Play all samples | | 🔊 |
|---|---|---|---|
| **Song Title** | | **Time** | **Price** |
| ▶ 1. Baby | | 2:49 | $0.99 | Buy MP3 |
| ▶ 2. Que Mal Es Querer | | 3:17 | $0.99 | Buy MP3 |
| ▶ 3. Not A Tear | | 4:01 | $0.99 | Buy MP3 |
| ▶ 4. Mambo Dinero | | 2:39 | $0.99 | Buy MP3 |
| ▶ 5. Montuno Orita | | 3:23 | $0.99 | Buy MP3 |
| ▶ 6. Aphrodite | | 3:16 | $0.99 | Buy MP3 |
| ▶ 7. La Playa | | 3:06 | $0.99 | Buy MP3 |
| ▶ 8. Latin Blues | | 2:56 | $0.99 | Buy MP3 |
| ▶ 9. South Seas | | 2:38 | $0.99 | Buy MP3 |
| ▶ 10. Sandunga | | 2:41 | $0.99 | Buy MP3 |
| ▶ 11. Dream Garden | | 3:25 | $0.99 | Buy MP3 |
| ▶ 12. Vikki | | 5:26 | $0.99 | Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Customers Who Bought This Item Also Bought



Jazz For The Jet Set
› Dave Pike
★★★★☆ (4)
MP3 Download
$5.99



Bophead
› Dave Pike
★★★★☆ (2)
MP3 Download
$9.49



Carnavals
› Dave Pike
★★★★★ (2)
MP3 Download
$8.99



Cal Tjader's Latin Concert
› Cal Tjader
★★★★★ (7)
MP3 Download
$8.99

## Product Details

**Original Release Date:** April 1, 2011
**Label:** Master Classics Records
**Copyright:** (c) 2011 Master Classics Records
**Total Length:** 39:37
**Genres:**
    Jazz > Bebop
**ASIN:** B0050OJO9Y
**Average Customer Review:** ★★★★★ ▽ (1 customer review)

## Customer Reviews

★★★★★ (1)
5.0 out of 5 stars

| | | |
|---|---|---|
| 5 star | ▰▰▰ | 1 |
| 4 star | | 0 |
| 3 star | | 0 |
| 2 star | | 0 |
| 1 star | | 0 |

See the customer review

Share your thoughts with other customers

[ Write a customer review ]



Your Amazon.com   Tod...

Shop by **Department**   Search   MP3 Music

**Amazon MP3 Store**   Amazon Cloud Player   New



### Most Helpful Customer Reviews

1 of 1 people found the following review helpful
★★★★★ **Mambo everybody!**   November 25, 2011
By Bruce London
Format: Audio CD  |  **Amazon Verified Purchase**

Latin afro cuban mambo salsa, call it what you wish. It was the groovy,roaring time of Tito Puente, Machito and Tito Rodriguez and dancing in Spanish Harlem at venues like the Cheetah. Pike apprenticedder Herbie Mann and then like Cal Tjader and for a while George Shearing he formed his own groups and orchesatras with great musicians like Cachao, Patata Valdes and Willie Bobo. Any of his Latin jazz recordings are musts for any Mambo maniacs that are out here!

Comment | **Was this review helpful to you?** [ Yes ] [ No ]

› **See the customer review**

[ Write a customer review ]

## Look for Similar Items by Category

Jazz > Bebop

## Feedback

› If you have a question or problem, visit our **Help pages**.
› Would you like to **give feedback on images** or **tell us about a lower price**?
› If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

## Your Recently Viewed Items and Featured Recommendations



All-New kindle paperwhite
From $119 › Pre-order now

**amazon** Try Prime

Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

Shop by Department ▾    Search    MP3 Music ▾ | meet the jazztet |

Hello. **Sign in** Your Account ▾ | Try Prime ▾ | 0 Cart ▾ | Wish List ▾

Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs | MP3 Help

**Category**
MP3 Albums (2)
MP3 Songs (20)

**Department**
‹ Any Department
**MP3 Downloads**
Jazz (22)

Shop for **"meet the jazztet"** in our **Amazon CD Store** (3)



**Listmania!**

Listmania!
create your list
HERE
learn how

Create a Listmania! list

MP3 Downloads › "meet the jazztet"

**MP3 Albums**

See all 2 MP3 album results

1.
Meet The Jazztet by Benny Golson
$8.99

2.
Meet the Jazztet by Art Farmer & Benny Golson
$5.99

**MP3 Songs and Extras**    (Showing 20 Results)

Sort by | Relevance |

| | | Song Title | Artist | Album | Time | Price | Download |
|---|---|---|---|---|---|---|---|
| ▶ | 1. | Killer Joe | The Art Farmer-Benny Golson Jazztet | Meet The Jazztet | 4:58 | $0.99 | Buy MP3 |
| ▶ | 2. | I Remember Clifford | The Art Farmer-Benny Golson Jazztet | Meet The Jazztet | 3:13 | $0.99 | Buy MP3 |
| ▶ | 3. | Park Avenue Petite | The Art Farmer-Benny Golson Jazztet | Meet The Jazztet | 3:44 | $0.99 | Buy MP3 |
| ▶ | 4. | Mox Nix | The Art Farmer-Benny Golson Jazztet | Meet The Jazztet | 4:04 | $0.99 | Buy MP3 |
| ▶ | 5. | Blues March | The Art Farmer-Benny Golson Jazztet | Meet The Jazztet | 5:18 | $0.99 | Buy MP3 |
| ▶ | 6. | It's All Right With Me | The Art Farmer-Benny Golson Jazztet | Meet The Jazztet | 3:56 | $0.99 | Buy MP3 |
| ▶ | 7. | It Ain't Necessarily So | The Art Farmer-Benny Golson Jazztet | Meet The Jazztet | 4:29 | $0.99 | Buy MP3 |
| ▶ | 8. | Easy Living | The Art Farmer-Benny Golson Jazztet | Meet The Jazztet | 3:36 | $0.99 | Buy MP3 |
| ▶ | 9. | Avalon | The Art Farmer-Benny Golson Jazztet | Meet The Jazztet | 3:32 | $0.99 | Buy MP3 |
| ▶ | 10. | Serenata | Art Farmer | Meet The Jazztet | 3:32 | $0.99 | Buy MP3 |
| ▶ | 11. | It's All Right with Me | Various artists | Meet the Jazztet | 3:58 | $0.99 | Buy MP3 |
| ▶ | 12. | It Ain't Necessarily So | Various artists | Meet the Jazztet | 4:30 | $0.99 | Buy MP3 |
| ▶ | 13. | Easy Living | Various artists | Meet the Jazztet | 3:38 | $0.99 | Buy MP3 |
| ▶ | 14. | Killer Joe | Various artists | Meet the Jazztet | 4:59 | $0.99 | Buy MP3 |
| ▶ | 15. | Blues March | Various artists | Meet the Jazztet | 5:20 | $0.99 | Buy MP3 |
| ▶ | 16. | Serenata | Various artists | Meet the Jazztet | 3:34 | $0.99 | Buy MP3 |
| ▶ | 17. | Avalon | Various artists | Meet the Jazztet | 3:34 | $0.99 | Buy MP3 |
| ▶ | 18. | Mox Nix | Various artists | Meet the Jazztet | 4:05 | $0.99 | Buy MP3 |
| ▶ | 19. | Park Avenue Petite | Various artists | Meet the Jazztet | 3:45 | $0.99 | Buy MP3 |
| ▶ | 20. | I Remember Clifford | Various artists | Meet the Jazztet | 3:14 | $0.99 | Buy MP3 |

Shop for **"meet the jazztet"** in our **Amazon CD Store** (3)

**Search Feedback**

Did you find what you were looking for? Yes No

If you need help or have a question for Customer Service, please **visit the Help Section.**

Amazon.com: meet the jazztet: MP3 Downloads

Search powered by 

**Your Recently Viewed Items and Featured Recommendations**



Loading

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| Investor Relations | Become an Affiliate | Amazon.com Store Card | Shipping Rates & Policies |
| Press Releases | Advertise Your Products | Shop with Points | Amazon Prime |
| Amazon and Our Planet | Independently Publish with Us | Credit Card Marketplace | Returns Are Easy |
| Amazon in the Community | › See all | Amazon Currency Converter | Manage Your Kindle |
| | | | Help |

**AMAZON.com**

Brazil   Canada   China   France   Germany   India   Italy   Japan   Spain   United Kingdom

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **6pm** Score deals on fashion brands | **AbeBooks** Rare Books & Textbooks | **AfterSchool.com** Kids' Sports, Outdoor & Dance Gear | **AmazonFresh** Groceries & More Right To Your Door | **Amazon Local** Great Local Deals in Your City | **AmazonSupply** Business, Industrial & Scientific Supplies | **AmazonWebServices** Scalable Cloud Services | **Askville** Community Answers |
| **Audible** Download Audio Books | **BeautyBar.com** Prestige Beauty Delivered | **Book Depository** Books With Free Delivery Worldwide | **Bookworm.com** Books For Children Of All Ages | **Casa.com** Kitchen, Storage & Everything Home | **CreateSpace** Indie Print Publishing Made Easy | **Diapers.com** Everything But The Baby | **DPReview** Digital Photography |
| **Fabric** Sewing, Quilting & Knitting | **IMDb** Movies, TV & Celebrities | **Junglee.com** Shop Online in India | **Kindle Direct Publishing** Indie Digital Publishing Made Easy | **Look.com** Kids' Clothing & Shoes | **MYHABIT** Private Fashion Designer Sales | **Shopbop** Designer Fashion Brands | **Soap.com** Health, Beauty & Home Essentials |
| **Vine.com** Everything to Live Life Green | **Wag.com** Everything For Your Pet | **Warehouse Deals** Open-Box Discounts | **Woot** Never Gonna Give You Up | **Yoyo.com** A Happy Place To Shop For Toys | **Zappos** Shoes & Clothing | | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2013, Amazon.com, Inc. or its affiliates

http://www.amazon.com/s/ref=nb_sb_noss_1?url=search-alias%3Ddigital-music&field-keywords=meet+the+jazztet[9/8/2013 3:00:57 PM]

P 40851



Close window

**Meet The Jazztet**



Click anywhere on the image to zoom. Click and drag the image to pan.

Zoom + | Zoom − | Reset

Close Window

**P 40852**



**Meet the Jazztet**



Click anywhere on the image to zoom. Click and drag the image to pan.

Close Window

**P 40853**

Amazon.com: Meet The Jazztet: Benny Golson: MP3 Downloads



All-New kindle paperwhite
From $119 ▸ Pre-order now

**amazon**
Try Prime

Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

Shop by Department ▾    Search    MP3 Music ▾

Hello. **Sign in** Your Account ▾  |  Try Prime ▾  |  🛒 0 Cart ▾  |  Wish List ▾

Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs | MP3 Help



⊕ ZOOM
See larger image (with zoom)

## Meet The Jazztet

Benny Golson | Format: MP3 Music

★★★★☆ (8 customer reviews)

Price: **$8.99**

**Original Release Date:** June 26, 1990

AutoRip ▸▸ Buy the CD album for $13.98 and get the MP3 version for FREE. CD album ships from and sold by Amazon.com. Terms and Conditions. Does not apply to past orders. Complete your purchase of the CD album to save the MP3 version to Cloud Player.

**Get our free Amazon music app**
GET IT ON ▶ Google play
Available on the ▶ App Store
Available at amazon

Buy MP3 Album $8.99

— or —

Buy CD Album $13.98
Includes FREE MP3 version of this album.

Give album OR song as gift

💳 Redeem a gift card or promotion code & view balance

Add to Wish List



| MP3 Songs | ▶ Play all samples | | | 🔊 |
|---|---|---|---|---|
| | **Song Title** | **Artist** | **Time** | **Price** |
| ▶ | 1. Serenata | Art Farmer | 3:32 | $0.99 | Buy MP3 |
| ▶ | 2. It Ain't Necessarily So | The Art Farmer-Benny Golson Jazztet | 4:29 | $0.99 | Buy MP3 |
| ▶ | 3. Avalon | The Art Farmer-Benny Golson Jazztet | 3:32 | $0.99 | Buy MP3 |
| ▶ | 4. I Remember Clifford | The Art Farmer-Benny Golson Jazztet | 3:13 | $0.99 | Buy MP3 |
| ▶ | 5. Blues March | The Art Farmer-Benny Golson Jazztet | 5:18 | $0.99 | Buy MP3 |
| ▶ | 6. It's All Right With Me | The Art Farmer-Benny Golson Jazztet | 3:56 | $0.99 | Buy MP3 |
| ▶ | 7. Park Avenue Petite | The Art Farmer-Benny Golson Jazztet | 3:44 | $0.99 | Buy MP3 |
| ▶ | 8. Mox Nix | The Art Farmer-Benny Golson Jazztet | 4:04 | $0.99 | Buy MP3 |
| ▶ | 9. Easy Living | The Art Farmer-Benny Golson Jazztet | 3:36 | $0.99 | Buy MP3 |
| ▶ | 10. Killer Joe | The Art Farmer-Benny Golson Jazztet | 4:58 | $0.99 | Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use

## Customers Who Bought This Item Also Bought

Page 1 of 2



‹

The Very Best of Blue Mitchell
▸ Blue Mitchell
★★★★☆ (2)
MP3 Download
$2.99

Duke Ellington & John Coltrane
▸ Duke Ellington
★★★★☆ (61)
MP3 Download
$7.53



Inner Urge (The Rudy Van Gelder Edition)
▸ Joe Henderson
★★★★★ (10)
MP3 Download
$7.15

John Coltrane And Johnny Hartman
▸ Johnny Hartman
★★★★★ (171)
MP3 Download
$6.99

›

http://www.amazon.com/Meet-The-Jazztet/dp/B000VRNHBQ/ref=sr_shvl_album_1?ie=UTF8&qid=1378666693&sr=301-1[9/8/2013 3:01:35 PM]

## Product Details

**Original Release Date:** June 26, 1990
**Release Date:** June 26, 1990
**Label:** Geffen
**Copyright:** (C) 1991 Geffen Records
**Record Company Required Metadata:** Music file metadata contains unique purchase identifier. Learn more.
**Total Length:** 40:22
**Genres:**
Jazz
**ASIN:** B000VRNHBQ
**Average Customer Review:** ⭐⭐⭐⭐½ ☑ (8 customer reviews)
**Amazon Best Sellers Rank:** #48,215 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)

## Customer Reviews

⭐⭐⭐⭐½ (8)
4.4 out of 5 stars



| | | |
|---|---|---|
| 5 star | | 3 |
| 4 star | | 5 |
| 3 star | | 0 |
| 2 star | | 0 |
| 1 star | | 0 |

Share your thoughts with other customers

[Write a customer review]

See all 8 customer reviews



amazon
Try Prime

Your Amazon.com    Tod...

Shop by
Department        Search    MP3 Music

**Amazon MP3 Store**    Amazon Cloud Player    New

### Most Helpful Customer Reviews

13 of 14 people found the following review helpful
⭐⭐⭐⭐☆ **Good - but not the best of the Jazztet.**   December 21, 2000
By Dr.D.Treharne
Format: Audio CD

It's difficult to understand from this distance in time why this aggregation never really broke through to the kind of acclaim that they deserved. The playing on this collection is excellent, particularly on the self-penned material ( mostly from Golson - but "Mox Nix" from Farmer is stunning). The standouts are the version of "I remember Clifford", "Park Avenue Petite" and of course, the much lauded "Killer Joe".The ensemble playing is terrific and the rhythm section of Addison Farmer and Lex Humphries gave this version of the group real propulsion. So why not 5 stars ? Well, because the best it got for me, was the group that played on the now-out-of print Verve album "Here and Now" which has been available only from time to time (shame on you Verve Interactive) most recently in 1998.That's where the interplay between Golson and Farmer seemed at its best, and Farmer gets to play some great flugelhorn. However this is just fine!

1 Comment | Was this review helpful to you?   [Yes]  [No]

14 of 16 people found the following review helpful
⭐⭐⭐⭐⭐ **Quintessential Hard Bop**   November 20, 2003
By D. Falk
Format: Audio CD

This album has it all: tight arrangements of standards, fresh new tunes, and fantastic solos by all. Features Art Farmer, Benny Golson, Curtis Fuller, McCoy Tyner (only 24 years old, not yet into his cuartal harmonies and shimmering pentatonics), Addison Farmer, and Lex Humphries.
The dialogues between McCoy and Lex are fantastic as are all of Curtis Fuller's solos, which seem to all be at smokin' tempos. There is also a hip spoken intro to Killer Joe. Horns don't just sit around either. They back up the soloist or melody.

In short, this is a fine disc. Dig it.

