# EXHIBIT K

Amazon.com: '50s & '60s Lost & Found Records Vol. 1: Various artists: MP3 Downloads



Free One-Day Shipping
ON VALENTINE'S DAY JEWELRY AND WATCHES   ›See more

**amazon**  Try Prime ▾

Your Amazon.com    Today's Deals    Gift Cards    Sell    Help

Shop by
Department ▾    Search    MP3 Music ▾    '50s lost and found vol 1

Hello. Sign in
Your Account ▾    Try
Prime ▾    0 Cart ▾    Wish
List ▾

Amazon MP3 Store    Amazon Cloud Player    New Releases    Browse Genres    Recommendations    Best Sellers    Advanced Search    Getting Started    CDs    MP3 Help



⊕ ZOOM
See larger image (with zoom)

## '50s & '60s Lost & Found Records Vol. 1
Various artists

March 1, 2011

Be the first to review this item

Price:  **$9.49**

| | Buy MP3 Album | **$9.49** |
|---|---|---|

❯ Wish List and Gifting

Redeem a gift card or promotion code & view balance



Get the free
Amazon
music app

❯Mac        ❯PC

| | Song Title | Artist | Time | Popularity | |
|---|---|---|---|---|---|
| 1 | Hully Gully Guitar | Jerry Reed | 2:12 | ▮▮░░░░░░░░ | B |
| 2 | Sweet William | Millie Small | 1:42 | ▮▮▮░░░░░░░ | B |
| 3 | A House, A Car and a Wedding Ring | Dale Hawkins | 2:12 | ▮▮▮▮▮░░░░░ | B |
| 4 | It's Almost Tomorrow | Snooky Lanson | 2:25 | ░░░░░░░░░░ | B |
| 5 | A Very Precious Love | Hernando And The Orchestra | 2:56 | ░░░░░░░░░░ | B |
| 6 | One More Sunrise | Petula Clark | 3:12 | ░░░░░░░░░░ | B |
| 7 | Cinderella Rockefella | Esther & Abi Ofarim | 2:29 | ░░░░░░░░░░ | B |
| 8 | Fried Onions | Lord Rockingham's XI | 1:40 | ░░░░░░░░░░ | B |
| 9 | Midnight Oil | Charlie Blackwell | 2:08 | ░░░░░░░░░░ | B |
| 10 | Desafinado (Slightly out of Tune) | Pat Thomas | 2:37 | ░░░░░░░░░░ | B |
| 11 | Cry | The Knightsbridge Strings | 2:43 | ░░░░░░░░░░ | B |

| # | Title | Artist | Time | | |
|---|---|---|---|---|---|
| 12 | **English Country Garden** | Jimmie Rodgers | 2:44 | | Bu |
| 13 | **Move over Rover** | The Mark IV | 2:02 | | Bu |
| 14 | **Love Means (You Never Have to Say You're Sorry)** | The Sounds Of Sunshine | 2:41 | | Bu |
| 15 | **Je T'amie... Mon Non Plus** | Various artists | 4:20 | | Bu |
| 16 | **The Taste of a Tear** | Johnny & The Tokens | 2:13 | | Bu |
| 17 | **My Three Sons Theme** | Lawrence Welk | 2:02 | | Bu |
| 18 | **No Arms Can Ever Hold You (Like These Arms o...** | Georgie Shaw | 2:47 | | Bu |
| 19 | **Milord** | Bobby Darin | 2:00 | | Bu |
| 20 | **Take Me to Your Ladder (I'll See Your Leader Later)** | Buddy Clinton | 2:15 | | Bu |
| 21 | **From a School Ring to a Wedding Ring** | The Rover Boys | 2:51 | | Bu |
| 22 | **Gidget Goes Hawaiian** | Duane Eddy | 2:16 | | Bu |
| 23 | **At the High School Dance** | R. Dean Taylor | 1:55 | | Bu |
| 24 | **Like Columbus Did** | Reflections | 2:19 | | Bu |
| 25 | **I Like Your Kind of Love** | Various artists | 2:15 | | Bu |
| 26 | **I've Got a Secret** | The Shepard Sisters | 2:13 | | Bu |
| 27 | **If You Want This Love** | Sonny Knight | 2:04 | | Bu |
| 28 | **All I Want to Do Is Run** | Elektra | 2:42 | | Bu |
| 29 | **Lonesome Heart** | Tommy Britt | 2:10 | | Bu |
| 30 | **Yellow Dog Blues** | Joe Darensbourg & His Dixie Flyers | 3:11 | | Bu |
| 31 | **Frankie and Johnny** | Greenwood County Singers | 2:44 | | Bu |
| 32 | **Hello Josephine** | Jerry Jaye | 1:57 | | Bu |
| 33 | **Almost Paradise** | Lou Stein | 2:06 | | Bu |
| 34 | **Ballad of the One Eyed Jack** | Johnny Burnette | 3:17 | | Bu |

| # | Title | Artist | Time | |
|---|---|---|---|---|
| 35 | His Lips Get in the Way | Bernadette Castro | 2:15 | Bu |
| 36 | The Crusher | The Novas | 1:58 | Bu |
| 37 | When I Saw You | Billy Dawn | 2:09 | Bu |
| 38 | I Don't Need Lottsa Money | Alan Freed | 2:26 | Bu |
| 39 | Black Is the Color of My True Love's Hair | John Buck & His Blazers | 2:04 | Bu |
| 40 | Big Name Button | The Royal Teens | 2:15 | Bu |
| | **Disc 2** | | | |
| 1 | I'll Love You Forever | Little Carl Carlton | 2:44 | Bu |
| 2 | Two Little Fishies | Little Johnnie Sala & Group | 1:34 | Bu |
| 3 | I'm in Love | The Blossoms | 2:30 | Bu |
| 4 | Shame on Me | Chuck Jackson | 2:42 | Bu |
| 5 | Halfway | Eddie Hodges | 2:22 | Bu |
| 6 | Soul Meeting | Soul Clan | 3:32 | Bu |
| 7 | Jimmy Love | Cathy Carroll | 2:55 | Bu |
| 8 | Johnny Willow | Darian, Fred | 2:44 | Bu |
| 9 | Midnight Beach Party | Santo & Johnny | 2:23 | Bu |
| 10 | The Guns of Navarone | Joe Reisman | 2:06 | Bu |
| 11 | Beaver | The Mills Brothers | 2:30 | Bu |
| 12 | Heartbreak Ahead | The Murmaids | 2:29 | Bu |
| 13 | Only Forever | Jamie Horton | 3:11 | Bu |
| 14 | Just Once More | Rita Pavone | 2:16 | Bu |
| 15 | Witchi Tai To | Everything Is Everything | 2:55 | Bu |
| 16 | The Masquerade Is Over | The Five Satins | 2:46 | Bu |

| # | Title | Artist | Time | Buy |
|---|---|---|---|---|
| 17 | Does Your Chewing Gum Lose Its Flavor (On the… | Lonnie Donegan | 2:33 | Bu |
| 18 | Boppin' in a Sack | The Lane Brothers | 2:05 | Bu |
| 19 | The Happy Muleteer | Ivo Robic | 2:18 | Bu |
| 20 | What Are Boys Made Of | The Percells | 2:18 | Bu |
| 21 | To a Soldier Boy | The Tassels | 2:30 | Bu |
| 22 | Old Payola Roll Blues Pt 2 | Stan Freberg | 4:38 | Bu |
| 23 | Don't Cross Over | Linda Brannon | 2:47 | Bu |
| 24 | One Has My Name (The Other Has My Heart) | Barry Young | 2:35 | Bu |
| 25 | A Million to One | The 5 Stairsteps & Cubie | 2:45 | Bu |
| 26 | Pretty Suzy Sunshine | Larry Finnegan | 2:04 | Bu |
| 27 | Everybody Know Matilda | Duke Baxter | 2:41 | Bu |
| 28 | Sole Sole Sole | Various artists | 3:00 | Bu |
| 29 | Sho, Know a Lot About Love | The Hollywood Argyles | 2:26 | Bu |
| 30 | Maureen Is a Champ | Frankie Alvert | 4:29 | Bu |
| 31 | You're Gonna Pay | The Neevets | 2:23 | Bu |
| 32 | Feelin' No Pain | Paul Evans | 2:46 | Bu |
| 33 | Banned in Boston | Merv Griffin | 2:19 | Bu |
| 34 | What Am I Gonna Do | Jimmy Clanton | 2:12 | Bu |
| 35 | Count Every Star | Donny & The Dreamers | 1:59 | Bu |
| 36 | I'm Sorry | Pete Drake & his Talking Steel Gu… | 2:19 | Bu |
| 37 | Watch Your Step | Larry & the Conservatives | 2:37 | Bu |
| 38 | Blue Serge and White Lace | Johnny Ferguson | 2:09 | Bu |
| 39 | Ridin' the Wind | The Tornados | 2:46 | Bu |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Customers Who Viewed This Item Also Viewed

Page 1 of 2

100 Happy Days Classics - '50s & Early '60s
Various artists
(14)
MP3 Download
$16.49

The Wonderful World of the 60's - 100 Hit ...
Various artists
(34)
MP3 Download
$13.98

50 Greatest No. 1 Hits of the 50s (Organised ...
Various artists
(30)
MP3 Download
$6.99

'50s & '60s Lost & Found Records, Vol. 1
Various Artists
MP3 Download
$16.49

## Product Details

**Original Release Date:** March 1, 2011
**Number of Discs:** 2
**Label:** Master Classics Records
**Copyright:** (c) 2011 Master Classics Records
**Total Length:** 3:18:45
**Genres:**
Classic Rock
Rock

**ASIN:** B00BO4IM74
**Average Customer Review:** Be the first to review this item
**Amazon Best Sellers Rank:** #90,592 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)

## Customer Reviews

There are no customer reviews yet.

