# EXHIBIT L

# iTunes Preview

What's New    What is iTunes    iTunes Charts

## American Patriotic Classics
### Various Artists

Open iTunes to preview, buy, and download music.



**$17.99**
Genres: Pop, Music
Released: Aug 01, 2008
℗ 2008 Goldenlane Records

### Customer Ratings

We have not received enough ratings to display an average for this album.

| | Name | Artist | Time | Price | |
|---|---|---|---|---|---|
| 1 | The Liberty Bell | Classical Patriotic Greats | 4:41 | $0.99 | View In iTunes |
| 2 | Happiest Girl In the Whole… | Donna Fargo | 2:41 | $0.99 | View In iTunes |
| 3 | Dixie | Banjo Troubadours | 3:03 | $0.99 | View In iTunes |
| 4 | Yankee Doodle | Boxcar Willie | 2:31 | $0.99 | View In iTunes |
| 5 | Kids of America | Tiffany | 3:36 | $0.99 | View In iTunes |
| 6 | Yellow Rose of Texas | Classical Patriotic Greats | 2:15 | $0.99 | View In iTunes |
| 7 | American Pie | Leif Garrett | 5:24 | $0.99 | View In iTunes |
| 8 | The American Ruse | MC5 | 2:34 | $0.99 | View In iTunes |
| 9 | Can't Find My Way Home | House of Lords | 4:55 | $0.99 | View In iTunes |
| 10 | God Bless America | Classical Piano Players | 2:20 | $0.99 | View In iTunes |
| 11 | The Star Spangled Banner | St. Mark's Philharmonic O… | 1:26 | $0.99 | View In iTunes |
| 12 | American Pie (Instrument… | Leif Garrett | 5:24 | $0.99 | View In iTunes |
| 13 | The American Dream | Martin Luther King, Jr. | 30:56 | Album Only | View In iTunes |
| 14 | San Antonio Rose | Ferlin Husky | 2:30 | $0.99 | View In iTunes |
| 15 | Kansas City | Wilbert Harrison | 2:20 | $0.99 | View In iTunes |
| 16 | America | Rick Wakeman | 10:00 | Album Only | View In iTunes |
| 17 | American Bad Ass (made … | All Star Players | 4:38 | $0.99 | View In iTunes |
| 1 | All the Way from Memphis | Mott the Hoople | 7:13 | $0.99 | View In iTunes |
| 2 | Free Bird | Charlie Daniels & Molly H… | 10:41 | Album Only | View In iTunes |
| 3 | All-American Dream | The 69 Eyes | 4:21 | $0.99 | View In iTunes |
| 4 | Hail to the Spirit of Liberty | Classical Patriotic Greats | 3:12 | $0.99 | View In iTunes |
| 5 | I'm an American | Albert Einstein | 13:54 | Album Only | View In iTunes |
| 6 | America (Overture) | The New Musical Cast | 4:44 | $0.99 | View In iTunes |
| 7 | American Dreams | Eric Burdon | 3:39 | $0.99 | View In iTunes |
| 8 | God Bless America | Lee Greenwood | 2:51 | $0.99 | View In iTunes |
| 9 | The Washington Post | Classical Patriotic Greats | 2:30 | $0.99 | View In iTunes |
| 10 | Jim Dandy to the Rescue | Black Oak Arkansas | 3:06 | $0.99 | View In iTunes |
| 11 | The Stars and Stripes Fore… | Classical Patriotic Greats | 3:26 | $0.99 | View In iTunes |
| 12 | Sweet Home Alabama | The Outlaws | 4:44 | $0.99 | View In iTunes |
| 13 | Saturday Night In the USA | Pretty Boy Floyd | 5:00 | $0.99 | View In iTunes |
| 14 | American Patrol | Glenn Miller | 3:37 | $0.99 | View In iTunes |
| 15 | America | Trini Lopez | 3:33 | $0.99 | View In iTunes |
| 16 | The Bells of Chicago | Classical Patriotic Greats | 3:12 | $0.99 | View In iTunes |
| 1 | United We Stand | Elton John | 2:48 | $0.99 | View In iTunes |
| 2 | Home Sweet Home | Leif Garrett | 3:41 | $0.99 | View In iTunes |
| 3 | American Way | Little Riveer Band | 4:37 | $0.99 | View In iTunes |

P 40960

|   | Name | Artist | Time | Price |   |
|---|------|--------|------|-------|---|
| 4 | (You Can Still) Rock In Am… | Night Ranger | 5:57 | $0.99 | View In iTunes |
| 5 | Amazon Grace | Judy Collins | 4:23 | $0.99 | View In iTunes |
| 6 | North to Alaska | Boxcar Willie | 2:55 | $0.99 | View In iTunes |
| 7 | (Get Your Kicks On) Route… | Asleep At the Wheel | 3:17 | $0.99 | View In iTunes |
| 8 | Amazing Grace | Bill Anderson | 3:04 | $0.99 | View In iTunes |
| 9 | I Had a Dream | The Staple Singers | 2:54 | $0.99 | View In iTunes |
| 10 | 49 Star Spangled Banner | Classical Piano Players | 4:24 | $0.99 | View In iTunes |
| 11 | Georgia On My Mind | Ray Charles | 7:29 | $0.99 | View In iTunes |
| 12 | Home Sweet Home (Instru… | Leif Garrett | 3:41 | $0.99 | View In iTunes |
| 13 | Mississippi Rolling Stone | Ike & Tina Turner | 3:33 | $0.99 | View In iTunes |
| 14 | New Orleans (The Rising S… | Leadbelly | 1:55 | $0.99 | View In iTunes |
| 15 | Dixie | Boxcar Willie | 2:39 | $0.99 | View In iTunes |
| 16 | You're from Texas | Asleep At the Wheel | 2:48 | $0.99 | View In iTunes |

49 Songs

## Listeners Also Bought

    

| 4th of July Celebra… | Christmas Collection | Number 1's: Chris… | The Lost Christma… | Have a Holly Jolly … |
|---|---|---|---|---|
| St. Mark's Philha… | The Carpenters | Various Artists | Trans-Siberian O… | Burl Ives |
| View In iTunes | View In iTunes | View In iTunes | View In iTunes | View In iTunes |

 **iTunes**   Like  30,489,311

 **App Store**   Like  8,088,817

Become a fan of the iTunes and App Store pages on Facebook for exclusive offers, the inside scoop on new apps and more.

