UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

Blagman,

                          Plaintiff,

     -against-

Apple, Inc. et al.,

                        Defendants.

------------------------------------------------------------x

1-13-16

1:12-cv-5453

**ORDER RESTORING CASE TO COURT'S CALEDNAR**

ANDREW L. CARTER, JR., United States District Judge:

It having been reported to this Court that this case has not settled, it is hereby ORDERED that the above-captioned action is restored to the court's calendar. The parties are to provide a joint status report to the Court on or before March 14, 2016.

SO ORDERED.

Dated:   January 13, 2016
             New York, New York

                                                ANDREW L. CARTER, JR.
                                                United States District Judge