Carter, A.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-7-16

---

NORMAN BLAGMAN, individually and )
on behalf of all others similarly situated, )
                                                          )
                Plaintiff,               )     Civil Action No.
                                                           )     No. 1:12-CV-5453-ALC-JCF
       v.                              )
                                                           )
APPLE INC., AMAZON.COM, INC.,      )     **STIPULATION OF DISMISSAL**
GOOGLE INC., MICROSOFT              )     **WITH PREJUDICE**
CORPORATION, EMUSIC.COM, INC.,    )
THE ORCHARD ENTERPRISES, INC.,    )
ORCHARD ENTERPRISES NY, INC.,     )
and JOHN DOES 1-10,                   )
                                                           )
               Defendants.            )

---

      NOW COME NORMAN BLAGMAN, plaintiff in the above-captioned matter, and APPLE INC., AMAZON.COM, INC., GOOGLE INC., MICROSOFT CORPORATION, EMUSIC.COM, INC., THE ORCHARD ENTERPRISES, INC., and ORCHARD ENTERPRISES NY, INC., defendants in the above-captioned matter, and, by and through their undersigned counsel of record and in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree that this action, and all claims and counterclaims asserted by the parties herein, be and they hereby are DISMISSED WITH PREJUDICE.

SO STIPULATED AND AGREED, this 20th day of January, 2016.

*[signature: Matthew Shr]*

Matthew F. Schwartz
Brian S. Levenson
SCHWARTZ & PONTERIO, PLLC
134 West 29th Street, Suite 1006
New York, New York 10001
Telephone: 212-714-1200

Oren S. Giskan
Jason L. Solotaroff
GISKAN SOLOTAROFF
    ANDERSON & STEWART LLP
11 Broadway - Suite 2150
New York, New York 10004
Telephone: 212-847-8315

Michael J. Boni
Joshua D. Snyder
John E. Sindoni
BONI & ZACK LLC
15 St. Asaphs Road
Bala Cynwyd, Pennsylvania 19004
Telephone: 610- 822-0202

*Attorneys for Plaintiff*
*NORMAN BLAGMAN*

KING & SPALDING LLP

_____

Kenneth L. Steinthal
Joseph R. Wetzel
101 Second Street, Suite 2300
San Francisco, California 94105
Telephone: 415-318-1200

*Attorneys for Defendants Amazon.com, Inc., Microsoft Corporation, eMusic.com Inc., The Orchard Enterprises, Inc. and Orchard Enterprises NY, Inc.*

MAYER BROWN LLP

_____

A. John P. Mancini
Allison Levine Stillman
1675 Broadway
New York, New York 10019
Telephone: 212-506-2295

*Attorneys for Defendant Google Inc.*

GIBSON, DUNN & CRUTCHER LLP

_____

Gail E. Lees
Scott A. Edelman
Gabrielle Levin
200 Park Avenue, 48th Floor
New York, New York 10166-0193
Telephone: 212-351-4000

*Attorneys for Defendant Apple Inc.*

KING & SPALDING LLP

Kenneth L. Steinthal
Joseph R. Wetzel
101 Second Street, Suite 2300
San Francisco, California 94105
Telephone: 415-318-1200

*Attorneys for Defendants Amazon.com, Inc.,
Microsoft Corporation, eMusic.com Inc.,
The Orchard Enterprises, Inc. and
Orchard Enterprises NY, Inc.*

MAYER BROWN LLP

A. John P. Mancini
Allison Levine Stillman
1675 Broadway
New York, New York 10019
Telephone: 212-506-2295

*Attorneys for Defendant Google Inc.*

GIBSON, DUNN & CRUTCHER LLP

Gail E. Lees
Scott A. Edelman
Gabrielle Levin
200 Park Avenue, 48th Floor
New York, New York 10166-0193
Telephone: 212-351-4000

*Attorneys for Defendant Apple Inc.*

**SO ORDERED:**

U.S.D.J.

3-7-16

3