Comment | Was this review helpful to you?   [Yes]  [No]



⭐⭐⭐⭐⭐ ...
S...
c...
th...
...from the turn-table.
Published 4 months ago by Wyman

⭐⭐⭐⭐☆ **Meet the Jazztet**
I purchased this CD for my husband, who had been looking for Killer Joe and Easy Living by Benny Golson, two of his favorites. Read more
Published 11 months ago by Judith Cipolla

⭐⭐⭐⭐☆ **Fits any bop collection**
This one arrived in the mail over the weekend. I had an incomplete set of MP3s for a while and never got around to getting a better version.
Read more
Published 24 months ago by Lawrence Peryer

⭐⭐⭐⭐⭐ **Not So Hard**
Golson's influence is predominant on this album, mostly in the restrained-but-dynamic composition of the tunes. It would be hard to find another LP with such a stellar cast...
Read more
Published on March 22, 2008 by Brian F. Coffey

**Search Customer Reviews**

[                    ] [Go]

☑ Only search this product's reviews

6 of 6 people found the following review helpful

★★★★☆ **Farmer/Golson Jazztet**    May 8, 2006

By Bomojaz

Format: Audio CD

After working together on a couple of previous albums, Art Farmer and Benny Golson formed the Jazztet in 1960 and recorded a handful of albums for the Argo label; this was the first. (The group lasted only a couple of years, though Farmer and Golson revived it in the 1980s.)

The personnel here is somewhat of an anomaly in that it changed radically after this initial session (except for Farmer and Golson, of course). Curtis Fuller is on trombone and he's phenomenal on IT'S ALL RIGHT WITH ME, which is taken at breakneck speed. AVALON is also taken WAY up tempo; in fact, it's TOO fast - it's all notes. Golson's tenor is featured nicely on his classic tune I REMEMBER CLIFFORD and on the standard EASY LIVING. Farmer is excellent on his own composition MOX NIX, an up-tempo blues. Benny Golson was a superb composer and PARK AVENUE PETITE is a beautiful ballad. His BLUES MARCH is also performed, though not quite as successfully as on the Art Blakey Blue Note recording entitled MOANIN', which is definitive. And his KILLER JOE gets its first airing on this CD, taken medium-slow. McCoy Tyner (p) Addison Farmer (b) and Lex Humphries (d) round out the rhythm section. This is an excellent hard bop album and one of the best by the Jazztet.

Comment  |  **Was this review helpful to you?** [Yes] [No]

3 of 3 people found the following review helpful

★★★★★ **Killer!**    September 2, 2002

By rballjones

Format: Audio CD

"Meet the Jazztet" is certainly a diamond in the rough. I find myself returning to it often--more than most jazz CDs. It's very easy on the ears, full of melodic compositions (say Benny Golson) with a mellow trombone presence from Curtis Fuller.
Recorded in 1960, I suspect this recording isn't better known for two reasons: the name of the band is non-descript and there are no big stars. But the stellar line-up of Art Farmer, Fuller, Golson, McCoy Tyner, Addison Farmer and Lex Humphries swings hard. You won't go wrong with this one. "Killer Joe" could be a pop tune or a jazz tune; it's a sure classic.

Comment  |  **Was this review helpful to you?** [Yes] [No]

› **See all 8 customer reviews (newest first)**

[Write a customer review]

---

**What Other Items Do Customers Buy After Viewing This Item?**

 **Killer Joe**  The Art Farmer-Benny Golson Jazztet  | Format: MP3 Music  MP3 Download
$0.99

 **I Remember Clifford**  The Art Farmer-Benny Golson Jazztet  | Format: MP3 Music  MP3 Download
$0.99

 **Groovin' With Golson**  Benny Golson  | Format: MP3 Music  MP3 Download
★★★★★ (5)
$4.52

› **Explore similar items**

---

**Feedback**

› If you have a question or problem, visit our **Help pages**.

▸ Would you like to **give feedback on images** or **tell us about a lower price**?

▸ If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

**Your Recently Viewed Items and Featured Recommendations**



Loading

**Get to Know Us**

Careers

Investor Relations

Press Releases

Amazon and Our Planet

Amazon in the Community

**Make Money with Us**

Sell on Amazon

Become an Affiliate

Advertise Your Products

Independently Publish with Us

› See all

**Amazon Payment Products**

Amazon.com Rewards Visa Card

Amazon.com Store Card

Shop with Points

Credit Card Marketplace

Amazon Currency Converter

**Let Us Help You**

Your Account

Shipping Rates & Policies

Amazon Prime

Returns Are Easy

Manage Your Kindle

Help

amazon.com

Brazil    Canada    China    France    Germany    India    Italy    Japan    Spain    United Kingdom

**6pm**
Score deals
on fashion brands

**AbeBooks**
Rare Books
& Textbooks

**AfterSchool.com**
Kids' Sports, Outdoor
& Dance Gear

**AmazonFresh**
Groceries & More
Right To Your Door

**Amazon Local**
Great Local Deals
in Your City

**AmazonSupply**
Business, Industrial
& Scientific Supplies

**AmazonWebServices**
Scalable
Cloud Services

**Askville**
Community
Answers

**Audible**
Download
Audio Books

**BeautyBar.com**
Prestige Beauty
Delivered

**Book Depository**
Books With Free
Delivery Worldwide

**Bookworm.com**
Books For Children
Of All Ages

**Casa.com**
Kitchen, Storage
& Everything Home

**CreateSpace**
Indie Print Publishing
Made Easy

**Diapers.com**
Everything
But The Baby

**DPReview**
Digital
Photography

**Fabric**
Sewing, Quilting
& Knitting

**IMDb**
Movies, TV
& Celebrities

**Junglee.com**
Shop Online
in India

**Kindle Direct Publishing**
Indie Digital Publishing
Made Easy

**Look.com**
Kids' Clothing
& Shoes

**MYHABIT**
Private Fashion
Designer Sales

**Shopbop**
Designer
Fashion Brands

**Soap.com**
Health, Beauty &
Home Essentials

**Vine.com**
Everything
to Live Life Green

**Wag.com**
Everything
For Your Pet

**Warehouse Deals**
Open-Box
Discounts

**Woot**
Never Gonna
Give You Up

**Yoyo.com**
A Happy Place
To Shop For Toys

**Zappos**
Shoes &
Clothing

Conditions of Use    Privacy Notice    Interest-Based Ads  © 1996-2013, Amazon.com, Inc. or its affiliates



**amazon**
Try Prime

Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

All-New kindle paperwhite
From $119 › Pre-order now

Shop by Department ▾    Search    MP3 Music ▾    [                    ]    Hello. Sign in Your Account ▾ | Try Prime ▾ | 0 Cart ▾ | Wish List ▾

Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs | MP3 Help



ZOOM
See larger image (with zoom)

## Meet the Jazztet

Art Farmer & Benny Golson   Format: MP3 Music

★★★★½  (8 customer reviews)

Price: **$5.99**

Original Release Date: May 1, 2013



Get our free Amazon music app

Buy MP3 album with 1-Click®

Give album OR song as gift ▾

Redeem a gift card or promotion code & view balance

Add to Wish List

### MP3 Songs    ▶ Play all samples

| | Song Title | Artist | Time | Price | |
|---|---|---|---|---|---|
| ▶ | 1. Serenata | Various artists | 3:34 | $0.99 | Buy MP3 |
| ▶ | 2. Killer Joe | Various artists | 4:59 | $0.99 | Buy MP3 |
| ▶ | 3. It Ain't Necessarily So | Various artists | 4:30 | $0.99 | Buy MP3 |
| ▶ | 4. Avalon | Various artists | 3:34 | $0.99 | Buy MP3 |
| ▶ | 5. Easy Living | Various artists | 3:38 | $0.99 | Buy MP3 |
| ▶ | 6. I Remember Clifford | Various artists | 3:14 | $0.99 | Buy MP3 |
| ▶ | 7. Blues March | Various artists | 5:20 | $0.99 | Buy MP3 |
| ▶ | 8. It's All Right with Me | Various artists | 3:58 | $0.99 | Buy MP3 |
| ▶ | 9. Mox Nix | Various artists | 4:05 | $0.99 | Buy MP3 |
| ▶ | 10. Park Avenue Petite | Various artists | 3:45 | $0.99 | Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

### Customers Who Bought This Item Also Bought

Page 1 of 2



The Very Best of Blue Mitchell
› Blue Mitchell
★★★★½ (2)
MP3 Download
$2.99



Duke Ellington & John Coltrane
› Duke Ellington
★★★★½ (61)
MP3 Download
$7.53



Inner Urge (The Rudy Van Gelder Edition)
› Joe Henderson
★★★★★ (10)
MP3 Download
$7.15



John Coltrane And Johnny Hartman
› Johnny Hartman
★★★★★ (171)
MP3 Download
$6.99

### Product Details

**Original Release Date:** May 1, 2013
**Label:** Stardust Records
**Copyright:** (c) 2013 Stardust Records
**Total Length:** 40:37
**Genres:**
    Jazz > Traditional Jazz & Ragtime
**ASIN:** B00D4IEY6Q
**Average Customer Review:** ★★★★☆ ☑ (8 customer reviews)
**Amazon Best Sellers Rank:** #395,234 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)

---

## Customer Reviews



★★★★☆ (8)
4.4 out of 5 stars

| | | |
|---|---|---|
| 5 star | ▮▮▮ | 3 |
| 4 star | ▮▮▮▮▮ | 5 |
| 3 star | | 0 |
| 2 star | | 0 |
| 1 star | | 0 |

Share your thoughts with other customers

[ Write a customer review ]

See all 8 customer reviews



Your Amazon.com | Tod...

Shop by **Department**  **Search** [ MP3 Music ]

**Amazon MP3 Store**   Amazon Cloud Player   New



### Most Helpful Customer Reviews

13 of 14 people found the following review helpful

★★★★☆ **Good - but not the best of the Jazztet.**  December 21, 2000
By Dr.D.Treharne
Format: Audio CD

It's difficult to understand from this distance in time why this aggregation never really broke through to the kind of acclaim that they deserved. The playing on this collection is excellent, particularly on the self-penned material ( mostly from Golson - but "Mox Nix" from Farmer is stunning). The standouts are the version of "I remember Clifford", "Park Avenue Petite" and of course, the much lauded "Killer Joe".The ensemble playing is terrific and the rhythm section of Addison Farmer and Lex Humphries gave this version of the group real propulsion. So why not 5 stars ? Well, because the best it got for me, was the group that played on the now-out-of print Verve album "Here and Now" which has been available only from time to time (shame on you Verve Interactive) most recently in 1998.That's where the interplay between Golson and Farmer seemed at its best, and Farmer gets to play some great flugelhorn. However this is just fine!

1 Comment | Was this review helpful to you?  [ Yes ] [ No ]

14 of 16 people found the following review helpful

★★★★★ **Quintessential Hard Bop**  November 20, 2003
By D. Falk
Format: Audio CD

This album has it all: tight arrangements of standards, fresh new tunes, and fantastic solos by all. Features Art Farmer, Benny Golson, Curtis Fuller, McCoy Tyner (only 24 years old, not yet into his cuartal harmonies and shimmering pentatonics), Addison Farmer, and Lex Humphries.
The dialogues between McCoy and Lex are fantastic as are all of Curtis Fuller's solos, which seem to all be at smokin' tempos. There is also a hip spoken intro to Killer Joe. Horns don't just sit around either. They back up the soloist or melody.

In short, this is a fine disc. Dig it.

Comment | Was this review helpful to you?  [ Yes ] [ No ]

6 of 6 people found the following review helpful

★★★★☆ **Farmer/Golson Jazztet**  May 8, 2006
By Bomojaz
Format: Audio CD

### Most Helpful Customer Reviews

★★★★☆

Some reviewer...over th...
classic col... eac...en
the vinyl and put it on the...ur
Published 4 months ago by lyman1

★★★★☆ **Meet the Jazztet**
I purchased this CD for my husband, who had been looking for Killer Joe and Easy Living by Benny Golson, two of his favorites. Read more
Published 11 months ago by Judith Cipolla

★★★★☆ **Fits any bop collection**
This one arrived in the mail over the weekend. I had an incomplete set of MP3s for a while and never got around to getting a better version.
Read more
Published 24 months ago by Lawrence Peryer

★★★★★ **Not So Hard**
Golson's influence is predominant on this album, mostly in the restrained-but-dynamic composition of the tunes. It would be hard to find another LP with such a stellar cast...
Read more
Published on March 22, 2008 by Brian F. Coffey

### Search Customer Reviews

[ _____ ] [ Go ]

☑ Only search this product's reviews

After working together on a couple of previous albums, Art Farmer and Benny Golson formed the Jazztet in 1960 and recorded a handful of albums for the Argo label; this was the first. (The group lasted only a couple of years, though Farmer and Golson revived it in the 1980s.)

The personnel here is somewhat of an anomaly in that it changed radically after this initial session (except for Farmer and Golson, of course). Curtis Fuller is on trombone and he's phenomenal on IT'S ALL RIGHT WITH ME, which is taken at breakneck speed. AVALON is also taken WAY up tempo; in fact, it's TOO fast - it's all notes. Golson's tenor is featured nicely on his classic tune I REMEMBER CLIFFORD and on the standard EASY LIVING. Farmer is excellent on his own composition MOX NIX, an up-tempo blues. Benny Golson was a superb composer and PARK AVENUE PETITE is a beautiful ballad. His BLUES MARCH is also performed, though not quite as successfully as on the Art Blakey Blue Note recording entitled MOANIN', which is definitive. And his KILLER JOE gets its first airing on this CD, taken medium-slow. McCoy Tyner (p) Addison Farmer (b) and Lex Humphries (d) round out the rhythm section. This is an excellent hard bop album and one of the best by the Jazztet.

Comment | **Was this review helpful to you?** [Yes] [No]

3 of 3 people found the following review helpful
⭐⭐⭐⭐⭐ **Killer!**  September 2, 2002
By rballjones
Format: Audio CD

"Meet the Jazztet" is certainly a diamond in the rough. I find myself returning to it often--more than most jazz CDs. It's very easy on the ears, full of melodic compositions (say Benny Golson) with a mellow trombone presence from Curtis Fuller.
Recorded in 1960, I suspect this recording isn't better known for two reasons: the name of the band is non-descript and there are no big stars. But the stellar line-up of Art Farmer, Fuller, Golson, McCoy Tyner, Addison Farmer and Lex Humphries swings hard. You won't go wrong with this one. "Killer Joe" could be a pop tune or a jazz tune; it's a sure classic.

Comment | **Was this review helpful to you?** [Yes] [No]

› **See all 8 customer reviews (newest first)**

[Write a customer review]

## What Other Items Do Customers Buy After Viewing This Item?

 **Killer Joe**  The Art Farmer-Benny Golson Jazztet | Format: **MP3 Music**  MP3 Download
$0.99

 **I Remember Clifford**  The Art Farmer-Benny Golson Jazztet | Format: **MP3 Music**  MP3 Download
$0.99

 **Groovin' With Golson**  Benny Golson | Format: **MP3 Music**  MP3 Download
⭐⭐⭐⭐⭐ (5)
$4.52

› **Explore similar items**

## Look for Similar Items by Category

Jazz > Traditional Jazz & Ragtime

### Feedback
‣ If you have a question or problem, visit our **Help pages**.
‣ Would you like to **give feedback on images** or **tell us about a lower price**?
‣ If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

**Your Recently Viewed Items and Featured Recommendations**



Loading

**Get to Know Us**

Careers

Investor Relations

Press Releases

Amazon and Our Planet

Amazon in the Community

**Make Money with Us**

Sell on Amazon

Become an Affiliate

Advertise Your Products

Independently Publish with Us

› See all

**Amazon Payment Products**

Amazon.com Rewards Visa Card

Amazon.com Store Card

Shop with Points

Credit Card Marketplace

Amazon Currency Converter

**Let Us Help You**

Your Account

Shipping Rates & Policies

Amazon Prime

Returns Are Easy

Manage Your Kindle

Help

AMAZON.com

Brazil   Canada   China   France   Germany   India   Italy   Japan   Spain   United Kingdom

| 6pm | AbeBooks | AfterSchool.com | AmazonFresh | Amazon Local | AmazonSupply | AmazonWebServices | Askville |
| Score deals on fashion brands | Rare Books & Textbooks | Kids' Sports, Outdoor & Dance Gear | Groceries & More Right To Your Door | Great Local Deals in Your City | Business, Industrial & Scientific Supplies | Scalable Cloud Services | Community Answers |
| Audible | BeautyBar.com | Book Depository | Bookworm.com | Casa.com | CreateSpace | Diapers.com | DPReview |
| Download Audio Books | Prestige Beauty Delivered | Books With Free Delivery Worldwide | Books For Children Of All Ages | Kitchen, Storage & Everything Home | Indie Print Publishing Made Easy | Everything But The Baby | Digital Photography |
| Fabric | IMDb | Junglee.com | Kindle Direct Publishing | Look.com | MYHABIT | Shopbop | Soap.com |
| Sewing, Quilting & Knitting | Movies, TV & Celebrities | Shop Online in India | Indie Digital Publishing Made Easy | Kids' Clothing & Shoes | Private Fashion Designer Sales | Designer Fashion Brands | Health, Beauty & Home Essentials |
| | Vine.com | Wag.com | Warehouse Deals | Woot | Yoyo.com | Zappos | |
| | Everything to Live Life Green | Everything For Your Pet | Open-Box Discounts | Never Gonna Give You Up | A Happy Place To Shop For Toys | Shoes & Clothing | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2013, Amazon.com, Inc. or its affiliates