5 star
4 star
3 star
2 star
1 star

Share your thoughts with other customers
Write a customer review

amazon
Try Prime
Your Amazon.com
Today's Deal
Shop by
Department
Search
MP3 Music
Amazon MP3 Store
Amazon Cloud Player
Ne

50s & 60s
LOST & FOUND RECORDS
VOL 1

## Feedback

- If you have a question or problem, visit our **Help pages**.
- Would you like to **give feedback on images** or **tell us about a lower price**?
- If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

## Your Recently Viewed Items and Featured Recommendations

You viewed

› View or edit your browsing history

See personalized recommendations

Sign in

New customer? Start here.

**Continue Shopping:** Customers Who Bought Items in Your Recent History Also Bought

Drunk in Love
Beyoncé feat. Jay-Z
(60)
MP3 Download
$1.29

23
Mike Will Made-It
(22)
MP3 Download
$1.29

Holy Grail
Jay-Z
(59)
MP3 Download
$1.29

Liquid Mind VI: Spirit
Liquid Mind
(44)
MP3 Download
$8.91

True
Avicii
(113)
MP3 Download
$5.99

**Get to Know Us**
Careers
Investor Relations
Press Releases
Amazon and Our Planet
Amazon in the Community

**Make Money with Us**
Sell on Amazon
Become an Affiliate
Advertise Your Products
Independently Publish with Us
› See all

**Amazon Payment Products**
Amazon.com Rewards Visa Card
Amazon.com Store Card
Shop with Points
Credit Card Marketplace
Amazon Currency Converter

**Let Us Help You**
Your Account
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Kindle
Help

amazon.com

Australia Brazil Canada China France Germany India Italy Japan Mexico Spain United Kingdom

6pm Score deals on fashion brands
AbeBooks Rare Books & Textbooks
AfterSchool.com Kids' Sports, Outdoor & Dance Gear
Alexa Actionable Analytics for the Web
AmazonFresh Groceries & More Right To Your Door
Amazon Local Great Local Deals in Your City
AmazonSupply Business, Industrial & Scientific Supplies
Amazon Web Services Scalable Cloud Computing Services

Audible Download Audio Books
BeautyBar.com Prestige Beauty Delivered
Book Depository Books With Free Delivery Worldwide
Bookworm.com Books For Children Of All Ages
Casa.com Kitchen, Storage & Everything Home
CreateSpace Indie Print Publishing Made Easy
Diapers.com Everything But The Baby
DPReview Digital Photography

East Dane Designer Men's Fashion
Fabric Sewing, Quilting & Knitting
IMDb Movies, TV & Celebrities
Junglee.com Shop Online in India
Kindle Direct Publishing Indie Digital Publishing Made Easy
Look.com Kids' Clothing & Shoes
MYHABIT Private Fashion Designer Sales
Shopbop Designer Fashion Brands

Soap.com Health, Beauty & Home Essentials
TenMarks.com Math Activities for Kids & Schools
Vine.com Everything to Live Life Green
Wag.com Everything For Your Pet
Warehouse Deals Open-Box Discounts
Woot! Discounts and Shenanigans
Yoyo.com A Happy Place To Shop For Toys
Zappos Shoes & Clothing

Conditions of Use Privacy Notice Interest-Based Ads © 1996-2014, Amazon.com, Inc. or its affiliates

Amazon.com: '50s Rockabilly Pioneers Vol. 1: Various Artists: MP3 Downloads

Free One-Day Shipping
ON VALENTINE'S DAY JEWELRY AND WATCHES
›See more

amazon Try Prime | Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

Shop by Department | Search | MP3 Music | '50s rockabilly pioneers | Hello. Sign in Your Account | Try Prime | 0 Cart | Wish List

Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs

'50s Rockabilly Pioneers
vol. 1

ZOOM
See larger image (with zoom)

# '50s Rockabilly Pioneers Vol. 1

Various artists

February 1, 2011

Be the first to review this item

Price: **$16.49**

**Buy MP3 Album** **$16.49**

Wish List and Gifting

Redeem a gift card or promotion code & view balance

GET OUR FREE AMAZON MUSIC APP
iPhone or iPod touch
›Get the app
Android phone
›Get the app

| | Song Title | Artist | Time | Popularity | |
|---|---|---|---|---|---|
| 1 | Snake Walk | The Blends | 3:09 | | Bu |
| 2 | Patty Ann | Larry Tamblyn | 2:22 | | Bu |
| 3 | Memories Of Love | Lenny Dean & The Rockin' ... | 2:14 | | Bu |
| 4 | Pam | The Invaders | 2:20 | | Bu |
| 5 | My Little Girl | The Lancers | 2:16 | | Bu |
| 6 | Jealous Fool | Jimmy Breedlove | 2:00 | | Bu |
| 7 | Thunderbird Beach | Floyd Brown | 2:59 | | Bu |
| 8 | Baby Don't Be That Way | Bobby Lawson | 2:25 | | Bu |
| 9 | Daddy | O-Rock-Jeff Daniels | 2:18 | | Bu |
| 10 | I Knew | Hank LeGault | 2:15 | | Bu |

http://www.amazon.com/50s-Rockabilly-Pioneers-Vol-1/dp/B004PV024O/ref=sr_1_2?s=dmusic&ie=UTF8&sr=1-2&keywords=%2750s+rockabilly+pioneers[2/10/2014 4:18:30 PM]

| # | Title | Artist | Time | | |
|---|---|---|---|---|---|
| 11 | Granny Tops 'Em At The Top | Bob Grady | 2:26 | | Bu |
| 12 | Doing All Right | Eddie Cash | 2:33 | | Bu |
| 13 | Rock The Blues Away | Jack Knights | 1:36 | | Bu |
| 14 | Rockin' Rudolph | The Uniques | 1:44 | | Bu |
| 15 | Woody's Rock | Jimmy Woodall | 2:35 | | Bu |
| 16 | Lovemakin' | Gene Maltais | 1:58 | | Bu |
| 17 | Daddy-O-Goose & The Three Little Piggies | Fred Mick | 2:48 | | Bu |
| 18 | Linda Jean | Satellites | 2:00 | | Bu |
| 19 | Rollin' Pin Mim | Ricky Coyne & The Guitar … | 1:46 | | Bu |
| 20 | Shake | George Fleming | 2:20 | | Bu |
| 21 | The Real Meaning Of Christmas | Nino & The Ebb Tides | 2:50 | | Bu |
| 22 | My Baby Likes To Rock N' Roll | Tommy Lane | 2:10 | | Bu |
| 23 | I Love Her, Right Or Wrong | Red LeBlanc | 2:02 | | Bu |
| 24 | Down Baby | Tom James | 2:45 | | Bu |
| 25 | Pretty Little Girl | Johnny Hughes | 2:03 | | Bu |
| 26 | Little Miss Blue | Nino & The Ebb Tides | 2:08 | | Bu |
| 27 | Walkie Walkie | Jackie Clark | 2:23 | | Bu |
| 28 | Squeeze | The Three D's | 2:12 | | Bu |
| 29 | Let Your Hair Down Baby | Everett Carpenter | 2:33 | | Bu |
| 30 | Play Girl | Thee Prophets | 2:10 | | Bu |
| 31 | Arnie's Theme | Freddie Cannon | 0:31 | | Bu |

| # | Title | Artist | Time | | |
|---|---|---|---|---|---|
| 32 | Come Back My Baby | Dany Winchell | 2:13 | | Bu |
| 33 | I'm Gonna Tell On You | George Fleming | 2:17 | | Bu |
| 34 | She's Not Home | Chuck Edwards | 2:08 | | Bu |
| 35 | Ain't That Love Grand | Ron & Joe And The Crew | 2:00 | | Bu |
| 36 | Walk Away | Robin Lee & The Lavenders | 3:02 | | Bu |
| 37 | Jive Time Boys | The Co-Eds | 2:25 | | Bu |
| 38 | Oh Baby | The Niterockers | 2:37 | | Bu |
| 39 | I Wanna Feel Good | Bill Carter | 1:52 | | Bu |
| 40 | Shig A Shag | Jimmy Crain | 1:43 | | Bu |
| 41 | Little Girl | Everett Pauley | 2:25 | | Bu |
| 42 | Swamp Gal | Tommy Bell | 2:15 | | Bu |
| 43 | Little Jump Joint | Harold McKinnon & The Ri… | 2:10 | | Bu |
| 44 | Pauline | Bobby Doyle | 1:58 | | Bu |
| 45 | Petty Blue | Charles Alexander | 1:56 | | Bu |
| | | Disc 2 | | | |
| 1 | That Is Why | Harold Casner | 2:25 | | Bu |
| 2 | Don't Send Me Away | Gary Shelton | 2:06 | | Bu |
| 3 | I Got A Ring | Roger Hamilton & The Tune… | 1:35 | | Bu |
| 4 | Picture Of You | The Rondells | 2:10 | | Bu |
| 5 | Rock-A-Me-Baby | Jerry Cronin & The Flashes | 1:56 | | Bu |
| 6 | Wicked | Mike Sanchez | 2:22 | | Bu |