### iTunes

| iTunes | More iTunes | Working with iTunes | iTunes Store |
|---|---|---|---|
| Download iTunes | Digital Music Basics | Sell Your Content | Browse iTunes Store |
| What's New? | iTunes Gifts | Content Providers | Browse App Store |
| What is iTunes? | iTunes U | Market with iTunes | Buy Music Now |
| iTunes Charts | iPod + iTunes Support | Join the Affiliate Program | Buy iTunes Gift Cards |
|  | AirPlay | Link to iTunes | Redeem iTunes Gift Cards |
|  | Accessibility |  | iTunes Corporate Sales |
|  |  |  | Free Single of the Week |

Shop the Apple Online Store (1-800-MY-APPLE), visit an Apple Retail Store, or find a reseller.   Apple Info | Site Map | Hot News | RSS Feeds | Contact Us

Copyright © 2013 Apple Inc. All rights reserved.    Terms of Use | Privacy Policy



SIGN IN    HOW EMUSIC WORKS    MEMBER PLANS    BECOME A MEMBER

**BROWSE**    FEATURES + REVIEWS    RADIO    AUDIOBOOKS            All Music    Add A Search Term

ALBUMS    NEW ARRIVALS    CHARTS    GENRES    INFINITE EXPLORATIONS

## The Complete Greatest Speeches & Moments Ever
**VARIOUS ARTISTS**
RATE IT!
AVG: 5.0 (1 RATINGS)

SAMPLE ALBUM                    DOWNLOAD $39.96

DISC 1 OF 4

| 01 | End Of Vietnam War<br>Artist: Richard Nixon | 3:44 | $0.99 |
| 02 | In Pursuit Of Peace<br>Artist: Stanley Baldwin | 0:12 | $0.99 |
| 03 | Famous Postscript To The Epic Of Dunkirk<br>Artist: J.B. Priestley | 0:47 | $0.99 |
| 04 | This Is Our Victory<br>Artist: Winston Churchill | 0:39 | $0.99 |
| 05 | Allied Troops Coming Ashore In England Fr…<br>Artist: Bernard Stubbs | 1:14 | $0.99 |
| 06 | The American Reaction To Pearl Harbor<br>Artist: Albert Lee Warner | 0:55 | $0.99 |
| 07 | Inside A London Air-Raid Shelter<br>Artist: Robin Duff | 0:43 | $0.99 |
| 08 | This Was Their Finest Hour<br>Artist: Winston Churchill | 1:38 | $0.99 |
| 09 | My South Polar Expedition<br>Artist: Ernest Shackleton | 3:45 | $0.99 |
| 10 | I Wish That FDR Had Lived To See This Day<br>Artist: President Truman | 0:46 | $0.99 |

**ALBUM INFORMATION**                        Total Tracks: **158**    Total Length: **452:16**

**Artist:** Various Artists    (See All Albums by Various Artists)
**Date Released:** Sep 1, 2009
**Genre:** Soundtracks/Other, **Style:** Spoken Word
**Label:** Master Classics Records / The Orchard

## Write a Review                        0 MEMBER REVIEWS

Please register before you review a release.            REGISTER

## Recommended Albums                            1 | **2**

   

P 40962

| VIEW ALBUM PAGE | DOWNLOAD $9.90 | DOWNLOAD $1.98 | DOWNLOAD $8.91 |
|---|---|---|---|
| Muzik (Arkives) | Silence | Ranges | Every Soud Tells a St… |
| **PLASTIKMAN** | **MONOLAKE** | **VAINQUEUR** | **OCTEX** |
| 2011 | MINUS | 2009 | IMBALANCE COMP… | 2010 | EP/SINGLE | 2009 | RXTX / THE ORCHA… |

   

| DOWNLOAD $1.98 | DOWNLOAD $8.91 | DOWNLOAD $9.99 | DOWNLOAD $9.90 |
|---|---|---|---|
| DC07 Side O | Momentum | Hash-Bar Loops | Layering Buddha |
| **DEEPCHORD** | **MONOLAKE** | **DEEPCHORD** | **ROBERT HENKE** |
| 2000 | DEEPCHORD / CD B… | 2003 | MONOLAKE / IMBA… | 2011 | SOMA / PIAS DIGITAL | 2006 | IMBALANCE COMP… |

### About Us
About eMusic
Press Room
Terms of Use (updated 2/7/13)
Privacy Policy (updated 4/20/12)

### Tools & Resources
Download Manager
Android App

### Forums
Message Boards
eMusic on Facebook
17 Dots
eMusic on Twitter

### Goodies
Buy/Redeem Gift Subscriptions
Join our Affiliate Network
Support Music

### Help
Contact Us

© 1998 - 2013 eMusic.com Inc. eMusic and the eMusic logo are either registered trademarks or trademarks in the USA or other countries. All rights reserved.

Portions of Content provided by Rovi Corporation. © 2013 Rovi Corporation.
For personal non-commercial use only. All rights reserved.

P 40963