**MP3 Downloads** › **"the jazztet big city sounds"**

**MP3 Albums**

See all 2 MP3 album results

1. **The Jazztet Big City Sounds** by Art Farmer & Benny Golson
$5.99

2. **Big City Sounds** by Jazztet
$8.91

Category
  MP3 Albums (2)
  MP3 Songs (18)

Department
‹ Any Department
  MP3 Downloads
    Jazz (20)

Shop for **"the jazztet big city sounds"** in our **Amazon CD Store** (4)



**Listmania!**

Listmania!
create your list
HERE
learn how

Create a Listmania! list

**MP3 Songs and Extras**    (Showing 18 Results)    Sort by Relevance

| | Song Title | Artist | Album | Time | Price | Download |
|---|---|---|---|---|---|---|
| 1. | Hi-Fly | Benny Golson Art Farmer | The Jazztet Big City Sounds | 5:53 | $0.89 | Buy MP3 |
| 2. | The Cool One | Benny Golson Art Farmer | The Jazztet Big City Sounds | 3:06 | $0.89 | Buy MP3 |
| 3. | Wonder Why | Benny Golson Art Farmer | The Jazztet Big City Sounds | 5:57 | $0.89 | Buy MP3 |
| 4. | Blues On Down | Benny Golson Art Farmer | The Jazztet Big City Sounds | 6:06 | $0.89 | Buy MP3 |
| 5. | My Funny Valentine | Benny Golson Art Farmer | The Jazztet Big City Sounds | 4:36 | $0.89 | Buy MP3 |
| 6. | Lament | Benny Golson Art Farmer | The Jazztet Big City Sounds | 3:34 | $0.89 | Buy MP3 |
| 7. | Five Spot After Dark | Benny Golson Art Farmer | The Jazztet Big City Sounds | 3:19 | $0.89 | Buy MP3 |
| 8. | Con Alma | Benny Golson Art Farmer | The Jazztet Big City Sounds | 5:03 | $0.89 | Buy MP3 |
| 9. | Bean Bag | Benny Golson Art Farmer | The Jazztet Big City Sounds | 4:56 | $0.89 | Buy MP3 |
| 10. | Blues On Down | The Art Farmer-Benny Golson Jazztet | Big City Sounds | 6:03 | $0.99 | Buy MP3 |
| 11. | Hi-Fly | The Art Farmer-Benny Golson Jazztet | Big City Sounds | 5:50 | $0.99 | Buy MP3 |
| 12. | The Cool One | The Art Farmer-Benny Golson Jazztet | Big City Sounds | 3:03 | $0.99 | Buy MP3 |
| 13. | Five Spot After Dark | The Art Farmer-Benny Golson Jazztet | Big City Sounds | 3:20 | $0.99 | Buy MP3 |
| 14. | Con Alma | The Art Farmer-Benny Golson Jazztet | Big City Sounds | 5:00 | $0.99 | Buy MP3 |
| 15. | Lament | The Art Farmer-Benny Golson Jazztet | Big City Sounds | 3:31 | $0.99 | Buy MP3 |
| 16. | Wonder Why | The Art Farmer-Benny Golson Jazztet | Big City Sounds | 5:54 | $0.99 | Buy MP3 |
| 17. | Bean Bag | The Art Farmer-Benny Golson Jazztet | Big City Sounds | 4:53 | $0.99 | Buy MP3 |
| 18. | My Funny Valentine | The Art Farmer-Benny Golson Jazztet | Big City Sounds | 4:33 | $0.99 | Buy MP3 |

Shop for **"the jazztet big city sounds"** in our **Amazon CD Store** (4)

**Search Feedback**

Did you find what you were looking for? Yes  No

If you need help or have a question for Customer Service, please **visit the Help Section.**

Amazon.com: the jazztet big city sounds: MP3 Downloads

Search powered by 

## Your Recently Viewed Items and Featured Recommendations



Loading

**Get to Know Us**

Careers

Investor Relations

Press Releases

Amazon and Our Planet

Amazon in the Community

**Make Money with Us**

Sell on Amazon

Become an Affiliate

Advertise Your Products

Independently Publish with Us

› See all

**Amazon Payment Products**

Amazon.com Rewards Visa Card

Amazon.com Store Card

Shop with Points

Credit Card Marketplace

Amazon Currency Converter

**Let Us Help You**

Your Account

Shipping Rates & Policies

Amazon Prime

Returns Are Easy

Manage Your Kindle

Help

**amazon**.com

Brazil   Canada   China   France   Germany   India   Italy   Japan   Spain   United Kingdom

| | | | | | | |
|---|---|---|---|---|---|---|
| **6pm** Score deals on fashion brands | **AbeBooks** Rare Books & Textbooks | **AfterSchool.com** Kids' Sports, Outdoor & Dance Gear | **AmazonFresh** Groceries & More Right To Your Door | **Amazon Local** Great Local Deals in Your City | **AmazonSupply** Business, Industrial & Scientific Supplies | **AmazonWebServices** Scalable Cloud Services | **Askville** Community Answers |
| **Audible** Download Audio Books | **BeautyBar.com** Prestige Beauty Delivered | **Book Depository** Books With Free Delivery Worldwide | **Bookworm.com** Books For Children Of All Ages | **Casa.com** Kitchen, Storage & Everything Home | **CreateSpace** Indie Print Publishing Made Easy | **Diapers.com** Everything But The Baby | **DPReview** Digital Photography |
| **Fabric** Sewing, Quilting & Knitting | **IMDb** Movies, TV & Celebrities | **Junglee.com** Shop Online in India | **Kindle Direct Publishing** Indie Digital Publishing Made Easy | **Look.com** Kids' Clothing & Shoes | **MYHABIT** Private Fashion Designer Sales | **Shopbop** Designer Fashion Brands | **Soap.com** Health, Beauty & Home Essentials |
| **Vine.com** Everything to Live Life Green | **Wag.com** Everything For Your Pet | **Warehouse Deals** Open-Box Discounts | **Woot** Never Gonna Give You Up | **Yoyo.com** A Happy Place To Shop For Toys | **Zappos** Shoes & Clothing | | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2013, Amazon.com, Inc. or its affiliates

Case 1:12-cv-05453-ALC-JCF   Document 169-12   Filed 02/10/15   Page 23 of 63

amazon.com

Close window

**Big City Sounds**



Close Window

P 40864

**amazon**.com

Close window

**The Jazztet Big City Sounds**



Click anywhere on the image to zoom. Click and drag the image to pan.

Zoom +  Zoom −  Reset

Close Window

**P 40865**



amazon
Try Prime

Your Amazon.com    Today's Deals    Gift Cards    Sell    Help

All-New kindle paperwhite
From $119 > Pre-order now

Shop by Department ▾    Search    MP3 Music ▾    [search box]    Hello. Sign in  Your Account ▾    Try Prime ▾    0 Cart ▾    Wish List ▾

Amazon MP3 Store    Amazon Cloud Player    New Releases    Browse Genres    Recommendations    Best Sellers    Advanced Search    Getting Started    CDs    MP3 Help

## Big City Sounds

Jazztet | Format: MP3 Music

Be the first to review this item

Price: **$8.91**

Original Release Date: January 10, 2006

Get our free Amazon music app    [Google play]    [App Store]    [Available at amazon]

Buy MP3 album with 1-Click®

Give album OR song as gift

Redeem a gift card or promotion code & view balance

Add to Wish List

See larger image



**MP3 Songs**    ▶ Play all samples    🔊

| | Song Title | Artist | Time | Price | |
|---|---|---|---|---|---|
| ▶ | 1. The Cool One | The Art Farmer-Benny Golson Jazztet | 3:03 | $0.99 | Buy MP3 |
| ▶ | 2. Blues On Down | The Art Farmer-Benny Golson Jazztet | 6:03 | $0.99 | Buy MP3 |
| ▶ | 3. Hi-Fly | The Art Farmer-Benny Golson Jazztet | 5:50 | $0.99 | Buy MP3 |
| ▶ | 4. My Funny Valentine | The Art Farmer-Benny Golson Jazztet | 4:33 | $0.99 | Buy MP3 |
| ▶ | 5. Wonder Why | The Art Farmer-Benny Golson Jazztet | 5:54 | $0.99 | Buy MP3 |
| ▶ | 6. Con Alma | The Art Farmer-Benny Golson Jazztet | 5:00 | $0.99 | Buy MP3 |
| ▶ | 7. Lament | The Art Farmer-Benny Golson Jazztet | 3:31 | $0.99 | Buy MP3 |
| ▶ | 8. Bean Bag | The Art Farmer-Benny Golson Jazztet | 4:53 | $0.99 | Buy MP3 |
| ▶ | 9. Five Spot After Dark | The Art Farmer-Benny Golson Jazztet | 3:20 | $0.99 | Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Customers Who Viewed This Item Also Viewed



The Jazztet Big City Sounds
› Art Farmer & Benny Gols...
★★★★★ (2)
MP3 Download
$5.99

## Product Details

**Original Release Date:** January 10, 2006

**Release Date:** January 10, 2006

**Label:** GRP Records

**Copyright:** (C) 2006 The Verve Music Group, a Division of UMG Recordings, Inc.

**Record Company Required Metadata:** Music file metadata contains unique purchase identifier. Learn more.

**Total Length:** 42:07

**Genres:**
Jazz

**ASIN:** B000W21H7Q

**Average Customer Review:** Be the first to review this item

**Amazon Best Sellers Rank:** #496,584 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)

## Customer Reviews

There are no customer reviews yet.

| | |
|---|---|
| 5 star | |
| 4 star | |
| 3 star | |
| 2 star | |
| 1 star | |

Share your thoughts with other customers

[ Write a customer review ]



Your Amazon.com | Today's D

Shop by Department      Search   MP3 Music

**Amazon MP3 Store**   Amazon Cloud Player   New



THE JAZZTET
BIG CITY SOUNDS
ART FARMER & BENNY GOLSON
ARGO LP 672

Advertisement

## Feedback

▸ If you have a question or problem, visit our **Help pages**.

▸ Would you like to **give feedback on images** or **tell us about a lower price**?

▸ If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

## Your Recently Viewed Items and Featured Recommendations



Loading

**Get to Know Us**
Careers
Investor Relations
Press Releases
Amazon and Our Planet
Amazon in the Community

**Make Money with Us**
Sell on Amazon
Become an Affiliate
Advertise Your Products
Independently Publish with Us
› See all

**Amazon Payment Products**
Amazon.com Rewards Visa Card
Amazon.com Store Card
Shop with Points
Credit Card Marketplace
Amazon Currency Converter

**Let Us Help You**
Your Account
Shipping Rates & Policies
Amazon Prime
Returns Are Easy
Manage Your Kindle
Help

amazon.com

Brazil   Canada   China   France   Germany   India   Italy   Japan   Spain   United Kingdom

**6pm**
Score deals
on fashion brands

**AbeBooks**
Rare Books
& Textbooks

**AfterSchool.com**
Kids' Sports, Outdoor
& Dance Gear

**AmazonFresh**
Groceries & More
Right To Your Door

**Amazon Local**
Great Local Deals
in Your City

**AmazonSupply**
Business, Industrial
& Scientific Supplies

**AmazonWebServices**
Scalable
Cloud Services

**Askville**
Community
Answers

**Audible**
Download
Audio Books

**BeautyBar.com**
Prestige Beauty
Delivered

**Book Depository**
Books With Free
Delivery Worldwide

**Bookworm.com**
Books For Children
Of All Ages

**Casa.com**
Kitchen, Storage
& Everything Home

**CreateSpace**
Indie Print Publishing
Made Easy

**Diapers.com**
Everything
But The Baby

**DPReview**
Digital
Photography

**Fabric**
Sewing, Quilting
& Knitting

**IMDb**
Movies, TV
& Celebrities

**Junglee.com**
Shop Online
in India

**Kindle Direct Publishing**
Indie Digital Publishing
Made Easy

**Look.com**
Kids' Clothing
& Shoes

**MYHABIT**
Private Fashion
Designer Sales

**Shopbop**
Designer
Fashion Brands

**Soap.com**
Health, Beauty &
Home Essentials

**Vine.com**
Everything
to Live Life Green

**Wag.com**
Everything
For Your Pet

**Warehouse Deals**
Open-Box
Discounts

**Woot**
Never Gonna
Give You Up

**Yoyo.com**
A Happy Place
To Shop For Toys

**Zappos**
Shoes &
Clothing

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2013, Amazon.com, Inc. or its affiliates

Amazon.com: The Jazztet Big City Sounds: Art Farmer & Benny Golson: MP3 Downloads



## The Jazztet Big City Sounds

Art Farmer & Benny Golson | Format: MP3 Music

★★★★☆ (2 customer reviews)

Price: **$5.99**

Original Release Date: January 10, 2013

AutoRip — Buy the CD album for $17.21 and get the MP3 version for FREE. CD album ships from and sold by Amazon.com. Terms and Conditions. Does not apply to gift cards. Complete your purchase of the CD album to save the MP3 version to Cloud Player.

Get our free Amazon music app — Google play — Available on the App Store — Available at amazon

Buy MP3 Album $5.99
— or —
Buy CD Album $17.21
Includes FREE MP3 version of this album.
Give album OR song as gift
Redeem a gift card or promotion code & view balance
Add to Wish List



### MP3 Songs ▶ Play all samples

| | Song Title | Artist | Time | Price | |
|---|---|---|---|---|---|
| ▶ | 1. Five Spot After Dark | Art Farmer, Benny Golson | 3:19 | $0.89 | Buy MP3 |
| ▶ | 2. The Cool One | Art Farmer, Benny Golson | 3:06 | $0.89 | Buy MP3 |
| ▶ | 3. Hi-Fly | Art Farmer, Benny Golson | 5:53 | $0.89 | Buy MP3 |
| ▶ | 4. Blues On Down | Art Farmer, Benny Golson | 6:06 | $0.89 | Buy MP3 |
| ▶ | 5. My Funny Valentine | Art Farmer, Benny Golson | 4:36 | $0.89 | Buy MP3 |
| ▶ | 6. Con Alma | Art Farmer, Benny Golson | 5:03 | $0.89 | Buy MP3 |
| ▶ | 7. Wonder Why | Art Farmer, Benny Golson | 5:57 | $0.89 | Buy MP3 |
| ▶ | 8. Lament | Art Farmer, Benny Golson | 3:34 | $0.89 | Buy MP3 |
| ▶ | 9. Bean Bag | Art Farmer, Benny Golson | 4:56 | $0.89 | Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Customers Who Bought This Item Also Bought

Page 1 of 10


Complete Jazz At Massey Hall (featuring Dizzy ...
› Charlie Parker
★★★★½ (11)
MP3 Download
$8.99


Meet The Jazztet
› Benny Golson
★★★★½ (8)
MP3 Download
$8.99


Modern Art
› Art Farmer
★★★★½ (10)
MP3 Download
$7.99


Here And Now
› Art Farmer
MP3 Download
$9.49


Groovin' With Golson
› Benny Golson
★★★★½ (5)
MP3 Download
$4.52

## Product Details

**Original Release Date:** January 10, 2013
**Label:** Stardust Records
**Copyright:** (c) 2013 Stardust Records
**Total Length:** 42:30
**Genres:**
Jazz > Traditional Jazz & Ragtime
**ASIN:** B00B2Z1F9C
**Average Customer Review:** ★★★★★ (2 customer reviews)
**Amazon Best Sellers Rank:** #239,393 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)

## Customer Reviews

★★★★★ (2)
5.0 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 2 |
| 4 star | | 0 |
| 3 star | | 0 |

Share your thoughts with other customers

Write a customer review

Advertisement

P 40869

Amazon.com: The Jazztet Big City Sounds: Art Farmer & Benny Golson: MP3 Downloads

| 2 star | | 0 |
| 1 star | | 0 |

See both customer reviews

**Most Helpful Customer Reviews**

8 of 8 people found the following review helpful

★★★★★ **Fantastic reissue of a rare classic**   June 5, 2011

By Craig S. Cherry

Format: Audio CD  |  Amazon Verified Purchase

"Big City Sounds" was recorded by Art Farmer and his Jazztet in September, 1960 - only months after the much more well-known album "Meet The Jazztet." Like that album, Big City Sounds features terrific playing by a top notch group of players. The sound quality is excellent, and Fresh Sounds did a really wonderful job with this 2011 CD reissue. The original cover art and liner notes are faithfully reproduced, along with additional photos and notes. Even the CD has the cover art screened onto it, so they went all out on the packaging for this. And for whatever reasons, this album was pretty hard to find, even on CD. You can get half the tracks on the "Blues On Down" compilation, but I'd certainly recommend getting the whole album in its original form. I'd also highly recommend the Fresh Sounds companion reissue of "Meet The Jazztet." It too has been lovingly reproduced and has great sound quality and packaging. These are both classic albums from the great Art Farmer - definitely worth owning!