| # | Song Title | Artist | Time | Buy |
|---|---|---|---|---|
| 7 | Four Seasons | Lenny Coleman | 2:43 | Bu |
| 8 | The Third Degree | Johnny Bell | 2:09 | Bu |
| 9 | Nervous Wreck | Jessie Lee King | 2:16 | Bu |
| 10 | Rockin' Hall | Howie And The Crystals | 2:19 | Bu |
| 11 | Let's Go | Bobby James & The Dristells | 1:53 | Bu |
| 12 | Nite Spot Rock | Bill Pollard | 1:26 | Bu |
| 13 | Red Ridin' Hood | Vyril Sassoon | 1:59 | Bu |
| 14 | Lovin' Time | Nino & The Ebb Tides | 3:12 | Bu |
| 15 | Pretty Jane | Mark Robinson | 1:46 | Bu |
| 16 | Wild Little Willy | Ricky Vance & The Ramrods | 2:19 | Bu |
| 17 | Someday | Nino & The Ebb Tides | 2:21 | Bu |
| 18 | Toe To Toe | Frankie Mann & The Meteors | 2:02 | Bu |
| 19 | Happy Guy | Nino & The Ebb Tides | 2:32 | Bu |
| 20 | Little Jeanie | The Delatones | 2:13 | Bu |
| 21 | Wonderful Tonight | Nino & The Ebb Tides | 3:05 | Bu |
| 22 | Honey Don't | Tyrone Schmidling | 2:35 | Bu |
| 23 | Alley Cat | Walter Brown | 1:58 | Bu |
| 24 | Blue Black Hair | Jades | 2:11 | Bu |
| 25 | I Want You To Know | Rocky Coyne & The Guitar … | 2:00 | Bu |
| 26 | Wa-Chic-Ka-Noka | Tommy Holmes | 2:01 | Bu |
| 27 | Don't Be Unfair | Bob Taylor | 2:02 | Bu |

| # | Title | Artist | Time | | |
|---|---|---|---|---|---|
| 28 | I Like To Go | Floyd Mack | 2:40 | | Bu |
| 29 | Heartache High School, USA | Linda Lloyd | 2:15 | | Bu |
| 30 | Make Love To Me | Jack Scalese & The Escorts | 2:29 | | Bu |
| 31 | Chick-A-Lou | Johnny Mann And The Torn… | 2:09 | | Bu |
| 32 | Eenie Meenie | Wally Willette & His Globe … | 2:00 | | Bu |
| 33 | The Long Blond Curls | Joey Rand | 2:13 | | Bu |
| 34 | Charlene | Nino & The Ebb Tides | 2:11 | | Bu |
| 35 | Patsy Darling | Maynie & Howie | 2:41 | | Bu |
| 36 | Wonderful Summer | Robin Ward | 2:26 | | Bu |
| 37 | Whoa Whoa Baby | Eddie Daniels | 2:01 | | Bu |
| 38 | Boston Baby | Russ Kendall | 1:50 | | Bu |
| 39 | Juke Box Saturday Night | Nino & The Ebb Tides | 2:36 | | Bu |
| 40 | Shortnin' Bread | Paul Chaplain | 1:55 | | Bu |
| 41 | Uncle Sam's Call | Jimmy Woodall | 2:25 | | Bu |
| 42 | Come Back Baby | Evans Carroll & The Tempos | 2:29 | | Bu |
| 43 | Janie Janie | Rhythm Masters | 1:53 | | Bu |
| 44 | Rock And Roll Rover | Jessie Lee King | 1:59 | | Bu |
| 45 | Black Magic | Jericho Jones | 2:11 | | Bu |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Customers Who Viewed This Item Also Viewed



'50s Rockabilly Pioneers Vol. 2
› Various Artists
MP3 Download
$17.98

## Product Details

**Original Release Date:** February 1, 2011
**Number of Discs:** 2
**Label:** Master Classics Records
**Copyright:** (c) 2011 Master Classics Records
**Total Length:** 3:20:51
**Genres:**
Rock

**ASIN:** B004PV024O
**Average Customer Review:** Be the first to review this item
**Amazon Best Sellers Rank:** #298,773 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)

## Customer Reviews

**There are no customer reviews yet.**

5 star
4 star
3 star
2 star
1 star

Share your thoughts with other customers
Write a customer review

amazon
Try Prime
Your Amazon.com
Today's Deal
Shop by
Department
Search
MP3 Music
Amazon MP3 Store
Amazon Cloud Player
Ne

## What Other Items Do Customers Buy After Viewing This Item?

Shortnin' Bread Paul Chaplain | Format: MP3 Music MP3 Download
$0.99

› **Explore similar items**

## Feedback

If you have a question or problem, visit our **Help pages**.

- Would you like to **give feedback on images** or **tell us about a lower price**?
- If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

## Your Recently Viewed Items and Featured Recommendations

Loading

**Get to Know Us**
Careers
Investor Relations
Press Releases
Amazon and Our Planet
Amazon in the Community

**Make Money with Us**
Sell on Amazon
Become an Affiliate
Advertise Your Products
Independently Publish with Us
› See all

**Amazon Payment Products**
Amazon.com Rewards Visa Card
Amazon.com Store Card
Shop with Points
Credit Card Marketplace
Amazon Currency Converter

**Let Us Help You**
Your Account
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Kindle
Help

amazon.com

Australia Brazil Canada China France Germany India Italy Japan Mexico Spain United Kingdom

6pm Score deals on fashion brands
AbeBooks Rare Books & Textbooks
AfterSchool.com Kids' Sports, Outdoor & Dance Gear
Alexa Actionable Analytics for the Web
AmazonFresh Groceries & More Right To Your Door
Amazon Local Great Local Deals in Your City
AmazonSupply Business, Industrial & Scientific Supplies
Amazon Web Services Scalable Cloud Computing Services
Audible Download Audio Books
BeautyBar.com Prestige Beauty Delivered
Book Depository Books With Free Delivery Worldwide
Bookworm.com Books For Children Of All Ages
Casa.com Kitchen, Storage & Everything Home
CreateSpace Indie Print Publishing Made Easy
Diapers.com Everything But The Baby
DPReview Digital Photography
East Dane Designer Men's Fashion
Fabric Sewing, Quilting & Knitting
IMDb Movies, TV & Celebrities
Junglee.com Shop Online in India
Kindle Direct Publishing Indie Digital Publishing Made Easy
Look.com Kids' Clothing & Shoes
MYHABIT Private Fashion Designer Sales
Shopbop Designer Fashion Brands
Soap.com Health, Beauty & Home Essentials
TenMarks.com Math Activities for Kids & Schools
Vine.com Everything to Live Life Green
Wag.com Everything For Your Pet
Warehouse Deals Open-Box Discounts
Woot! Discounts and Shenanigans
Yoyo.com A Happy Place To Shop For Toys
Zappos Shoes & Clothing

Conditions of Use Privacy Notice Interest-Based Ads © 1996-2014, Amazon.com, Inc. or its affiliates

amazon Try Prime
Your Amazon.com Today's Deals Gift Cards Sell Help
Free One-Day Shipping ON VALENTINE'S DAY JEWELRY AND WATCHES ›See more
Shop by Department Search MP3 Music "1940s journey"
Hello. Sign in Your Account Try Prime 0 Cart Wish List
Amazon MP3 Store Amazon Cloud Player New Releases Browse Genres Recommendations Best Sellers Advanced Search Getting Started CDs

ZOOM
See larger image (with zoom)

# 1940s Journey

Various artists

November 1, 2009

★★★★★ 4 customer reviews

Price: **$8.99**

Redeem a gift card or promotion code & view balance

| | Song Title | Artist | Time | Popularity |
|---|---|---|---|---|
| 1 | High On A Windy Hill | Gene Krupa & His Orchestra | 3:01 | |
| 2 | A Zoot Suit (For My Sunday Gal) | Dorothy Crawford | 3:08 | |
| 3 | Deep In The Heart Of Texas | Horace Heidt And His Musi... | 2:55 | |
| 4 | You Made Me Love You | Harry James and His Orche... | 3:15 | |
| 5 | Blues In The Night | Cab Calloway & His Orches... | 3:18 | |
| 6 | A Little Bird Told Me | Evelyn Knight & The Stardu... | 2:38 | |
| 7 | Peg O' My Heart | Buddy Clark | 3:23 | |
| 8 | Don't Fence Me In | Four Chicks and Chuck | 3:23 | |
| 9 | Maybe You'll Be There | Charles Lavere & Chorus | 3:15 | |
| 10 | Bell-Bottom Trousers | Ferdy | 3:08 | |

| # | Title | Artist | Time | |
|---|---|---|---|---|
| 11 | A Little on the Lonely Side | Frankie Carle And His Orch… | 3:07 | Bu |
| 12 | Too Fat Polka | Arthur Godfrey | 3:05 | Bu |
| 13 | You Won't Be Satisfied (Until You Break … | Doris Day | 3:07 | Bu |
| 14 | The Hut-Sut Song (A Swedish Serenade) | Donna And Her Don Juans | 2:46 | Bu |
| 15 | Feudin' and Fighin' | Dorothy Shay | 3:20 | Bu |
| 16 | The Gypsy | Dinah Shore | 3:01 | Bu |
| 17 | There Goes That Song Again | Georgia Carroll | 2:23 | Bu |
| 18 | Laura | Woody Herman | 3:22 | Bu |
| 19 | I Left My Heart At the Stage Door Canteen | Charlie Spivak and his Orch… | 3:09 | Bu |
| 20 | Open the Door, Richard! | The Three Flames | 3:16 | Bu |
| 21 | I Can't Begin to Tell You | Betty Grable | 3:00 | Bu |
| 22 | My Devotion | Charlie Spivak and his Orch… | 3:24 | Bu |
| 23 | You Walk By | Eddy Duchin & His Orchestra | 3:06 | Bu |
| 24 | Snowfall | Claude Thornhill & His Orc… | 3:02 | Bu |
| 25 | Sabre Dance | Woody Herman & His Orch… | 2:37 | Bu |
| 26 | I Don't See Me in Your Eyes Anymore | Gordon Jenkins & His Orch… | 3:12 | Bu |
| 27 | There'll Be Some Changes Made | Benny Goodman & His Orc… | 2:48 | Bu |
| 28 | My Darling, My Darling | Buddy Clark | 2:34 | Bu |
| 29 | Ciribiribin | Harry James and His Orche… | 2:33 | Bu |
| 30 | Shoo-Shoo Baby | The Andrews Sisters | 2:53 | Bu |
| 31 | It All Comes Back To Me Now | Gene Krupa & His Orchestra | 3:14 | Bu |