Comment  |  Was this review helpful to you?  Yes   No

2 of 2 people found the following review helpful

★★★★★ **Jazztet one of the greatest groups in jazz period!**   June 13, 2012

By crispy critter

Format: Audio CD  |  Amazon Verified Purchase

As the earlier reviewer stated other than the pricey but fine fidelity Japanese releases Fresh Sounds has done a great job with this and meet the Jazztet originally on Argo. These are essential and then all you need is the fantastic Jazztet Live at the birdhouse released domestically in 2002 as a mini LP as well, a japanese version came out in 2005 but is very hard to find. Benny Golson & Art farmer only pair that comes as close in synchronicity was Clifford Brown and Harold Land .

Comment  |  Was this review helpful to you?  Yes   No

› **See both customer reviews (newest first)**

Write a customer review

---

**Look for Similar Items by Category**

Jazz > Traditional Jazz & Ragtime

**Search Customer Reviews**

[                    ] Go

☐ Only search this product's reviews

**Feedback**

▸ If you have a question or problem, visit our **Help pages**.

▸ Would you like to **give feedback on images** or **tell us about a lower price**?

▸ If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

**Your Recently Viewed Items and Featured Recommendations**



Loading

**Get to Know Us**
Careers
Investor Relations
Press Releases
Amazon and Our Planet
Amazon in the Community

**Make Money with Us**
Sell on Amazon
Become an Affiliate
Advertise Your Products
Independently Publish with Us
› See all

**Amazon Payment Products**
Amazon.com Rewards Visa Card
Amazon.com Store Card
Shop with Points
Credit Card Marketplace
Amazon Currency Converter

**Let Us Help You**
Your Account
Shipping Rates & Policies
Amazon Prime
Returns Are Easy
Manage Your Kindle
Help

**amazon**.com

Brazil   Canada   China   France   Germany   India   Italy   Japan   Spain   United Kingdom

P 40870

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **6pm** Score deals on fashion brands | **AbeBooks** Rare Books & Textbooks | **AfterSchool.com** Kids' Sports, Outdoor & Dance Gear | **AmazonFresh** Groceries & More Right To Your Door | **Amazon Local** Great Local Deals in Your City | **AmazonSupply** Business, Industrial & Scientific Supplies | **AmazonWebServices** Scalable Cloud Services | **Askville** Community Answers |
| **Audible** Download Audio Books | **BeautyBar.com** Prestige Beauty Delivered | **Book Depository** Books With Free Delivery Worldwide | **Bookworm.com** Books For Children Of All Ages | **Casa.com** Kitchen, Storage & Everything Home | **CreateSpace** Indie Print Publishing Made Easy | **Diapers.com** Everything But The Baby | **DPReview** Digital Photography |
| **Fabric** Sewing, Quilting & Knitting | **IMDb** Movies, TV & Celebrities | **Junglee.com** Shop Online in India | **Kindle Direct Publishing** Indie Digital Publishing Made Easy | **Look.com** Kids' Clothing & Shoes | **MYHABIT** Private Fashion Designer Sales | **Shopbop** Designer Fashion Brands | **Soap.com** Health, Beauty & Home Essentials |
| | **Vine.com** Everything to Live Life Green | **Wag.com** Everything For Your Pet | **Warehouse Deals** Open-Box Discounts | **Woot** Never Gonna Give You Up | **Yoyo.com** A Happy Place To Shop For Toys | **Zappos** Shoes & Clothing | |

Conditions of Use   Privacy Notice   Interest-Based Ads  © 1996-2013, Amazon.com, Inc. or its affiliates

**P 40871**

Amazon.com: sammy davis jr & buddy rich: MP3 Downloads

# amazon
Try Prime

Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

All-New kindle paperwhite
From $119 › Pre-order now

Shop by Department ▾ | Search | MP3 Music ▾ | sammy davis jr & buddy rich | | | Hello. **Sign in** Your Account ▾ | Try Prime ▾ | **0** Cart ▾ | Wish List ▾

Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs | MP3 Help

**Category**
MP3 Albums (2)
MP3 Songs (11)

**Department**
‹ Any Department
**MP3 Downloads**
Pop (2)
Jazz (11)

Shop for **"sammy davis jr & buddy rich"** in our **Amazon CD Store** (5)



**Listmania!**

Listmania!
create your list
**HERE** learn how

Create a Listmania! list

MP3 Downloads › **"sammy davis jr & buddy rich"**

## MP3 Albums

See all 2 MP3 album results



1.
**The Sounds Of '66** by Sammy Davis Jr. / Buddy Rich
$8.99

2.
**Essential Vocal Masters** by Jr. & Buddy Rich Sammy Davis
$8.99

**MP3 Songs and Extras**    (Showing 11 Results)    Sort by | Relevance

‹ ► Preview All ►

| | Song Title | Artist | Album | Time | Price | Download |
|---|---|---|---|---|---|---|
| ▶ | Once In Love With Amy | Jr. & Buddy Rich Sammy Davis | Essential Vocal Masters | 2:43 | $0.99 | Buy MP3 |
| ▶ 2. | Let's Keep Swinging - Buddy Rich Solo | Sammy Davis Jr. - Buddy Rich | That's All! (US Release) | 8:11 | $0.99 | Buy MP3 |
| ▶ 3. | Come Back To Me | Jr. & Buddy Rich Sammy Davis | Essential Vocal Masters | 4:16 | $0.99 | Buy MP3 |
| ▶ 4. | Ding Dong! The Witch Is Dead | Jr. & Buddy Rich Sammy Davis | Essential Vocal Masters | 1:51 | $0.99 | Buy MP3 |
| ▶ 5. | What Now, My Love? | Jr. & Buddy Rich Sammy Davis | Essential Vocal Masters | 3:08 | $0.99 | Buy MP3 |
| ▶ 6. | What Did I Have That I Don't Have? | Jr. & Buddy Rich Sammy Davis | Essential Vocal Masters | 3:45 | $0.99 | Buy MP3 |
| ▶ 7. | What The World Needs Now Is Love | Jr. & Buddy Rich Sammy Davis | Essential Vocal Masters | 3:06 | $0.99 | Buy MP3 |
| ▶ 8. | I Know A Place | Jr. & Buddy Rich Sammy Davis | Essential Vocal Masters | 2:26 | $0.99 | Buy MP3 |
| ▶ 9. | Please Don't Talk About Me When I'm Gone | Jr. & Buddy Rich Sammy Davis | Essential Vocal Masters | 4:07 | $0.99 | Buy MP3 |
| ▶ 10. | If It's The Last Thing I Do | Jr. & Buddy Rich Sammy Davis | Essential Vocal Masters | 3:26 | $0.99 | Buy MP3 |
| ▶ 11. | What Kind Of Fool Am I? | Jr. & Buddy Rich Sammy Davis | Essential Vocal Masters | 3:09 | $0.99 | Buy MP3 |

Shop for **"sammy davis jr & buddy rich"** in our **Amazon CD Store** (5)

**Search Feedback**

Did you find what you were looking for? Yes  No

If you need help or have a question for Customer Service, please **visit the Help Section.**

Search powered by

Amazon.com: The Sounds Of '66: Sammy Davis Jr. / Buddy Rich    http://www.amazon.com/gp/product/images/B008LQMWZQ/ref=dp_im...

Case 2:13-cv-12460-PDB-DRG ECF No. 1-21 filed 07/10/13    PageID #:376
Case 1:12-cv-05453-ALC-JCF   Document 169-21   Filed 02/10/15   Page 32 of 63



Close window

**The Sounds Of '66**



Click anywhere on the image to zoom. Click and drag the image to pan.

Zoom + | Zoom − | Reset

[Close Window](#)



Close window

**Essential Vocal Masters**



Click anywhere on the image to zoom. Click and drag the image to pan.

Zoom + | Zoom − | Reset

Close Window


All-New kindle paperwhite
From $119 ▸ Pre-order now



# The Sounds Of '66

Sammy Davis Jr. / Buddy Rich    Format: **MP3 Music**

★★★★★ ☑ (21 customer reviews)

Price: **$8.99**

**Original Release Date:** July 24, 2012

AutoRip ▸▸ Buy the CD album for $11.43 and get the MP3 version for FREE. CD album ships from and sold by Amazon.com. Terms and Conditions. Does not apply to gift orders. Complete your purchase of the CD album to save the MP3 version to Cloud Player.



Get our free Amazon music app

| Buy MP3 Album $8.99 |
| — or — |
| Buy CD Album $11.43 |
| Includes **FREE** MP3 version of this album. |
| Give album OR song as gift |
| Redeem a gift card or promotion code & view balance |
| Add to Wish List |

## MP3 Songs    ▶ Play all samples



| Song Title | Artist | Time | Price |
|---|---|---|---|
| 1. Come Back To Me (Remastered LP Version) | Sammy Davis, Jr. | 4:09 | $0.99 | Buy MP3 |
| 2. I Know A Place (Remastered LP Version) | Sammy Davis, Jr. | 2:23 | $0.99 | Buy MP3 |
| 3. What Did I Have That I Don't Have? (Remastered LP Version) | Sammy Davis, Jr. | 3:41 | $0.99 | Buy MP3 |
| 4. What The World Need Now Is Love (Remastered LP Version) | Sammy Davis, Jr. | 3:01 | $0.99 | Buy MP3 |
| 5. Once In Love With Amy (Remastered LP Version) | Sammy Davis, Jr. | 2:43 | $0.99 | Buy MP3 |
| 6. Ding Dong! The Witch Is Dead (Remastered LP Version) | Sammy Davis, Jr. | 1:44 | $0.99 | Buy MP3 |
| 7. What Now My Love (Remastered LP Version) | Sammy Davis, Jr. | 3:03 | $0.99 | Buy MP3 |
| 8. What Kind Of Fool Am I? (Remastered LP Version) | Sammy Davis, Jr. | 3:03 | $0.99 | Buy MP3 |
| 9. If It's The Last Thing I Do (Remastered LP Version) | Sammy Davis, Jr. | 3:19 | $0.99 | Buy MP3 |
| 10. Please Don't Talk About Me When I'm Gone (Remastered LP Version) | Sammy Davis, Jr. | 4:05 | $0.99 | Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Customers Who Bought This Item Also Bought

Page 1 of 6



Italian Love Songs
› Dean Martin
★★★★☆ (73)
MP3 Download
$8.49

101 Hits - Swing Essentials
› Various artists
★★★★☆ (24)
MP3 Download
$6.99



That's All! (US Release)
› Jr. Sammy Davis
★★★★★ (17)
MP3 Download
$11.49



The Definitive Collection
› Jr. Sammy Davis
★★★★☆ (28)
MP3 Download
$9.49



Amazon.com: The Sounds Of '66: Sammy Davis Jr. / Buddy Rich: MP3 Downloads

## Product Details

**Original Release Date:** July 24, 2012
**Release Date:** July 24, 2012
**Label:** Rhino
**Copyright:** 1966 Reprise Records
**Record Company Required Metadata:** Music file metadata contains unique purchase identifier. Learn more.
**Total Length:** 31:11
**Genres:**
    Pop
**ASIN:** B008LQMWZQ
**Average Customer Review:** ⭐⭐⭐⭐⭐ ☑ (21 customer reviews)
**Amazon Best Sellers Rank:** #18,675 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)

## Customer Reviews

⭐⭐⭐⭐⭐ (21)
4.8 out of 5 stars

| | | |
|---|---|---|
| 5 star | ▇▇▇▇▇▇ | 18 |
| 4 star | ▇ | 2 |
| 3 star | | 0 |
| 2 star | ▌ | 1 |
| 1 star | | 0 |

See all 21 customer reviews

  " *Sammy is in perfect form, backed by world-famous drummer Buddy Rich and his orchestra live in Las Vegas.* "
    Daniel Jolley | 4 reviewers made a similar statement

  " *I just loved the 'Ding Dong the Witch is Dead' rendition.* "
    Bob Sacamano | 2 reviewers made a similar statement

  " *I had the 33 LP album.* "
    Flo | 2 reviewers made a similar statement

### Most Helpful Customer Reviews

12 of 12 people found the following review helpful

⭐⭐⭐⭐⭐ **Sammy at his very, very best** June 19, 2005
By Daniel Jolley | HALL OF FAME | TOP 500 REVIEWER | VINE VOICE
Format: Audio CD

The Sounds of '66 is a recording that all Sammy Davis Jr. fans simply must have in their collections. Sammy is in perfect form, backed by world-famous drummer Buddy Rich and his orchestra live in Las Vegas. This was Sammy's natural environment, and he put on what is perhaps the show of his life that night. World-class entertainers from all over the Vegas strip packed themselves into the Sands lounge in the middle of the night, after all of the main shows were over, and reveled in a jam session the likes of which may never be seen again. Sammy bores right into Come Back to Me at fever pitch and never slows down until the show is over. This live version of Come Back to Me is the best I've ever heard. I've lost count of how many versions of What Kind of Fool Am I? are available, as Sammy never seemed to sing this song the same way twice, but this live recording features one of the better ones.

All of that being said, one of the many great things about The Sounds of `66 is the fact that a number of these tracks aren't readily available on other albums, at least not that I know of. I can't remember which female artist made I Know a Place famous, but Sammy truly brings the song to life in a wholly new form. What Did I Have That I Don't Have? is perhaps my favorite song on this CD; it starts a little slowly, but Sammy fills it with enough passion and emotion that it is all but flammable by the time he gets through with it. Once in Love With Amy and If It's the Last Thing I Do are great songs I have not heard elsewhere. I never cared for What the World Needs Now Is Love until I heard Sammy sing it; he wails, producing a much more animated song than Burt Bacharach could even conceive of. One of my all-time favorite songs is What Now My Love? Read more ›

Comment | Was this review helpful to you? [Yes] [No]

6 of 6 people found the following review helpful

⭐⭐⭐⭐⭐ **What a swingin' set!** March 2, 2004


amazon Try Prime  Your Amazon.com | Today's D

Shop by **Department**  Search | MP3 Music

Amazon MP3 Store | Amazon Cloud Player | New



### Most Recent Customer Reviews

⭐⭐⭐⭐⭐
Both of these artists were in their primes and the sounds they put together are remarkable. I played this album on the radio when it first came out and it caught my eye while...
Read more
Published 4 months ago by Jim Heim

⭐⭐⭐⭐⭐ **Sammy and Buddy and classic '66 jazz vocals. Can't go wrong.**
After looking at some other Sammy Davis records, I saw this and saw Buddy Rich and though how can you go wrong? You can't.
Read more
Published 6 months ago by Narut Ujnat

Amazon.com: Essential Vocal Masters: Jr. & Buddy Rich Sammy Davis: MP3 Downloads

Case 2:13-cv-02469-PA-CW Document 161-21 Filed 02/10/15 Page 36 of 63 #:380
Case 1:12-cv-05453-ALC-DCF Document 169-121/Fil/d02710/15 Page 36 of 63



# amazon
## Try Prime

Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

Shop by Department ▾ | Search | MP3 Music ▾ | | Hello. **Sign in** Your Account ▾ | Try Prime ▾ | **0** Cart ▾ | Wish List ▾

Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs | MP3 Help



ZOOM
See larger image (with zoom)

## Essential Vocal Masters

Sammy Davis, Jr. & Buddy Rich | Format: MP3 Music

Be the first to review this item

Price: **$8.99**

Original Release Date: May 1, 2011

Get our free Amazon music app  

Buy MP3 album with 1-Click®

Give album OR song as gift ▸

Redeem a gift card or promotion code & view balance

Add to Wish List

**MP3 Songs** ▸ Play all samples

| | Song Title | Time | Price | |
|---|---|---|---|---|
| ▸ | 1. Come Back To Me | 4:16 | $0.99 | Buy MP3 |
| ▸ | 2. I Know A Place | 2:26 | $0.99 | Buy MP3 |
| ▸ | 3. What Did I Have That I Don't Have? | 3:45 | $0.99 | Buy MP3 |
| ▸ | 4. What The World Needs Now Is Love | 3:06 | $0.99 | Buy MP3 |
| ▸ | 5. Once In Love With Amy | 2:43 | $0.99 | Buy MP3 |
| ▸ | 6. Ding Dong! The Witch Is Dead | 1:51 | $0.99 | Buy MP3 |
| ▸ | 7. What Now, My Love? | 3:08 | $0.99 | Buy MP3 |
| ▸ | 8. What Kind Of Fool Am I? | 3:09 | $0.99 | Buy MP3 |
| ▸ | 9. If It's The Last Thing I Do | 3:26 | $0.99 | Buy MP3 |
| ▸ | 10. Please Don't Talk About Me When I'm Gone | 4:07 | $0.99 | Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Customers Who Viewed This Item Also Viewed



The Sounds Of '66
› Sammy Davis Jr. / Buddy…
★★★★★ (21)
MP3 Download
$8.99

## Product Details

Case 2:13-cv-05453-PALC-DOF Document 169-121/Filed 02/10/15 Page 37 of 63 #:381
Case 1:12-cv-09453-PAC-DCF Document 169-11 Filed 02/10/15 Page 37 of 63



**Original Release Date:** May 1, 2011
**Label:** Stardust Records
**Copyright:** (c) 2011 Stardust Records
**Total Length:** 31:57
**Genres:**
   Jazz > Traditional Jazz & Ragtime
**ASIN:** B005BNL9WY
**Average Customer Review:** Be the first to review this item
**Amazon Best Sellers Rank:** #379,408 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)

---

## Customer Reviews

**There are no customer reviews yet.**

| | |
|---|---|
| 5 star | |
| 4 star | |
| 3 star | |
| 2 star | |
| 1 star | |

Share your thoughts with other customers

Write a customer review



Your Amazon.com | Today's D

Shop by **Department**   **Search**   MP3 Music

**Amazon MP3 Store**   Amazon Cloud Player   New



---

## Look for Similar Items by Category

Jazz > Traditional Jazz & Ragtime

---

### Feedback

- If you have a question or problem, visit our **Help pages**.
- Would you like to **give feedback on images** or **tell us about a lower price**?
- If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

---

### Your Recently Viewed Items and Featured Recommendations



Loading

---

**Get to Know Us**
Careers
Investor Relations
Press Releases
Amazon and Our Planet

**Make Money with Us**
Sell on Amazon
Become an Affiliate
Advertise Your Products
Independently Publish with Us

**Amazon Payment Products**
Amazon.com Rewards Visa Card
Amazon.com Store Card
Shop with Points
Credit Card Marketplace

**Let Us Help You**
Your Account
Shipping Rates & Policies
Amazon Prime
Returns Are Easy


All-New **kindle** paperwhite
From $119 ›Pre-order now

**amazon** ›Try Prime | Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

Shop by Department ▾ | Search | MP3 Music ▾ | | Hello. Sign in Your Account ▾ | Try Prime ▾ | 0 Cart ▾ | Wish List ▾

Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs | MP3 Help



ZOOM
See larger image (with zoom)

### The Sounds Of '66

Sammy Davis Jr. / Buddy Rich | Format: MP3 Music

★★★★★ ☑ (21 customer reviews)

Price: **$8.99**

**Original Release Date:** July 24, 2012

AutoRip ›› Buy the CD album for $11.43 and get the MP3 version for FREE. CD album ships from and sold by Amazon.com. Terms and Conditions. Does not apply to gift orders. Complete your purchase of the CD album to save the MP3 version to Cloud Player.