| # | Song Title | Artist | Time | Price |
|---|---|---|---|---|
| 32 | Sentimental Journey | Doris Day | 3:15 | Bu |
| 33 | Taking A Chance On Love | Benny Goodman & His Orc… | 3:07 | Bu |
| 34 | I Don't Want to Walk Without You | Harry James and His Orche… | 2:55 | Bu |
| 35 | Toolie Oolie Doolie (The Yodel Polka) | The Andrews Sisters | 2:52 | Bu |
| 36 | To Each His Own | Paula Kelly | 3:05 | Bu |
| 37 | Maybe | The Ink Spots | 3:06 | Bu |
| 38 | Rum and Coca-Cola | Abe Lyman & his Orchestra | 3:05 | Bu |
| 39 | Gotta Be This or That | Benny Goodman & His Orc… | 2:33 | Bu |
| 40 | Blues In The Night | Kay Kyser & His Orchestra | 3:09 | Bu |
| 41 | I Don't Want To Set The World On Fire | Horace Heidt And His Musi… | 3:21 | Bu |
| 42 | Saturday Night (Is the Loneliest Night of… | Frankie Carle And His Orch… | 2:50 | Bu |
| 43 | The Breeze and I | Bob Eberly | 3:03 | Bu |
| 44 | Till Then | The Mills Brothers | 2:40 | Bu |
| 45 | He Wears A Pair Of Silver Wings | Harry Babbitt | 3:12 | Bu |
| 46 | I'll Be With You in Apple Blossom Time | The Andrews Sisters | 3:01 | Bu |
| 47 | Elmer's Tune | Dick Jurgens & His Orchestra | 3:00 | Bu |
| 48 | Now Is the Hour | Bing Crosby | 3:10 | Bu |
| 49 | Idaho | Benny Goodman & His Orc… | 3:01 | Bu |
| 50 | The White Cliffs of Dover | Jack Miller & His Orchestra | 3:01 | Bu |
| 51 | I Wonder Who's Kissing Her Now | Perry Como | 3:18 | Bu |
| 52 | The Anniversary Song | Dinah Shore | 3:05 | Bu |

| # | Title | Artist | Time | |
|---|---|---|---|---|
| 53 | The Old Lamp-Lighter | Kay Kyser & His Orchestra | 3:17 | Bu |
| 54 | Jersey Bounce | Benny Goodman & His Orc… | 3:10 | Bu |
| 55 | Easter Parade | Don Rodney | 2:42 | Bu |
| 56 | You're Breaking My Heart | Buddy Clark | 2:52 | Bu |
| 57 | I'm My Own Grandpa | Guy Lombardo & His Royal… | 2:59 | Bu |
| 58 | I've Heard That Song Before | Harry James and His Orche… | 3:01 | Bu |
| 59 | Rose O'Day | Jack Miller & His Orchestra | 2:55 | Bu |
| 60 | Confess | Buddy Clark | 3:01 | Bu |
| 61 | Praise The Lord And Pass The Ammuniti… | Kay Kyser & His Orchestra | 2:35 | Bu |
| 62 | Oh! What It Seemed to Be | Frankie Carle And His Orch… | 2:59 | Bu |
| 63 | The Blue Skirt Waltz | Frank Yankovic | 2:51 | Bu |
| 64 | The Trolley Song | Georgie Stoll & His Orchestra | 2:53 | Bu |
| 65 | Doctor, Lawyer, Indian Chief | Butch Stone | 2:54 | Bu |
| 66 | It's Only a Paper Moon | Benny Goodman & His Orc… | 2:37 | Bu |
| 67 | You Can't Be True, Dear | Ken Griffin at the Organ | 2:45 | Bu |
| 68 | I'll Buy That Dream | Harry James and His Orche… | 3:23 | Bu |
| 69 | By The Light Of The Silvery Moon | Ray Noble & His Orchestra | 2:47 | Bu |
| 70 | My Dreams Are Getting Better All the Time | Doris Day | 3:19 | Bu |
| 71 | Laughing on the Outside | Dinah Shore | 3:11 | Bu |
| 72 | Beg Your Pardon | Frankie Carle And His Orch… | 3:19 | Bu |
| 73 | Beat Me Daddy, Eight To The Bar | Freddie Slack | 3:22 | Bu |

| | | | | |
|---|---|---|---|---|
| 74 | Strip Polka | Jack Martin | 2:52 | Bu |
| 75 | Brazil | Xavier Cugat & His Orchestra | 2:49 | Bu |
| 76 | I'll Dance at Your Wedding | Buddy Clark | 3:11 | Bu |
| 77 | Ferryboat Serenade | Ginny Simms | 3:03 | Bu |
| 78 | Playmates | Kay Kyser & His Orchestra | 2:53 | Bu |
| 79 | A Sunday Kind of Love | Claude Thornhill & His Orc… | 3:26 | Bu |
| 80 | Dear Hearts and Gentle People | Dinah Shore | 2:40 | Bu |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Customers Who Bought This Item Also Bought

Page 1 of 15

100 Classic 1940s Memories
› Various Artists
(6)
MP3 Download
$16.49

50 Greatest No. 1 Hits of the 50s (Organised …
› Various artists
(30)
MP3 Download
$6.99

101 Hits - Swing Essentials
› Various artists
(29)
MP3 Download
$6.99

The Wonderful World of the 50's - 100 Hit …
› Various artists
(17)
MP3 Download
$13.98

## Product Details

**Original Release Date:** November 1, 2009
**Label:** Master Classics Records
**Copyright:** (c) 2009 Master Classics Records
**Total Length:** 4:01:58
**Genres:**
Jazz > Vocal Jazz

**ASIN:** B002XQK49G
**Average Customer Review:** (4 customer reviews)
**Amazon Best Sellers Rank:** #5,857 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)
#10 in MP3 Downloads > MP3 Albums > Jazz > **Vocal Jazz**

## Customer Reviews

Amazon.com: 1940s Journey: Various artists: MP3 Downloads

(4)
4.8 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 3 |
| 4 star | | 1 |
| 3 star | | 0 |
| 2 star | | 0 |
| 1 star | | 0 |

See all 4 customer reviews

Share your thoughts with other customers

Write a customer review

amazon Try Prime Your Amazon.com Today's
Shop by Department Search MP3 Music
Amazon MP3 Store Amazon Cloud Player Ne

1940s JOURNEY
Advertisement

Search Customer Reviews

Go

☑ Only search this product's reviews

### Most Helpful Customer Reviews

5 of 5 people found the following review helpful

**Wonderful album!!!!** February 22, 2010

By Spitzhacke33

Format: MP3 Music | **Amazon Verified Purchase**

I am so glad I got this album. It is fantastic!!! A great deal for so many songs. It offers a great selection, there were many songs I hadn't heard before. I've been listening to it for weeks now. I would definitely recommend it.

Comment | **Was this review helpful to you?** Yes No

**1940s journey** July 22, 2013

By William Gordon

Format: MP3 Music | **Amazon Verified Purchase**

I would have liked more big name singers and the ones who had the original hits. overall it was good to hear this music again

Comment | **Was this review helpful to you?** Yes No

**Love It!** June 5, 2013

By Fanny Lou

Format: MP3 Music | **Amazon Verified Purchase**

Took me back to my dating days when I worked in a little ice cream shop and the boy who hung out in there playing the juke box and waiting for me to get off work. And the next 60 plus wonderful yrs we spent together.

Comment | **Was this review helpful to you?** Yes No

**Greatest Swing Era** March 11, 2013

By Charles T. French

Format: MP3 Music | **Amazon Verified Purchase**

Excellent examples from the highest talent period in American Popular Music by great artists. Folks, you just buy it, too.