Get our free Amazon music app

---

Buy MP3 Album $8.99

— or —

Buy CD Album $11.43
Includes FREE MP3 version of this album.

Give album OR song as gift

Redeem a gift card or promotion code & view balance

Add to Wish List

---



| | Song Title | Artist | Time | Price | |
|---|---|---|---|---|---|
| | 1. Come Back To Me (Remastered LP Version) | Sammy Davis, Jr. | 4:09 | $0.99 | Buy MP3 |
| | 2. I Know A Place (Remastered LP Version) | Sammy Davis, Jr. | 2:23 | $0.99 | Buy MP3 |
| | 3. What Did I Have That I Don't Have? (Remastered LP Version) | Sammy Davis, Jr. | 3:41 | $0.99 | Buy MP3 |
| | 4. What The World Need Now Is Love (Remastered LP Version) | Sammy Davis, Jr. | 3:01 | $0.99 | Buy MP3 |
| | 5. Once In Love With Amy (Remastered LP Version) | Sammy Davis, Jr. | 2:43 | $0.99 | Buy MP3 |
| | 6. Ding Dong! The Witch Is Dead (Remastered LP Version) | Sammy Davis, Jr. | 1:44 | $0.99 | Buy MP3 |
| | 7. What Now My Love (Remastered LP Version) | Sammy Davis, Jr. | 3:03 | $0.99 | Buy MP3 |
| | 8. What Kind Of Fool Am I? (Remastered LP Version) | Sammy Davis, Jr. | 3:03 | $0.99 | Buy MP3 |
| | 9. If It's The Last Thing I Do (Remastered LP Version) | Sammy Davis, Jr. | 3:19 | $0.99 | Buy MP3 |
| | 10. Please Don't Talk About Me When I'm Gone (Remastered LP Version) | Sammy Davis, Jr. | 4:05 | $0.99 | Buy MP3 |

MP3 Songs ▶ Play all samples

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

### Customers Who Bought This Item Also Bought

Page 1 of 6



Italian Love Songs
›Dean Martin
★★★★☆ (73)
MP3 Download
$8.49

101 Hits - Swing Essentials
›Various artists
★★★★☆ (24)
MP3 Download
$6.99

That's All! (US Release)
›Jr. Sammy Davis
★★★★★ (17)
MP3 Download
$11.49

The Definitive Collection
›Jr. Sammy Davis
★★★★☆ (28)
MP3 Download
$9.49

Amazon.com: The Sounds Of '66: Sammy Davis Jr. / Buddy Rich: MP3 Downloads

## Product Details

**Original Release Date:** July 24, 2012
**Release Date:** July 24, 2012
**Label:** Rhino
**Copyright:** 1966 Reprise Records
**Record Company Required Metadata:** Music file metadata contains unique purchase identifier. Learn more.
**Total Length:** 31:11
**Genres:**
   Pop
**ASIN:** B008LQMWZQ
**Average Customer Review:** ★★★★★ ☑ (21 customer reviews)
**Amazon Best Sellers Rank:** #18,675 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)

## Customer Reviews



★★★★★ (21)
4.8 out of 5 stars

| | |
|---|---|
| 5 star | 18 |
| 4 star | 2 |
| 3 star | 0 |
| 2 star | 1 |
| 1 star | 0 |

See all 21 customer reviews

" Sammy is in perfect form, backed by world-famous drummer Buddy Rich and his orchestra live in Las Vegas. "
   Daniel Jolley | 4 reviewers made a similar statement

" I just loved the 'Ding Dong the Witch is Dead' rendition. "
   Bob Sacamano | 2 reviewers made a similar statement

" I had the 33 LP album. "
   Flo | 2 reviewers made a similar statement

### Most Helpful Customer Reviews

12 of 12 people found the following review helpful

★★★★★ **Sammy at his very, very best** June 19, 2005
By Daniel Jolley   HALL OF FAME   TOP 500 REVIEWER   VINE VOICE
Format: Audio CD

The Sounds of '66 is a recording that all Sammy Davis Jr. fans simply must have in their collections. Sammy is in perfect form, backed by world-famous drummer Buddy Rich and his orchestra live in Las Vegas. This was Sammy's natural environment, and he put on what is perhaps the show of his life that night. World-class entertainers from all over the Vegas strip packed themselves into the Sands lounge in the middle of the night, after all of the main shows were over, and reveled in a jam session the likes of which may never be seen again. Sammy bores right into Come Back to Me at fever pitch and never slows down until the show is over. This live version of Come Back to Me is the best I've ever heard. I've lost count of how many versions of What Kind of Fool Am I? are available, but Sammy never seemed to sing this song the same way twice, but this live recording features one of the better ones.

All of that being said, one of the many great things about The Sounds of '66 is the fact that a number of these tracks aren't readily available on other albums, at least not that I know of. I can't remember which female artist made I Know a Place famous, but Sammy truly brings the song to life in a wholly new form. What Did I Have That I Don't Have? is perhaps my favorite song on this CD; it starts a little slowly, but Sammy fills it with enough passion and emotion that it is all but flammable by the time he gets through with it. Once in Love With Amy and If It's the Last Thing I Do are great songs I have not heard elsewhere. I never cared for What the World Needs Now Is Love until I heard Sammy sing it; he wails, producing a much more animated song than Burt Bacharach could even conceive of. One of my all-time favorite songs is What Now My Love? Read more ›

Comment | Was this review helpful to you? [Yes] [No]

6 of 6 people found the following review helpful

★★★★★ **What a swingin' set!** March 2, 2004



amazon   Try Prime   Your Amazon.com | Today's D
Shop by **Department**   Search   MP3 Music
**Amazon MP3 Store**   Amazon Cloud Player   New



Most Recent Customer Reviews

★★★★★
Both of these artists were in their primes and the sounds they put together are remarkable. I played this album on the radio when it first came out and it caught my eye while...
Read more
Published 4 months ago by Jim Heim

★★★★★ **Sammy and Buddy and classic '66 jazz vocals. Can't go wrong.**
After looking at some other Sammy Davis records, I saw this and saw Buddy Rich and though how can you go wrong? You can't.
Read more
Published 6 months ago by Narut Ujnat



amazon
Try Prime

Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

Shop by Department ▾    Search  [MP3 Music ▾]  [        ]  [  ]    Hello. Sign in Your Account ▾    Try Prime ▾    0 Cart ▾    Wish List ▾

Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs | MP3 Help



ZOOM
See larger image (with zoom)

## Essential Vocal Masters

Sammy Davis, Jr. & Buddy Rich | Format: MP3 Music

Be the first to review this item

Price: **$8.99**

Original Release Date: May 1, 2011



Get our free Amazon music app — GET IT ON Google play — Available on the App Store — Available at amazon

Buy MP3 album with 1-Click®
Give album OR song as gift
Redeem a gift card or promotion code & view balance

Add to Wish List

### MP3 Songs    ▶ Play all samples    🔊

| | Song Title | Time | Price | |
|---|---|---|---|---|
| ▶ | 1. Come Back To Me | 4:16 | $0.99 | Buy MP3 |
| ▶ | 2. I Know A Place | 2:26 | $0.99 | Buy MP3 |
| ▶ | 3. What Did I Have That I Don't Have? | 3:45 | $0.99 | Buy MP3 |
| ▶ | 4. What The World Needs Now Is Love | 3:06 | $0.99 | Buy MP3 |
| ▶ | 5. Once In Love With Amy | 2:43 | $0.99 | Buy MP3 |
| ▶ | 6. Ding Dong! The Witch Is Dead | 1:51 | $0.99 | Buy MP3 |
| ▶ | 7. What Now, My Love? | 3:08 | $0.99 | Buy MP3 |
| ▶ | 8. What Kind Of Fool Am I? | 3:09 | $0.99 | Buy MP3 |
| ▶ | 9. If It's The Last Thing I Do | 3:26 | $0.99 | Buy MP3 |
| ▶ | 10. Please Don't Talk About Me When I'm Gone | 4:07 | $0.99 | Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Customers Who Viewed This Item Also Viewed



The Sounds Of '66
› Sammy Davis Jr. / Buddy…
★★★★★ (21)
MP3 Download
$8.99

## Product Details

Amazon.com: Essential Vocal Masters: Jr. & Buddy Rich Sammy Davis: MP3 Downloads

**Original Release Date:** May 1, 2011

**Label:** Stardust Records

**Copyright:** (c) 2011 Stardust Records

**Total Length:** 31:57

**Genres:**
Jazz > Traditional Jazz & Ragtime

**ASIN:** B005BNL9WY

**Average Customer Review:** Be the first to review this item

**Amazon Best Sellers Rank:** #379,408 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)

---

## Customer Reviews

There are no customer reviews yet.

| | |
|---|---|
| 5 star | |
| 4 star | |
| 3 star | |
| 2 star | |
| 1 star | |

Share your thoughts with other customers

**Write a customer review**



Your Amazon.com | Today's D

Shop by **Department**   Search   MP3 Music

**Amazon MP3 Store**    Amazon Cloud Player    New



---

## Look for Similar Items by Category

Jazz > Traditional Jazz & Ragtime

## Feedback

- If you have a question or problem, visit our **Help pages**.
- Would you like to **give feedback on images** or **tell us about a lower price**?
- If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

## Your Recently Viewed Items and Featured Recommendations



Loading

---

**Get to Know Us**

Careers

Investor Relations

Press Releases

Amazon and Our Planet

**Make Money with Us**

Sell on Amazon

Become an Affiliate

Advertise Your Products

Independently Publish with Us

**Amazon Payment Products**

Amazon.com Rewards Visa Card

Amazon.com Store Card

Shop with Points

Credit Card Marketplace

**Let Us Help You**

Your Account

Shipping Rates & Policies

Amazon Prime

Returns Are Easy

All-New kindle paperwhite
From $119 › Pre-order now

# amazon
Try Prime

Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

Shop by Department ▼ | Search | MP3 Music ▼ | paul petersen lollipops & roses | ☐

Hello. Sign in Your Account ▼ | Try Prime ▼ | 0 Cart ▼ | Wish List ▼

Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs | MP3 Help

**Category**
MP3 Albums (2)
MP3 Songs (38)

**Department**
‹ Any Department
MP3 Downloads
Pop (40)

Shop for **"paul petersen lollipops & roses"** in our **Amazon CD Store** (8)

**Listmania!**

Listmania! create your list HERE
learn how

Create a Listmania! list

MP3 Downloads › "paul petersen lollipops & roses"

## MP3 Albums

*See all 2 MP3 album results*

1. 
**Lollipops And Roses** by Paul Petersen
**$9.49**

2.
**Lollipops & Roses** by Paul Petersen
**$8.99**

| MP3 Songs and Extras | | (Showing 38 Results) | | | Sort by | Relevance |
|---|---|---|---|---|---|---|

| | Song Title | Artist | Album | Time | Price | Download |
|---|---|---|---|---|---|---|
| ▶ 1. | Lollipops And Roses | Paul Petersen | Lollipops & Roses | 2:24 | $0.99 | Buy MP3 |
| ▶ 2. | Lollipops And Roses (LP Version) | Paul Petersen | Lollipops And Roses | 2:22 | $0.99 | Buy MP3 |
| ▶ 3. | You Must Have Been A Beautiful Baby | Paul Petersen | Lollipops & Roses | 2:23 | $0.99 | Buy MP3 |
| ▶ 4. | Lollipops & Roses | Paul Petersen | Hits & Rarities 1961 - 1968 | 2:25 | $0.99 | Buy MP3 |
| ▶ 5. | Lollipops And Roses (LP Version) | Paul Petersen | Teen-Age Triangle | 2:23 | $0.99 | Buy MP3 |
| ▶ 6. | My Dad | Paul Petersen | Lollipops & Roses | 2:26 | $0.99 | Buy MP3 |
| ▶ 7. | She Can't Find Her Keys | Paul Petersen | Lollipops & Roses | 2:33 | $0.99 | Buy MP3 |
| ▶ 8. | She Can't Find Her Keys (LP Version) | Paul Petersen | Lollipops And Roses | 2:30 | $0.99 | Buy MP3 |
| ▶ 9. | I Only Have Eyes For You (Bossa Nova) | Paul Petersen | Lollipops & Roses | 2:20 | $0.99 | Buy MP3 |
| ▶ 10. | Try A Little Tenderness | Paul Petersen | Lollipops & Roses | 1:55 | $0.99 | Buy MP3 |
| ▶ 11. | Little White Lies | Paul Petersen | Lollipops & Roses | 2:26 | $0.99 | Buy MP3 |
| ▶ 12. | Mama, Your Little Boy Fell (LP Version) | Paul Petersen | Lollipops And Roses | 2:05 | $0.99 | Buy MP3 |
| ▶ 13. | Love Me Tender (LP Version) | Paul Petersen | Lollipops And Roses | 2:00 | $0.99 | Buy MP3 |
| ▶ 14. | Heart And Soul | Paul Petersen | Lollipops & Roses | 2:11 | $0.99 | Buy MP3 |
| ▶ 15. | Be Everything To Anyone You Love | Paul Petersen | Lollipops And Roses | 2:04 | $0.99 | Buy MP3 |
| ▶ 16. | The Girl Next Door | Paul Petersen | Lollipops & Roses | 2:26 | $0.99 | Buy MP3 |
| ▶ 17. | Mama, Your Little Boy Fell | Paul Petersen | Lollipops & Roses | 2:07 | $0.99 | Buy MP3 |
| ▶ 18. | Please, Mr. Sun (LP Version) | Paul Petersen | Lollipops And Roses | 2:11 | $0.99 | Buy MP3 |
| ▶ 19. | One Girl (LP Version) | Paul Petersen | Lollipops And Roses | 2:08 | $0.99 | Buy MP3 |
| ▶ 20. | Love Me Tender | Paul Petersen | Lollipops & Roses | 2:03 | $0.99 | Buy MP3 |
| ▶ 21. | One Girl | Paul Petersen | Lollipops & Roses | 2:10 | $0.99 | Buy MP3 |
| ▶ 22. | Please Mr. Sun | Paul Petersen | Lollipops & Roses | 2:13 | $0.99 | Buy MP3 |
| ▶ 23. | Keep Your Love Locked | Paul Petersen | Lollipops & Roses | 2:13 | $0.99 | Buy MP3 |
| ▶ 24. | What Did They Do Before Rock 'N' Roll? | Paul Petersen | Lollipops & Roses | 2:09 | $0.99 | Buy MP3 |
| ▶ 25. | Zip A Dee Doo Dah | Paul Petersen | Lollipops & Roses | 2:26 | $0.99 | Buy MP3 |
| ▶ 26. | Imagination | Paul Petersen | Lollipops & Roses | 2:42 | $0.99 | Buy MP3 |
| ▶ 27. | Be Everything To Anyone You Love (LP Version) | Paul Petersen | Lollipops And Roses | 2:02 | $0.99 | Buy MP3 |



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ▶ | 28. | Penny Is Seventeen | Paul Petersen | Lollipops & Roses | 2:12 | $0.99 | Buy MP3 |
| ▶ | 29. | What Did They Do Before Rock & Roll (LP Version) | Paul Petersen | Lollipops And Roses | 2:09 | $0.99 | Buy MP3 |
| ▶ | 30. | Little Boy Sad | Paul Petersen | Lollipops & Roses | 1:42 | $0.99 | Buy MP3 |
| ▶ | 31. | Blue Moon | Paul Petersen | Lollipops & Roses | 2:20 | $0.99 | Buy MP3 |
| ▶ | 32. | Keep Your Love Locked (LP Version) | Paul Petersen | Lollipops And Roses | 2:11 | $0.99 | Buy MP3 |
| ▶ | 33. | Little Boy Sad (LP Version) | Paul Petersen | Lollipops And Roses | 1:40 | $0.99 | Buy MP3 |
| ▶ | 34. | Linda | Paul Petersen | Lollipops & Roses | 2:05 | $0.99 | Buy MP3 |
| ▶ | 35. | Penny Is Seventeen (LP Version) | Paul Petersen | Lollipops And Roses | 2:09 | $0.99 | Buy MP3 |
| ▶ | 36. | Making Whoopee | Paul Petersen | Lollipops & Roses | 2:26 | $0.99 | Buy MP3 |
| ▶ | 37. | Blue Moon (LP Version) | Paul Petersen | Lollipops And Roses | 2:18 | $0.99 | Buy MP3 |
| ▶ | 38. | Goody Goody | Paul Petersen | Lollipops & Roses | 1:51 | $0.99 | Buy MP3 |

Shop for **"paul petersen lollipops & roses"** in our **Amazon CD Store** (8)

**Search Feedback**

Did you find what you were looking for? 