Comment | **Was this review helpful to you?** Yes No

› **See all 4 customer reviews (newest first)**

Write a customer review

## What Other Items Do Customers Buy After Viewing This Item?

- 50 Greatest No. 1 Hits of the 50s (Organised By Date) Various artists | Format: MP3 Music MP3 Download
  (30)
  $6.99
- 101 Hits - Swing Essentials Various artists | Format: MP3 Music MP3 Download

http://www.amazon.com/1940s-Journey-Various-artists/dp/B002XQK49G/ref=sr_1_1?s=dmusic&ie=UTF8&sr=1-1&keywords=%221940s+journey%22[2/10/2014 4:22:48 PM]

(29)
$6.99

- Great Doo-Wop Classics Various artists | Format: MP3 Music MP3 Download
  (30)
  $5.99
- Best of Rock 'n' Roll (Greatest Originals from the 50s & 60s) Various artists | Format: MP3 Music MP3 Download
  (4)
  $3.99

› **Explore similar items**

## Look for Similar Items by Category

Jazz > Vocal Jazz

## Feedback

- If you have a question or problem, visit our **Help pages**.
- Would you like to **give feedback on images** or **tell us about a lower price**?
- If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

## Your Recently Viewed Items and Featured Recommendations

**Get to Know Us**
Careers
Investor Relations
Press Releases
Amazon and Our Planet
Amazon in the Community

**Make Money with Us**
Sell on Amazon
Become an Affiliate
Advertise Your Products
Independently Publish with Us
› See all

**Amazon Payment Products**
Amazon.com Rewards Visa Card
Amazon.com Store Card
Shop with Points
Credit Card Marketplace
Amazon Currency Converter

**Let Us Help You**
Your Account
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Kindle
Help

amazon.com

Australia Brazil Canada China France Germany India Italy Japan Mexico Spain United Kingdom

6pm Score deals on fashion brands
AbeBooks Rare Books & Textbooks
AfterSchool.com Kids' Sports, Outdoor & Dance Gear
Alexa Actionable Analytics for the Web
AmazonFresh Groceries & More Right To Your Door
Amazon Local Great Local Deals in Your City
AmazonSupply Business, Industrial & Scientific Supplies
Amazon Web Services Scalable Cloud Computing Services

amazon Try Prime | Your Amazon.com | Today's Deals | Gift Cards | Sell | Help
Free One-Day Shipping ON VALENTINE'S DAY JEWELRY AND WATCHES ›See more
Shop by Department | Search MP3 Music "dusty vintage records vol. 1 | Hello. Sign in Your Account | Try Prime | 0 Cart | Wish List
Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs | MP3 Help

DUSTY
VINTAGE
RECORDS
VOL. 1

ZOOM
See larger image (with zoom)

# Dusty Vintage Records, Vol. 1

Various artists

June 12, 2013

Be the first to review this item

Price: **$9.49**

Buy MP3 Album $9.49

Wish List and Gifting

Redeem a gift card or promotion code & view balance

Get the free Amazon music app
›Mac
›PC

| | Song Title | Artist | Time | Popularity | |
|---|---|---|---|---|---|
| 1 | Comin' Down with Love | Mel Gadson | 2:09 | | Bu |
| 2 | Sixteen Tons | Eugene Church | 2:49 | | Bu |
| 3 | You Got Me up Tight | Gay Poppers | 2:00 | | Bu |
| 4 | Work, Work | Chico Leverett | 1:58 | | Bu |
| 5 | It Takes a Lot | The Seminoles | 2:41 | | Bu |
| 6 | I Just Can't Get over You | Al "TNT" Briggs | 2:47 | | Bu |
| 7 | Down on My Knees | The Candles | 2:16 | | Bu |
| 8 | Moments to Remember | Joyce Davis | 2:19 | | Bu |
| 9 | Grief, Sorry, Pain & Woe | Hetti Lloyd | 3:16 | | Bu |
| 10 | Sweeping Dirt Under Your Rug | Ann Bailey | 2:18 | | Bu |
| 11 | Find My Man | Linda Mackey | 2:30 | | Bu |

| # | Title | Artist | Time | | |
|---|---|---|---|---|---|
| 12 | You Got to Be a Man | Helene Smith | 2:47 | | Bu |
| 13 | I Won't Be Back | Vicki Anderson | 2:40 | | Bu |
| 14 | Don't Leave Me (Baby Don't Go!) | Bobby Sansom | 2:50 | | Bu |
| 15 | Let's Try It Over | Cash McCall | 2:43 | | Bu |
| 16 | I'm Particular | The Poets | 2:25 | | Bu |
| 17 | Too Proud to Cry | Vince Castro | 2:55 | | Bu |
| 18 | Magic Moon (Clair de Lune) | The Rays | 2:56 | | Bu |
| 19 | I Left There Crying | Valerie Carr | 2:37 | | Bu |
| 20 | Talk to Me, Talk to Me | Jean DuShon | 2:39 | | Bu |
| 21 | Let Them Talk | Pearlean Gray | 3:08 | | Bu |
| 22 | Our Love | Sylvia Robbins | 2:54 | | Bu |
| 23 | If You Can't Satisfy (It's Time to Say Goodbye) | Hetti Lloyd | 2:19 | | Bu |
| 24 | Look | Tina Britt | 2:58 | | Bu |
| 25 | Say You'll Be Mine | The Rosebuds | 2:52 | | Bu |
| 26 | He Can Be Your Baby | Bobbi Staff | 2:41 | | Bu |
| 27 | Trapped | John Edwards | 2:00 | | Bu |
| 28 | It Should Have Been Me | The Fortune Cookies | 2:49 | | Bu |
| 29 | As Easy as 1-2-3 | Jill Gibson | 2:29 | | Bu |
| 30 | Dear (Here Comes My Baby) | Toni Jones | 2:15 | | Bu |
| 31 | I'd Do It for You | Carole Quinn | 2:43 | | Bu |
| 32 | No Baby | The Montclairs | 1:52 | | Bu |
| 33 | He's Wonderful | Pat Still | 2:34 | | Bu |
| 34 | I'm Going Out (The Same Way I Came In) | Nanette | 2:35 | | Bu |

| # | Title | Artist | Time | |
|---|---|---|---|---|
| 35 | Devoted | Richard Fields | 2:42 | Bu |
| 36 | So Close | Tony Washington | 2:33 | Bu |
| 37 | Love Walked Right out on Me | Ty Hunter | 2:07 | Bu |
| 38 | Walkin' Together | Bobby Mac | 2:18 | Bu |
| 39 | Make It Look Good | Morris Vaughn | 2:35 | Bu |
| 40 | Don't Hustle Me | Paul Martin | 2:42 | Bu |
| 41 | I'm Losing You | Teddy Randazzo | 2:15 | Bu |
| 42 | Please Don't Hurt Her | Jerry Dalton | 2:30 | Bu |
| 43 | Will You Love Me Tomorrow | Charlie McCoy & The Escorts | 2:21 | Bu |
| 44 | Tell Her | Ed Townsend | 2:20 | Bu |
| 45 | Nine to Five | Tommy Regan | 2:16 | Bu |
| 46 | For Crying out Loud | Leon Martin | 2:01 | Bu |
| 47 | Go on and Cry | Conway Twitty | 2:15 | Bu |
| 48 | Tiny Tim | Charlie Daniels & The Downbeats | 2:12 | Bu |
| 49 | Too Soon to Know | Eddie Hodges | 2:13 | Bu |
| 50 | Homework | The Moments | 2:38 | Bu |
| | **Disc 2** | | | |
| 1 | Thanks a Lot | Buddy Knox | 2:16 | Bu |
| 2 | How to Be a Fool (In Six Easy Lessons) | Gary Paxton | 1:42 | Bu |
| 3 | Without You | Jimmy Curtiss | 2:17 | Bu |
| 4 | Too Much for Me Baby | Tina Florence | 2:25 | Bu |
| 5 | I Won't Be Back | Magica Brown | 2:49 | Bu |
| 6 | He'll Wait on Me | Paulette & The Cupids | 2:20 | Bu |

| # | Song Title | Artist | Time | |
|---|---|---|---|---|
| 7 | Gee What a Boy | The Fantaisions | 2:34 | Bu |
| 8 | I Should Have Kissed Her More | Joe Tex | 2:41 | Bu |
| 9 | You Make Me Suffer | Tyrone "Wonder Boy" | 2:42 | Bu |
| 10 | Let's Move & Groove Together | Benny Latimore | 2:36 | Bu |
| 11 | The Lovin' Touch | Tony Orlando | 2:21 | Bu |
| 12 | Where Is She? | Dobie Hicks | 2:24 | Bu |
| 13 | Please Love Me | Betty Everett | 2:31 | Bu |
| 14 | Everyday I Wonder | Larry Williams | 1:57 | Bu |
| 15 | Papa | The Untouchables | 2:18 | Bu |
| 16 | Cheatin' on Me | Willie Gibson | 2:50 | Bu |
| 17 | Make It Real (Ride On) | Betty Adams | 2:57 | Bu |
| 18 | Vacuum Cleaner | Judy White | 3:12 | Bu |
| 19 | Love Is Amazing | The Producers | 2:23 | Bu |
| 20 | Special Agent 34-24-38 | Mamie Galore | 3:06 | Bu |
| 21 | Talk Don't Bother Me | Prophets | 2:30 | Bu |
| 22 | Love Is a Treasure | Goldie Coates & The Blenders | 2:20 | Bu |
| 23 | Baby, Won't You Try Me | Jill Harris | 3:00 | Bu |
| 24 | You Can't Come In (Big Bad Wolf) | Jo Ann Garrett & The Dells | 2:52 | Bu |
| 25 | I Won't Be Your Fool Any More | The Gibralters | 2:47 | Bu |
| 26 | Wonderful Guy | Diane Christian | 2:47 | Bu |
| 27 | Anybody (But You) | Bobby Bishop | 2:27 | Bu |
| 28 | That's What I Get for Loving You | Ed Townsend | 2:56 | Bu |
| 29 | (Native Girl) Elephant Walk | Donald Jenkins & The Delighters | 3:03 | Bu |

| # | Title | Artist | Time | |
|---|---|---|---|---|
| 30 | One More Tear | Roy Alston | 2:31 | Bu |
| 31 | You're Absolutely Right | Tina Britt | 2:15 | Bu |
| 32 | Down on My Knees | Nat Philips | 3:00 | Bu |
| 33 | I've Settled Down | Donald Jenkins | 1:57 | Bu |
| 34 | Poof! | Bill Giant | 2:08 | Bu |
| 35 | Keep Away from Cindy | Charlie Flener | 2:33 | Bu |
| 36 | He Fell for Me at First Sight | The Upnilons | 2:33 | Bu |
| 37 | You Didn't Know Then | Jeanette Williams | 2:48 | Bu |
| 38 | I Found My Place | The Crystals | 2:16 | Bu |
| 39 | Everything to Me | Donnie Elbert | 2:47 | Bu |
| 40 | Small Talk (Doesn't Bother Me) | The Dollettes | 2:09 | Bu |
| 41 | Loving Fool | Lee Maye | 2:15 | Bu |
| 42 | He's My Dream Boy | Marie Antoinette | 2:25 | Bu |
| 43 | A Love That Will Last | Terry Sharp | 2:12 | Bu |
| 44 | Her Hello Is My Goodbye | Jeanie Dru | 2:47 | Bu |
| 45 | Teenage Bachelor | Eddie Stevens | 2:27 | Bu |
| 46 | Love Spell | Jay Berry | 2:26 | Bu |
| 47 | It's a Wonderful Night | The Cinderellas | 2:04 | Bu |
| 48 | Don't Knock It | Johnny Walsh | 2:36 | Bu |
| 49 | He's the Boy | Pat Still | 2:23 | Bu |
| 50 | I Don't Want Nobody | Tuesday's Children | 2:34 | Bu |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Customers Who Viewed This Item Also Viewed