If you need help or have a question for Customer Service, please visit the Help Section.

Search powered by A9

**Your Recently Viewed Items and Featured Recommendations**



Loading

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| Investor Relations | Become an Affiliate | Amazon.com Store Card | Shipping Rates & Policies |
| Press Releases | Advertise Your Products | Shop with Points | Amazon Prime |
| Amazon and Our Planet | Independently Publish with Us | Credit Card Marketplace | Returns Are Easy |
| Amazon in the Community | › See all | Amazon Currency Converter | Manage Your Kindle |
| | | | Help |

Case 3:12-cv-05453-APC ACP Document 1-69-12 Filed 08/02/10/15 Page 44 of 63 Page ID #:388



**amazon** Try Prime   Your Amazon.com   Today's Deals   Gift Cards   Sell   Help

All-New kindle paperwhite
From $119 ›Pre-order now

Shop by Department ▼   |   Search   MP3 Music ▼   |   Hello. Sign in Your Account ▼   Try Prime ▼   0 Cart ▼   Wish List ▼

Amazon MP3 Store   Amazon Cloud Player   New Releases   Browse Genres   Recommendations   Best Sellers   Advanced Search   Getting Started   CDs   MP3 Help



ZOOM
See larger image (with zoom)

# Lollipops And Roses

Paul Petersen | Format: MP3 Music

Be the first to review this item

Price: **$9.49**

Original Release Date: April 14, 2009



Get our free Amazon music app

Buy MP3 album with 1-Click®

Give album OR song as gift

Redeem a gift card or promotion code & view balance

Add to Wish List

| MP3 Songs | ▶ Play all samples | | |
|---|---|---|---|
| **Song Title** | | **Time** | **Price** |
| ▶ 1. She Can't Find Her Keys (LP Version) | | 2:30 | $0.99 | Buy MP3 |
| ▶ 2. Keep Your Love Locked (LP Version) | | 2:11 | $0.99 | Buy MP3 |
| ▶ 3. Little Boy Sad (LP Version) | | 1:40 | $0.99 | Buy MP3 |
| ▶ 4. Be Everything To Anyone You Love (LP Version) | | 2:02 | $0.99 | Buy MP3 |
| ▶ 5. Mama, Your Little Boy Fell (LP Version) | | 2:05 | $0.99 | Buy MP3 |
| ▶ 6. One Girl (LP Version) | | 2:08 | $0.99 | Buy MP3 |
| ▶ 7. Lollipops And Roses (LP Version) | | 2:22 | $0.99 | Buy MP3 |
| ▶ 8. Love Me Tender (LP Version) | | 2:00 | $0.99 | Buy MP3 |
| ▶ 9. Please, Mr. Sun (LP Version) | | 2:11 | $0.99 | Buy MP3 |
| ▶ 10. Blue Moon (LP Version) | | 2:18 | $0.99 | Buy MP3 |
| ▶ 11. Penny Is Seventeen (LP Version) | | 2:09 | $0.99 | Buy MP3 |
| ▶ 12. What Did They Do Before Rock & Roll (LP Version) | | 2:09 | $0.99 | Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Product Details

**Original Release Date:** April 14, 2009

**Release Date:** April 14, 2009

**Label:** Rhino

**Copyright:** 1962 Colpix

**Record Company Required Metadata:** Music file metadata contains unique purchase identifier. Learn more.

**Total Length:** 25:45

**Genres:**
Pop

**ASIN:** B0076I2R2S

**Average Customer Review:** Be the first to review this item

**Amazon Best Sellers Rank:** #693,642 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)





All-New kindle paperwhite
From $119 ▸Pre-order now

Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

Shop by Department ▾    Search [MP3 Music ▾] [_____] [___]    Hello. Sign in Your Account ▾    Try Prime ▾    🛒 0 Cart ▾    Wish List ▾

Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs | MP3 Help



ZOOM
See larger image (with zoom)

## Lollipops & Roses

Paul Petersen | Format: MP3 Music

Be the first to review this item

Price: **$8.99**

**Original Release Date:** May 1, 2011

Also available in  CD Format

Get our free **Amazon music app**
 

Buy MP3 album with 1-Click®

Give album OR song as a gift

Redeem a gift card or promotion code & view balance

Add to Wish List

### MP3 Songs

▶ Play all samples  🔊

| | Song Title | Time | Price | |
|---|---|---|---|---|
| ▶ | 1. She Can't Find Her Keys | 2:33 | $0.99 | Buy MP3 |
| ▶ | 2. Keep Your Love Locked | 2:13 | $0.99 | Buy MP3 |
| ▶ | 3. Little Boy Sad | 1:42 | $0.99 | Buy MP3 |
| ▶ | 4. Be Everything To Anyone You Love | 2:04 | $0.99 | Buy MP3 |
| ▶ | 5. Mama, Your Little Boy Fell | 2:07 | $0.99 | Buy MP3 |
| ▶ | 6. One Girl | 2:10 | $0.99 | Buy MP3 |
| ▶ | 7. Lollipops And Roses | 2:24 | $0.99 | Buy MP3 |
| ▶ | 8. Love Me Tender | 2:03 | $0.99 | Buy MP3 |
| ▶ | 9. Please Mr. Sun | 2:13 | $0.99 | Buy MP3 |
| ▶ | 10. Blue Moon | 2:20 | $0.99 | Buy MP3 |
| ▶ | 11. Penny Is Seventeen | 2:12 | $0.99 | Buy MP3 |
| ▶ | 12. What Did They Do Before Rock 'N' Roll? | 2:09 | $0.99 | Buy MP3 |
| ▶ | 13. My Dad | 2:26 | $0.99 | Buy MP3 |
| ▶ | 14. Try A Little Tenderness | 1:55 | $0.99 | Buy MP3 |
| ▶ | 15. I Only Have Eyes For You (Bossa Nova) | 2:20 | $0.99 | Buy MP3 |
| ▶ | 16. You Must Have Been A Beautiful Baby | 2:23 | $0.99 | Buy MP3 |
| ▶ | 17. Little White Lies | 2:26 | $0.99 | Buy MP3 |
| ▶ | 18. Linda | 2:05 | $0.99 | Buy MP3 |
| ▶ | 19. Imagination | 2:42 | $0.99 | Buy MP3 |
| ▶ | 20. Goody Goody | 1:51 | $0.99 | Buy MP3 |

Amazon.com: Lollipops & Roses: Paul Petersen: MP3 Downloads

| | | | | |
|---|---|---|---|---|
| ▶ | 21. The Girl Next Door | 2:26 | $0.99 | Buy MP3 |
| ▶ | 22. Making Whoopee | 2:26 | $0.99 | Buy MP3 |
| ▶ | 23. Heart And Soul | 2:11 | $0.99 | Buy MP3 |
| ▶ | 24. Zip A Dee Doo Dah | 2:26 | $0.99 | Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Product Details

**Original Release Date:** May 1, 2011
**Label:** Master Classics Records
**Copyright:** (c) 2011 Master Classics Records
**Total Length:** 53:47
**Genres:**
  Pop > Adult Contemporary
**ASIN:** B0051V5LIE
**Average Customer Review:** Be the first to review this item

## Customer Reviews

There are no customer reviews yet.

5 star
4 star
3 star
2 star
1 star

Share your thoughts with other customers

Write a customer review



Your Amazon.com | Today's D

Shop by Department      Search   MP3 Music

Amazon MP3 Store   Amazon Cloud Player   New



Advertisement

## Look for Similar Items by Category

  Pop > Adult Contemporary

## Feedback

- If you have a question or problem, visit our **Help pages**.
- Would you like to **give feedback on images** or **tell us about a lower price**?
- If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

## Your Recently Viewed Items and Featured Recommendations

You viewed   

See personalized recommendations

View or edit your browsing history

Sign in

New customer? Start here.

**Continue Shopping:** Customers Who Bought Items in Your Recent History Also Bought

Try Prime   Recommendations   Today's Deals   Gift Cards   Sell   Help

Shop by
**Department** ▾        **Search**   | MP3 Music ▾ |          | **Go** |

Hello. Sign in
**Your Account** ▾     Try
**Prime** ▾          **0**

| Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting St... |

**Category**
MP3 Albums (2)
MP3 Songs (27)

**Department**
‹ Any Department
**MP3 Downloads**
  Jazz (14)
  Soundtracks (14)
  Pop (1)

Shop for **"77 sunset strip by
Warren Barker"** in our
**Amazon CD Store** (4)

MP3 Downloads › **"77 sunset strip by Warren Barker"**

**MP3 Albums**                                                                 See all 2

**77 Sunset Strip** by Warren      **77 Sunset Strip** by Warren
Barker                             Barker Orchestra
**$9.49**                          **$8.99**

**MP3 Songs and Extras**

Showing 27 Results                     Play all samples

| Song Title | Artist | Album | Time | Price |
|---|---|---|---|---|
| 77 Sunset Strip (Album Version) | Warren Barker Orchestra | 77 Sunset Strip | 2:11 | $0.99 |
| 77 Sunset Strip Cha Cha (Album Version) | Warren Barker Orchestra | 77 Sunset Strip | 2:06 | $0.99 |
| 77 Sunset Strip Cha Cha | Warren Barker Orchestra | 77 Sunset Strip | 2:07 | $0.99 |
| 77 Sunset Strip | Warren Barker Orchestra | 77 Sunset Strip | 2:12 | $0.99 |
| 77 Sunset Strip | Warren Barker & His Orchestra | America's Greatest Music Makers | 2:08 | $0.89 |
| Blue Night On The Strip (Album Version) | Warren Barker Orchestra | 77 Sunset Strip | 2:40 | $0.99 |
| Swingin' On The Strip | Warren Barker Orchestra | 77 Sunset Strip | 1:50 | $0.99 |
| Swingin' On The Strip (Album Version) | Warren Barker Orchestra | 77 Sunset Strip | 1:51 | $0.99 |
| Blue Night On The Strip | Warren Barker Orchestra | 77 Sunset Strip | 2:41 | $0.99 |
| Caper At The Coffee House (Album Version) | Warren Barker Orchestra | 77 Sunset Strip | 2:10 | $0.99 |
| Late At Bailey's Pad (Album Version) | Warren Barker Orchestra | 77 Sunset Strip | 2:55 | $0.99 |
| Cleo's Theme | Warren Barker Orchestra | 77 Sunset Strip | 3:42 | $0.99 |
| If I Could Be With You (Album Version) | Warren Barker Orchestra | 77 Sunset Strip | 2:00 | $0.99 |
| Caper At The Coffee House | Warren Barker Orchestra | 77 Sunset Strip | 2:10 | $0.99 |
| Lover Come Back To Me (Album Version) | Warren Barker Orchestra | 77 Sunset Strip | 1:54 | $0.99 |
| Cleo's Theme (Album Version) | Warren Barker Orchestra | 77 Sunset Strip | 3:41 | $0.99 |
| The Stu Bailey Blues (Album Version) | Warren Barker Orchestra | 77 Sunset Strip | 2:45 | $0.99 |

Case 3:12-cv-05453-APC JCF Document 169-12 Filed 03/10/15 Page 48 of 63 Page ID #:392

| | | | | |
|---|---|---|---|---|
| I Get A Kick Out Of You (Album Version) | Warren Barker Orchestra | 77 Sunset Strip | 2:46 | $0.99 |
| Lover Come Back To Me | Warren Barker Orchestra | 77 Sunset Strip | 1:55 | $0.99 |
| You Took Advantage Of Me (Album Version) | Warren Barker Orchestra | 77 Sunset Strip | 2:55 | $0.99 |
| If I Could Be With You | Warren Barker Orchestra | 77 Sunset Strip | 2:01 | $0.99 |
| Kookie's Caper | Warren Barker Orchestra | 77 Sunset Strip | 2:07 | $0.99 |
| Kookie's Caper (Album Version) | Warren Barker Orchestra | 77 Sunset Strip | 2:06 | $0.99 |
| Late At Bailey's Pad | Warren Barker Orchestra | 77 Sunset Strip | 2:57 | $0.99 |
| I Get A Kick Out Of You | Warren Barker Orchestra | 77 Sunset Strip | 2:47 | $0.99 |
| You Took Advantage Of Me | Warren Barker Orchestra | 77 Sunset Strip | 2:55 | $0.99 |
| The Stu Bailey Blues | Warren Barker Orchestra | 77 Sunset Strip | 2:46 | $0.99 |

Shop for **"77 sunset strip by Warren Barker"** in our **Amazon CD Store** (4)

**Sponsored Links**

1. **We Found Warren Barker**          But Only You Can Access Your Score. Get Your Free C
                                        Today!   www.freecreditscore.com/**Warren+Barker**

2. **77 Sunset Strip**                 Looking for **77 Sunset Strip**? Find exactly what you wa
                                        www.yahoo.com/

3. **Sunset Stripe**                   Find the cheapest prices Using our Shopping Engine!
                                        www.shoptrue.com/

4. **We Found Warren Barker**          1) **Warren Barker's** Phone 2) Address 3) Age & More.
                                        www.beenverified.com/

See a problem with these advertisements? Let us know

**Search Feedback**

Did you find what you were looking for?  [Yes]  [No]

If you need help or have a question for Customer Service, please visit the Help Section.