Let's Move & Groove Together
› Benny Latimore
MP3 Download
$0.99

Dusty Vintage Records, Vol. 2
› Various artists
MP3 Download
$17.98

The Early Roots Of Rock N' Roll
› Various Artists
MP3 Download
$8.99

The Legendary Henry Stone Presents: Benny …
› Benny Latimore
(1)
MP3 Download
$8.99

## Product Details

**Original Release Date:** June 12, 2013
**Number of Discs:** 2
**Label:** Master Classics Records
**Copyright:** (c) 2013 Master Classics Records
**Total Length:** 4:11:51
**Genres:**
Pop > Pop Rock
Rock

**ASIN:** B00E6LOLWW
**Average Customer Review:** Be the first to review this item
**Amazon Best Sellers Rank:** #216,256 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)

## Customer Reviews

There are no customer reviews yet.

5 star
4 star
3 star
2 star
1 star

Share your thoughts with other customers
Write a customer review

Advertisement

## What Other Items Do Customers Buy After Viewing This Item?

Let's Move & Groove Together Benny Latimore | Format: MP3 Music MP3 Download
$0.99

› Explore similar items

## Look for Similar Items by Category

Pop > Pop Rock

## Feedback

- If you have a question or problem, visit our **Help pages**.
- Would you like to **give feedback on images** or **tell us about a lower price**?
- If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

## Your Recently Viewed Items and Featured Recommendations

You viewed

› View or edit your browsing history

See personalized recommendations

Sign in

New customer? Start here.

**Continue Shopping:** Customers Who Bought Items in Your Recent History Also Bought

Drunk in Love
Beyoncé feat. Jay-Z
(60)
MP3 Download
$1.29

50 Big Band Favorites
Various artists
(16)
MP3 Download
$9.49

Ladies Of The 1940s
Various Artists
(5)
MP3 Download
$8.99

The Big Band Era: 18 Greatest Hits
Various artists
(22)
MP3 Download
$5.99

50s Jukebox Hits
Various artists
(21)
MP3 Download
$9.49

**Get to Know Us**
Careers
Investor Relations
Press Releases
Amazon and Our Planet
Amazon in the Community

**Make Money with Us**
Sell on Amazon
Become an Affiliate
Advertise Your Products
Independently Publish with Us
› See all

**Amazon Payment Products**
Amazon.com Rewards Visa Card
Amazon.com Store Card
Shop with Points
Credit Card Marketplace
Amazon Currency Converter

**Let Us Help You**
Your Account
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Kindle
Help

amazon.com

Australia Brazil Canada China France Germany India Italy Japan Mexico Spain United Kingdom

6pm Score deals on fashion brands
AbeBooks Rare Books & Textbooks
AfterSchool.com Kids' Sports, Outdoor & Dance Gear
Alexa Actionable Analytics for the Web
AmazonFresh Groceries & More Right To Your Door
Amazon Local Great Local Deals in Your City
AmazonSupply Business, Industrial & Scientific Supplies
Amazon Web Services Scalable Cloud Computing Services

Audible Download Audio Books
BeautyBar.com Prestige Beauty Delivered
Book Depository Books With Free Delivery Worldwide
Bookworm.com Books For Children Of All Ages
Casa.com Kitchen, Storage & Everything Home
CreateSpace Indie Print Publishing Made Easy
Diapers.com Everything But The Baby
DPReview Digital Photography

East Dane Designer Men's Fashion
Fabric Sewing, Quilting & Knitting
IMDb Movies, TV & Celebrities
Junglee.com Shop Online in India
Kindle Direct Publishing Indie Digital Publishing Made Easy
Look.com Kids' Clothing & Shoes
MYHABIT Private Fashion Designer Sales
Shopbop Designer Fashion Brands

Soap.com Health, Beauty & Home Essentials
TenMarks.com Math Activities for Kids & Schools
Vine.com Everything to Live Life Green
Wag.com Everything For Your Pet
Warehouse Deals Open-Box Discounts
Woot! Discounts and Shenanigans
Yoyo.com A Happy Place To Shop For Toys
Zappos Shoes & Clothing

Conditions of Use Privacy Notice Interest-Based Ads © 1996-2014, Amazon.com, Inc. or its affiliates

amazon Try Prime
Your Amazon.com | Today's Deals | Gift Cards | Sell | Help
Free One-Day Shipping ON VALENTINE'S DAY JEWELRY AND WATCHES ›See more
Shop by Department | Search | MP3 Music | rare rock n roll tracks of the 50s and 60s | Hello. Sign in Your Account | Try Prime | 0 Cart | Wish List
Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs

ZOOM
See larger image (with zoom)

# Rare Rock N' Roll Tracks Of the '50s & '60s, Vol. 2

Various artists

September 1, 2010

Be the first to review this item

Price: **$9.49**

Buy MP3 Album $9.49

Wish List and Gifting

Redeem a gift card or promotion code & view balance

GET OUR FREE AMAZON MUSIC APP
iPhone or iPod touch
›Get the app
Android phone
›Get the app

| # | Song Title | Artist | Time | Popularity |
|---|---|---|---|---|
| 1 | I Love an Angel | Johnny Dot & The Dashes | 2:17 | Bu |
| 2 | Trail Of Teardrops | Vinnie Monte | 2:13 | Bu |
| 3 | Crying in My Cherry Soda Pop | Rick Skylar | 2:28 | Bu |
| 4 | Summer Romance | Jackie Kallan | 2:21 | Bu |
| 5 | If Love Could Be Measured | Jamie Hurt & The Mariteens | 2:49 | Bu |
| 6 | Some Day | The Casuals | 2:29 | Bu |
| 7 | Shere Be Mine | Don Branden | 2:36 | Bu |
| 8 | I Lost My Girl Last Night | Bernie Staudt | 2:10 | Bu |
| 9 | Don't You Know | Don Chaney | 2:19 | Bu |
| 10 | Love Is Just a Game to You | Short Twins | 2:03 | Bu |

| # | Title | Artist | Time | |
|---|---|---|---|---|
| 11 | My Gift to You | Ray Ruff | 2:17 | Bu |
| 12 | Janice | Allan Roberts & The Echoes | 1:57 | Bu |
| 13 | I'm Afraid to Say I Love You | Mike Clifford | 1:46 | Bu |
| 14 | I'm So Hurt | Doodles | 2:26 | Bu |
| 15 | Why Did You Say Goodbye | Lanny Duncan | 2:44 | Bu |
| 16 | Today | Wade Phillips | 2:39 | Bu |
| 17 | Whenever You Kiss Me | Steve Barri | 2:18 | Bu |
| 18 | Remember the Lonely | Ric Lance & The Spirals | 2:08 | Bu |
| 19 | I'll Always Be True | Tommy & Eddie | 2:36 | Bu |
| 20 | Tina | Ray Hutchinson | 2:01 | Bu |
| 21 | You Weren't There | Andy Rose & Exotics | 2:01 | Bu |
| 22 | Cheerleader | The Southlanders | 2:10 | Bu |
| 23 | You Treat Me So Cruel | Norm & Ray | 2:13 | Bu |
| 24 | Tell Me Darling | Wilfred Edwards & The Cari... | 3:06 | Bu |
| 25 | Candy From a Stranger | Garry Miles | 2:06 | Bu |
| 26 | Tender Lips | Gary Blair | 2:45 | Bu |
| 27 | Steady | Contrasts | 2:55 | Bu |
| 28 | Evergreen Tree | Dane Hunter | 2:44 | Bu |
| 29 | Bonnie My Love | Ed Norris | 2:15 | Bu |
| 30 | Song From Moulin Rouge | Vito Picone | 1:53 | Bu |