Search powered by A9

**Your Recently Viewed Items and Featured Recommendations**



Amazon MP3 Store   Amazon Cloud Player   New Releases   Browse Genres   Recommendations   Best Sellers   Advanced Search   Getting Started

## 77 Sunset Strip
Warren Barker

November 20, 2007

7 customer reviews

Price: **$9.49**

Buy MP3 Album                $9.49

Wish List and Gifting

Redeem a gift card or promotion code & view balance

See larger image (with zoom)

| | | Song Title | Artist | Time | Popularity | |
|---|---|---|---|---|---|---|
| ▶ | 1 | 77 Sunset Strip (Album Version) | Warren Barker Orchestra | 2:11 | | Buy: $0.99 |
| ▶ | 2 | Late At Bailey's Pad (Album Version) | Warren Barker Orchestra | 2:55 | | Buy: $0.99 |
| ▶ | 3 | I Get A Kick Out Of You (Album Version) | Warren Barker Orchestra | 2:46 | | Buy: $0.99 |
| ▶ | 4 | Cleo's Theme (Album Version) | Warren Barker Orchestra | 3:41 | | Buy: $0.99 |
| ▶ | 5 | Caper At The Coffee House (Album Version) | Warren Barker Orchestra | 2:10 | | Buy: $0.99 |
| ▶ | 6 | You Took Advantage Of Me (Album Version) | Warren Barker Orchestra | 2:55 | | Buy: $0.99 |
| ▶ | 7 | 77 Sunset Strip Cha Cha (Album Version) | Warren Barker Orchestra | 2:06 | | Buy: $0.99 |
| ▶ | 8 | Kookie's Caper (Album Version) | Warren Barker Orchestra | 2:06 | | Buy: $0.99 |
| ▶ | 9 | The Stu Bailey Blues (Album Version) | Warren Barker Orchestra | 2:45 | | Buy: $0.99 |
| ▶ | 10 | Lover Come Back To Me (Album Version) | Warren Barker Orchestra | 1:54 | | Buy: $0.99 |
| ▶ | 11 | Blue Night On The Strip (Album Version) | Warren Barker Orchestra | 2:40 | | Buy: $0.99 |
| ▶ | 12 | If I Could Be With You (Album Version) | Warren Barker Orchestra | 2:00 | | Buy: $0.99 |

| ▶ | 13 | Swingin' On The Strip (Album Version) | Warren Barker Orchestra | 1:51 | | Buy: $0.99 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Customers Who Viewed This Item Also Viewed









**77 Sunset Strip**
> Original Television Sou...
MP3 Download
$0.89

**The Golden Age of TV Drama**
James Dean
(7)
DVD

**Camelot**
> Camelot
(92)
MP3 Download
$5.99

**The Marx Brothers Greatest Hits**
> The Marx Brothers
(3)
MP3 Download
$5.99

## Product Details

**Original Release Date:** November 20, 2007
**Release Date:** November 20, 2007
**Label:** Rhino/Warner Bros.
**Copyright:** 1959 Warner Bros. Records, manufactured and marketed by Rhino Entertainment Company, a Warner Music Group company
**Record Company Required Metadata:** Music file metadata contains unique purchase identifier. Learn more.
**Total Length:** 32:00
**Genres:**
   Jazz
**ASIN:** B00122PV4A
**Average Customer Review:** (7 customer reviews)
**Amazon Best Sellers Rank:** #364,001 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)

## Customer Reviews

(7)
4.9 out of 5 stars

| 5 star | 6 |
| 4 star | 1 |
| 3 star | 0 |
| 2 star | 0 |
| 1 star | 0 |

Share your thoughts with other customers

Write a customer review

See all 7 customer reviews

### Most Helpful Customer Reviews

10 of 10 people found the following review helpful
**77 Suinset Strip sound track** May 28, 2004
By A Customer
Format: Audio CD

This album is outstanding. West Coast cool jazz performed by Warren Barker and a group of uncredited but highly talented musicians. I have always wondered why the musicians have never been identified because there is some excellent piano, vibes and horn work on this album. The German CD reissue has excellent sound quality. I

Advertisement

### Most Recent Customer Reviews

**Finger snapping good**
This was a 'blast' from my past. It arrived on time and in perfect condition. 'KOOKY!'
Published on February 26, 2010 by Marianne Laird-Bird

was listening to this album in 1959 and still listen to it in 2004. Henry Mancini created the private eye jazz style ("Peter Gunn") but Warren Barker added greatly to it with this album.

Comment | Was this review helpful to you?   Yes   No

6 of 7 people found the following review helpful

### Kookie Kookie, Lend me your comb   August 14, 2003

By A Customer

Format: Audio CD | Amazon Verified Purchase

77 Sunset Strip was the first and best of the Warner Bros. 50's detective shows. The cast was above average, the stories, which were copied for the other shows that followed, were well written. After listening to this cd, you realize this album could have stood for it's self and not just background music. I highly recommend this hard to find cd if you are a fan of 50's big band.

Comment | Was this review helpful to you?   Yes   No

### Cool and Crisp   November 14, 2012

By Brent Butler   TOP 500 REVIEWER   VINE VOICE

Format: MP3 Music | Amazon Verified Purchase

This first thing I like to know about an MP3 album is how it compares to physical media. No worries on that account here ... this album sounds great on MP3. The instruments sound crisp and detailed. The range is excellent, there is no distortion at the higher and lower ends. The stereo separation is pleasing.

How about the music itself? It's cool jazz, arranged to fit the style and the mood of late 50s - early 60s TV ... and TV jazz in those days was very fine indeed. The skill of the musicians in these numbers is top notch. The notes on the horns are pure and the piano play had a light and adroit touch. You'd swear the bass was across the room from you.

Of course this album isn't really a soundtrack. The classic theme from the show is reinterpreted here, not recreated. This is a studio album of music that might have appeared in the show, but arranged for these studio performances as full bodied jazz ... not the light background versions that would have accompanied the action on film.

On one point I was a bit conflicted about whether to be disappointed or smug. One of the TV shows had a jazz combo at Dino's (next door to the agency's office) doing a unique turn on the theme song as a full musical number. The WB shows of that day were relaxed enough to do that, for example every Hawaiian Eye had a full musical number sung by Connie Stevens. I happened to record that 77 Sunset Strip show years ago when it played on the then "Good Life TV Network", and eventually managed to transfer it to my computer. There probably aren't many people with a recording of that number. I was halfway expecting it to be on this album (when I thought it might be a soundtrack). Read more ›

Comment | Was this review helpful to you?   Yes   No

### fond memories   January 22, 2011

By Mat

Format: Audio CD | Amazon Verified Purchase

This album was a surprise for me from the days when the TV show was running and my mother gave it to me. I was a kid, but I listened to it often and being able to listen to it again after five decades was quite nice. What is surprising that it sounds to my ear as a pretty good jazz album. I have always liked the extensive use of bass clarinet on it. The album includes several settings of some standards as well as the TV show theme and two different variations on it. It is definately a product of its time. Enjoy.

### From the good old days

One of my all time favorite TV shows. I stil have the record album,but it won't fit in the CD Player. I can't wait for the DVD collection to come out.

Published on March 2, 2009 by Paul M. Carlson

### Meet Me On The Strip!

Ladies: put on your cocktail dresses and men: your white sports coats and black bowties! Turn the lights low, get out your pink elephant swizzle sticks and silver bullet cocktail... Read more

Published on February 17, 2007 by Linda G. Chronister

### Search Customer Reviews

[                              ]   Go

☑ Only search this product's reviews

Case 1:12-cv-05453-ALC-JCF  Document 169-12  Filed 02/10/15  Page 52 of 63

Comment  |  **Was this review helpful to you?**  Yes   No

› **See all 7 customer reviews (newest first)**

Write a customer review

---

## What Other Items Do Customers Buy After Viewing This Item?

- **77 Sunset Strip**  Original Television Soundtrack | Format: MP3 Music   MP3 Download
  $0.89

› **Explore similar items**

---

### Feedback

▸ If you have a question or problem, visit our **Help pages**.
▸ Would you like to **give feedback on images** or **tell us about a lower price**?
▸ If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

---

**Your Recently Viewed Items and Featured Recommendations**

Loading

**Get to Know Us**

Careers

Investor Relations

Press Releases

Amazon and Our Planet

Amazon in the Community

**Make Money with Us**

Sell on Amazon

Become an Affiliate

Advertise Your Products

Independently Publish with Us

› See all

**Amazon Payment Products**

Amazon.com Rewards Visa Card

Amazon.com Store Card

Shop with Points

Credit Card Marketplace

Amazon Currency Converter

**Let Us Help You**

Your Account

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Kindle

Help

**amazon**.com

Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Spain   United Kingdom

**6pm**
Score deals
on fashion brands

**AbeBooks**
Rare Books
& Textbooks

**AfterSchool.com**
Kids' Sports, Outdoor
& Dance Gear

**AmazonFresh**
Groceries & More
Right To Your Door

**Amazon Local**
Great Local Deals
in Your City

**AmazonSupply**
Business, Industrial
& Scientific Supplies

**Amazon Web Services**
Scalable Cloud
Computing Services

**Askville**
Community
Answers

**Audible**
Download
Audio Books

**BeautyBar.com**
Prestige Beauty
Delivered

**Book Depository**
Books With Free
Delivery Worldwide

**Bookworm.com**
Books For Children
Of All Ages

**Casa.com**
Kitchen, Storage
& Everything Home

**CreateSpace**
Indie Print Publishing
Made Easy

**Diapers.com**
Everything
But The Baby

**DPReview**
Digital
Photography



| | | Song Title | Artist | Time | Popularity |
|---|---|---|---|---|---|
| ▶ | 1 | 77 Sunset Strip | Warren Barker Orchestra | 2:12 | Buy: $0.99 |
| ▶ | 2 | Kookie's Caper | Warren Barker Orchestra | 2:07 | Buy: $0.99 |
| ▶ | 3 | Lover Come Back To Me | Warren Barker Orchestra | 1:55 | Buy: $0.99 |
| ▶ | 4 | Blue Night On The Strip | Warren Barker Orchestra | 2:41 | Buy: $0.99 |
| ▶ | 5 | Swingin' On The Strip | Warren Barker Orchestra | 1:50 | Buy: $0.99 |
| ▶ | 6 | 77 Sunset Strip Cha Cha | Warren Barker Orchestra | 2:07 | Buy: $0.99 |
| ▶ | 7 | Cleo's Theme | Warren Barker Orchestra | 3:42 | Buy: $0.99 |
| ▶ | 8 | You Took Advantage Of Me | Warren Barker Orchestra | 2:55 | Buy: $0.99 |
| ▶ | 9 | The Stu Bailey Blues | Warren Barker Orchestra | 2:46 | Buy: $0.99 |
| ▶ | 10 | If I Could Be With You | Warren Barker Orchestra | 2:01 | Buy: $0.99 |
| ▶ | 11 | I Get A Kick Out Of You | Warren Barker Orchestra | 2:47 | Buy: $0.99 |
| ▶ | 12 | Caper At The Coffee House | Warren Barker Orchestra | 2:10 | Buy: $0.99 |

| ▶ | 13 | Late At Bailey's Pad | Warren Barker Orchestra | 2:57 | **Buy: $0.99** |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Product Details

**Original Release Date:** January 1, 2011
**Label:** Master Classics Records
**Copyright:** (c) 2011 Master Classics Records
**Total Length:** 32:10
**Genres:**

   Soundtracks

**ASIN:** B004L06X7Y
**Average Customer Review:** Be the first to review this item
**Amazon Best Sellers Rank:** #660,122 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)

## Customer Reviews

There are no customer reviews yet.

5 star
4 star
3 star
2 star
1 star

Share your thoughts with other customers

Write a customer review

Advertisement

## Feedback

▸ If you have a question or problem, visit our **Help pages.**
▸ Would you like to **give feedback on images** or **tell us about a lower price**?
▸ If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

### Your Recently Viewed Items and Featured Recommendations

You viewed     

▸ View or edit your browsing history

See personalized recommendations

**Sign in**

New customer? Start here.

**Continue Shopping:** Customers Who Bought Items in Your Recent History Also Bought          Page 1 of 9

 



Halloween Shop
› Shop now

**amazon**
Try Prime

Your Amazon.com   Today's Deals   Gift Cards   Sell   Help

MP3 Music | Plays the Music of Harold Rome by Roland Hanna

Search

Hello. Sign in
Your Account

Try
Prime

**0**
Cart

Wish
List

Shop by
Department

---

Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs

---

**Category**
MP3 Albums (2)
MP3 Songs (16)

**Department**
‹ Any Department
**MP3 Downloads**
Jazz (18)

MP3 Downloads › "Plays the Music of Harold Rome by Roland Hanna"

**MP3 Albums**

See all 2 MP3 album results

**Roland Hanna Play Harold Rome's 'Destry Rides Again'** by Roland Hanna
**$5.52**

**Plays the Music of Harold Rome** by Roland Hanna
**$7.92**

---

**MP3 Songs and Extras**

Showing 16 Results

▶ Play all samples

Sort by

Song Title: A to Z

| Song Title▲ | Artist | Album | Time | Price | Download |
|---|---|---|---|---|---|
| ▶ Anyone Would Love You | Roland Hanna | Plays the Music of Harold Rome | 3:42 | $0.99 | Buy MP3 |
| ▶ Anyone Would Love You (LP Version) | Roland Hanna | Roland Hanna Play Harold Rome's 'Destry Rides Again' | 3:42 | $0.69 | Buy MP3 |
| ▶ Fair Warning | Roland Hanna | Plays the Music of Harold Rome | 4:37 | $0.99 | Buy MP3 |
| ▶ Fair Warning (LP Version) | Roland Hanna | Roland Hanna Play Harold Rome's 'Destry Rides Again' | 4:37 | $0.69 | Buy MP3 |
| ▶ Hoop DE Dingle | Roland Hanna | Plays the Music of Harold Rome | 5:30 | $0.99 | Buy MP3 |
| ▶ Hoop De Dingle (LP Version) | Roland Hanna | Roland Hanna Play Harold Rome's 'Destry Rides Again' | 5:30 | $0.69 | Buy MP3 |
| ▶ I Know Your Kind | Roland Hanna | Plays the Music of Harold Rome | 4:59 | $0.99 | Buy MP3 |
| ▶ I Know Your Kind (LP Version) | Roland Hanna | Roland Hanna Play Harold Rome's 'Destry Rides Again' | 4:59 | $0.69 | Buy MP3 |
| ▶ I Say Hello | Roland Hanna | Plays the Music of Harold Rome | 4:04 | $0.99 | Buy MP3 |
| ▶ I Say Hello (LP Version) | Roland Hanna | Roland Hanna Play Harold Rome's 'Destry Rides Again' | 4:04 | $0.69 | Buy MP3 |
| ▶ Once Knew a Fella | Roland Hanna | Plays the Music of Harold Rome | 4:38 | $0.99 | Buy MP3 |
| ▶ Once Knew A Fella (LP Version) | Roland Hanna | Roland Hanna Play Harold Rome's 'Destry Rides Again' | 4:38 | $0.69 | Buy MP3 |
| ▶ Rose Lovejoy of Paradise Valley | Roland Hanna | Plays the Music of Harold Rome | 4:09 | $0.99 | Buy MP3 |
| ▶ Rose Lovejoy Of Paradise Valley (LP Version) | Roland Hanna | Roland Hanna Play Harold Rome's 'Destry Rides Again' | 4:09 | $0.69 | Buy MP3 |
| ▶ That Ring On the Finger | Roland Hanna | Plays the Music of Harold Rome | 3:45 | $0.99 | Buy MP3 |
| ▶ That Ring On The Finger (LP Version) | Roland Hanna | Roland Hanna Play Harold Rome's 'Destry Rides Again' | 3:45 | $0.69 | Buy MP3 |

---

**Sponsored Links**

Huge selection, great deals on **Roland Hanna** items.   www.yahoo.com/



# amazon
Try Prime

Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

Shop by Department ▾ | Search | MP3 Music ▾ | Plays the Music of Harold Rome by Roland Hanna | | Hello. Sign in Your Account ▾ | Try Prime ▾ | 🛒 0 Cart | Wish List ▾

Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs



⊕ ZOOM
See larger image (with zoom)

## Roland Hanna Play Harold Rome's 'Destry Rides Again'

Roland Hanna | Format: MP3 Music
Be the first to review this item

Price: **$5.52**

Original Release Date: October 16, 2007



Buy MP3 album with 1-Click®

Give album OR song as gift ▸

Redeem a gift card or promotion code & view balance

Add to Wish List

### MP3 Songs   ▶ Play all samples   🔊

| | Song Title | Time | Popularity | Price | |
|---|---|---|---|---|---|
| ▶ | 1. I Know Your Kind (LP Version) | 4:59 | | $0.69 | Buy MP3 |
| ▶ | 2. Fair Warning (LP Version) | 4:37 | | $0.69 | Buy MP3 |
| ▶ | 3. Rose Lovejoy Of Paradise Valley (LP Version) | 4:09 | | $0.69 | Buy MP3 |
| ▶ | 4. That Ring On The Finger (LP Version) | 3:45 | | $0.69 | Buy MP3 |
| ▶ | 5. Once Knew A Fella (LP Version) | 4:38 | | $0.69 | Buy MP3 |
| ▶ | 6. Anyone Would Love You (LP Version) | 3:42 | | $0.69 | Buy MP3 |
| ▶ | 7. I Say Hello (LP Version) | 4:04 | | $0.69 | Buy MP3 |
| ▶ | 8. Hoop De Dingle (LP Version) | 5:30 | | $0.69 | Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Product Details

**Original Release Date:** October 16, 2007
**Release Date:** October 16, 2007
**Label:** Rhino Atlantic
**Copyright:** 1959 Atlantic Recording Corp., manufactured and marketed by Rhino Entertainment Company, a Warner Music Group compan
**Record Company Required Metadata:** Music file metadata contains unique purchase identifier. Learn more.
**Total Length:** 35:24
**Genres:**
   Jazz
**ASIN:** B00122L0UO
**Average Customer Review:** Be the first to review this item
**Amazon Best Sellers Rank:** #486,128 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)

## Customer Reviews

There are no customer reviews yet.