| # | Title | Artist | Time | |
|---|---|---|---|---|
| 31 | That's What I Call Heartaches | Judy Miller | 2:15 | Bu |
| 32 | Not Good Enough | The Chapelaires | 2:30 | Bu |
| 33 | My Star All Alone | Rod Price | 1:52 | Bu |
| 34 | Short Time Love Affair | Web-Tones | 3:35 | Bu |
| 35 | He Will Hurt You | Billy & The Jokers | 2:30 | Bu |
| 36 | Last Night | Don Chaney & The Ivy Jive | 2:02 | Bu |
| 37 | Who in the World | Sandy & Troy | 2:28 | Bu |
| 38 | Other Towns, Other Girls | Gary Zekely | 2:01 | Bu |
| 39 | The Night I Crashed Your Party | Rusty Evans | 2:14 | Bu |
| 40 | The Night I Crashed Your Party | Rusty Evans | 1:53 | Bu |
| | **Disc 2** | | | |
| 1 | Blame It On My Youth | Jimmy Damon | 2:06 | Bu |
| 2 | Uumm Oh Yeah | Ray Ruff & The Checkmates | 2:19 | Bu |
| 3 | A Boy Can Dream | Jeff Dana | 2:11 | Bu |
| 4 | Just Like a Fool | Wayne Storm | 1:54 | Bu |
| 5 | I Could Cry | Dave & Larry | 2:14 | Bu |
| 6 | I Wouldn't Have It Any Other Way | Jamie Mahar | 2:28 | Bu |
| 7 | But It Did | Charlie V. Looper & The Sp… | 2:03 | Bu |
| 8 | Why Was I Born | Kenny, Frank & Ray | 2:13 | Bu |
| 9 | Why Must I Be Lonely | Ladybirds | 1:41 | Bu |
| 10 | Tell Me Not | Rick Jarrard | 2:19 | Bu |
| 11 | The Gypsy Song | Tommy Boyce | 2:53 | Bu |

| # | Title | Artist | Time | |
|---|---|---|---|---|
| 12 | When You Marry Me | Bobby Ranger | 2:39 | Bu |
| 13 | I Called You Up | Johnny & The Echoettes | 2:39 | Bu |
| 14 | A Love to Dream About | Bill Andress | 2:33 | Bu |
| 15 | Eternity of Love | Art "Turk" Caraman & The … | 2:27 | Bu |
| 16 | Summer Love | Walt Benton & The Diplomats | 1:49 | Bu |
| 17 | A Summer Girl | Sammy Fall | 2:07 | Bu |
| 18 | Lonely Footsteps | Eschellon | 2:42 | Bu |
| 19 | Just a Memory | Mike Harris | 1:57 | Bu |
| 20 | Everytime | Joe Boatner | 2:28 | Bu |
| 21 | My True Love | The Brothers | 2:06 | Bu |
| 22 | Joanie | Roger & The Tourains | 2:49 | Bu |
| 23 | I'm a Stranger | Jimmy Thomas | 2:43 | Bu |
| 24 | Heavenly | Johnny Madara | 2:19 | Bu |
| 25 | Will You Tell (Tell Me) | Jimmy Crain | 2:24 | Bu |
| 26 | We Belong Together | Jimmy Ford | 1:57 | Bu |
| 27 | Loneliest Man in the World | Rhythm Royal | 2:50 | Bu |
| 28 | Dion, My Dion | Donna Prima | 2:09 | Bu |
| 29 | Another Show, Another Town | Freddy Darian | 2:25 | Bu |
| 30 | Lonely Mary Ann | Dale Ward | 2:29 | Bu |
| 31 | Emily | Sonny Sinbad | 2:36 | Bu |
| 32 | Errand Boy | Johnny Halo | 2:17 | Bu |

| # | Title | Artist | Time | |
|---|---|---|---|---|
| 33 | So in Love | Bobby Elwood | 2:41 | Bu |
| 34 | Don't Run Away from Love | Steve Barri | 2:15 | Bu |
| 35 | All I Want | Jackie Dallas & The Tiaras | 2:07 | Bu |
| 36 | I Need You So | Stanley James | 2:15 | Bu |
| 37 | Just for You | Johnny Dot & The Dashes | 2:25 | Bu |
| 38 | Little Lover | Mike Drummond | 2:09 | Bu |
| 39 | You're a Gas | Eddie De Marr | 1:56 | Bu |
| 40 | Golly Gee | Howie And The Crystals | 2:21 | Bu |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Customers Who Viewed This Item Also Viewed

Page 1 of 9

The Greatest Rock N Roll Hits of the 50s
› Various artists
★★★★★ (7)
MP3 Download
$5.99

Rare Rock N' Roll Tracks Of The '50s & '60s …
› Various Artists
★★★★★ (1)
MP3 Download
$16.49

Rare Rock N' Roll Tracks Of The '50s & '60s Vol. 1
› Various Artists
MP3 Download
$16.49

100 '50s & '60s Hits
› Various artists
(3)
MP3 Download
$17.98

## Product Details

**Original Release Date:** September 1, 2010
**Number of Discs:** 2
**Label:** Master Classics Records
**Copyright:** (c) 2010 Master Classics Records
**Total Length:** 3:07:00
**Genres:**
Rock > Oldies & Retro

**ASIN:** B006ZM6OXE
**Average Customer Review:** Be the first to review this item
**Amazon Best Sellers Rank:** #240,035 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)

## Customer Reviews

**There are no customer reviews yet.**

5 star
4 star
3 star
2 star
1 star

Share your thoughts with other customers

Write a customer review

amazon
Try Prime
Your Amazon.com
Today's Deal
Shop by
Department
Search
MP3 Music
Amazon MP3 Store
Amazon Cloud Player

Rare Rock N' Roll
Tracks Of The
'50s &
'60s
Vol. 2
Advertisement

## What Other Items Do Customers Buy After Viewing This Item?

-  The Greatest Rock N Roll Hits of the 50s Various artists | Format: MP3 Music MP3 Download
  (7)
  $5.99

› **Explore similar items**

## Look for Similar Items by Category

Rock > Oldies & Retro

## Feedback

- If you have a question or problem, visit our **Help pages**.
- Would you like to **give feedback on images** or **tell us about a lower price**?
- If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

## Your Recently Viewed Items and Featured Recommendations

Loading

**Get to Know Us** **Make Money with Us** **Amazon Payment Products** **Let Us Help You**

7/22/13 Case 1:12-cv-05453-ALC-JCF Document 169-13 Filed 02/10/15 Page 35 of 40
Download 100 Organ Classics by Various Artists | eMusic

SIGN IN HOW EMUSIC WORKS MEMBER PLANS BECOME A MEMBER

emusic

All Music Add A Search Term

BROWSE FEATURES + REVIEWS RADIO AUDIOBOOKS

ALBUMS NEW ARRIVALS CHARTS GENRES INFINITE EXPLORATIONS

# 100 Organ Classics

VARIOUS ARTISTS

RATE IT!
(0 RATINGS)

SAMPLE ALBUM DOWNLOAD $6.76

DISC 1 OF 2

| # | Track | Length | Price |
|---|---|---|---|
| 01 | Tico Tico<br>Artist: Ethel Smith | 2:48 | $0.99 |
| 02 | Isn't It Romantic?<br>Artist: Jackie Davis | 2:29 | $0.99 |
| 03 | Blame It On The Samba<br>Artist: Ethel Smith | 2:31 | $0.99 |
| 04 | Take Me Out To The Ball Game<br>Artist: Ken Griffin | 2:40 | $0.99 |
| 05 | Li'l Darlin' / Satin Doll / Ain't Misbehavin'<br>Artist: Eddie Layton | 4:03 | $0.99 |
| 06 | Ophelia<br>Artist: Gus Poole | 4:02 | $0.99 |
| 07 | Loch Lomond<br>Artist: Shay Torrent | 2:33 | $0.99 |
| 08 | Jeepers Creepers<br>Artist: Jerry Allen | 2:43 | $0.99 |
| 09 | Louise<br>Artist: Ken Griffin | 2:34 | $0.99 |
| 10 | Three-Quarters Gone<br>Artist: Gus Poole | 4:16 | $0.99 |

ALBUM INFORMATION

Total Tracks: **100** Total Length: **291:21**

**Artist:** Various Artists (See All Albums by Various Artists)
**Date Released:** Mar 1, 2011
**Genre:** Jazz, **Style:** Easy Listening
**Label:** Master Classics Records / The Orchard

## Write a Review

0 MEMBER REVIEWS

**Please register before you review a release.**

REGISTER

## Recommended Albums

1 | 2

RANGES - EXPANDED
VAINQUEUR

PLASTIKMAN
ARCHIVES
RECYCLED PLASTIK
1993 - 2010

www.emusic.com/album/various-artists/100-organ-classics/12494752/ 1/2

P 32419

DOWNLOAD $9.99

BCD
**BASIC CHANNEL**
1995 | BASIC CHANNEL / ...

DOWNLOAD $1.98

Ranges
**VAINQUEUR**
2010 | EP/SINGLE

DOWNLOAD $9.90

Silence
**MONOLAKE**
2009 | IMBALANCE COMP...

VIEW ALBUM PAGE

Recycled Plastik (Ark...
**PLASTIKMAN**
2011 | MINUS

DOWNLOAD $8.91

Every Soud Tells a St...
**OCTEX**
2009 | RXTX / THE ORCHA...

DOWNLOAD $9.90

Tulenkantaja
**UUSITALO**
HUUME / THE ORCHARD

DOWNLOAD $1.98

DC07 Side O
**DEEPCHORD**
2000 | DEEPCHORD / CD B...

DOWNLOAD $9.99

Dead Center of Nowhere
**OCTEX**
2013 | ENTROPY RECORD...

---

**About Us**
About eMusic
Press Room
Terms of Use (updated 2/7/13)
Privacy Policy (updated 4/20/12)

**Tools & Resources**
Dow nload Manager
Android App

**Forums**
Message Boards
eMusic on Facebook
17 Dots
eMusic on Tw itter

**Goodies**
Buy/Redeem Gift Subscriptions
Join our Affiliate Netw ork
Support Music

**Help**
Contact Us

© 1998 - 2013 eMusic.com Inc. eMusic and the eMusic logo are either registered trademarks or trademarks in the USA or other countries. All rights reserved.
Portions of Content provided by Rovi Corporation. © 2013 Rovi Corporation.
For personal non-commercial use only. All rights reserved.