Your Amazon.com | To

Shop by

Amazon.com: Roland Hanna Play Harold Rome's 'Destry Rides Again': Roland Hanna: MP3 Downloads

5 star
4 star
3 star
2 star
1 star

Share your thoughts with other customers

**Write a customer review**



Advertisement

Department

Search   MP3 Music

**Amazon MP3 Store**   Amazon Cloud Player   Ne

## Feedback

▸ If you have a question or problem, visit our **Help pages**.
▸ Would you like to **give feedback on images** or **tell us about a lower price**?
▸ If you are a seller for this product and want to change product data, click **here** (you may hav

## Your Recently Viewed Items and Featured Recommendations

You viewed      

▸ **View or edit your browsing history**

See personalized recommendations

**Sign in**

New customer? **Start here.**

**Continue Shopping:** Customers Who Bought Items in Your Recent History Also Bought

Page 1 of 7



Devil's Angels
Various artists
MP3 Download
$9.49



The Glory Stompers
Various artists
MP3 Download
$9.49



The Hellcats
Various artists
★★★★★ (1)
MP3 Download
$7.99



Brandy
Looking Glass
★★★★★ (13)
MP3 Download
$1.29



**Get to Know Us**
Careers
Investor Relations
Press Releases
Amazon and Our Planet
Amazon in the Community

**Make Money with Us**
Sell on Amazon
Become an Affiliate
Advertise Your Products
Independently Publish with Us
▸ See all

**Amazon Payment Products**
Amazon.com Rewards Visa Card
Amazon.com Store Card
Shop with Points
Credit Card Marketplace
Amazon Currency Converter

**Let Us Help You**
Your Account
Shipping Rates & Policies
Amazon Prime
Returns Are Easy
Manage Your Kindle
Help

## amazon.com

Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Spain   United Kingdom

6pm
Score deals

AbeBooks
Rare Books

AfterSchool.com
Kids' Sports, Outdoor

AmazonFresh
Groceries & More

Amazon Local
Great Local Deals

AmazonSupply
Business, Industrial

AmazonWebServices
Scalable

Askville
Community

Amazon.com: Plays the Music of Harold Rome: Roland Hanna: MP3 Downloads





amazon
Try Prime

Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

Shop by Department ▾ | Search | MP3 Music ▾ | Plays the Music of Harold Rome by Roland Hanna | Hello. Sign in Your Account ▾ | Try Prime ▾ | 0 Cart ▾ | Wish List ▾

Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs



ZOOM
See larger image (with zoom)

## Plays the Music of Harold Rome

Roland Hanna | Format: MP3 Music

Be the first to review this item

Price: **$7.92**

Original Release Date: June 1, 2012

Get our free Amazon music app  

Buy MP3 album with 1-Click®

Give album OR song as gift ▸

Redeem a gift card or promotion code & view balance

Add to Wish List



| MP3 Songs | | ▶ Play all samples | | |
|---|---|---|---|---|
| **Song Title** | | **Time** | **Popularity** | **Price** |
| ▶ | 1. Once Knew a Fella | 4:38 | | $0.99 Buy MP3 |
| ▶ | 2. Anyone Would Love You | 3:42 | | $0.99 Buy MP3 |
| ▶ | 3. That Ring On the Finger | 3:45 | | $0.99 Buy MP3 |
| ▶ | 4. I Say Hello | 4:04 | | $0.99 Buy MP3 |
| ▶ | 5. Fair Warning | 4:37 | | $0.99 Buy MP3 |
| ▶ | 6. Rose Lovejoy of Paradise Valley | 4:09 | | $0.99 Buy MP3 |
| ▶ | 7. I Know Your Kind | 4:59 | | $0.99 Buy MP3 |
| ▶ | 8. Hoop DE Dingle | 5:30 | | $0.99 Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Product Details

**Original Release Date:** June 1, 2012
**Label:** Stardust Records
**Copyright:** (c) 2012 Stardust Records
**Total Length:** 35:24
**Genres:**
    Jazz > Jazz Fusion
    Jazz > Smooth Jazz
**ASIN:** B008PG391S
**Average Customer Review:** Be the first to review this item

## Customer Reviews

There are no customer reviews yet.

5 star
4 star
3 star
2 star

Share your thoughts with other customers

Write a customer review

amazon
Try Prime

Your Amazon.com | Tod...

Shop by Department ▾ | Search | MP3 Music

Amazon MP3 Store | Amazon Cloud Player | Ne...

http://www.amazon.com/Plays-Music-Harold-Rome/dp/B008PG391S/ref=sr_1_2?s=dmusic&ie=UTF8&sr=1-2&keywords=Plays+the+Music+of+Harold+Rome+by+Roland+Hanna[10/9/2013 10:27:07 AM]

Amazon.com: apollo saturday night by various artists: MP3 Downloads

# amazon
**Try Prime**

Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

All-New kindle paperwhite
From $119 ›Pre-order now

**Shop by Department** ▾ | **Search** | MP3 Music ▾ | apollo saturday night by various artists | | Hello. **Sign in** Your Account ▾ | Try Prime ▾ | 0 Cart ▾ | Wish List ▾

**Amazon MP3 Store** | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs | MP3 Help

**Category**
MP3 Albums (2)

**Department**
‹ Any Department
**MP3 Downloads**
  Rock (2)
  Blues (1)

Shop for **"apollo saturday night by various artists"** in our **Amazon CD Store** (1)

**Listmania!**



Create a Listmania! list

MP3 Downloads › **"apollo saturday night by various artists"**

## MP3 Albums

**See all 2 MP3 album results**

1.

**Apollo Saturday Night** by Various artists
**$9.49**

2.

**Apollo Saturday Night** by Various Artists
**$8.99**

Shop for **"apollo saturday night by various artists"** in our **Amazon CD Store** (1)

---

**Search Feedback**

Did you find what you were looking for? Yes | No

If you need help or have a question for Customer Service, please visit the Help Section.

Search powered by A9

amazon
Try Prime

Your Amazon.com    Today's Deals    Gift Cards    Sell    Help

All-New kindle paperwhite
From $119  ›Pre-order now

Shop by
Department ▼

Search    MP3 Music ▼    [                    ] [   ]

Hello. Sign in
Your Account ▼    Try
Prime ▼    0 Cart ▼    Wish
List ▼

Amazon MP3 Store    Amazon Cloud Player    New Releases    Browse Genres    Recommendations    Best Sellers    Advanced Search    Getting Started    CDs    MP3 Help



ZOOM
See larger image (with zoom)

## Apollo Saturday Night
Various artists | Format: MP3 Music
★★★★★ ☑ (2 customer reviews)

Price: **$9.49**

**Original Release Date:** July 29, 2008




Get our free
Amazon music app

Buy MP3 album with 1-Click®

Give album OR song as gift

Redeem a gift card or promotion code &
view balance

Add to Wish List

| MP3 Songs | ▶ Play all samples | | | |
|---|---|---|---|---|
| | **Song Title** | **Artist** | **Time** | **Price** |
| ▶ | 1. I Found A Love [Live at The Apollo Theater, New York] | The Falcons | 3:07 | $0.69 | Buy MP3 |
| ▶ | 2. Alabama Bound [Live at The Apollo Theater, New York] | The Falcons | 2:48 | $0.69 | Buy MP3 |
| ▶ | 3. Pain In My Heart [Live at The Apollo Theater, New York] | Otis Redding | 2:38 | $0.99 | Buy MP3 |
| ▶ | 4. These Arms Of Mine [Live at The Apollo Theater, New York] | Otis Redding | 2:41 | $0.99 | Buy MP3 |
| ▶ | 5. Misty [Live at The Apollo Theater, New York] | Doris Troy | 2:26 | $0.69 | Buy MP3 |
| ▶ | 6. Say Yeah [Live at The Apollo Theater, New York] | Doris Troy | 2:34 | $0.69 | Buy MP3 |
| ▶ | 7. Rockin' Chair [Live at The Apollo Theater, New York] | Rufus Thomas | 4:07 | $0.69 | Buy MP3 |
| ▶ | 8. Walking The Dog [Live at The Apollo Theater, New York] | Rufus Thomas | 2:41 | $0.69 | Buy MP3 |
| ▶ | 9. T'Ain't Nothin' To Me [Live At The Apollo Theater, New York] | The Coasters | 4:27 | $0.99 | Buy MP3 |
| ▶ | 10. Speedo's Back In Town [Live At The Apollo Theater, New York] | The Coasters | 3:22 | $0.69 | Buy MP3 |
| ▶ | 11. Groovin' [Live at The Apollo Theater, New York] | Ben E. King | 2:33 | $0.69 | Buy MP3 |
| ▶ | 12. Don't Play That Song [Live at The Apollo Theater, New York] | Ben E. King | 3:00 | $0.69 | Buy MP3 |
| ▶ | 13. Stand By Me [Live at The Apollo Theater, New York] | Ben E. King | 2:23 | $0.69 | Buy MP3 |
| ▶ | 14. What'd I Say [Live at The Apollo Theater, New York] | Ray Charles | 1:48 | $0.99 | Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Customers Who Viewed This Item Also Viewed

Page 1 of 8


Monterey International Pop Festival (Live)
› Various


In Person At The Whisky A Go Go
› Otis Redding


Live At Fillmore West
› Aretha Franklin
★★★★★ (33)


One Night Stand - Sam Cooke Live At The …
› Sam Cooke

Amazon.com: Apollo Saturday Night: Various artists: MP3 Downloads
Case 1:09-cv-09533-APCA Document 169-11 Filed 10/10/15 Page 61 of 63
Case 3:12-cv-05453-APCA Document 169-11 Filed 02/10/15 Page 61 of 63
Case ID #405



(23)  (16)  #9.49  (83)
MP3 Download   MP3 Download   MP3 Download
$10.99   $9.49   $9.49   $9.99

---

## Product Details

**Original Release Date:** July 29, 2008

**Release Date:** July 29, 2008

**Label:** Rhino Atlantic

**Copyright:** 1975 Atlantic Recording Corp., marketed by Rhino Entertainment Company, a Warner Music Group company

**Record Company Required Metadata:** Music file metadata contains unique purchase identifier. [Learn more](#).

**Total Length:** 40:35

**Genres:**
  [Blues](#)
  [Rock](#)

**ASIN:** B001CP7EBU

**Average Customer Review:** ★★★★★ ☑ ([2 customer reviews](#))

**Amazon Best Sellers Rank:** #184,075 Paid in MP3 Albums ([See Top 100 Paid in MP3 Albums](#))

## Customer Reviews

★★★★★ (2)
5.0 out of 5 stars

| | | |
|---|---|---|
| 5 star | ▮▮▮▮ | 2 |
| 4 star | | 0 |
| 3 star | | 0 |
| 2 star | | 0 |
| 1 star | | 0 |

[See both customer reviews](#)

Share your thoughts with other customers

**Write a customer review**



Advertisement

### Most Helpful Customer Reviews

5 of 5 people found the following review helpful

★★★★★ **GREAT NIGHT**   March 27, 2009

By BILLYBOBUK

Format: Audio CD  |  Amazon Verified Purchase

Great to see this old album finally out on CD.Its 1964,Saturday night at the Apollo in NY city--the midnight show featuring Falcons with Wilson Pickett,early soulful performance by Otis Redding (the girls sure loved him),Doris Troy,Rufus Thomas and the Coasters all in fine form, and the great Ben E King closing out with a couple of his hits.

Sound and packaging is great,the house band is excellent,great release for anybody interested in 60'soul music, Atlantic & Stax sounds-highly recomended,music history, support it.

2 Comments  |  Was this review helpful to you?  [Yes]  [No]



Search Customer Reviews

[_____]  [Go]

☑ Only search this product's reviews

1 of 1 people found the following review helpful

★★★★★ **Historic "souled" out live show**   May 1, 2013

By Annie Van Auken   TOP 100 REVIEWER   VINE VOICE

Format: Vinyl

APOLLO SATURDAY NIGHT (AS 128 008) was issued in 1964 on an ATCO Special label.
Orchestra leader on this star-studded Harlem NY night was sax man King Curtis (Ousley).
A film was shown before the 11/13/63 concert began at just a few minutes before midnight.

ARTIST NOTES
This version of the Falcons, a vocal group formed in Detroit in 1955, features Wilson Pickett and Eddie Floyd.
Otis Redding hadn't yet broken into the Top 40 when he appeared this night.
Doris Troy, aka "Mama Soul" was an Apollo Theater usherette when she was discovered by James Brown.

Amazon.com: Apollo Saturday Night: Various Artists: MP3 Downloads



amazon
Try Prime

Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

All-New kindle paperwhite
From $119 › Pre-order now

Shop by Department ▾    Search   [MP3 Music ▾]   [          ]   Hello. Sign in Your Account ▾   Try Prime ▾   0 Cart ▾   Wish List ▾

Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs | MP3 Help

## Apollo Saturday Night

Various artists | Format: MP3 Music

★★★★★ ☑ (2 customer reviews)

Price: **$8.99**

**Original Release Date:** June 1, 2011

Also available in CD Format

  

Get our free Amazon music app

Buy MP3 album with 1-Click®

Give album OR song as a gift

Redeem a gift card or promotion code & view balance

Add to Wish List

See larger image (with zoom)
ZOOM

### MP3 Songs

▶ Play all samples

| | Song Title | Artist | Time | Price | |
|---|---|---|---|---|---|
| ▶ | 1. I Found A Love | The Falcons | 3:07 | $0.99 | Buy MP3 |
| ▶ | 2. Alabama Bound | The Falcons | 3:08 | $0.99 | Buy MP3 |
| ▶ | 3. Pain In My Heart | Otis Redding | 2:18 | $0.99 | Buy MP3 |
| ▶ | 4. These Arms Of Mine | Otis Redding | 2:53 | $0.99 | Buy MP3 |
| ▶ | 5. Misty | Doris Troy | 2:19 | $0.99 | Buy MP3 |
| ▶ | 6. Say Yeah | Doris Troy | 3:30 | $0.99 | Buy MP3 |
| ▶ | 7. Rockin' Chair | Rufus Thomas | 3:10 | $0.99 | Buy MP3 |
| ▶ | 8. Walking The Dog | Rufus Thomas | 2:45 | $0.99 | Buy MP3 |
| ▶ | 9. T'Ain't Nothin' To Me | The Coasters | 4:33 | $0.99 | Buy MP3 |
| ▶ | 10. Speedo's Back In Town | The Coasters | 3:15 | $0.99 | Buy MP3 |
| ▶ | 11. Groovin' | Ben E. King | 2:28 | $0.99 | Buy MP3 |
| ▶ | 12. Don't Play That Song | Ben E. King | 3:00 | $0.99 | Buy MP3 |
| ▶ | 13. Stand By Me | Ben E. King | 2:23 | $0.99 | Buy MP3 |
| ▶ | 14. What'd I Say | All Star | 1:47 | $0.99 | Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Customers Who Viewed This Item Also Viewed

Page 1 of 8


Monterey International Pop Festival (Live)


In Person At The Whisky A Go Go


Live At Fillmore West
› Aretha Franklin


One Night Stand - Sam Cooke Live At The ...

‹    ›

Amazon.com: Apollo Saturday Night: Various Artists: MP3 Downloads

> Various
★★★★½ (23)
MP3 Download
$10.99

> Otis Redding
★★★★★ (16)
MP3 Download
$9.49

#4(17)
MP3 Download
$9.49

> Sam Cooke
★★★★½ (83)
MP3 Download
$9.99

---

## Product Details

**Original Release Date:** June 1, 2011
**Label:** Master Classics Records
**Copyright:** (c) 2011 Master Classics Records
**Total Length:** 40:36
**Genres:**
Rock
**ASIN:** B005FA6YR8
**Average Customer Review:** ★★★★★ ☑ (2 customer reviews)
**Amazon Best Sellers Rank:** #650,935 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)

---

## Customer Reviews


★★★★★ (2)
5.0 out of 5 stars

| | | |
|---|---|---|
| 5 star | ▇▇▇▇ | 2 |
| 4 star | | 0 |
| 3 star | | 0 |
| 2 star | | 0 |
| 1 star | | 0 |

See both customer reviews

Share your thoughts with other customers

[ Write a customer review ]



### Most Helpful Customer Reviews

5 of 5 people found the following review helpful
★★★★★ **GREAT NIGHT**   March 27, 2009
By BILLYBOBUK
Format: Audio CD | **Amazon Verified Purchase**

Great to see this old album finally out on CD.Its 1964,Saturday night at the Apollo in NY city--the midnight show featuring Falcons with Wilson Pickett,early soulful performance by Otis Redding (the girls sure loved him),Doris Troy,Rufus Thomas and the Coasters all in fine form, and the great Ben E King closing out with a couple of his hits.
Sound and packaging is great,the house band is excellent,great release for anybody interested in 60'soul music, Atlantic & Stax sounds-highly recomended,music history, support it.

2 Comments | Was this review helpful to you? [ Yes ] [ No ]



1 of 1 people found the following review helpful
★★★★★ **Historic "souled" out live show**   May 1, 2013
By Annie Van Auken   [TOP 100 REVIEWER] [VINE VOICE]
Format: Vinyl

APOLLO SATURDAY NIGHT (AS 128 008) was issued in 1964 on an ATCO Special label.
Orchestra leader on this star-studded Harlem NY night was sax man King Curtis (Ousley).
A film was shown before the 11/13/63 concert began at just a few minutes before midnight.

ARTIST NOTES
This version of the Falcons, a vocal group formed in Detroit in 1955, features Wilson Pickett and Eddie Floyd.
Otis Redding hadn't yet broken into the Top 40 when he appeared this night.
Doris Troy, aka "Mama Soul" was an Apollo Theater usherette when she was discovered by James Brown.
Rufus Thomas was a Mississippi sharecropper's son who made good in Memphis. The multi-

http://www.amazon.com/Apollo-Saturday-Night/dp/B005FA6YR8/ref=sr_shvl_album_2?ie=UTF8&qid=1378302200&sr=301-2[9/4/2013 9:47:01 AM]