P 32420



7/22/13 Case 1:12-cv-05453-ALC-JCF Document 169-13 Filed 02/10/15 Page 37 of 40
Download '50s Rockabilly Pioneers Vol. 1 by Various Artists | eMusic

SIGN IN HOW EMUSIC WORKS MEMBER PLANS BECOME A MEMBER

All Music Add A Search Term

BROWSE FEATURES + REVIEWS RADIO AUDIOBOOKS

ALBUMS NEW ARRIVALS CHARTS GENRES INFINITE EXPLORATIONS

Save up to 50% off regular prices and get a $25 music credit when you join. JOIN NOW

# '50s Rockabilly Pioneers Vol. 1

VARIOUS ARTISTS

RATE IT!
AVG: 3.5 (7 RATINGS)

SAMPLE ALBUM DOWNLOAD $6.76

'50s Rockabilly Pioneers
vol. 1

DISC 1 OF 2

| | | | |
|---|---|---|---|
| 01 | Snake Walk | 3:10 | $0.99 |
| 02 | Patty Ann | 2:22 | $0.99 |
| 03 | Memories Of Love | 2:15 | $0.99 |
| 04 | Pam | 2:20 | $0.99 |
| 05 | My Little Girl | 2:17 | $0.99 |
| 06 | Jealous Fool | 2:01 | $0.99 |
| 07 | Thunderbird Beach | 3:00 | $0.99 |
| 08 | Baby Don't Be That Way | 2:25 | $0.99 |
| 09 | Daddy | 2:18 | $0.99 |
| 10 | I Knew | 2:15 | $0.99 |
| 11 | Granny Tops 'Em At The Top | 2:27 | $0.99 |
| 12 | Doing All Right | 2:34 | $0.99 |

ALBUM INFORMATION

Total Tracks: **90** Total Length: **201:47**

**Artist:** Various Artists (See All Albums by Various Artists)
**Date Released:** Feb 1, 2011
**Genre:** Rock/Pop, **Style:** Rock/Pop Rockabilly
**Label:** Master Classics Records / The Orchard

## Write a Review

2 MEMBER REVIEWS

Please register before you review a release.

REGISTER

1-2 OF 2

50s Rockabilly Pioneers Vol 1
MICKEYTHETRAMP963

So far some good tracks and some not so good. But the dissapointment is no artist credits.

Join eMusic
Dig Deep
17+ Million Songs From Both Indie and Major Labels
Expand Your Collection
Most Track Just $0.49 Each
Find the Unexpected
Discover New Music With Editor's Picks Infinite Explorations, and eMusic Radio
GET A $25 MUSIC CREDIT
JOIN NOW
LEARN MORE »

www.emusic.com/album/various-artists/50s-rockabilly-pioneers-vol-1/12424128/ 1/2

P 32374

 Where's the artist credits?

TONE5446

Where's the artist credits?Where's the artist credits?Where's the artist credits?Where's the artist credits?

1-2 OF 2

## Recommended Albums

1 | 2

DOWNLOAD $8.91

Every Soud Tells a St...
**OCTEX**
2009 | RXTX / THE ORCHA...

DOWNLOAD $8.91

Momentum
**MONOLAKE**
2003 | MONOLAKE / IMBA...

DOWNLOAD $9.99

Signal to Noise
**ROBERT HENKE**
2004 | IMBALANCE COMP...

DOWNLOAD $9.90

Silence
**MONOLAKE**
2009 | IMBALANCE COMP...

DOWNLOAD $11.43

Aground / Aerial
**RHYTHM & SOUND**
2012 | EP/SINGLE

DOWNLOAD $9.90

Tulenkantaja
**UUSITALO**
HUUME / THE ORCHARD

DOWNLOAD $9.99

Hash-Bar Loops
**DEEPCHORD**
2011 | SOMA / PIAS DIGITAL

DOWNLOAD $9.99

Dead Center of Nowhere
**OCTEX**
2013 | ENTROPY RECORD...

**About Us**
About eMusic
Press Room
Terms of Use (updated 2/7/13)
Privacy Policy (updated 4/20/12)

**Tools & Resources**
Download Manager
Android App

**Forums**
Message Boards
eMusic on Facebook
17 Dots
eMusic on Twitter

**Goodies**
Buy/Redeem Gift Subscriptions
Join our Affiliate Network
Support Music

**Help**
Contact Us

© 1998 - 2013 eMusic.com Inc. eMusic and the eMusic logo are either registered trademarks or trademarks in the USA or other countries. All rights reserved.
Portions of Content provided by Rovi Corporation. © 2013 Rovi Corporation.
For personal non-commercial use only. All rights reserved.

Terms and conditions of this offer: Get an additional $25.00 music credit free with your first month of paid eMusic membership. Offer available to first-time eMusic music customers in the US, 18 years of age or older. Internet access, registration, and credit or debit card required. To cancel visit www.emusic.com/cancel. Music plans start at $11.99/month. Limited Time Offer. Offer and eMusic's prices are subject to change without notice and are subject to eMusic's terms of use. eMusic and the eMusic logo are trademarks of eMusic.com Inc. in the US or other countries. All other trademarks are the property of their respective owners, none of whom is a partner or sponsor of eMusic.

 7/22/13 Download '50s & '60s Lost & Found Records Vol. 2 by Various Artists | eMusic

SIGN IN HOW EMUSIC WORKS MEMBER PLANS BECOME A MEMBER

All Music Add A Search Term

BROWSE FEATURES + REVIEWS RADIO AUDIOBOOKS

ALBUMS NEW ARRIVALS CHARTS GENRES INFINITE EXPLORATIONS

# '50s & '60s Lost & Found Records Vol. 2

VARIOUS ARTISTS

RATE IT!
(0 RATINGS)

SAMPLE ALBUM DOWNLOAD $9.99

50s & 60s
LOST & FOUND RECORDS
VOL 2

DISC 1 OF 2

| # | Track | Length | Price |
|---|---|---|---|
| 01 | (Make With) The Shake<br>Artist: The Mark IV | 2:15 | $0.99 |
| 02 | You Good Boy, You Get Cookie<br>Artist: Teen Queens | 2:08 | $0.99 |
| 03 | Where the Rio De Rosa Flows<br>Artist: Ken Copeland | 2:35 | $0.99 |
| 04 | Language of Love<br>Artist: Cindy & Lindy | 2:19 | $0.99 |
| 05 | Old Payola Roll Blues, Pt. 1<br>Artist: Stan Freberg | 4:24 | $0.99 |
| 06 | She'll Never Never Love You (Like I Do)<br>Artist: Teresa Brewer | 2:06 | $0.99 |
| 07 | Little Bitty Johnny<br>Artist: Travis & Bob | 2:10 | $0.99 |
| 08 | Souvenirs<br>Artist: Barbara Evans | 1:59 | $0.99 |
| 09 | Lisa<br>Artist: Jeanne Black | 3:10 | $0.99 |
| 10 | I've Come of Age<br>Artist: Billy Storm | 2:53 | $0.99 |

ALBUM INFORMATION

Total Tracks: **78** Total Length: **190:03**

**Artist:** Various Artists (See All Albums by Various Artists)
**Date Released:** May 1, 2013
**Genre:** Rock/Pop, **Style:** Pop
**Label:** Master Classics Records / The Orchard

## Write a Review

0 MEMBER REVIEWS

**Please register before you review a release.**

REGISTER

## Recommended Albums

1 | 2

O.C.TEX

Aground

UUSITALO TULENKANTAJA

www.emusic.com/album/various-artists/50s-60s-lost-found-records-vol-2/14167498/ 1/2

P 32361

DOWNLOAD $9.99

Dead Center of Nowhere
**OCTEX**
2013 | ENTROPY RECORD…

DOWNLOAD $11.43

Aground / Aerial
**RHYTHM & SOUND**
2012 | EP/SINGLE

DOWNLOAD $9.90

Tulenkantaja
**UUSITALO**
HUUME / THE ORCHARD

DOWNLOAD $9.90

Layering Buddha
**ROBERT HENKE**
2006 | IMBALANCE COMP…

UUSITALO KORPIKANSA EP

DOWNLOAD $2.97

Korpikansa EP
**UUSITALO**
2007 | HUUME RECORDIN…

RANGES - EXPANDED
VAINQUEUR

DOWNLOAD $1.98

Ranges
**VAINQUEUR**
2010 | EP/SINGLE

DOWNLOAD $8.91

Every Soud Tells a St…
**OCTEX**
2009 | RXTX / THE ORCHA…

PLASTIKMAN
MUSIK
1993 - 2010

VIEW ALBUM PAGE

Muzik (Arkives)
**PLASTIKMAN**
2011 | MINUS

---

**About Us**
About eMusic
Press Room
Terms of Use (updated 2/7/13)
Privacy Policy (updated 4/20/12)

**Tools & Resources**
Download Manager
Android App

**Forums**
Message Boards
eMusic on Facebook
17 Dots
eMusic on Twitter

**Goodies**
Buy/Redeem Gift Subscriptions
Join our Affiliate Network
Support Music

**Help**
Contact Us

© 1998 - 2013 eMusic.com Inc. eMusic and the eMusic logo are either registered trademarks or trademarks in the USA or other countries. All rights reserved.
Portions of Content provided by Rovi Corporation. © 2013 Rovi Corporation.
For personal non-commercial use only. All rights reserved.